**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DISTRICT OF COLUMBIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SaveSolar Corporation Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-0851304** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **810 7th Street NE** **Washington, DC 20002** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Dist. of Columbia** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | SaveSolar Corporation Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

2211

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

Debtor    **SaveSolar Corporation Inc.**                                    Case number (*if known*) _____
_____
Name

| List all cases. If more than 1, attach a separate list | Debtor | **SaveSolar Alpha Holdco LLC** | Relationship | **affiliate** |
|---|---|---|---|---|
| | District | **District of Columbia** | When **2/02/23** | Case number, if known |

---

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## ▮ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    **February  2, 2023**
                      MM / DD / YYYY

**X** **/s/ Karl Unterlechner** _____       **Karl Unterlechner** _____
     Signature of authorized representative of debtor                 Printed name

Title    **President** _____

---

| 18. Signature of attorney | **X** **/s/ Bradford F. Englander** _____ | Date | **February  2, 2023** |
|---|---|---|---|
| | Signature of attorney for debtor | | MM / DD / YYYY |

**Bradford F. Englander 428617** _____
Printed name

**Whiteford, Taylor & Preston LLP** _____
Firm name

**3190 Fairview Park Drive**
**Suite 800**
**Falls Church, VA 22042-4510** _____
Number, Street, City, State & ZIP Code

Contact phone    **703-280-9081** _____    Email address    **benglander@wtplaw.com** _____

**428617 DC** _____
Bar number and State

CERTIFICATE OF CORPORATE RESOLUTION

Resolution of the Board of Directors of
SAVESOLAR CORPORATION, INC.
(hereinafter the "Company")

On February 2, 2023, at a meeting of the Board of Directors of the Company, a corporation chartered under the laws of the State of Delaware, and with a principal place of business and address being 810 7th St. NE, Washington, DC 20002, or by unanimous written consent of the Board of Directors, in accordance with the law and the bylaws of the Company, the following resolutions were duly and legally passed and have not been revoked, altered or amended:

WHEREAS, the Board of Directors of the Company have unanimously determined that it is desirable and in the best interest of the Company, its creditors, stockholders, and/or members and other interested parties, that the Company file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

NOW, THEREFORE, BE IT RESOLVED, that the filing of the Company of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia, or such other appropriate venue (the "Bankruptcy Court"), be, and hereby is, authorized and approved, and it is further

RESOLVED, that Karl Unterlechner (the "Designated Representative") be, and hereby is, authorized and empowered, in the name of the Company, to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the Designated Representative shall determine; and it is further

RESOLVED, that the Designated Representative, and such other agent(s) as the Designated Representative and/or the Board of Directors of the Company shall from time to time designate (each a "Representative"), be, and each of them hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that they may deem necessary or proper in connection with the bankruptcy case of the Company; and it is further

RESOLVED, that each Representative be, and each of them hereby is, authorized and directed to retain the law firm Whiteford, Taylor & Preston L.L.P. to render legal services to and to represent the Company in connection with such bankruptcy case and other related matters in connection therewith, upon such terms and conditions as such Representative or agent shall approve; and it is further

RESOLVED, that each Representative be, and each of them hereby is, authorized to retain such other professionals as they deem necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case; and it is further

RESOLVED, that each Representative be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where required), in each case as in their judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any and each Representative, which are necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

This 2nd day of February 2023, the Directors of the Company have set their hand adopting the foregoing resolutions.

| NAME | TITLE | SIGNATURE |
|------|-------|-----------|
| Karl Unterlechner | Director and Chief Executive Officer | |
| Srinand Yalamanchili | Director | |

**Fill in this information to identify the case:**

Debtor name        **SaveSolar Corporation Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐      *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐      *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐      *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐      *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐      *Schedule H: Codebtors* (Official Form 206H)
☐      *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐      Amended *Schedule*
■      *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐      Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  2, 2023**            X **/s/ Karl Unterlechner**
                                                 Signature of individual signing on behalf of debtor

                                                 **Karl Unterlechner**
                                                 Printed name

                                                 **President**
                                                 Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SaveSolar Corporation Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DISTRICT OF COLUMBIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of America, N.A.** **100 North Tryon Street** **Charlotte, NC 28255** | | | | | | **$13,232.54** |
| **Captain Power LLC** **148 Saratoga Cta** **North East, MD 21901** | steve@captainpowerllc.com | | | | | **$2,192.33** |
| **Clean Edge** **2312 Log Wood Crt** **Mississauga ON L5C 3C5   Canada** | samy@edgerp.ca | **Trade** | | | | **$5,000.00** |
| **Clean Energy Counsel LLP-1** **1 Sansome Street, Suite 3500** **San Francisco, CA 94104** | cynthia@cleanenergycounsel.com | **Trade** | | | | **$39,236.02** |
| **Cleantech Law Partners** **548 Market Street** **Suite 59966** **San Francisco, CA 94104** | jjacobs@cleantechlaw.com | **Professional fees** | | | | **$3,046.50** |
| **CohnReznick LLP** **500 East Pratt Street, 4th Floor** **Baltimore, MD 21202** | nerissa.janack@cohnreznick.com | **Professional fees** | | | | **$10,922.50** |
| **Department of the Treasury** **Internal Revenue Service** **Cincinnati, OH 45999** | | **Taxes** | | | | **$461,387.76** |
| **EnergySage** **1 Center Plz** **Boston, MA 02108** | | **Trade** | | | | **$1,482.45** |

| Debtor | **SaveSolar Corporation Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gunter & King Pty Ltd (PANDR) 2/306 Little Collins Street Melbourne  3000 Australia** | **accounts@pandro utsourcing.com** | **Contractor** | | | | **$19,281.83** |
| **Halo Development LLC 311 Reisterstown Road Baltimore, MD 21208** | **jlitke@halo-develo pment.com** | **Trade** | | | | **$5,875.00** |
| **Kutler Tax Resolution, Inc. 4704 North Harlan Street Denver, CO 80212** | **ron@kutlertaxresol ution.com** | **Professional fees** | | | | **$2,000.00** |
| **Lumina Solar Inc 3600 Commerce Drive Suite 601 Halethorpe, MD 21227** | **spoudel@luminaso lar.com** | **Trade** | | | | **$10,900.00** |
| **Marcum LLP 750 Third Avenue, 11th Floor New York, NY 10017** | **david.st.yves@mar cumllp.com** | **Accounting fees** | | | | **$12,354.67** |
| **Papertrl, Inc. 3401 Carlins Park Drive Baltimore, MD 21215** | **mollie.l@papertrl.c om** | **Trade** | | | | **$2,424.00** |
| **Partner Helper LLC 1221 Brickell Avenue Suite 900 Miami, FL 33131** | **josea@partnerhelp er.com** | **Trade** | | | | **$4,520.00** |
| **Prime Partners Engineering LLC 4038 Grant Street NE Washington, DC 20019** | **adavis@primepartn ersengineering.co m** | **Trade** | | | | **$30,000.00** |
| **Sheppard Mullin Richter & Hampton LLP 333 South Hope Street 43rd Floor Los Angeles, CA 90071-1422** | **armbx@sheppard mullin.com** | **Professional fees** | | | | **$15,791.50** |

Debtor    **SaveSolar Corporation Inc.**                                          Case number *(if known)* _____
               Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Thin Edge Media 134 Langford Street North Melbourne, VIC 3000 Australia** | dc@thinedgemedia.com | **Trade** | | | | $24,213.74 |
| **ZOOMINFO DEPT LA 24789 Pasadena, CA 91185** | elle.rodriguez@zoominfo.com | **Trade** | | | | $6,890.00 |
| **Zooz Technology Corporation 9800 Wilshire Boulevard Beverly Hills, CA 90212** | justin@zooz.com.au | **Trade** | | | | $2,400.00 |

LOCAL OFFICIAL FORM 102

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

In re                                          )

**SaveSolar Corporation Inc.**          )    Case No.

_____  )

                                          )    Chapter  <u>11</u>

                        Debtor.    )

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept a flat fee of | $ _____ |
| Filing Fee | $ _____ |
| Prior to the filing of this statement I have received | $ _____ |
| Balance Due | $ _____ |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted

**For legal services, I have agreed to accept and received a retainer of $175,000.00 with respect to debtor and its subsidiary, SafeSolar Alpha Holdco LLC.  The undersigned shall bill against the retainer at the hourly rates stated in Section 3 below.**

2.        The source of the compensation paid to me was:

☐    Debtor  ☑    Other (specify):

**On January 11, 2023, Whiteford, Taylor & Preston, LLP ("WTP") received a retainer payment in the amount of $20,000, and on January 17, 2023, WTP received a retainer payment in the amount of $55,000 (together, the "Advance Payment Retainer").  The Advance Payment Retainer was fully earned and applied pre-petition.  On February 1, 2023, WTP received a chapter 11 retainer in the amount of $175,000 to secure post-petition fees of the debtor and its subsidiary, SaveSolar Alpha Holdco LLC. Counsel is informed that the Debtor obtained the funds directly or indirectly from shareholder loans.**

3.        The source of compensation to be paid to me is:

☐    Debtor  ☑    Other (specify):

**Bradford F. Englander (Partner): $780; Stephen G. Luttrell (Partner): $540 Jae Won Ha (Associate): $450; Kathleen G. McCruden (Paralegal): $415.  Other WTP professionals to be charged at their standard rates in effect from time to time.**

4    ☑    I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm.

☐    I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.        In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.    2016-2(b) if taking the no-look fee

f.    Other provisions:

**(1)  preparing, on behalf of the Debtors, as debtors in possession, all necessary motions, applications, answers, orders, reports, plans, disclosure statements, and papers in connection with the administration of these cases;**

**(2)  counseling the Debtors with regard to their rights and obligations as debtors in possession in the continued operation of their businesses and the management of their estates, and assisting the Debtors with preparation and filing of monthly operating reports;**

**(3)  providing the Debtors with advice, representing the Debtors and preparing all necessary documents on behalf of the Debtors in the areas of corporate finance, asset dispositions, bankruptcy law, environmental law, regulatory matters, commercial litigation, and debt restructuring in connection with their restructuring efforts;**

**(4)  interacting and communicating with the Court's chambers and the Court's Clerk's Office;**

**(5)  representing and advising the Debtors in negotiations with their lenders, other creditors, equity holders and other parties in interest; and**

**(6)  performing all other necessary or requested legal services in connection with these chapter 11 cases, including, without limitation, any general corporate and litigation legal services.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service: **Tax preparation or advice.**

_____

**Prior to the Petition Date, the Debtors were indebted to WTP for fees and costs in excess of $250,000.  To ensure that WTP is disinterested, upon entry of an order approving the Application for Authority to Employ filed herein, WTP will waive and release all claims on account of unpaid prepetition fees and costs.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:  **February 2, 2023** _____        **/s/ Bradford F. Englander** _____
                                                            Signature of attorney
                                                            **Bradford F. Englander 428617**
                                                            Name, Bar Number
                                                            **Whiteford, Taylor & Preston LLP**
                                                            Firm
                                                            **3190 Fairview Park Drive**
                                                            **Suite 800**
                                                            **Falls Church, VA 22042-4510**
                                                            Address
                                                            **703-280-9081**
                                                            Telephone
                                                            **benglander@wtplaw.com**
                                                            Email Address

**United States Bankruptcy Court**
**District of District of Columbia**

In re    **SaveSolar Corporation Inc.**                                          Case No.    _____
                                          Debtor(s)       Chapter    **11**    _____

## LIST OF CREDITORS AND MAILING MATRIX

1.    The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of __26__ pages and a total of __221__ entities listed.

2.    The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

1 of 2

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date: __February  2, 2023__          __/s/ Karl Unterlechner__
                                     **Karl Unterlechner/President**
                                     Signer/Title

1441 Rhode Island Condominium Assoc.
EJF Real Estate Services
1630 Military Cutoff Road
Wilmington, NC 28403


Adobe
345 Park Avenue
San Jose, CA 95110-2704


Adobe Acrobat Pro
345 Park Avenue
San Jose, CA 95110-2704


Adobe Creative Cloud
345 Park Avenue
San Jose, CA 95110-2704


Ahumedo Gonzalez, Cristian Andres
Calle 46 # 43 ,Äì 135 Apto 1711
Medellin  Antioquia 050015
Colombia


Airbnb
888 Brannan Street, 4th Floor
San Francisco, CA 94103


Aircall
381 Park Avenue South, 16th Floor
New York, NY 10016


Alejandro Toro Perdomo
58 Aberdeen Street
Stamford, CT 06902


Alvarez & Marsal Valuation Services
600 Madison Avenue, 8th Floor
New York, NY 10022

Alvarez & Marsal Valuation Services
c/o Corporation Service Company
80 State Street
Albany, NY 12207


Amalgamated Bank
255 California Street, Suite 600
San Francisco, CA 94111


Amalgamated Bank
275 7th Avenue
New York, NY 10001


Amalgamated Bank
Atn Skyler Webster, First Vice President
255 California Street, Suite 600
San Francisco, CA 94111


Amazon Web Services
Block E, 14th Floor Units 1401 to 1421
Intl Trade Tower
Nehru Place, New Delhi, DE 110019


American Airlines
4333 Amon Carter Blvd
Fort Worth, TX 76155


Associated Industries Insurance Company
c/o Bethune & Associates
14435 North 7th Street, Suite 201
Phoenix, AZ 85022


Atlassian
Level 6, 341 George Street
Sydney, NSW 2000
Australia

Australian Post Corporaiton
111 Bourke Street
Melbourne VIC 3000
Australia


AWS Services
Block E, 14th Floor
Unit No. 1401 to 1421 Intl Trade Tower
Nehru Place, New Delhi  110019


Bank of America, N.A.
100 North Tryon Street
Charlotte, NC 28255


Bast, Bronson
3223 11th Street NW
Washington, DC 20010


Bennett Hanson
1975 NW Everett Street
Portland, OR 97209


Benning Park Neighborhood Corporation
5113 Fitch Street SE
Washington, DC 20019


Berkeley Point Capital LLC dba Newmark
8 Springhouse Innovation Park
Suite 200
Ambler, PA 19002


BILL
1810 Embaradero Road
Palo Alto, CA 94303


Bishop's Gate Condominium
1715 15th St NW
Washington, DC 20005

Bishop's Gate Condominium Association
1715 15th St NW
Washington, DC 20005


Blue Cross
225 North Michigan Ave
Chicago, IL 60601


BP Energy Company
201 Helios Way
Houston, TX 77079


BRENDOCORP PTY LTD
3 Cohen Way
Thrumster NSW 2444


Brooks Oak Hill Properties
3320 Wheeler RD SE
Washington, DC 20032


Business Central
One Microsoft Way
Redmond, WA 98052-6399


Captain Power LLC
148 Saratoga Cta
North East, MD 21901


Cardenas, Omar
Carrera 48 #76D Sur-34
Sabaneta  Antioquia 55450
Colombia


CareFirst
840 First Street NE
Washington, DC 20065

Cathedral West Condominium Association
401 New York Avenue
Washington, DC 20002


CBT Nuggets
2850 Crescent Avenue
Eugene, OR 97408


Cervelli, Dave
9 Emma Court
Sunbury, VIC 3429
Australia


Chessa
PO Box 181
Washington, DC 20044


Citrix
851 W Cypress Creek Rd
Fort Lauderdale, FL 33309


Clean Edge
2312 Log Wood Crt
Mississauga ON
L5C 3C5   Canada


Clean Energy Counsel LLP-1
1 Sansome Street, Suite 3500
San Francisco, CA 94104


Cleantech Law Partners
548 Market Street
Suite 59966
San Francisco, CA 94104


CohnReznick LLP
500 East Pratt Street, 4th Floor
Baltimore, MD 21202

Comfort Inn
10750 Columbia Pike
Silver Spring, MD 20901


Community Renewable Energy Facility
Pepco
PO Box 97274
Washington, DC 20090-7274


Consolidated Insurance Center, INC
11403 Cronridge Drive, Suite 270
Owings Mills, MD 21117


Convera Edge (WUBS)
7001 E Belleview
Silver Spring, MD 20901


Cox, Thomas J.
6358 Jackson Street
Philadelphia, PA 19135


David Angarita García
Cra 48 # 26-85
Medellin Antioquia 50030
Colombia


DC Government
441 4th Street NW
Washington, DC 20001


DC Health Link
PO Box 97022
Washington, DC 20090


DC-OTR-WEB-WTH
1101 4th St SW #270
Washington, DC 20024

Delta Airlines
30320, 1020 Cargo Service Rd
Atlanta, GA 30337


Demuren, Tumi
514 Tennessee Avenue NE
Washington, DC 20002


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999


District of Columbia Sustainable Energy
80 M Street, SE
Washington, DC 20003


Dropbox
1800 Owens Street
San Francisco, CA 94158


E & G DC Co-Op Owner LLC
1651 Old Meadow Rd
Mc Lean, VA 22102


Elesa Vetgrad Cemetery
1805 Middlebridge Dr
Silver Spring, MD 20906


EnergySage
1 Center Plz
Boston, MA 02108


Enertis Inc
One Hallidie Plaza
Suite 401
San Francisco, CA 94102

Fannie Mae
One Light Street, 12th Floor
Baltimore, MD 21202


Formstack
11671 Lantern Rd #300 HQ
Fishers, IN 46038


Fox Hills North Ltd Partnership
8630 Fenton St
Silver Spring, MD 20910


Goldstein, Samuel F.
5604 Broad Branch Road NW
Washington, DC 20015


Gomez, Catalina
Carrera 15 #16A Sur -
06 Los Balsos, El Poblado
Medellín, Antioquia, 050022, Colombia


Google G-Suite
1600 Amphitheatre Parkway Mountain View
Mountain View, CA 94043


Grady Management
1108 Kennebec Street
Oxon Hill, MD 20745


Grady Properties IV FC Limited Partnersh
8630 Fenton St
Silver Spring, MD 20910


Grappler Construction
5328 Sandy Point Lane
Clifton, VA 20124

Grappler Construction
5328 Sandy Point Lane
Centreville, VA 20120


Green Power Connection
701 9th St NW
Washington, DC 20068


Gunter & King Pty Ltd (PANDR)
2/306 Little Collins Street
Melbourne  3000
Australia


Halo Development LLC
311 Reisterstown Road
Baltimore, MD 21208


Hanson, Bennett
1975 NW Everett Street, 507
Portland, OR 97209


Hegbe, Elie
6735 New Hampshire Ave. #813
Takoma Park, MD 20912


Helioscope
2009 Sunburst Drive
Vail, CO 81657


Hotels.com
5400 LBJ Freeway, Suite 500
Dallas, TX 75240


Houghton, Kyle
1311 Gruene Glen Street
New Braunfels, TX 78132

Hubspot
25 First Street, 2nd Floor
Cambridge, MA 02141


Huepa Bolivar, Carlos Eduardo
Carrera 84 # 37B-123, Apt 701
Medellin  Antioquia 50023
Colombia


ICAP Energy LLC
PO Box 30961
New York, NY 10087-0961


Industrious
PO Box 780441
Philadelphia, PA 19178


Intact Services USA LLC
PO Box 371871
Pittsburgh, PA 15250-7871


Jacobs, Brendon
3 Cohen Way
Thrumster, NSW 2444
Australia


Julian Celis Hoyos
CI 46 # 43-135
Medellin, Antioquia 050015
Colombia


Kaye Stern
401 New York Avenue
Washington, DC 20002


Kutler Tax Resolution, Inc.
4704 North Harlan Street
Denver, CO 80212

LCR SaveSolar Investco LLC
810 E. Main Street, Suite 2-210
Durham, NC 27701


LCR SaveSolar Investco LLC
Attn: Erik Lensch, Chief Executive
810 E. Main Street, Suite 2-210
Durham, NC 27701


Leyline Renewable Capital, LLC
810 E. Main Street, Suite 2-210
Durham, NC 27701


Logistics Plus, Inc
1406 Peach Tree Street, #3
Erie, PA 16501


Londoño Sosa, Erika Carolina
Calle 55N #22-80, Torre C Apto 407
Popayan  Cauca 190001
Colombia


Lucid Chart
10355 S Jordan Gtwy Suite 300
South Jordan, UT 84095


Lumina Solar
3600 Commerce Drive, Suite 601
Halethorpe, MD 21227


Lumina Solar Inc
3600 Commerce Drive
Suite 601
Halethorpe, MD 21227


Lyft
185 Berry Street, Suite 5000
San Francisco, CA 94107

Marcum LLP
750 Third Avenue, 11th Floor
New York, NY 10017


Marcum LLP
c/o The Partnership
10 Melville Park Road
Melville, NY 11747


Metropolitan Exteriors
10580 McConnell Place
White Plains, MD 20695


Metropolitan Exteriors Inc.
10580 McConnell Place
White Plains, MD 20695


MG Trust
655 Montgomery Street Suite 1800
San Francisco, CA 94111


Microsoft
One Microsoft Way
Redmond, WA 98052-5399


Nearmap
10897 South River Front Parkway, Suite 1
South Jordan, UT 84095


New Columbia Solar
401 New York Avenue
Washington, DC 20002


Nierre, Ro
306 Little Collins Street
Melbourne, VIC 3000
Australia

NJ Division of Consumer Affairs
810 7th Street NE
Washington, DC 20002


Notarize.com
745 Boylston Street
Boston, MA 02116


Oak Park Phase II Limited Partnership
1651 Old Meadow Road
Mc Lean, VA 22102


Ocbina, Jessamine
306 Little Collins Street
Melbourne, VIC 3000
Australia


Office 365
One Microsoft Way
Redmond, WA 98052-6399


Pannell House Condominium Assoc. Inc.
2-A Industrial Park Drive
Waldorf, MD 20602


Pannell House Condominium Assoc. Inc.
1920 Naylor Road SE
Washington, DC


Papertrl, Inc.
3401 Carlins Park Drive
Baltimore, MD 21215


Pardo Durán, Elkin Andrés
Calle 12B #7 1D-31 Torre 6 Apto 1003
Antioquia
Colombia

Partner Helper LLC
1221 Brickell Avenue
Suite 900
Miami, FL 33131


PEPCO
Remittance Processing EP 1804
701 9th Street NW
Washington, DC 20001-4572


Pierce Gulley
623 13th Street NE
Washington, DC 20002


PJM EIS
2750 Monroe Blvd
Norristown, PA 19403


Pondeca Industries Incorporated
100 South Main Street
Kalispell, MT 59901


Power, Chris
32 Denmark Street
Kew VIC 3101
Australia


Prime Partners Engineering
1201 Connecticut Avenue NW
Suite 900
Washington, DC 20036


Prime Partners Engineering LLC
4038 Grant Street NE
Washington, DC 20019


Project Alpha TE JV
1140 3rd St NE Ste 2120
Washington, DC 20002

ProTitle USA
202 Holland Road, Unit 220
Holland, PA 18966


Quickbooks
2632 Marine Way
Mountain View, CA 94043


Quiobel, Nigel
306 Little Collins Street
Melbourne, VIC 3000
Australia


RB Hinkle Construction Inc.
PO Box 1153
4700 Pottsville Pike
Reading, PA 19605


Realtimeboard, Inc. dba Miro
201 Spear Street, Suite 1100
San Francisco, CA 94105


Reforsado, Nick Karl
306 Little Collins Street
Melbourne, VIC 3000
Australia


RER Energy Group LLC
4700 Pottsville Pike
Reading, PA 19605


Resident Agents Inc.
30 N Gould Street, Suite R
Sheridan, WY 82801


Rincón Zuluaga, Maria Antonia
19 West 24th Street
New York, NY 10011

Rodriguez, Julian David
Carrera 52 a #134 a-79
Bogota 111111213
Colombia


Rojas Barragan, Juan Pablo
Calle 64 No 5-35
Bogota, Bogota D.C. 110231
Colombia


SA TEC, LLC
400 Continental Blvd #160
El Segundo, CA 90245


Sales Rabbit
2000 Ashton Blvd
Ashton, UT 84043


Samy, Bahaa
2312 Log Wood Crt
Mississauga ON L5C 3C5
Canada


Santa Bella Investments
400 Continental Blvd #160
El Segundo, CA 90245


Santana Hernandez, Miguel Angel
525 Federal Street
Bluefield, WV 24701


Sarkar, Sayan
Avenida Pablo Casals 487
Departamento 401
Guadalajara Jalisco 44670, Mexico


SaveSolar Alpha Holdco LLC
810 7th St NE
Washington, DC 20002

SaveSolar Alpha Holdco, LLC
810 7th Street NE
Washington, DC 20002


SaveSolar Subscriber Services LLC
1140 3rd St NE Ste 2120
Washington, DC 20002


Second NW Cooperative HME
1321 5th St NW, Ste 103
Washington, DC 20001


Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422


Slack
500 Howard Street
San Francisco, CA 94105


Smartsheet
500 108th Avenue NE
#200 HQ
Bellevue, WA 98004


Solar Energy Services
4151 W Church Street
Springfield, MO 65802


Solar Energy Services, Inc.
1514 Jabez Run
Millersville, MD 21108


SolarGaines LLC
9 Schilling Rd, Ste 202
Hunt Valley, MD 21031

Solarview.IO Renewable Energy Ltd
4285000
Be'erotayim, MO 42850


SolRidge RE, LLC
400 Continental Blvd #160
El Segundo, CA 90245


SolRidge, LLC
400 Continental Blvd #160
El Segundo, CA 90245


SSC 1110 KENNEBEC MD, LL
810 7th St NE
Washington, DC 20002


SSC 116 IRVINGTON CANOPY DC LLC
810 7th St NE
Washington, DC 20002


SSC 116 IRVINGTON DC LLC
1140 3rd St NE Ste 2120
Washington, DC 20002


SSC 1309 Fifth DC, LLC
1140 3rd Street, NE
Suite 2120
Washington, DC 20002


SSC 1321 FIFTH CANOPY DC LLC
810 7th St NE
Washington, DC 20002


SSC 1321 FIFTH DC LLC
810 7th St NE
Washington, DC 20002

SSC 1323 I DC LLC
810 7th St NE
Washington, DC 20002


SSC 1350 E DC, LLC
1140 3rd Street, NE
Suite 2120
Washington, DC 20002


SSC 1402 TWENTY SECOND DC LLC
1140 3rd Street, NE Suite 2120
Washington, DC 20002


SSC 1420 R DC, LLC
810 7th St NE
Washington, DC 20002


SSC 1430 Belmont DC, LLC
1140 3rd Street, NE Suite 2120
Washington, DC 20002


SSC 1441 RHODE ISLAND DC
810 7th St NE
Washington, DC 20002


SSC 1601 Gainseville DC, LLC
1140 3rd Street, NE Suite 2120
Washington, DC 20002


SSC 1715 FIFTEENTH DC LLC
810 7th St NE
Washington, DC 20002


SSC 1800 4th St DC, LLC
1140 3rd Street, NE
Suite 2120
Washington, DC 20002

SSC 1811 Cabin Branch MD, LLC
1140 3rd Street, NE
Suite 2120
Washington, DC 20002


SSC 1901 BROOKS MD LLC
810 7th St NE
Washington, DC 20002


SSC 1920 NAYLOR DC
810 7th St NE
Washington, DC 20002


SSC 220 Hamilton DC, LLC
1140 3rd Street, NE
Suite 2120
Washington, DC 20002


SSC 2501 N DC LLC
1140 3rd St NE Ste 2120
Washington, DC 20002


SSC 2801 Stanton DC, LLC
1140 3rd Street, NE Suite 2120
Washington, DC 20002


SSC 2850 New York DC, LLC
1140 3rd Street, NE
Suite 2120
Washington, DC 20002


SSC 3040 STANTON DC, LLC
1140 3rd Street, NE
Suite 2120
Washington, DC 20002

SSC 3200 Curtis DC, LLC
1140 3rd Street, NE
Suite 2120
Washington, DC 20002


SSC 3233 FIFTEENTH DC, LLC
810 7th St NE
Washington, DC 20002


SSC 3320 WHEELER DC
810 7th St NE
Washington, DC 20002


SSC 3553 EAST CAPITOL, LLC
1140 3rd Street, NE
Suite 2120
Washington, DC 20002


SSC 4100 Suitland MD, LLC
1140 3rd Street, NE
Suite 2120
Washington, DC 20002


SSC 4100 SUITLAND RD CANOPY, LLC
1140 3rd Street, NE
Suite 2120
Washington, DC 20002


SSC 4101 Kaywood PL MD, LLC
1140 3rd Street, NE
Suite 2120
Washington, DC 20002


SSC 4601 N Park DC, LLC
1140 3rd Street, NE
Suite 2120
Washington, DC 20002

SSC 4717 1st ST DC, LLC
1140 3rd Street, NE Suite 2120
Washington, DC 20002


SSC 5113 FITCH DC
810 7th St NE
Washington, DC 20002


SSC 600 Kenilworth DC, LLC
1140 3rd Street, NE Suite 2120
Washington, DC 20002


SSC 6304 Sherriff MD, LLC
1140 3rd Street, NE
Suite 2120
Washington, DC 20002


SSC 6323 LUZON DC, LLC
810 7th St NE
Washington, DC 20002


SSC SR JV Holdco
1140 3rd St NE Ste 2120
Washington, DC 20002


Standard RH Venture LP
aka Standard Property Company
1901 Avenue of the Stars. Suite 395
Los Angeles, CA 90067


Steven Shparber
Clark Hill
1001 Pennsylvania Avenue NW
Suite 1300 South
Washington, DC 20004

The Commons South Yarra
11 Wilson Street
South Yarra VIC 3141
Australia


The Premium Finance Company, LLC
807 West Highway 50
O Fallon, IL 62269


Thin Edge Media
134 Langford Street
North Melbourne, VIC 3000
Australia


Toro, Alejandro
Calle 18 N3A - 41,
Casa 2 Chinchina
Caldas Colombia


Travelers Casualty and Surety Company
PO Box 660317
Dallas, TX 75266-0317


Uber
1455 Market Street
San Francisco, CA 94103


United Airlines
233 S. Wacker Drive
Chicago, IL 60606


Universal Renewables LLC
3516 Massachusetts Ave NW
Washington, DC 20002

Unterlechner, Karl
35A Derwent Street
Newport 3015
Australia


Unterlechner, Karl
514 Tennessee Avenue NE
Washington, DC 20002


UXPin
1134 W El Camino Real
Mountain View, CA 94040


Valor Development - Firehouse 27
401 New York Avenue
Washington, DC 20002


Vermont Energy Investment Corporation
128 Lakeside Drive, Suite 401
Burlington, VT 05401


Vermont Energy Investment Corporation
20 Winooski Falls Way, 5th Fl
Winooski, VT 05404


Vinay Jain
198 Craigieburn Road
Craigieburn 3064
Australia


Vrieselaar, Thijs
134 Langford Street
North Melbourne, VIC 2051
Australia


We Solar Inc.
1200 South Conkling Street, Apt 240
Baltimore, MD 21224

Whiteford, Taylor & Preston, LLP
7 St. Paul Street, Suite 1500
Baltimore, MD 21202


Wilson, William
51 Silverway Drive
Herndon, VA 20170


Winn, Alex
4318 Gypsy Court
Alexandria, VA 22310


Woodberry Apartments LP
Moshe Eichler
86 Route 59
East Spring Valley, NY 10977


Wylie Court Condo
1323 I Street NE
Washington, DC 20002


Yalamanchilli, Srinand
1604 Q St NW Apt 502
Washington, DC 20009


Yoffee, Elicia
1445 Ogden Street NW
Apt 327
Washington, DC 20010


Zapier
548 Market Street, #62411
San Francisco, CA 94104-5401


ZOOMINFO
DEPT LA 24789
Pasadena, CA 91185

Zooz Technology Corporation
9800 Wilshire Boulevard
Beverly Hills, CA 90212

# United States Bankruptcy Court
### District of District of Columbia

In re  **SaveSolar Corporation Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **SaveSolar Corporation Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  2, 2023**

Date

**/s/ Bradford F. Englander**

**Bradford F. Englander 428617**

Signature of Attorney or Litigant

Counsel for   **SaveSolar Corporation Inc.**

**Whiteford, Taylor & Preston LLP**

**3190 Fairview Park Drive**

**Suite 800**

**Falls Church, VA 22042-4510**