**Fill in this information to identify the case:**

Debtor name  **SaveSolar Corporation Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)  **23-00045**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 28, 2023**      *X* **/s/ Karl Unterlechner**

Signature of individual signing on behalf of debtor

**Karl Unterlechner**
Printed name

**President**
Position or relationship to debtor

Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    **SaveSolar Corporation Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)    **23-00045**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $      **13,671,103.65**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $      **13,671,103.65**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $      **18,384,489.70**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      **158,647.76**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      **1,737,011.65**

4.    Total liabilities ...........................................................................................
    Lines 2 + 3a + 3b    $      **20,280,149.11**

**Fill in this information to identify the case:**

Debtor name **SaveSolar Corporation Inc.**

United States Bankruptcy Court for the: DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) **23-00045**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Amalgamated Bank, 275 Seventh Avenue, New York, NY 10001 | Checking  2/1/2023 | 3865 | $995.00 |
| 3.2. | Bank of America, PO Box 15284, Wilmington, DE 19850 | Checking  2/1/2023 | 4262 | $545.61 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | $1,540.61 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Industrious - Deposit for office space rental - 12/2/2021** | $8,695.50 |
|---|---|---|
| 7.2. | **Deposit paid to The Commons South Yarra** | $2,022.45 |

| Debtor | **SaveSolar Corporation Inc.** | Case number *(If known)* **23-00045** |
|---|---|---|
| | Name | |

**7.3.** **Amalgamated Bank Loan Servicing - deposit for Long Term Loan - 11/8/2021**    $25,000.00

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment
   **Retainer paid to Whiteford Taylor & Preston:**
   **January 11, 2023 -  $20,000;**
   **January 17, 2023 -  $55,000;**
**8.1.** **February 1, 2023 - $175,000**    $250,000.00

**9.** **Total of Part 2.**    $285,717.95
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:    341,375.10    -    0.00    = ....    $341,375.10
                          face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    40,666.27    -    10,000.00    =....    $30,666.27
                        face amount                doubtful or uncollectible accounts

**12.** **Total of Part 3.**    $372,041.37
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                     % of ownership

**15.1.** **See Attachment Part 4, Item 15.1 - Interests in subsidiaries**    100  %    **Cost**    $8,676,579.81

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

Debtor    **SaveSolar Corporation Inc.**                                    Case number *(If known)* **23-00045**
          Name

| 17. | **Total of Part 4.** | | | | **$8,676,579.81** |

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** Work in progress | | $2,771,457.19 | Cost | $2,771,457.19 |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | | | **$2,771,457.19** |

Add lines 19 through 22.  Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. **Office furniture** | | | | |
| 40. **Office fixtures** | | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See Attached Schedule A/B Part 7. Section 41. Value is cost less depreciation. | | **Unknown** | Cost | $5,005.52 |

Debtor    **SaveSolar Corporation Inc.**    Case number *(If known)*  **23-00045**
_____Name_____

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**    | **$5,005.52**

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**See Attached Schedule A/B Part 8. Section 50.**<br>**Value is cost less depreciation.** | **Unknown** | Cost | $1,327.56 |

51.    **Total of Part 8.**    | **$1,327.56**

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| Debtor | **SaveSolar Corporation Inc.** | Case number *(If known)* **23-00045** |
|---|---|---|
| | Name | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Subscriber Management Application, Utility Integrations and Subscriber Onboarding platform for the purposes of obtaining and retaining community solar credit off takers, and Geospatial Targeting software utilized to target suitable properties for development.** | Unknown | | Unknown |
| 61. | **Internet domain names and websites** **www.savesolar.us** | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** **Basic Business License/General Contractor/License #410523000158** | Unknown | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Unknown |
|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
☐ No
☑ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| | **Net operating loss** | Tax year **2018** | $77,616.00 |

| Debtor | **SaveSolar Corporation Inc.** | Case number *(If known)* **23-00045** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **Net operating loss** | | Tax year **2020** | $154,042.00 |

| | | | |
|---|---|---|---|
| **Net operating loss** | | Tax year **2021** | $526,814.00 |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **SaveSolar Corporation Inc. ("SaveSolar") filed a complaint in Superior Court for the District of Columbia against: (i) MSI Diversified, f/k/a Moxie Solar Inc; (ii) Moxie Solar, LLC d/b/a Moxie Solar; (iii) Lorentzen Investments, LLC; and (iv) Jason R. Hall, an individual (collectively "Moxie Solar"),  alleging breach of contract, breach of duty good faith and fair dealing, misrepresentation - fraud in the inducement, and negligence (respondeat superior). SaveSolar seeks approximately $696,258.09 in compensatory damages and other relief.**
    $696,258.09

| Nature of claim | **Breach of contract** |
|---|---|
| Amount requested | **$696,258.09** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    **The Debtor paid $102,703.55 for Mobilization to RER for Woodberry, and is waiting for performance under the agreement.**
    $102,703.55

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

    $1,557,433.64

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Debtor | **SaveSolar Corporation Inc.** | Case number *(If known)* **23-00045** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,540.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $285,717.95 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $372,041.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $8,676,579.81 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,771,457.19 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,005.52 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,327.56 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **Unknown** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,557,433.64 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,671,103.65 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,671,103.65 |

**SAVESOLAR CORPORATION**

**ATTACHMENT TO SCHEDULE A/B QUESTION 11.**

| | Date | Transaction Type | Num | Customer | Business | Due Date | Doubtful or uncollectible accounts | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **91 or more days past due** | | | | | | | | |
| | 8/16/2022 | Invoice | 1223 | Woodberry Apartments LP:2224 SAVANNAH DC | SaveSolar Corporation | 08/16/2022 | N | 10,000.00 |
| | 9/15/2022 | Invoice | 1249 | SSC 1323 I DC LLC | SaveSolar Corporation | 10/15/2022 | N | 1,421.00 |
| | 9/15/2022 | Invoice | 1246 | SSC 1321 FIFTH DC LLC | SaveSolar Corporation | 10/15/2022 | N | 2,184.00 |
| | 9/15/2022 | Invoice | 1245 | SSC 1321 FIFTH DC LLC | SaveSolar Corporation | 10/15/2022 | N | 4,838.00 |
| | 9/15/2022 | Invoice | 1248 | SSC 116 IRVINGTON DC LLC | SaveSolar Corporation | 10/15/2022 | N | 6,825.80 |
| | 9/15/2022 | Invoice | 1247 | SSC 116 IRVINGTON DC LLC | SaveSolar Corporation | 10/15/2022 | N | 15,397.47 |
| **Total for 91 or more days past due** | | | | | | | | **40,666.27** |
| **Less than 90 days past due** | | | | | | | | |
| | 11/4/2022 | Invoice | 1259 | Park Shirlington | SaveSolar Corporation | 11/04/2022 | N | 10,000.00 |
| | 12/20/2022 | Invoice | 1272 | SSC 1323 I DC LLC | SaveSolar Corporation | 12/30/2022 | N | 8,120.00 |
| | 12/20/2022 | Invoice | 1270 | SSC 3320 WHEELER RD DC LLC | SaveSolar Corporation | 12/30/2022 | N | 14,965.60 |
| | 12/20/2022 | Invoice | 1265 | SSC 1110 KENNEBEC MD LLC | SaveSolar Corporation | 12/30/2022 | N | 21,230.50 |
| | 12/20/2022 | Invoice | 1268 | SSC 1901 BROOKS MD LLC | SaveSolar Corporation | 12/30/2022 | N | 22,474.00 |
| | 12/20/2022 | Invoice | 1273 | SSC 1321 FIFTH DC LLC | SaveSolar Corporation | 12/30/2022 | N | 23,550.00 |
| | 12/20/2022 | Invoice | 1266 | SSC 1110 KENNEBEC MD LLC | SaveSolar Corporation | 12/30/2022 | N | 25,500.00 |
| | 12/20/2022 | Invoice | 1267 | SSC 1901 BROOKS MD LLC | SaveSolar Corporation | 12/30/2022 | N | 26,969.00 |
| | 12/20/2022 | Invoice | 1271 | SSC 3320 WHEELER RD DC LLC | SaveSolar Corporation | 12/30/2022 | N | 46,048.00 |
| | 12/20/2022 | Invoice | 1269 | SSC 116 IRVINGTON DC LLC | SaveSolar Corporation | 12/30/2022 | N | 129,371.00 |
| | 12/30/2022 | Invoice | 1281 | SSC 2501 N DC LLC | SaveSolar Corporation | 01/29/2023 | N | 13,147.00 |
| **Total for Current** | | | | | | | | **341,375.10** |
| **TOTAL** | | | | | | | | **382,041.37** |

**Part 4, Item 15.1 - interests in subsidiaries**

| Subsidiary | Net book value of debtor's interest (Where available) | Valuation method used for the current value | Current value of debtor's interest |
|---|---|---|---|
| SSC 1110 KENNEBEC MD LLC | 1,910,424.91 | Cost Approach | 1,910,424.91 |
| SSC 116 IRVINGTON CANOPY DC LLC | 59,414.19 | Cost Approach | 59,414.19 |
| SSC 116 IRVINGTON DC LLC | 1,872,502.05 | Cost Approach | 1,872,502.05 |
| SSC 1321 FIFTH CANOPY DC LLC | 30,864.58 | Cost Approach | 30,864.58 |
| SSC 1321 FIFTH DC LLC | 510,258.24 | Cost Approach | 510,258.24 |
| SSC 1323 I DC LLC | 598,271.29 | Cost Approach | 598,271.29 |
| SSC 1901 BROOKS MD LLC | 2,279,493.60 | Cost Approach | 2,279,493.60 |
| SSC 2501 N DC LLC | 171,887.54 | Cost Approach | 171,887.54 |
| SSC 3233 FIFTEENTH DC LLC | 160,578.45 | Cost Approach | 160,578.45 |
| SSC 3320 WHEELER DC LLC | 1,049,375.26 | Cost Approach | 1,049,375.26 |
| SSC 1420 R DC LLC | 10,295.90 | Cost Approach | 10,295.90 |
| SSC 3040 STANTON DC LLC | 621.00 | Cost Approach | 621.00 |
| SSC 3553 EAST CAPITOL DC | 6,005.05 | Cost Approach | 6,005.05 |
| SSC 4100 SUITLAND RD MD | 316.40 | Cost Approach | 316.40 |
| SSC 6323 LUZON DC | 16,271.35 | Cost Approach | 16,271.35 |
| **Total** | | | **8,676,579.81** |

## SAVESOLAR CORPORATION INC. - ATTACHMENT TO SCHEDULE A/B - Part 7 - Section 41

| Date | Memo/Description | Amount |
|---|---|---|
| **Fixed Asset Computers** | | |
| 07/07/2021 | Apple Macbook Pro, 13", 256 GB SSD - Holder: Pierce Gulley | 1,366.34 |
| 07/30/2021 | Asus VivoBook 15 F513, 15.6", 128GB SSD, 1TB HHD - Holder: Thomas Cox | 626.28 |
| 08/26/2022 | Apple Macbook Pro 13" - Holder: Thomas Cox | 2,118.94 |
| 09/06/2022 | Apple Macbook Pro 13" - Holder: Sam Goldstein | 2,158.92 |
| 12/31/2022 | Laptop removed from the fixed asset - TJ confirmed its lack of use and operation | -626.28 |
| | **Cost Value** | **$ 5,644.20** |
| **Accumulated Depreciation Fixed Assets Computers** | | |
| 12/31/2021 | Depreciation of Computers | -155.61 |
| 01/31/2022 | Depreciation of Computers | -33.21 |
| 02/28/2022 | Depreciation of Computers | -33.21 |
| 03/31/2022 | Depreciation of Computers | -33.21 |
| 04/30/2022 | Recognition of April depreciation for fixed asset | -33.21 |
| 05/31/2022 | Computers recognition of May depreciation for fixed asset | -33.21 |
| 06/30/2022 | Computers recognition of June depreciation for fixed asset | -33.21 |
| 07/31/2022 | Computers recognition of July depreciation for fixed asset | -33.21 |
| 08/31/2022 | Computers recognition of August depreciation for fixed asset | -33.21 |
| 09/30/2022 | Computers recognition of September depreciation for fixed asset | -68.53 |
| 10/31/2022 | Computers recognition of October depreciation for fixed asset | -68.53 |
| 11/30/2022 | Computers recognition of November depreciation for fixed asset | -68.53 |
| 12/31/2022 | Laptop removed from the fixed asset - TJ confirmed its lack of use and operation | -501.02 |
| 12/31/2022 | Computers recognition of December depreciation for fixed asset | -68.53 |
| 12/31/2022 | Laptop removed from the fixed asset - TJ confirmed its lack of use and operation | 626.28 |
| 1/31/2023 | Computers recognition of December depreciation for fixed asset | -68.53 |
| | **Depreciation amount** | **-$ 638.68** |
| | **Book value** | **$ 5,005.52** |

## SAVESOLAR CORPORATION INC. - ATTACHMENT TO SCHEDULE A/B - Part 8 - Section 50

| Date | Memo/Description | Amount |
|---|---|---|
| **Machinery & Equipment** | | |
| 07/29/2021 | Fluke 1507 Digital Megohmmeter Insulation Resistance Tester + Large Soft Case | 661.23 |
| 10/18/2021 | Equipment: Impact Driver Milwakee | 559.90 |
| 12/10/2021 | Equipment: ACDC Fluke meter | 553.72 |
| | **Cost Value** | **$   1,774.85** |
| **Accumulated Depreciation Fixed Assets Machinery & Equipment** | | |
| 12/31/2021 | Depreciation of Tools and Equipment | -62.75 |
| 01/31/2022 | Depreciation of Tools and Equipment | -29.58 |
| 02/28/2022 | Depreciation of Tools and Equipment | -29.58 |
| 03/31/2022 | Depreciation of Tools and Equipment | -29.58 |
| 04/30/2022 | Tools and Equipment recognition of April depreciation for fixed asset | -29.58 |
| 05/31/2022 | Tools and Equipment recognition of May depreciation for fixed asset | -29.58 |
| 06/30/2022 | Tools and Equipment recognition of June depreciation for fixed asset | -29.58 |
| 07/31/2022 | Tools and Equipment recognition of July depreciation for fixed asset | -29.58 |
| 08/31/2022 | Tools and Equipment recognition of August depreciation for fixed asset | -29.58 |
| 09/30/2022 | Tools and Equipment recognition of September depreciation for fixed asset | -29.58 |
| 10/31/2022 | Tools and Equipment recognition of October depreciation for fixed asset | -29.58 |
| 11/30/2022 | Tools and Equipment recognition of November depreciation for fixed asset | -29.58 |
| 12/31/2022 | Tools and Equipment recognition of December depreciation for fixed asset | -29.58 |
| 1/31/2023 | Tools and Equipment recognition of December depreciation for fixed asset | -29.58 |
| | **Depreciation amount** | **-$    447.29** |
| | **Book value** | **$   1,327.56** |

**Fill in this information to identify the case:**

Debtor name    **SaveSolar Corporation Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)    **23-00045**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **Amalgamated Bank** Creditor's Name | Describe debtor's property that is subject to a lien **Membership interest in SC SR JV Holdco LLC** | **$1,675,836.81** | **Unknown** |
| **275 7th Avenue New York, NY 10001** Creditor's mailing address | Describe the lien **First lien** Is the creditor an insider or related party? | | |
| **skylerwebster@amalgamatedbank.com** Creditor's email address, if known | ☑ No ☐ Yes Is anyone else liable on this claim? | | |
| Date debt was incurred | ☑ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property? ☐ No ☑ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is: Check all that apply ☑ Contingent ☑ Unliquidated ☐ Disputed | | |
| **2.2** **Department of the Treasury** Creditor's Name | Describe debtor's property that is subject to a lien **All assets** | **$461,387.76** | **$0.00** |
| **Internal Revenue Service Cincinnati, OH 45999** Creditor's mailing address | Describe the lien **Lien filed with Office of Recorder of Deeds for Washington DC 20001** Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No ☐ Yes Is anyone else liable on this claim? | | |
| Date debt was incurred **11/2/2022** Last 4 digits of account number **1304** | ☑ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |

| Debtor | SaveSolar Corporation Inc. | | Case number (if known) | 23-00045 |
|---|---|---|---|---|
| | Name | | | |

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.3 | Department of the Treasury | Describe debtor's property that is subject to a lien | $136,516.13 | $0.00 |

Creditor's Name

**Internal Revenue Service
Cincinnati, OH 45999**

Creditor's mailing address

**All Assets**

**Describe the lien**

**Lien filed with Office of Recorder of Deeds for Washington DC 20001**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/31/2023**

**Last 4 digits of account number**
**1304**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.4 | LRC SaveSolar Investco LLC | Describe debtor's property that is subject to a lien | $16,110,749.00 | Unknown |

Creditor's Name

**807 E. Main Street, Suite 2-210
Durham, NC 27701**

Creditor's mailing address

**Liens on Debtor's membership interests in SaveSolar Alpha Holdco LLC and SSC SR JV Holdco LLC**

**Describe the lien**

**Financing Statement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**erik.lensch@leylinecapital.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $18,384,489.70 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Amalgamated Bank**<br>**Atn Skyler Webster, First Vice President**<br>**255 California Street, Suite 600**<br>**San Francisco, CA 94111** | Line **2.1** | |
| **Leyline Renewable Capital, LLC**<br>**810 E. Main Street, Suite 2-210**<br>**Durham, NC 27701** | Line **2.4** | |
| **LRC SaveSolar Investco LLC**<br>**Attn: Erik Lensch, Chief Executive**<br>**810 E. Main Street, Suite 2-210**<br>**Durham, NC 27701** | Line **2.4** | |

**Fill in this information to identify the case:**

Debtor name  **SaveSolar Corporation Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)  **23-00045**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

**2.1**

Priority creditor's name and mailing address
**Ahumedo Gonzalez, Cristian Andres**
**Calle 46 # 43 ,Äì 135 Apto 1711**
**Medellin  Antioquia 050015**
**Colombia**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Contractor - Payroll  (accrued to 2/2/23)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.2**

Priority creditor's name and mailing address
**Bast, Bronson**
**3223 11th Street NW**
**Washington, DC 20010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee compensation - Payroll  (accrued to 2/2/23)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **SaveSolar Corporation Inc.** | Case number *(if known)* | **23-00045** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,000.00** | **$2,000.00** |
| --- | --- | --- | --- | --- |

**Bennett Hanson**
**609 Elliott St NE**
**Washington, DC 20002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contracting Fees**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,220.45** | **$0.00** |
| --- | --- | --- | --- | --- |

**BRENDOCORP PTY LTD**
**3 Cohen Way**
**Thrumster NSW 2444**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll and Staff Commissions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,192.33** | **$2,192.33** |
| --- | --- | --- | --- | --- |

**Captain Power LLC**
**148 Saratoga Cta**
**North East, MD 21901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contracting Fees - Steve Stahl  (accrued to 2/2/23)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,375.00** | **$4,375.00** |
| --- | --- | --- | --- | --- |

**Cardenas, Omar**
**Carrera 48 #76D Sur-34**
**Sabaneta  Antioquia 55450**
**Colombia**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,458.00 | $11,458.00 |
|---|---|---|---|---|

**Cervelli, Dave**
**9 Emma Court**
**Sunbury, VIC 3429**
**Australia**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contracting Fees**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Comptroller of Maryland**
**Revenue Administration Division**
**110 Carroll Street**
**Annapolis, MD 21411-0001**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $694.05 | $694.05 |
|---|---|---|---|---|

**Cox, Thomas J.**
**6358 Jackson Street**
**Philadelphia, PA 19135**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee compensation - Payroll  (accrued to
2/2/23)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**David Angarita García**
**Cra 48 # 26-85**
**Medellin Antioquia 50030**
**Colombia**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contractor - Payroll  (accrued to 2/2/23)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**DC Treasurer**
**1200 First Street NE 5th Floor**
**Washington, DC 20002**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Department of the Treasury**
**Internal Revenue Service**
**Kansas City, MO 64999-0002**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,972.29 | $4,972.29 |
|---|---|---|---|---|

**Goldstein, Samuel F.**
**5604 Broad Branch Road NW**
**Washington, DC 20015**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee compensation - Payroll  (accrued to 2/2/23)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,346.15 | $1,346.15 |
|---|---|---|---|---|

**Gomez, Catalina**
**Calle 9 #54-82**
**Medellin**
**Colombia**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contractor - Payroll  (accrued to 2/2/23)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,000.00** | **$2,000.00** |
|---|---|---|---|---|

**Hanson, Bennett**
**1975 NW Everett Street, 507**
**Portland, OR 97209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contracting Fees**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Hegbe, Elie**
**6735 New Hampshire Ave. #813**
**Takoma Park, MD 20912**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee compensation - Payroll  (accrued to 2/2/23)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,172.40** | **$2,172.40** |
|---|---|---|---|---|

**Houghton, Kyle**
**1311 Gruene Glen Street**
**New Braunfels, TX 78132**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee compensation - Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Huepa Bolivar, Carlos Eduardo**
**Carrera 84 # 37B-123, Apt 701**
**Medellin  Antioquia 50023**
**Colombia**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contractor - Payroll  (accrued to 2/2/23)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,528.00** | **$0.00** |
|---|---|---|---|---|

**Jacobs, Brendon**
**3 Cohen Way**
**Thrumster, NSW 2444**
**Australia**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contractor  (accrued to 2/2/23)**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,855.70** | **$1,855.70** |
|---|---|---|---|---|

**Julian Celis Hoyos**
**Cl 46 # 43-135**
**Medellin, Antioquia 050015**
**Colombia**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Londoño Sosa, Erika Carolina**
**Calle 55N #22-80, Torre C Apto 407**
**Popayan  Cauca 190001**
**Colombia**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contractor - Payroll  (accrued to 2/2/23)**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,722.00** | **$5,722.00** |
|---|---|---|---|---|

**Nierre, Ro**
**306 Little Collins Street**
**Melbourne, VIC 3000**
**Australia**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contractor**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,643.00   $4,643.00 |
| | **Ocbina, Jessamine** | Check all that apply. | |
| | **306 Little Collins Street** | ☐ Contingent | |
| | **Melbourne, VIC 3000** | ☐ Unliquidated | |
| | **Australia** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Contractor** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00   $0.00 |
| | **Office of Tax and Revenue** | Check all that apply. | |
| | **PO Pox 96385** | ☐ Contingent | |
| | **Washington, DC 20090-6165** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll Taxes** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,600.00   $3,600.00 |
| | **Pardo Durán, Elkin Andrés** | Check all that apply. | |
| | **Calle 12B #7 1D-31 Torre 6 Apto 1003** | ☐ Contingent | |
| | **Antioquia** | ☐ Unliquidated | |
| | **Colombia** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00   $0.00 |
| | **Pennsylvania Dept of Revenue** | Check all that apply. | |
| | **PO Box 280646** | ☐ Contingent | |
| | **Harrisburg, PA 17128-0646** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Payroll taxes** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | |
| | | ☐ Yes | |

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
| --- | --- | --- | --- |
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,932.69 | $7,932.69 |
| --- | --- | --- | --- | --- |

**Power, Chris**
**32 Denmark Street**
**Kew VIC 3101**
**Australia**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contractor - Payroll  (accrued to 2/2/23)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,700.00 | $4,700.00 |
| --- | --- | --- | --- | --- |

**Quiobel, Nigel**
**306 Little Collins Street**
**Melbourne, VIC 3000**
**Australia**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contractor**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,216.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Reforsado, Nick Karl**
**306 Little Collins Street**
**Melbourne, VIC 3000**
**Australia**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contractor**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,166.67 | $2,166.67 |
| --- | --- | --- | --- | --- |

**Rincón Zuluaga, Maria Antonia**
**19 West 24th Street**
**New York, NY 10011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
|---|---|---|---|
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00

**Rodriguez, Julian David**
**Carrera 52 a #134 a-79**
**Bogota 111111213**
**Colombia**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contractor**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.32** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00

**Rojas Barragan, Juan Pablo**
**Calle 64 No 5-35**
**Bogota, Bogota D.C. 110231**
**Colombia**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contractor  (accrued to 2/2/23)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.33** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00

**Samy, Bahaa**
**2312 Log Wood Crt**
**Mississauga ON L5C 3C5**
**Canada**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.34** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,750.00 | $4,750.00

**Santana Hernandez, Miguel Angel**
**525 Federal Street**
**Bluefield, WV 24701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **SaveSolar Corporation Inc.** | | Case number (if known) | **23-00045** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,286.00 | $4,000.00 |
|---|---|---|---|---|

**Sarkar, Sayan**
**Avenida Pablo Casals 487**
**Departamento 401**
**Guadalajara  Jalisco 44670, Mexico**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.34 | $230.34 |
|---|---|---|---|---|

**Toro Perdomo, Alejandro**
**Calle 18 N3A - 41,**
**Casa 2 Chinchina**
**Caldas Colombia**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Contractor - Payroll  (accrued to 2/2/23)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,384.64 | $15,150.00 |
|---|---|---|---|---|

**Unterlechner, Karl**
**35A Derwent Street**
**Newport 3015**
**Australia**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee compensation - Payroll (accrued to 2/2/23)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,362.65 | $13,362.65 |
|---|---|---|---|---|

**Vinay Jain**
**198 Craigieburn Road**
**Craigieburn 3064**
**Australia**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,224.00** | **$0.00** |
|---|---|---|---|---|

**Vrieselaar, Thijs**
**134 Langford Street**
**North Melbourne, VIC 2051**
**Australia**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Winn, Alex**
**4318 Gypsy Court**
**Alexandria, VA 22310**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,615.40** | **$9,615.40** |
|---|---|---|---|---|

**Yalamanchilli, Srinand**
**1604 Q St NW Apt 502**
**Washington, DC 20009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Yoffee, Elicia**
**1445 Ogden Street NW**
**Apt 327**
**Washington, DC 20010**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee compensation - Payroll  (accrued to
2/2/23)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | SaveSolar Corporation Inc. | | Case number (if known) | 23-00045 |
|---|---|---|---|---|
| | Name | | | |

**3.1** | Nonpriority creditor's name and mailing address

Adobe
345 Park Avenue
San Jose, CA 95110-2704

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Software Subscriptions__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2** | Nonpriority creditor's name and mailing address

Adobe Acrobat Pro
345 Park Avenue
San Jose, CA 95110-2704

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Software Subscriptions__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3** | Nonpriority creditor's name and mailing address

Adobe Creative Cloud
345 Park Avenue
San Jose, CA 95110-2704

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Software Subscriptions__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4** | Nonpriority creditor's name and mailing address

Airbnb
888 Brannan Street, 4th Floor
San Francisco, CA 94103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Travel Expenses__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5** | Nonpriority creditor's name and mailing address

Aircall
381 Park Avenue South, 16th Floor
New York, NY 10016

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Software Subscriptions__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6** | Nonpriority creditor's name and mailing address

Amalgamated Bank
275 7th Avenue
New York, NY 10001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Bank charges and fees__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7** | Nonpriority creditor's name and mailing address

Amazon Web Services
410 Terry Ave. North
Seattle, WA 98109-5210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Software Subscriptions__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**American Airlines**
**4333 Amon Carter Blvd**
**Fort Worth, TX 76155**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Travel Expenses__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,494.00**

**Associated Industries Ins. Co. (AmTrust)**
**c/o Bethune & Associates**
**14435 North 7th Street, Suite 201**
**Phoenix, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Atlassian**
**Level 6, 341 George Street**
**Sydney, NSW  2000**
**Australia**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Software Subscriptions__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Australian Post Corporaiton**
**111 Bourke Street**
**Melbourne VIC 3000**
**Australia**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Software Subscriptions__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,209.11**

**Australian Taxation Office**
**GPO Box 9845**
**Sydney NSW 2001**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Payroll taxes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,232.54**

**Bank of America, N.A.**
**100 North Tryon Street**
**Charlotte, NC 28255**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Bank Charges and Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BILL**
**1810 Embaradero Road**
**Palo Alto, CA 94303**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Software Subscriptions__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blue Cross**
**225 North Michigan Ave**
**Chicago, IL 60601**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Payroll Expenses**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Business Central**
**One Microsoft Way**
**Redmond, WA 98052-6399**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software Subscriptions**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CareFirst**
**840 First Street NE**
**Washington, DC 20065**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Payroll**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CBT Nuggets**
**2850 Crescent Avenue**
**Eugene, OR 97408**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software Subscriptions**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $870.00 |
|---|---|---|---|

**Chessa**
**PO Box 181**
**Washington, DC 20044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software Subscriptions**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Citrix**
**851 W Cypress Creek Rd**
**Fort Lauderdale, FL 33309**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Software Subscriptions**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Clean Edge Partners**
**2312 Log Wood Crt**
**Mississauga ON**
**L5C 3C5   Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Contracting Fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address
**Clean Energy Counsel LLP-1**
**555 Montgomery St. Suite 1205**
**San Francisco, CA 94111-2582**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contracting Fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$39,236.02**

---

**3.23** | Nonpriority creditor's name and mailing address
**Cleantech Law Partners**
**548 Market Street**
**Suite 59966**
**San Francisco, CA 94104**

Date(s) debt was incurred  **4/7/2022**

Last 4 digits of account number  **1072**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,564.87**

---

**3.24** | Nonpriority creditor's name and mailing address
**CohnReznick LLP**
**500 East Pratt Street, 4th Floor**
**Baltimore, MD 21202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,922.50**

---

**3.25** | Nonpriority creditor's name and mailing address
**Comfort Inn**
**10750 Columbia Pike**
**Silver Spring, MD 20901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Travel Expenses**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.26** | Nonpriority creditor's name and mailing address
**Consolidated Insurance Center, INC**
**11403 Cronridge Drive, Suite 270**
**Owings Mills, MD 21117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.27** | Nonpriority creditor's name and mailing address
**Convera Edge (WUBS)**
**7001 E Belleview**
**Silver Spring, MD 20901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**Dante Partners Energy**
**3467 14th St NW Unit 1**
**Washington, DC 20010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | SaveSolar Corporation Inc. | Case number (if known) | 23-00045 |
|---|---|---|---|
| | Name | | |

**3.29**

**Nonpriority creditor's name and mailing address**
**DC Government**
**441 4th Street NW**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**DC Health Link**
**PO Box 97022**
**Washington, DC 20090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.31**

**Nonpriority creditor's name and mailing address**
**DC-OTR-WEB-WTH**
**1101 4th St SW #270**
**Washington, DC 20024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.32**

**Nonpriority creditor's name and mailing address**
**Delta Airlines**
**30320, 1020 Cargo Service Rd**
**Atlanta, GA 30337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Travel Expenses**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.33**

**Nonpriority creditor's name and mailing address**
**Demuren, Tumi**
**514 Tennessee Avenue NE**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent and Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.34**

**Nonpriority creditor's name and mailing address**
**Dept of Energy and the Environment (DOEE**
**1200 First Street NE 5th Floor**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**$84,869.78**

---

**3.35**

**Nonpriority creditor's name and mailing address**
**Dropbox**
**1800 Owens Street**
**San Francisco, CA 94158**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Software Subscriptions**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address
**Formstack**
**11671 Lantern Rd #300 HQ**
**Fishers, IN 46038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: <u>Software Subscriptions</u>

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.37** | Nonpriority creditor's name and mailing address
**Gilbane Inc.**
**110 N Blebe Road #1000**
**Arlington, VA 22201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.38** | Nonpriority creditor's name and mailing address
**Google G-Suite**
**1600 Amphitheatre Parkway Mountain View**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: <u>Software Subscriptions</u>

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.39** | Nonpriority creditor's name and mailing address
**Gunter & King Pty Ltd (PANDR)**
**2/306 Little Collins Street**
**Melbourne , VIC 3000**
**Australia**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: <u>Contracting Fees</u>

Is the claim subject to offset? ☑ No ☐ Yes

$18,708.21

---

**3.40** | Nonpriority creditor's name and mailing address
**Halo Development LLC**
**311 Reisterstown Road**
**Baltimore, MD 21208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Contracting Fees</u>

Is the claim subject to offset? ☑ No ☐ Yes

$5,875.00

---

**3.41** | Nonpriority creditor's name and mailing address
**Helioscope**
**2009 Sunburst Drive**
**Vail, CO 81657**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: <u>Software Subscriptions</u>

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.42** | Nonpriority creditor's name and mailing address
**Hotels.com**
**5400 LBJ Freeway, Suite 500**
**Dallas, TX 75240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: <u>Travel Expenses</u>

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | SaveSolar Corporation Inc. | Case number (if known) | 23-00045 |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Hubspot**
**25 First Street, 2nd Floor**
**Cambridge, MA 02141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Software Subscriptions

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Human Interest**
**655 Montgomery Street Suite 1800**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  401k record keeper

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Industrious**
**PO Box 780441**
**Philadelphia, PA 19178**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent and Lease

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Kutler Tax Resolution, Inc.**
**4704 North Harlan Street**
**Denver, CO 80212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tax Resolution Services

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.47**

**Nonpriority creditor's name and mailing address**

**Lucid Chart**
**10355 S Jordan Gtwy Suite 300**
**South Jordan, UT 84095**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Software Subscriptions

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Lumina Solar Inc**
**3600 Commerce Drive**
**Suite 601**
**Halethorpe, MD 21227**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Contracting Fees

Is the claim subject to offset? ■ No ☐ Yes

**$10,900.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Lyft**
**185 Berry Street, Suite 5000**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Travel Expenses

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | SaveSolar Corporation Inc. | Case number (if known) | 23-00045 |
|---|---|---|---|
| | Name | | |

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Marcum LLP**
**155 South Main Street, Suite 100**
**Providence, RI 02903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting services**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,354.67**

---

**3.51**

**Nonpriority creditor's name and mailing address**
**MG Trust**
**655 Montgomery Street Suite 1800**
**San Francisco, CA 94111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **401k record keeper**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,170.38**

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Microsoft**
**One Microsoft Way**
**Redmond, WA 98052-5399**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Software Subscriptions**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Microsoft**
**One Microsoft Way**
**Redmond, WA 98052-6399**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Nearmap**
**10897 South River Front Parkway, Suite 1**
**South Jordan, UT 84095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software Subscriptions**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,650.00**

---

**3.55**

**Nonpriority creditor's name and mailing address**
**New Columbia Solar**
**401 New York Avenue**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Notarize.com**
**745 Boylston Street**
**Boston, MA 02116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Software Subscriptions**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | SaveSolar Corporation Inc. | Case number (if known) | 23-00045 |
|---|---|---|---|
| | Name | | |

---

**3.57**

**Nonpriority creditor's name and mailing address**
**Papertrl, Inc.**
**3401 Carlins Park Drive**
**Baltimore, MD 21215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$2,424.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software Subscriptions**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Park Shirlington**
**4510 31st Street S**
**Arlington, VA 22206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59**

**Nonpriority creditor's name and mailing address**
**Partner Helper LLC**
**1221 Brickell Avenue**
**Suite 900**
**Miami, FL 33131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$5,300.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software Subscriptions**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60**

**Nonpriority creditor's name and mailing address**
**Pierce Gulley**
**623 13th Street NE**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61**

**Nonpriority creditor's name and mailing address**
**PJM EIS**
**2750 Monroe Blvd**
**Norristown, PA 19403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62**

**Nonpriority creditor's name and mailing address**
**Prime Partners Engineering LLC**
**4038 Grant Street NE**
**Washington, DC 20019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$30,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contracting Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63**

**Nonpriority creditor's name and mailing address**
**Quickbooks**
**2632 Marine Way**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Software Subscriptions**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
|---|---|---|---|

Name

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Raywell Solar**
**460 King Street, Suite 200**
**Charleston, SC 29403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,152.00 |
|---|---|---|---|

**Realtimeboard, Inc. dba Miro**
**201 Spear Street, Suite 1100**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Software Subscriptions**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $896,809.97 |
|---|---|---|---|

**RER Energy Group LLC**
**4700 Pottsville Pike**
**Reading, PA 19605**

Date(s) debt was
incurred  **Invoices updated 1/25/2023**

Last 4 digits of account number  **8204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice 2078-07 - $232,305.90;**
**Invoice 2078-08 - $231,393.61;**
**Invoice 2079-05 - $216,590.67;**
**Invoice 2079-06 - $216,519.79**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Resident Agents Inc.**
**30 N Gould Street, Suite R**
**Sheridan, WY 82801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Tax Firm**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sales Rabbit**
**2000 Ashton Blvd**
**Ashton, UT 84043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Software Subscriptions**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SaveSolar Alpha Holdco, LLC**
**810 7th Street NE**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Construction Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,791.50 |
|---|---|---|---|

**Sheppard Mullin Richter & Hampton LLP**
**333 South Hope Street 43rd Floor**
**Los Angeles, CA 90071-1422**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contracting Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Slack**
**500 Howard Street**
**San Francisco, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Software Subscriptions__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Smartsheet**
**500 108th Avenue NE**
**#200 HQ**
**Bellevue, WA 98004**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Software Subscriptions__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,082.99 |
|---|---|---|---|

**Solarview.IO Renewable Energy Ltd**
**4285000, Beerotayim**
**MO, 4285000 Israel**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Contracting Fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SSC 1110 KENNEBEC MD**
**810 7th Street NE**
**Washington, DC 20002**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Construction Fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SSC 116 IRVINGTON CANOPY DC LLC**
**810 7th Street NE**
**Washington, DC 20002**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Construction Fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SSC 116 IRVINGTON DC LLC**
**810 7th Street NE**
**Washington, DC 20002**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Construction Fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SSC 1321 FIFTH CANOPY DC LLC**
**810 7th Street NE**
**Washington, DC 20002**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Construction Fees__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (*if known*) | **23-00045** |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SSC 1321 FIFTH DC LLC**
**810 7th Street NE**
**Washington, DC 20002**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Construction Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SSC 1323 I DC LLC**
**810 7th Street NE**
**Washington, DC 20002**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Construction Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SSC 1715 FIFTEENTH DC LLC**
**810 7th Street NE**
**Washington, DC 20002**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Construction Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SSC 1901 BROOKS MD LLC**
**810 7th Street NE**
**Washington, DC 20002**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Construction Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SSC 2501 N DC LLC**
**810 7th Street NE**
**Washington, DC 20002**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Construction Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SSC 3233 FIFTEENTH DC LLC**
**810 7th Street NE**
**Washington, DC 20002**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Construction Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SSC 3320 WHEELER RD DC LLC**
**810 7th Street NE**
**Washington, DC 20002**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Construction Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SaveSolar Corporation Inc. | Case number (if known) | 23-00045 |
|---|---|---|---|
| | Name | | |

---

**3.85**

**Nonpriority creditor's name and mailing address**
**The Commons South Yarra**
**11 Wilson Street**
**South Yarra VIC 3141**
**Australia**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent and Lease**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.86**

**Nonpriority creditor's name and mailing address**
**The Premium Finance Company, LLC**
**807 West Highway 50**
**O Fallon, IL 62269**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Insurance Fees**

Is the claim subject to offset? ■ No ☐ Yes

$2,070.05

---

**3.87**

**Nonpriority creditor's name and mailing address**
**Thin Edge Media**
**134 Langford Street**
**North Melbourne, VIC 3000**
**Australia**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Contracting Fees**

Is the claim subject to offset? ■ No ☐ Yes

$15,699.09

---

**3.88**

**Nonpriority creditor's name and mailing address**
**Travelers Casualty and Surety Company**
**PO Box 660317**
**Dallas, TX 75266-0317**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Payroll Expenses**

Is the claim subject to offset? ■ No ☐ Yes

$131.66

---

**3.89**

**Nonpriority creditor's name and mailing address**
**Uber**
**1455 Market Street**
**San Francisco, CA 94103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Travel Expenses**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.90**

**Nonpriority creditor's name and mailing address**
**United Airlines**
**233 S. Wacker Drive**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  **Travel Expenses**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Unterlechner, Karl**
**35A Derwent Street**
**Newport 3015**
**Australia**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Shareholder Loan**

Is the claim subject to offset? ■ No ☐ Yes

$247,582.27

---

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
|---|---|---|---|
| | Name | | |

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**UXPin**
**222 Sutter Street, Suite 400**
**San Francisco, CA 94108**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim: __Software Subscriptions__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$234,321.04**

**Whiteford, Taylor & Preston, LLP**
**7 St. Paul Street, Suite 1500**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim: __Professional Fees__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Wilson, William**
**51 Silverway Drive**
**Herndon, VA 20170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim: __Advertising & Marketing__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Zapier**
**548 Market Street, #62411**
**San Francisco, CA 94104-5401**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim: __Software Subscriptions__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,890.00**

**ZOOMINFO**
**DEPT LA 24789**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim: __Software Subscriptions__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00**

**Zooz Technology Corporation**
**9800 Wilshire Boulevard**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim: __Software Subscriptions__

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AmTrust E & S Insurance Services Inc.**<br>**200 State Street, 4th Floor**<br>**Boston, MA 02109** | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **SaveSolar Corporation Inc.** | Case number (if known) | **23-00045** |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Marcum LLP**<br>**c/o The Partnership**<br>**10 Melville Park Road**<br>**Melville, NY 11747** | Line **3.50**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Steven Shparber**<br>**Clark Hill**<br>**1001 Pennsylvania Avenue NW**<br>**Suite 1300 South**<br>**Washington, DC 20004** | Line **3.62**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 158,647.76 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,737,011.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,895,659.41 |

**Fill in this information to identify the case:**

Debtor name    **SaveSolar Corporation Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)    **23-00045**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | **See Attachment to Schedule G** |

SaveSolar Corporation, Inc.
Schedule G: Executory Contracts and Unexpired Leases

Customer Subscription Management Services Agreement, between SaveSolar Corporation Inc.,
and Enflection LLC, dated August 16, 2019, for SaveSolar Corporation Inc. to provide
community solar subscription management services

Services Agreement, between SaveSolar Corporation, Inc., and Capital Energy Management
LLC, dated December 1, 2019, 15-year term, for SaveSolar Corporation Inc., to provide
community solar services pursuant to scopes of work to be agreed to by the parties

Services Agreement, Scope of Work, between SaveSolar Corporation, Inc., and Capital Energy
Management, LLC, dated December 3, 2019, 15-year term, for SaveSolar Corporation
Inc., to provide community solar subscriber management services

Project Equipment, Procurement, and Construction Contract, between SaveSolar Corporation
Inc., and Woodberry Apartments LP, dated November 11, 2020, for SaveSolar
Corporation Inc., to construct a solar photovoltaic project at 2224 Savannah Terrace SE,
Washington DC, 20020

Solar for All Subcontract # DC -1110, between SaveSolar Corporation and Vermont Energy
Investment Corporation, dated March 3, 2021, as amended from time to time, for
SaveSolar Corporation Inc.'s participation in the District of Columbia Sustainable Energy
Utility's, Solar for All Community Renewable Energy Facility program

Master Services Agreement between SaveSolar Corporation Inc., and Alvarez and Marsal
Valuation Services, LLC ("A&M") dated July 12, 2021, for A&M to provide solar
photovoltaic project valuation services

Solar Lease Agreement, between SaveSolar Corporation, Inc., and Wylie Court Condo, dated
September 15, 2021, 20-year term from commencement of commercial operation of the
on-site rooftop solar photovoltaic system, permitting SaveSolar Corporation Inc, to
develop and operate a rooftop solar photovoltaic system on the leased premises.

Industrious Membership Agreement, between SaveSolar Corporation Inc., and Industrious WDC
600 H Street NE LLC ("Industrious'), dated December 6, 2021, granting SaveSolar
Corporation Inc. a license to enter and use Industrious' office space and amenities.

Solar for All Subcontract # DC -1160, between SaveSolar Corporation and Vermont Energy
Investment Corporation, dated February 2, 2022, as amended from time to time, for
SaveSolar Corporation Inc.'s participation in the District of Columbia Sustainable Energy
Utility's, Solar for All Community Renewable Energy Facility program

Project Equipment, Procurement, and Construction Contract, between SaveSolar Corporation
Inc., and Lumina Solar, Inc., dated April 14, 2022, for Lumina to construct a rooftop
solar photovoltaic system to be located at 1321 5th Street NW, Washington DC, 20001

Project Equipment, Procurement, and Construction Contract, between SaveSolar Corporation Inc., and Lumina Solar, Inc., dated April 30, 2022, for Lumina to construct a canopy mounted solar photovoltaic system to be located at 1321 5th Street NW, Washington DC, 20001

Project Equipment, Procurement, and Construction Contract, between SaveSolar Corporation Inc., and Standard Greenleaf Venture LP, dated January 5, 2023, for SaveSolar Corporation, Inc., to construct a solar photovoltaic system at 502 Kildeer Dr., Bolingbrook, IL 60440.

| Fill in this information to identify the case: |
|---|

Debtor name    **SaveSolar Corporation Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)    **23-00045**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 **SaveSolar Alpha Holdco LLC** | **810 7th St NE Washington, DC 20002** | | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 **SaveSolar Corporation Pty Ltd** | **11 Wilson Street South Yarra, 3141 Australia** | | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.3 **SaveSolar Subscriber Services LLC** | **1140 3rd St NE Ste 2120 Washington, DC 20002** | | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.4 **Solar Energy Services** | **4151 W Church Street Springfield, MO 65802** | | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.5 **SSC 1110 KENNEBEC MD, LL** | **810 7th St NE Washington, DC 20002** | | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

| Debtor | **SaveSolar Corporation Inc.** | Case number *(if known)* | **23-00045** |
|---|---|---|---|

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|
| 2.6 | **SSC 116 IRVINGTON CANOPY DC LLC** | 810 7th St NE<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **SSC 116 IRVINGTON DC LLC** | 1140 3rd St NE Ste 2120<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **SSC 1309 Fifth DC, LLC** | 1140 3rd Street, NE<br>Suite 2120<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **SSC 1321 FIFTH CANOPY DC LLC** | 810 7th St NE<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **SSC 1321 FIFTH DC LLC** | 810 7th St NE<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **SSC 1323 I DC LLC** | 810 7th St NE<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **SSC 1350 E DC, LLC** | 1140 3rd Street, NE<br>Suite 2120<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **SSC 1402 TWENTY SECOND DC LLC** | 1140 3rd Street, NE Suite 2120<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **SaveSolar Corporation Inc.** | Case number *(if known)* | **23-00045** |

▓ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
| --- | --- | --- |
| 2.14 **SSC 1420 R DC, LLC** | 810 7th St NE<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.15 **SSC 1430 Belmont DC, LLC** | 1140 3rd Street, NE Suite 2120<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.16 **SSC 1441 RHODE ISLAND DC** | 810 7th St NE<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.17 **SSC 1601 Gainseville DC, LLC** | 1140 3rd Street, NE Suite 2120<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.18 **SSC 1715 FIFTEENTH DC LLC** | 810 7th St NE<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.19 **SSC 1800 4th St DC, LLC** | 1140 3rd Street, NE<br>Suite 2120<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.20 **SSC 1811 Cabin Branch MD, LLC** | 1140 3rd Street, NE<br>Suite 2120<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.21 **SSC 1901 BROOKS MD LLC** | 810 7th St NE<br>Washington, DC 20002 | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **SaveSolar Corporation Inc.** | Case number *(if known)* | **23-00045** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|
| 2.22 | **SSC 1920 NAYLOR DC** | 810 7th St NE Washington, DC 20002 | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.23 | **SSC 220 Hamilton DC, LLC** | 1140 3rd Street, NE Suite 2120 Washington, DC 20002 | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.24 | **SSC 2501 N DC LLC** | 1140 3rd St NE Ste 2120 Washington, DC 20002 | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.25 | **SSC 2801 Stanton DC, LLC** | 1140 3rd Street, NE Suite 2120 Washington, DC 20002 | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.26 | **SSC 2850 New York DC, LLC** | 1140 3rd Street, NE Suite 2120 Washington, DC 20002 | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.27 | **SSC 3040 STANTON DC, LLC** | 1140 3rd Street, NE Suite 2120 Washington, DC 20002 | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.28 | **SSC 3200 Curtis DC, LLC** | 1140 3rd Street, NE Suite 2120 Washington, DC 20002 | ☐ D _____ ☐ E/F _____ ☐ G _____ |

| Debtor | **SaveSolar Corporation Inc.** | Case number *(if known)* | **23-00045** |
|---|---|---|---|

---

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

2.29 **SSC 3233 FIFTEENTH DC, LLC**     810 7th St NE
Washington, DC 20002

☐ D _____
☐ E/F _____
☐ G _____

---

2.30 **SSC 3320 WHEELER DC**     810 7th St NE
Washington, DC 20002

☐ D _____
☐ E/F _____
☐ G _____

---

2.31 **SSC 3553 EAST CAPITOL, LLC**     1140 3rd Street, NE
Suite 2120
Washington, DC 20002

☐ D _____
☐ E/F _____
☐ G _____

---

2.32 **SSC 4100 Suitland MD, LLC**     1140 3rd Street, NE
Suite 2120
Washington, DC 20002

☐ D _____
☐ E/F _____
☐ G _____

---

2.33 **SSC 4100 SUITLAND RD CANOPY, LLC**     1140 3rd Street, NE
Suite 2120
Washington, DC 20002

☐ D _____
☐ E/F _____
☐ G _____

---

2.34 **SSC 4101 Kaywood PL MD, LLC**     1140 3rd Street, NE
Suite 2120
Washington, DC 20002

☐ D _____
☐ E/F _____
☐ G _____

---

2.35 **SSC 4601 N Park DC, LLC**     1140 3rd Street, NE
Suite 2120
Washington, DC 20002

☐ D _____
☐ E/F _____
☐ G _____

---

| Debtor | **SaveSolar Corporation Inc.** | Case number *(if known)* | **23-00045** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|---|
| 2.36 | **SSC 4717 1st ST DC, LLC** | 1140 3rd Street, NE Suite 2120 Washington, DC 20002 | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.37 | **SSC 5113 FITCH DC** | 810 7th St NE Washington, DC 20002 | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.38 | **SSC 600 Kenilworth DC, LLC** | 1140 3rd Street, NE Suite 2120 Washington, DC 20002 | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.39 | **SSC 6304 Sherriff MD, LLC** | 1140 3rd Street, NE Suite 2120 Washington, DC 20002 | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.40 | **SSC 6323 LUZON DC, LLC** | 810 7th St NE Washington, DC 20002 | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.41 | **SSC Devco LLC** | 810 7th St., NE Washington, DC 20002 | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.42 | **SSC SR JV Holdco** | 1140 3rd St NE Ste 2120 Washington, DC 20002 | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**SaveSolar Corporation Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DISTRICT OF COLUMBIA__

Case number (if known) __**23-00045**__

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>**Gross revenue for Debtor on non-consolidated basis; based on the Debtor's unaudited**<br>■ Other __**income statement**__ | **$288,162.90** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>**Gross revenue for Debtor on non-consolidated basis; based on the Debtor's unaudited**<br>■ Other __**income statement**__ | **$2,107,859.78** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>**Gross revenue for Debtor on non-consolidated basis; based on the Debtor's unaudited**<br>■ Other __**income statement**__ | **$1,968,794.39** |
| **For the fiscal year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>**Gross revenue for Debtor on non-consolidated basis; based on the Debtor's unaudited**<br>■ Other __**income statement**__ | **$1,435,916.17** |

| Debtor | **SaveSolar Corporation Inc.** | Case number *(if known)* **23-00045** |
|---|---|---|

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2022** to **12/31/2022** | **Forgiveness of PPP Loan received in 2020** | **$119,934.00** |
| **For prior year:** From **1/01/2022** to **12/31/2022** | **Rent deposit refund** | **$4,425.00** |

---

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **SEE ATTACHMENT TO SOFA Question 3** **Payments to Creditors** | | **$544,492.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **SEE ATTACHMENT TO SOFA Question 4** **Payments to Insiders** | | **$373,346.47** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **SEE ATTACHMENT TO SOFA Question 5** **Repossessions and Returns** | | | **$5,644.20** |

| Debtor | **SaveSolar Corporation Inc.** | Case number *(if known)* **23-00045** |
|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Department of the Treasury, IRS** <br> **Tax Lien No. 2022109791** | **Federal Tax Lien filed 11/2/2022 for 940/941** | **Office of Recorder of Deeds for Washington D.C. Washington, DC 20001** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. | **SaveSolar Corporation Inc. v. MSI Diversified, f/k/a Moxie Solar Inc;  Moxie Solar, LLC d/b/a Moxie Solar; Lorentzen Investments, LLC; and Jason R. Hall, an individual** <br> **Civil Case No. 2022-CAB-005352** | **Breach of contract, breach of duty good faith and fair dealing, misrepresentation - fraud in the inducement, and negligence (respondeat superior)** | **Superior Court for the Dist. of Columbia 500 Indiana Ave NW Washington, DC 20001** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.3. | **Department of the Treasury, IRS** <br> **Tax Lien No. 2023008003** | **Federal Tax Lien filed 1/31/2023  for 940/941** | **Office of Recorder of Deeds for Washington D.C. Washington, DC 20001** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **SaveSolar Corporation Inc.** | Case number *(if known)* | **23-00045** |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Whiteford, Taylor & Preston, LLP**<br>**7 St. Paul Street, Suite 1500**<br>**Baltimore, MD 21202** | | **January 11, 2023 - $20,000;**<br>**January 17, 2023 - $55,000;**<br>**February 1, 2023 - $175,000** | **$250,000.00** |
| | **Email or website address**<br>**www.wtplaw.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Debtor made payment from funds supplied by shareholder.** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Debtor | **SaveSolar Corporation Inc.** | Case number *(if known)* **23-00045** |
|---|---|---|

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1140 3rd Street NE Washington, DC 20002** | **2020 to 2021** |
| 14.2. | **810 7th Street NE Washington, DC 20002** | **2021 to 2023** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
■  Yes. State the nature of the information collected and retained.

**Debtor collects personally identifiable information of customers on behalf of the Department of Energy and Environment in order to verify eligibility for the 'Solar for All' program.  This information includes ID cards, HCVP, TANF, SNAP and SSI cards.**
**Privacy Policy: https://www.savesolar.us/privacy-policy/**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.
■  Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **SaveSolar Corporation Inc.** | EIN:  **81-0851304** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | SaveSolar Corporation Inc. | | Case number *(if known)* | 23-00045 |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Life Storage #8708<br>2000 Bladensburg Road NE<br>Washington, DC 20018 | Karl Unterlechner | Space #0122 | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

Debtor  **SaveSolar Corporation Inc.**                                    Case number *(if known)*  **23-00045**

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. **25. SEE ATTACHED LIST OF AFFILIATES AND SUBSIDIARIES** | | **EIN:** **From-To** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Marcum LLP** **155 South Main Street, Suite 100** **Providence, RI 02903** | **From 2022 to present** |
| 26a.2. **Huepa Bolivar, Carlos Eduardo** **Carrera 84 # 37B-123, Apt 701** **Medellin  Antioquia 50031** **Colombia** | **From 2020 to present** |
| 26a.3. **Londoño Sosa, Erika Carolina** **Calle 55N #22-80, Torre C Apto 407** **Popayan  Cauca 190001** **Colombia** | **From 2021 to present** |
| 26a.4. **Ahumedo Gonzalez, Cristian Andres** **Calle 46 # 43 ‚Àì 135 Apto 1711** **Medellin  Antioquia 050015** **Colombia** | **From 2022 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | **SaveSolar Corporation Inc.** | Case number *(if known)* **23-00045** |

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Marcum LLP** <br> **155 South Main Street, Suite 100** <br> **Providence, RI 02903** | **From 2022 to present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | **Huepa Bolivar, Carlos Eduardo** <br> **Carrera 84 # 37B-123, Apt 701** <br> **Medellin  Antioquia 50031** <br> **Colombia** | **From 2020 to present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. | **CST Group, CPAs, PC** <br> **10740 Parkridge Blvd. Fifth Floor** <br> **Reston, VA 20191** | **From 2021 to 2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Marcum LLP** <br> **155 South Main Street, Suite 100** <br> **Providence, RI 02903** | **From 2022 to present** |
| 26c.2. | **Huepa Bolivar, Carlos Eduardo** <br> **Carrera 84 # 37B-123, Apt 701** <br> **Medellin  Antioquia 50023** <br> **Colombia** | **From 2020 to present** |
| 26c.3. | **SolRidge** <br> **400 Continental Blvd Suite 160** <br> **El Segundo, CA 90245** | **From 2021 to present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Amalgamated Bank** <br> **255 California Street, Suite 600** <br> **San Francisco, CA 94111** |
| 26d.2. | **Avana Capital** <br> **17235 N 75th Ave., Suite E-145** <br> **Glendale, AZ 85308** |
| 26d.3. | **Leyline Renewable Capital, LLC** <br> **810 E. Main Street, Suite 2-210** <br> **Durham, NC 27701** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Debtor | **SaveSolar Corporation Inc.** | Case number *(if known)* **23-00045** |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William Byrne | 74 Maroondah Terrace Bundoora 3079 VIC Australia | Shareholder - 190 shares of common stock | 14.57% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Karl Unterlechner | 35 Derwent Street Newport 3015 Australia | Shareholder - 704 shares of common stock | 53.99% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Srinand Yalamanchili | 1604 Q Street NW, Apt 502 Washington, DC 20009 | Shareholder - 190 shares of common stock | 14.57% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chris Power | 49 Castleton Road Viewbank 3084 VIC Australia | Shareholder - 112 shares of common stock | 8.59% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alex Winn | 4318 Gypsy Court Alexandria, VA 22310 | Shareholder - 82 shares of common stock | 6.29% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Clean Edge Partners | 2312 Log Wood Crt Mississauga ON L5C 3C5   Canada | Shareholder - 26 shares of common stock | 1.99% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **SEE ATTACHMENT TO SOFA QUESTION 4** **Payments to Insiders** | $373,346.47 | | |
| | **Relationship to debtor** **Insiders** | | | |

| Debtor | **SaveSolar Corporation Inc.** | Case number *(if known)*  **23-00045** |
|--------|-------------------------------|----------------------------------------|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|---------------------------------------------------------|
| **SaveSolar Corporation Inc. is the parent corporation of SaveSolar Alpha Holdco LLC, and directly or indirectly, of the other entities identified in response to question no. 25.** | **EIN:    86-2847389** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 28, 2023**

**/s/ Karl Unterlechner**                                              **Karl Unterlechner**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

SAVESOLAR CORPORATION INC. - Attachment to Statement of Financial Affairs Question 4.

| Insider's name | Street | City | State | ZIP Code | Date | Amount | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|---|---|---|
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 2/4/2022 | 1,314.71 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/4/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/11/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 2/11/2022 | 1,314.72 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/18/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 2/18/2022 | 1,314.72 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/25/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 2/25/2022 | 1,272.73 | Expense reimbursement | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 2/25/2022 | 1,314.71 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 3/3/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/3/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/3/2022 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/4/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 3/4/2022 | 1,314.72 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/9/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 3/11/2022 | 1,314.71 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/11/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/11/2022 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/17/2022 | 7.15 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 3/18/2022 | 1,314.73 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/18/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/22/2022 | 2,027.44 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/25/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 3/25/2022 | 1,314.71 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/1/2022 | 1,314.71 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/1/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/6/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/7/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/7/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/8/2022 | 1,314.72 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/8/2022 | 800.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/8/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/11/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/11/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/12/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/13/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/14/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/14/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/15/2022 | 1,314.71 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/15/2022 | 1,741.12 | Payroll | Insider |

| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/19/2022 | 100.00 | Payment balance debt with Insider | Insider |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/20/2022 | 400.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/21/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/21/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/22/2022 | 1,314.72 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/22/2022 | 2,059.25 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/22/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/25/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/25/2022 | 1,376.94 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/26/2022 | 885.82 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/26/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/26/2022 | 26.57 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/28/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/29/2022 | 1,579.42 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/29/2022 | 1,741.12 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 5/2/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/5/2022 | 150.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 5/6/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/6/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/9/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/10/2022 | 584.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/10/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/11/2022 | 450.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 5/13/2022 | 1,579.44 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/13/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/17/2022 | 1,923.07 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/18/2022 | 1,100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/19/2022 | 300.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/19/2022 | 300.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/19/2022 | 150.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/20/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 5/20/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/25/2022 | 300.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/25/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/26/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/27/2022 | 1,386.48 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/27/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 5/27/2022 | 1,579.43 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 6/1/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/3/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 6/3/2022 | 1,579.43 | Payroll | Insider |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/8/2022 | 9.20 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/8/2022 | 0.04 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/8/2022 | 0.16 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/8/2022 | 1.45 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/8/2022 | 5.43 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/9/2022 | 0.15 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/9/2022 | 0.25 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/9/2022 | 1.63 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/9/2022 | 5.07 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/9/2022 | 8.34 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/9/2022 | 54.42 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/9/2022 | 12.99 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/10/2022 | 17.91 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/10/2022 | 17.98 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/10/2022 | 0.54 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/10/2022 | 0.54 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/10/2022 | 0.04 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/10/2022 | 0.16 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/10/2022 | 0.84 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/10/2022 | 1.01 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/10/2022 | 1.45 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/10/2022 | 5.43 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/10/2022 | 28.10 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/10/2022 | 33.61 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/10/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | | Washington | DC | 20009 | 6/10/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/13/2022 | 0.04 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/13/2022 | 5.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/13/2022 | 781.67 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/13/2022 | 1.93 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/13/2022 | 5.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/13/2022 | 1.44 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/13/2022 | 162.53 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/13/2022 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/13/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/13/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/15/2022 | 50.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/16/2022 | 28.14 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/16/2022 | 0.84 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/17/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | | Washington | DC | 20002 | 6/17/2022 | 38.20 | Payment balance debt with Insider | Insider |

| Name | Address | City | State | ZIP | Date | Amount | Description | Type |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/17/2022 | 1.15 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 6/17/2022 | 1,579.42 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 91.34 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 21.17 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 57.29 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 0.36 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 0.64 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 1.72 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 2.74 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 11.94 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/24/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 6/24/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/1/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/1/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/8/2022 | 1,741.13 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 7/8/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/8/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/11/2022 | 500.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/15/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/15/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/22/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/22/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/29/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/29/2022 | 1,579.43 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 8/1/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 8/5/2022 | 1,579.42 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/5/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/8/2022 | 488.60 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/8/2022 | 14.66 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 8/12/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/12/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/15/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/15/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/16/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/18/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/19/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/19/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 8/19/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/22/2022 | 62.63 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/22/2022 | 2,087.56 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/24/2022 | 16.81 | Payment balance debt with Insider | Insider |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/24/2022 | 560.41 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/24/2022 | 5.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/24/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/25/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/26/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 8/26/2022 | 1,579.43 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 8/31/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/31/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/1/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/2/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/2/2022 | 1,741.14 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/2/2022 | 71.88 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/6/2022 | 326.76 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/6/2022 | 6.86 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/6/2022 | 0.21 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/6/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/6/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/6/2022 | 9.80 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/7/2022 | 880.36 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/7/2022 | 26.41 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/9/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/9/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/9/2022 | 0.08 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/9/2022 | 2.74 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/14/2022 | 690.59 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/14/2022 | 20.72 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/14/2022 | 18.69 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/14/2022 | 0.56 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/16/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/16/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/19/2022 | 20.21 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/19/2022 | 673.60 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/19/2022 | 1,500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/23/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/23/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/28/2022 | 0.29 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/28/2022 | 9.81 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/29/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/30/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/30/2022 | 1,579.43 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 10/3/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/4/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/5/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/5/2022 | 50.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/6/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 10/7/2022 | 1,579.44 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/7/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/11/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/11/2022 | 385.52 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/14/2022 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/14/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 10/14/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/17/2022 | 1,024.60 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/17/2022 | 30.74 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/18/2022 | 252.56 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/18/2022 | 631.40 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/18/2022 | 18.94 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/18/2022 | 7.58 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/19/2022 | 500.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 10/21/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/21/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/28/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 10/28/2022 | 1,579.43 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 10/31/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/4/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 11/4/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/7/2022 | 27.60 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/7/2022 | 919.86 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 11/10/2022 | 1,579.42 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/10/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/17/2022 | 0.53 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/17/2022 | 17.58 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/17/2022 | 20.54 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/17/2022 | 684.61 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/17/2022 | 5.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/18/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 11/18/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/21/2022 | 0.68 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/21/2022 | 22.65 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/21/2022 | 5.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/21/2022 | 235.65 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/21/2022 | 7.07 | Payment balance debt with Insider | Insider |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/23/2022 | 27.95 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/23/2022 | 1,200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/23/2022 | 931.70 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/25/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 11/25/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/30/2022 | 0.81 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/30/2022 | 0.02 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/1/2022 | 275.44 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/1/2022 | 8.26 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/1/2022 | 0.88 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/1/2022 | 29.31 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/1/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 12/1/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/2/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/2/2022 | 1.56 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/2/2022 | 51.99 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/2/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/5/2022 | 60.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/8/2022 | 0.61 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/8/2022 | 20.30 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/8/2022 | 20.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/9/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/9/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/13/2022 | 1.25 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/13/2022 | 41.73 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/14/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/19/2022 | 395.92 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/19/2022 | 339.67 | Payroll | Insider |
| Tumi Demuren | 514 Tennessee Avenue Northeast | Washington | DC | 20002 | 12/19/2022 | 400.00 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/19/2022 | 500.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/23/2022 | 339.68 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/23/2022 | 395.91 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/27/2022 | 1,000.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/27/2022 | 400.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/27/2022 | 600.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/28/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/30/2022 | 339.67 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/30/2022 | 395.91 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/30/2022 | 400.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/3/2023 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/4/2023 | 4.91 | Payment balance debt with Insider | Insider |

| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/4/2023 | 5.99 | Payment balance debt with Insider | Insider |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/4/2023 | 163.78 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/4/2023 | 2.73 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/4/2023 | 0.08 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 1/6/2023 | 342.03 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/6/2023 | 399.37 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/13/2023 | 399.37 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 1/13/2023 | 342.04 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/20/2023 | 399.38 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/24/2023 | 88,000.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/25/2023 | 77,000.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/30/2023 | 10.72 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/30/2023 | 0.32 | Payment balance debt with Insider | Insider |
| Hirschler Law | 1676 International Drive, Suite 1350 | Tysons | VA | 22102 | 1/30/2023 | 5,000.00 | Deposit for legal services | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/1/2023 | 399.36 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/1/2023 | 6,266.90 | Payment balance debt with Insider | Insider |

**Part.2 - List Certain Transfers Made Before Filing for Bankruptcy**

**5. Repossessions, foreclosures, and returns**

| Debtor | Creditor's name | Street | City | State | ZIP Code | Amount | Date | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|
| SaveSolar Corporation | APPLE | #N/A | #N/A | #N/A | #N/A | $ 1,366.34 | 07/07/2021 | Computer equipment |
| SaveSolar Corporation | APPLE | #N/A | #N/A | #N/A | #N/A | $ 2,118.94 | 08/26/2022 | Computer equipment |
| SaveSolar Corporation | APPLE | #N/A | #N/A | #N/A | #N/A | $ 2,158.92 | 09/06/2022 | Computer equipment |

SAVESOLAR CORPORATION INC. - Attachment to Statement of Financial Affairs - Question 13

| Insider's name | Street | City | State | ZIP Code | Date | Amount | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|---|---|---|
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 2/5/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/5/2021 | 1,732.68 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/12/2021 | 1,732.69 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/12/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 2/12/2021 | 1,310.61 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/16/2021 | 1,376.94 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/17/2021 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/19/2021 | 0.28 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/19/2021 | 31.64 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/19/2021 | 9.35 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/19/2021 | 1,732.68 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 2/19/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/19/2021 | 0.95 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/19/2021 | 9.28 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/19/2021 | 309.44 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/22/2021 | 0.11 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/22/2021 | 1.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/22/2021 | 3.55 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/22/2021 | 33.47 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/24/2021 | 39.65 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/24/2021 | 31.43 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/24/2021 | 1.19 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/24/2021 | 8.73 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/24/2021 | 0.26 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/24/2021 | 0.94 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/25/2021 | 0.38 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/25/2021 | 1.55 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/25/2021 | 2.39 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/25/2021 | 12.82 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/25/2021 | 51.77 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/25/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/25/2021 | 0.07 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/26/2021 | 5.13 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/26/2021 | 2.40 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/26/2021 | 0.33 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/26/2021 | 0.15 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/26/2021 | 11.05 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/26/2021 | 700.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/26/2021 | 1,732.70 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 2/26/2021 | 1,310.62 | Payroll | Insider |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/26/2021 | 0.07 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/1/2021 | 0.02 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/1/2021 | 0.59 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/1/2021 | 0.78 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/1/2021 | 0.79 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/1/2021 | 5.59 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/1/2021 | 19.71 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/1/2021 | 25.98 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/2/2021 | 30.75 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/2/2021 | 0.92 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/2/2021 | 150.00 | Payment balance debt with Insider | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 3/3/2021 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/3/2021 | 400.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/5/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/5/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/5/2021 | 300.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/8/2021 | 1,732.68 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 3/8/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/12/2021 | 1,732.68 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/12/2021 | 50.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 3/12/2021 | 1,310.61 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/17/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/18/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/18/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/19/2021 | 1,732.69 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 3/19/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/22/2021 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/22/2021 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/22/2021 | 1,376.94 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/23/2021 | 180.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/24/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/24/2021 | 50.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/25/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/25/2021 | 67.41 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 3/26/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/26/2021 | 1,732.68 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/29/2021 | 250.00 | Payment balance debt with Insider | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 3/31/2021 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/31/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/31/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/1/2021 | 80.00 | Payment balance debt with Insider | Insider |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/1/2021 | 50.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/2/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/2/2021 | 1,732.69 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/6/2021 | 5,000.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/9/2021 | 1,732.68 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/9/2021 | 1,310.61 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/12/2021 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/12/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/13/2021 | 300.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/14/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/16/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/16/2021 | 1,732.69 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/19/2021 | 800.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/23/2021 | 1,732.69 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/23/2021 | 2.33 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/23/2021 | 0.07 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/23/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/27/2021 | 117,675.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/28/2021 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/28/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/29/2021 | 300.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/30/2021 | 1,732.68 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/30/2021 | 1,310.61 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 5/3/2021 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/4/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/4/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/5/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/5/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/5/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/6/2021 | 150.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/6/2021 | 250.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 5/7/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/7/2021 | 1,732.69 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/10/2021 | 150.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/11/2021 | 820.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/11/2021 | 150.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/14/2021 | 1,732.68 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/14/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 5/14/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/19/2021 | 10,000.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/19/2021 | 1,000.00 | Payment balance debt with Insider | Insider |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/20/2021 | 10,010.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/21/2021 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/21/2021 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/24/2021 | 1,732.69 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 5/24/2021 | 1,310.62 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 6/1/2021 | 1,310.61 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/1/2021 | 1,732.68 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 6/1/2021 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/1/2021 | 224.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 6/4/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/4/2021 | 1,732.68 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/8/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 6/11/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/11/2021 | 11,000.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/11/2021 | 1,732.70 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/14/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/18/2021 | 1,732.68 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 6/18/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/22/2021 | 1,000.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/23/2021 | 2,122.88 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/24/2021 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/25/2021 | 300.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/25/2021 | 1,732.69 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 6/25/2021 | 1,310.61 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/28/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/29/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/29/2021 | 300.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/29/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/30/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 7/1/2021 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/1/2021 | 800.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/2/2021 | 1,732.68 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/2/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/2/2021 | 2.61 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/2/2021 | 87.03 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/6/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/6/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/7/2021 | 604.97 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/7/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/8/2021 | 9.05 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/8/2021 | 200.00 | Payment balance debt with Insider | Insider |

| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/9/2021 | 500.00 | Payment balance debt with Insider | Insider |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/9/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/12/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/12/2021 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/12/2021 | 1,732.68 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/15/2021 | 3,210.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/15/2021 | 2,200.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/16/2021 | 1,310.61 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/16/2021 | 1,732.69 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/23/2021 | 1,732.68 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/23/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/29/2021 | 400.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/30/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/2/2021 | 1,732.69 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 8/2/2021 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 8/2/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/6/2021 | 1,732.69 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 8/6/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/10/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/13/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 8/13/2021 | 1,310.61 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/13/2021 | 1,732.69 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/20/2021 | 1,732.68 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 8/20/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/24/2021 | 500.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 8/27/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/27/2021 | 1,732.68 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 8/31/2021 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/2/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/3/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/3/2021 | 35.88 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/3/2021 | 1,732.69 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/3/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/9/2021 | 300.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/9/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/10/2021 | 1,310.61 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/10/2021 | 1,732.68 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/13/2021 | 60.02 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/14/2021 | 300.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/16/2021 | 400.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/16/2021 | 100.00 | Payment balance debt with Insider | Insider |

| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/16/2021 | 267.80 | Expense reimbursement | Insider |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/17/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/20/2021 | 1,732.69 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/20/2021 | 107.00 | Expense reimbursement | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/20/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/21/2021 | 2,014.49 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/24/2021 | 1,310.63 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/24/2021 | 1,732.69 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/29/2021 | 122.37 | Expense reimbursement | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 10/1/2021 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 10/4/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/4/2021 | 1,732.68 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/4/2021 | 2,500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/8/2021 | 1,732.69 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 10/8/2021 | 1,310.61 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/8/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/15/2021 | 1,732.68 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 10/15/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/21/2021 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/21/2021 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/22/2021 | 1,732.69 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 10/22/2021 | 1,310.62 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 10/22/2021 | 128.40 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/27/2021 | 5,000.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/28/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/29/2021 | 1,732.68 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 10/29/2021 | 1,310.61 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 11/1/2021 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 11/4/2021 | 77.00 | Expense reimbursement | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 11/5/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/5/2021 | 1,732.69 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/5/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/8/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/8/2021 | 43.75 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/8/2021 | 1.31 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/9/2021 | 800.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/9/2021 | 800.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/12/2021 | 1,732.68 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 11/12/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/17/2021 | 250.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/17/2021 | 674.82 | Payment balance debt with Insider | Insider |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/17/2021 | 250.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/18/2021 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/19/2021 | 2,400.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/19/2021 | 1,732.69 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 11/19/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/22/2021 | 4,500.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 11/23/2021 | 306.24 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/24/2021 | 2,053.72 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/26/2021 | 1,732.69 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 11/26/2021 | 1,310.61 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/29/2021 | 1,000.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/30/2021 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/30/2021 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/30/2021 | 29.82 | Expense reimbursement | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 12/1/2021 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/1/2021 | 35.64 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/2/2021 | 14.50 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/2/2021 | 13.62 | Expense reimbursement | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/3/2021 | 245.40 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/3/2021 | 71.10 | Expense reimbursement | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/3/2021 | 245.40 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/3/2021 | 1,732.68 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/3/2021 | 12.30 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/3/2021 | 1,170.47 | Expense reimbursement | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/3/2021 | 1,310.62 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/6/2021 | 30.00 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/6/2021 | 75.50 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/6/2021 | 206.74 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/6/2021 | 30.00 | Expense reimbursement | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/10/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/10/2021 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/10/2021 | 1,732.69 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/14/2021 | 3,000.00 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/17/2021 | 5,010.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/17/2021 | 1,732.68 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/17/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/23/2021 | 1,000.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/24/2021 | 1,732.68 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/24/2021 | 1,310.61 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/29/2021 | 593.20 | Payment balance debt with Insider | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 12/31/2021 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/31/2021 | 1,310.62 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/31/2021 | 1,732.69 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 1/7/2022 | 1,316.03 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/7/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/14/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 1/14/2022 | 1,316.02 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 1/21/2022 | 1,316.03 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/21/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/28/2022 | 1,741.14 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 1/28/2022 | 1,316.03 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 1/31/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 2/4/2022 | 1,314.71 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/4/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/11/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 2/11/2022 | 1,314.72 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/18/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 2/18/2022 | 1,314.72 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/25/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 2/25/2022 | 1,272.73 | Expense reimbursement | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 2/25/2022 | 1,314.71 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 3/3/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/3/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/3/2022 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/4/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 3/4/2022 | 1,314.72 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/9/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 3/11/2022 | 1,314.71 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/11/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/11/2022 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/17/2022 | 7.15 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 3/18/2022 | 1,314.73 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/18/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/22/2022 | 2,027.44 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 3/25/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 3/25/2022 | 1,314.71 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/1/2022 | 1,314.71 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/1/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/6/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/7/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/7/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/8/2022 | 1,314.72 | Payroll | Insider |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/8/2022 | 800.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/8/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/11/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/11/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/12/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/13/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/14/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/14/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/15/2022 | 1,314.71 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/15/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/19/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/20/2022 | 400.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/21/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/21/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/22/2022 | 1,314.72 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/22/2022 | 2,059.25 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/22/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/25/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/25/2022 | 1,376.94 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/26/2022 | 885.82 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/26/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/26/2022 | 26.57 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/28/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 4/29/2022 | 1,579.42 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 4/29/2022 | 1,741.12 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 5/2/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/5/2022 | 150.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 5/6/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/6/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/9/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/10/2022 | 584.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/10/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/11/2022 | 450.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 5/13/2022 | 1,579.44 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/13/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/17/2022 | 1,923.07 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/18/2022 | 1,100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/19/2022 | 300.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/19/2022 | 300.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/19/2022 | 150.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/20/2022 | 1,741.13 | Payroll | Insider |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 5/20/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/25/2022 | 300.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/25/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/26/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/27/2022 | 1,386.48 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 5/27/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 5/27/2022 | 1,579.43 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 6/1/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/3/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 6/3/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/8/2022 | 9.20 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/8/2022 | 0.04 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/8/2022 | 0.16 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/8/2022 | 1.45 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/8/2022 | 5.43 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/9/2022 | 0.15 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/9/2022 | 0.25 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/9/2022 | 1.63 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/9/2022 | 5.07 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/9/2022 | 8.34 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/9/2022 | 54.42 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/9/2022 | 12.99 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/10/2022 | 17.91 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/10/2022 | 17.98 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/10/2022 | 0.54 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/10/2022 | 0.54 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/10/2022 | 0.04 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/10/2022 | 0.16 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/10/2022 | 0.84 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/10/2022 | 1.01 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/10/2022 | 1.45 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/10/2022 | 5.43 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/10/2022 | 28.10 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/10/2022 | 33.61 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/10/2022 | 1,741.43 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 6/10/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/13/2022 | 0.04 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/13/2022 | 5.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/13/2022 | 781.67 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/13/2022 | 1.93 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/13/2022 | 5.00 | Payment balance debt with Insider | Insider |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/13/2022 | 1.44 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/13/2022 | 162.53 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/13/2022 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/13/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/13/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/15/2022 | 50.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/16/2022 | 28.14 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/16/2022 | 0.84 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/17/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/17/2022 | 38.20 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/17/2022 | 1.15 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 6/17/2022 | 1,579.42 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 91.34 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 21.17 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 57.29 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 0.36 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 0.64 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 1.72 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 2.74 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/21/2022 | 11.94 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 6/24/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 6/24/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/1/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/1/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/8/2022 | 1,741.13 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 7/8/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/8/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/11/2022 | 500.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/15/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/15/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/22/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/22/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 7/29/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 7/29/2022 | 1,579.43 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 8/1/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 8/5/2022 | 1,579.42 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/5/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/8/2022 | 488.60 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/8/2022 | 14.66 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 8/12/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/12/2022 | 1,741.12 | Payroll | Insider |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/15/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/15/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/16/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/18/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/19/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/19/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 8/19/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/22/2022 | 62.63 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/22/2022 | 2,087.56 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/24/2022 | 16.81 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/24/2022 | 560.41 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/24/2022 | 5.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/24/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/25/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/26/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 8/26/2022 | 1,579.43 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 8/31/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 8/31/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/1/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/2/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/2/2022 | 1,741.14 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/2/2022 | 71.88 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/6/2022 | 326.76 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/6/2022 | 6.86 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/6/2022 | 0.21 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/6/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/6/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/6/2022 | 9.80 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/7/2022 | 880.36 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/7/2022 | 26.41 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/9/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/9/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/9/2022 | 0.08 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/9/2022 | 2.74 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/14/2022 | 690.59 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/14/2022 | 20.72 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/14/2022 | 18.69 | Expense reimbursement | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/14/2022 | 0.56 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/16/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/16/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/19/2022 | 20.21 | Payment balance debt with Insider | Insider |

| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/19/2022 | 673.60 | Payment balance debt with Insider | Insider |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/19/2022 | 1,500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/23/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/23/2022 | 1,579.42 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/28/2022 | 0.29 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/28/2022 | 9.81 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/29/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 9/30/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 9/30/2022 | 1,579.43 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 10/3/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/4/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/5/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/5/2022 | 50.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/6/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 10/7/2022 | 1,579.44 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/7/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/11/2022 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/11/2022 | 385.52 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/14/2022 | 500.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/14/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 10/14/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/17/2022 | 1,024.60 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/17/2022 | 30.74 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/18/2022 | 252.56 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/18/2022 | 631.40 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/18/2022 | 18.94 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/18/2022 | 7.58 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/19/2022 | 500.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 10/21/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/21/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 10/28/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 10/28/2022 | 1,579.43 | Payroll | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 10/31/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/4/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 11/4/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/7/2022 | 27.60 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/7/2022 | 919.86 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 11/10/2022 | 1,579.42 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/10/2022 | 1,741.13 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/17/2022 | 0.53 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/17/2022 | 17.58 | Payment balance debt with Insider | Insider |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/17/2022 | 20.54 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/17/2022 | 684.61 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/17/2022 | 5.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/18/2022 | 1,741.12 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 11/18/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/21/2022 | 0.68 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/21/2022 | 22.65 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/21/2022 | 5.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/21/2022 | 235.65 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/21/2022 | 7.07 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/23/2022 | 27.95 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/23/2022 | 1,200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/23/2022 | 931.70 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/25/2022 | 1,741.13 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 11/25/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/30/2022 | 0.81 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 11/30/2022 | 0.02 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/1/2022 | 275.44 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/1/2022 | 8.26 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/1/2022 | 0.88 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/1/2022 | 29.31 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/1/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Extra Space Storage | 2795 East Cottonwood Pkwy, #300 | Salt Lake City | UT | 84121 | 12/1/2022 | 285.54 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/2/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/2/2022 | 1.56 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/2/2022 | 51.99 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/2/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/5/2022 | 60.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/8/2022 | 0.61 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/8/2022 | 20.30 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/8/2022 | 20.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/9/2022 | 1,579.43 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/9/2022 | 1,741.12 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/13/2022 | 1.25 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/13/2022 | 41.73 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/14/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/19/2022 | 395.92 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/19/2022 | 339.67 | Payroll | Insider |
| Tumi Demuren | 514 Tennessee Avenue Northeast | Washington | DC | 20002 | 12/19/2022 | 400.00 | Benefit to Insiders for rent expense | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/19/2022 | 500.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/23/2022 | 339.68 | Payroll | Insider |

| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/23/2022 | 395.91 | Payroll | Insider |
|---|---|---|---|---|---|---|---|---|
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/27/2022 | 1,000.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/27/2022 | 400.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/27/2022 | 600.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/28/2022 | 100.00 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 12/30/2022 | 339.67 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/30/2022 | 395.91 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 12/30/2022 | 400.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/3/2023 | 200.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/4/2023 | 4.91 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/4/2023 | 5.99 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/4/2023 | 163.78 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/4/2023 | 2.73 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/4/2023 | 0.08 | Payment balance debt with Insider | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 1/6/2023 | 342.03 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/6/2023 | 399.37 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/13/2023 | 399.37 | Payroll | Insider |
| Srinand Yalamanchili | 1604 Q St NW Apt 502 | Washington | DC | 20009 | 1/13/2023 | 342.04 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/20/2023 | 399.38 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/24/2023 | 88,000.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/25/2023 | 77,000.00 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/30/2023 | 10.72 | Payment balance debt with Insider | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 1/30/2023 | 0.32 | Payment balance debt with Insider | Insider |
| Hirschler Law | 1676 International Drive, Suite 1350 | Tysons | VA | 22102 | 1/30/2023 | 5,000.00 | Deposit for legal services | Suppliers or vendors |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/1/2023 | 399.36 | Payroll | Insider |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | 2/1/2023 | 6,266.90 | Payment balance debt with Insider | Insider |

## SaveSolar Corporation Entities (SoFA Section 25)

| Subsidiary | Address | Nature of Business | EIN |
|---|---|---|---|
| SSC 1110 KENNEBEC MD LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | 86-2959270 |
| SSC 1901 BROOKS MD LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | 86-3000798 |
| SSC 1420 R DC LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | 86-3780594 |
| SSC 3553 EAST CAPITOL DC, LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | |
| SSC 1441 RHODE ISLAND DC LLC | 810 7th St NE, Washington, DC 20002 | Project Alpha TE JV, LLC | 86-2898918 |
| SSC 6304 SHERIFF MD LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | |
| SSC 2850 NEW YORK DC LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | |
| SSC 1811 CABIN BRANCH MD LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | |
| SSC 1309 FIFTH DC LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | 86-3855547 |
| SSC 4601 N PARK MD LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | |
| SSC 1323 I DC LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | 86-3915574 |
| SSC 6323 LUZON DC LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | 86-3762473 |
| SSC 3233 FIFTEENTH DC LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | 86-3019145 |
| SSC 3040 STANTON DC LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | |
| SSC 1715 FIFTEENTH DC LLC | 810 7th St NE, Washington, DC 20002 | Project Alpha TE JV, LLC | 86-3055764 |
| SSC 1321 FIFTH DC LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | 86-3814090 |
| SSC 1321 FIFTH CANOPY DC LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | 88-1973796 |
| SSC 5113 FITCH DC LLC | 810 7th St NE, Washington, DC 20002 | Project Alpha TE JV, LLC | 86-2934998 |
| SSC 1920 NAYLOR DC LLC | 810 7th St NE, Washington, DC 20002 | Project Alpha TE JV, LLC | 86-2874316 |
| SSC 1402 TWENTY SECOND DC LLC | 1140 3RD ST NE STE 2120, Washington, DC 20002 | SaveSolar Corporation Inc | |
| SSC 116 IRVINGTON DC LLC | 1140 3RD ST NE STE 2120, Washington, DC 20002 | SaveSolar Alpha Holdco | |
| SSC 116 IRVINGTON CANOPY DC LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | |
| SSC 1601 GAINESVILLE DC LLC | 1140 3RD ST NE STE 2120, Washington, DC 20002 | SaveSolar Corporation Inc | |
| SSC 1350 E DC LLC | 1140 3RD ST NE STE 2120, Washington, DC 20002 | SaveSolar Alpha Holdco | |

| | | | |
|---|---|---|---|
| SSC 2501 N DC LLC | 1140 3RD ST NE STE 2120, Washington, DC 20002 | SaveSolar Alpha Holdco | 87-2606769 |
| SSC 600 KENILWORTH DC LLC | 1140 3RD ST NE STE 2120, Washington, DC 20002 | SaveSolar Corporation Inc | |
| SSC 1800 4TH ST DC LLC | 1140 3RD ST NE STE 2120, Washington, DC 20002 | SaveSolar Alpha Holdco | |
| SSC 2801 STANTON DC LLC | 1140 3RD ST NE STE 2120, Washington, DC 20002 | SaveSolar Corporation Inc | |
| SSC 4101 KAYWOOD PL MD LLC | 1140 3RD ST NE STE 2120, Washington, DC 20002 | SaveSolar Alpha Holdco | |
| SSC 4100 SUITLAND RD MD LLC | 1140 3RD ST NE STE 2120, Washington, DC 20002 | SaveSolar Alpha Holdco | |
| SSC 4100 SUITLAND RD CANOPY MD LLC | 1140 3RD ST NE STE 2120, Washington, DC 20002 | SaveSolar Alpha Holdco | |
| SSC 3200 CURTIS DC MD LLC | 1140 3RD ST NE STE 2120, Washington, DC 20002 | SaveSolar Corporation Inc | |
| SSC 220 HAMILTON ST DC LLC | 1140 3RD ST NE STE 2120, Washington, DC 20002 | SaveSolar Alpha Holdco | |
| SSC 1430 BELMONT ST DC LLC | 1140 3RD ST NE STE 2120, Washington, DC 20002 | SaveSolar Corporation Inc | |
| SSC 3320 WHEELER RD DC LLC | 810 7th St NE, Washington, DC 20002 | SaveSolar Alpha Holdco | 88-1529082 |
| SAVESOLAR ALPHA HOLDCO | 810 7th St NE, Washington, DC 20002 | SaveSolar Corporation Inc | 86-2847389 |
| SSC SUBSCRIBER SERVICES | 1140 3rd St NE Ste 2120, Washington, DC 20002 | SaveSolar Corporation Inc | 87-2311287 |
| SSC SR JV HOLDCO | 1140 3rd St NE Ste 2120, Washington, DC 20002 | SaveSolar Corporation Inc | 87-2339170 |
| PROJECT ALPHA TE JV | 1140 3rd St NE Ste 2120, Washington, DC 20002 | SSC SR JV Holdco, LLC & SA TEC, LLC<br><br>(Managing Member) | 87-2446736 |
| SAVESOLAR CORPORATION PTY LTD | 11 Wilson Street South Yarra, 3141 | SaveSolar Corporation Inc | 81-0851304 |
| SSC DEVCO LLC | 810 7TH St NE, Washington, DC 20002 | SaveSolar Corporation Inc | 92-2022509 |

SAVESOLAR CORPORATION INC. - Statement of Financial Affairs Question #3

| Vendor | Street | City | State | ZIP Code | Country | Amount | Date | Reasons for payment or transfer | Business |
|---|---|---|---|---|---|---|---|---|---|
| Elkin Andrés Pardo Durán | Calle 12B #71D-31 | Bogotá | 0 | 0 | CO | 4,837.00 | 11/02/2022 | Services | SaveSolar Corporation |
| Omar Cardenas | Carrera 48 #76dsur-34 | Sabaneta | 0 | 55450 | CO | 4,025.00 | 11/02/2022 | Services | SaveSolar Corporation |
| Miguel Angel Santana Hernandez | 525 Federal Street | Bluefield | WV | 24701 | US | 4,085.00 | 11/02/2022 | Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 919.86 | 11/07/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 27.60 | 11/07/2022 | Secured debt | SaveSolar Corporation |
| The Premium Finance Company, LLC | 807 West Highway 50 | O'Fallon | IL | 62269 | US | 2,070.05 | 11/08/2022 | Services | SaveSolar Corporation |
| Chris Power | 32 Denmark St | KEW | DC | 20002 | US | 2,644.23 | 11/09/2022 | Services | SaveSolar Corporation |
| BRENDOCORP PTY LTD | 3 Cohen Way | Thrumster | 0 | 2444 | AU | 1,730.00 | 11/09/2022 | Services | SaveSolar Corporation |
| Catalina Gomez Barrera | Carrera 15 #16A Sur - 06 Los Balsos, El Poblado | Medellin | 0 | 50022 | CO | 1,346.15 | 11/09/2022 | Services | SaveSolar Corporation |
| Sayan Sarkar (MX Account) | Avenida Pablo Casals 487 | Guadalajara | 0 | 44670 | MX | 923.08 | 11/09/2022 | Services | SaveSolar Corporation |
| The Premium Finance Company, LLC | 807 West Highway 50 | O'Fallon | IL | 62269 | US | 1,769.62 | 11/10/2022 | Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 684.61 | 11/17/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 0.53 | 11/17/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 17.58 | 11/17/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 5.00 | 11/17/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 20.54 | 11/17/2022 | Secured debt | SaveSolar Corporation |
| Catalina Gomez Barrera | Carrera 15 #16A Sur - 06 Los Balsos, El Poblado | Medellin | 0 | 50022 | CO | 2,423.07 | 11/18/2022 | Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 0.68 | 11/21/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 235.65 | 11/21/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 22.65 | 11/21/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 7.07 | 11/21/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 5.00 | 11/21/2022 | Secured debt | SaveSolar Corporation |
| Chris Power | 32 Denmark St | KEW | DC | 20002 | US | 2,644.23 | 11/21/2022 | Services | SaveSolar Corporation |
| Chris Power | 32 Denmark St | KEW | DC | 20002 | US | 2,115.38 | 11/21/2022 | Services | SaveSolar Corporation |
| BRENDOCORP PTY LTD | 3 Cohen Way | Thrumster | 0 | 2444 | AU | 1,730.00 | 11/21/2022 | Services | SaveSolar Corporation |
| BRENDOCORP PTY LTD | 3 Cohen Way | Thrumster | 0 | 2444 | AU | 1,730.00 | 11/21/2022 | Services | SaveSolar Corporation |
| Clean Edge | 2312 Log Wood Crt | Mississauga | 0 | LSC 3C5 | CA | 5,000.00 | 11/21/2022 | Services | SaveSolar Corporation |
| Thomas J. Cox | 6358 Jackson Street | Philadelphia | PA | 19135 | US | 187.33 | 11/21/2022 | Reimbursement | SaveSolar Corporation |
| Michael L Salazar | 69 Grass Street | Homosassa | FL | 34446 | US | 1,168.94 | 11/22/2022 | Reimbursement | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 1,200.00 | 11/23/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 27.95 | 11/23/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 931.70 | 11/23/2022 | Secured debt | SaveSolar Corporation |
| BRENDOCORP PTY LTD | 3 Cohen Way | Thrumster | 0 | 2444 | AU | 1,730.00 | 11/28/2022 | Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 0.02 | 11/30/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 0.81 | 11/30/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 275.44 | 12/01/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 100.00 | 12/01/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 29.31 | 12/01/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 9.90 | 12/01/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 8.26 | 12/01/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 0.88 | 12/01/2022 | Secured debt | SaveSolar Corporation |
| David Angarita García | Cra 48 # 26 - 85 | Medellin | 0 | 50030 | CO | 2,818.92 | 12/01/2022 | Services | SaveSolar Corporation |
| Carlos Eduardo Huepa Bolivar (USD) | Carrera 84 # 37B-123 | Medellin | 0 | 50032 | CO | 5,263.30 | 12/01/2022 | Services | SaveSolar Corporation |
| Elkin Andrés Pardo Durán | Calle 12B #71D-31 | Bogotá | 0 | 0 | CO | 4,500.00 | 12/01/2022 | Services | SaveSolar Corporation |
| Sayan Sarkar (MX Account) | Avenida Pablo Casals 487 | Guadalajara | 0 | 44670 | MX | 4,323.03 | 12/01/2022 | Services | SaveSolar Corporation |
| Omar Cardenas | Carrera 48 #76dsur-34 | Sabaneta | 0 | 55450 | CO | 3,500.00 | 12/01/2022 | Services | SaveSolar Corporation |
| Industrious | P.O. Box 780441 | Philadelphia | PA | 19178 | US | 4,814.00 | 12/01/2022 | Services | SaveSolar Corporation |
| SSC SUBSCRIBER SERVICES, LLC | 810 7th St NE, | Washington | DC | 20002 | US | 19,960.00 | 12/02/2022 | Reimbursement | SaveSolar Corporation |
| The Premium Finance Company, LLC | 807 West Highway 50 | O'Fallon | IL | 62269 | US | 1,769.62 | 12/02/2022 | Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 51.99 | 12/02/2022 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 1.56 | 12/02/2022 | Secured debt | SaveSolar Corporation |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Catalina Gomez Barrera | Carrera 15 #16A Sur - 06 Los Balsos, El Poblado | Medellin | | 0 | 50022 CO | 2,752.29 | 12/02/2022 Services | SaveSolar Corporation |
| BRENDOCORP PTY LTD | 3 Cohen Way | Thrumster | | 0 | 2444 AU | 1,730.00 | 12/05/2022 Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 60.00 | 12/05/2022 Secured debt | SaveSolar Corporation |
| Samuel F. Goldstein | 5604 Broadbranch Rd NW | Washington | DC | | 20015 US | 71.77 | 12/05/2022 Reimbursement | SaveSolar Corporation |
| Chris Power | 32 Denmark St | KEW | DC | | 20002 US | 2,644.23 | 12/05/2022 Services | SaveSolar Corporation |
| Chris Power | 32 Denmark St | KEW | DC | | 20002 US | 2,644.23 | 12/05/2022 Services | SaveSolar Corporation |
| Miguel Angel Santana Hernandez | 525 Federal Street | Bluefield | WV | | 24701 US | 4,015.44 | 12/07/2022 Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 20.30 | 12/08/2022 Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 20.00 | 12/08/2022 Secured debt | SaveSolar Corporation |
| The Premium Finance Company, LLC | 807 West Highway 50 | O'Fallon | IL | | 62269 US | 2,070.05 | 12/08/2022 Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 0.61 | 12/08/2022 Secured debt | SaveSolar Corporation |
| Vinay Jain | Craigieburn Road | Craigieburn | | 0 | 3064 AU | 11,341.56 | 12/12/2022 Services | SaveSolar Corporation |
| BRENDOCORP PTY LTD | 3 Cohen Way | Thrumster | | 0 | 2444 AU | 1,730.00 | 12/12/2022 Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 41.73 | 12/13/2022 Secured debt | SaveSolar Corporation |
| Alvarez & Marsal Valuation Services | 600 Madison Ave - 8th Floor | New York | NY | | 10022 US | 4,750.00 | 12/13/2022 Services | SaveSolar Corporation |
| Alvarez & Marsal Valuation Services | 600 Madison Ave - 8th Floor | New York | NY | | 10022 US | 4,750.00 | 12/13/2022 Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 1.25 | 12/13/2022 Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 100.00 | 12/14/2022 Secured debt | SaveSolar Corporation |
| Samuel F. Goldstein | 5604 Broadbranch Rd NW | Washington | DC | | 20015 US | 17.50 | 12/15/2022 Reimbursement | SaveSolar Corporation |
| BRENDOCORP PTY LTD | 3 Cohen Way | Thrumster | | 0 | 2444 AU | 1,730.00 | 12/19/2022 Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 500.00 | 12/19/2022 Secured debt | SaveSolar Corporation |
| Chris Power | 32 Denmark St | KEW | DC | | 20002 US | 2,644.23 | 12/19/2022 Services | SaveSolar Corporation |
| Thomas J. Cox | 6358 Jackson Street | Philadelphia | PA | | 19135 US | 275.66 | 12/20/2022 Reimbursement | SaveSolar Corporation |
| BRENDOCORP PTY LTD | 3 Cohen Way | Thrumster | | 0 | 2444 AU | 1,730.00 | 12/23/2022 Services | SaveSolar Corporation |
| Captain Power LLC | 148 Saratoga Cta | North East | MD | | 21901 US | 4,395.98 | 12/23/2022 Services | SaveSolar Corporation |
| Carlos Eduardo Huepa Bolivar (USD) | Carrera 84 # 37B-123 | Medellin | | 0 | 50032 CO | 1,000.00 | 12/23/2022 Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 400.00 | 12/27/2022 Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 1,000.00 | 12/27/2022 Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 600.00 | 12/27/2022 Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 100.00 | 12/28/2022 Secured debt | SaveSolar Corporation |
| Chris Power | 32 Denmark St | KEW | DC | | 20002 US | 2,644.23 | 12/30/2022 Services | SaveSolar Corporation |
| BRENDOCORP PTY LTD | 3 Cohen Way | Thrumster | | 0 | 2444 AU | 1,730.00 | 12/30/2022 Services | SaveSolar Corporation |
| Carlos Eduardo Huepa Bolivar (USD) | Carrera 84 # 37B-123 | Medellin | | 0 | 50032 CO | 4,973.28 | 12/30/2022 Services | SaveSolar Corporation |
| Sayan Sarkar (MX Account) | Avenida Pablo Casals 487 | Guadalajara | | 0 | 44670 MX | 4,000.00 | 12/30/2022 Services | SaveSolar Corporation |
| Catalina Gomez Barrera | Carrera 15 #16A Sur - 06 Los Balsos, El Poblado | Medellin | | 0 | 50022 CO | 3,230.76 | 12/30/2022 Services | SaveSolar Corporation |
| Elkin Andrés Pardo Durán | Calle 12B #71D-31 | BogotÃ¡ | | 0 | 0 CO | 1,350.00 | 12/30/2022 Services | SaveSolar Corporation |
| Captain Power LLC | 148 Saratoga Cta | North East | MD | | 21901 US | 1,004.82 | 12/30/2022 Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 400.00 | 12/30/2022 Secured debt | SaveSolar Corporation |
| Industrious | P.O. Box 780441 | Philadelphia | PA | | 19178 US | 5,314.00 | 01/01/2023 Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 200.00 | 01/03/2023 Secured debt | SaveSolar Corporation |
| David Angarita García | Cra 48 # 26 - 85 | Medellin | | 0 | 50030 CO | 2,807.17 | 01/03/2023 Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 0.08 | 01/04/2023 Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 163.78 | 01/04/2023 Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 5.99 | 01/04/2023 Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 4.91 | 01/04/2023 Secured debt | SaveSolar Corporation |
| The Premium Finance Company, LLC | 807 West Highway 50 | O'Fallon | IL | | 62269 US | 1,769.62 | 01/04/2023 Services | SaveSolar Corporation |
| Miguel Angel Santana Hernandez | 525 Federal Street | Bluefield | WV | | 24701 US | 3,800.00 | 01/04/2023 Services | SaveSolar Corporation |
| Omar Cardenas | Carrera 48 #76dsur-34 | Sabaneta | | 0 | 55450 CO | 3,500.00 | 01/04/2023 Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | | 20002 US | 2.73 | 01/04/2023 Secured debt | SaveSolar Corporation |
| BRENDOCORP PTY LTD | 3 Cohen Way | Thrumster | | 0 | 2444 AU | 1,730.00 | 01/05/2023 Services | SaveSolar Corporation |
| The Premium Finance Company, LLC | 807 West Highway 50 | O'Fallon | IL | | 62269 US | 2,070.05 | 01/10/2023 Services | SaveSolar Corporation |
| Captain Power LLC | 148 Saratoga Cta | North East | MD | | 21901 US | 913.47 | 01/10/2023 Services | SaveSolar Corporation |
| Whiteford, Taylor & Preston LLP | 7 Saint Paul Street | Baltimore | MD | 21202-1636 US | | 20,000.00 | 01/11/2023 Security Deposit | SaveSolar Corporation |

| Name | Address | City | State | ZIP | Country | Amount | Date | Type | Company |
|------|---------|------|-------|-----|---------|--------|------|------|---------|
| Whiteford, Taylor & Preston LLP | 7 Saint Paul Street | Baltimore | MD | 21202-1636 | US | 55,000.00 | 01/13/2023 | Security Deposit | SaveSolar Corporation |
| BRENDOCORP PTY LTD | 3 Cohen Way | Thrumster | 0 | 2444 | AU | 1,730.00 | 01/17/2023 | Services | SaveSolar Corporation |
| Catalina Gomez Barrera | Carrera 15 #16A Sur - 06 Los Balsos, El Poblado | Medellin | 0 | 50022 | CO | 3,230.76 | 01/17/2023 | Services | SaveSolar Corporation |
| Captain Power LLC | 148 Saratoga Cta | North East | MD | 21901 | US | 1,859.39 | 01/17/2023 | Services | SaveSolar Corporation |
| Samuel F. Goldstein | 5604 Broadbranch Rd NW | Washington | DC | 20015 | US | 37.45 | 01/18/2023 | Reimbursement | SaveSolar Corporation |
| Thomas J. Cox | 6358 Jackson Street | Philadelphia | PA | 19135 | US | 2,104.41 | 01/18/2023 | Reimbursement | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 88,000.00 | 01/24/2023 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 77,000.00 | 01/25/2023 | Secured debt | SaveSolar Corporation |
| Captain Power LLC | 148 Saratoga Cta | North East | MD | 21901 | US | 1,644.25 | 01/26/2023 | Services | SaveSolar Corporation |
| BRENDOCORP PTY LTD | 3 Cohen Way | Thrumster | 0 | 2444 | AU | 1,730.00 | 01/26/2023 | Services | SaveSolar Corporation |
| Clean Edge | 2312 Log Wood Crt | Mississauga | 0 L5C 3C5 | | CA | 5,000.00 | 01/30/2023 | Services | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 10.72 | 01/30/2023 | Secured debt | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 0.32 | 01/30/2023 | Secured debt | SaveSolar Corporation |
| PEPCO | Remittance Processing EP1804 | Washington | DC | 20001-4572 | US | 38,451.00 | 01/31/2023 | Suppliers or vendors | SaveSolar Corporation |
| Karl N. Unterlechner | 514 Tennessee Ave NE | Washington | DC | 20002 | US | 6,266.90 | 02/01/2023 | Secured debt | SaveSolar Corporation |
| Catalina Gomez Barrera | Carrera 15 #16A Sur - 06 Los Balsos, El Poblado | Medellin | 0 | 50022 | CO | 2,692.30 | 02/01/2023 | Services | SaveSolar Corporation |
| Carlos Eduardo Huepa Bolivar (USD) | Carrera 84 # 37B-123 | Medellin | 0 | 50032 | CO | 4,967.42 | 02/01/2023 | Services | SaveSolar Corporation |
| David Angarita García | Cra 48 # 26 - 85 | Medellin | 0 | 50030 | CO | 2,920.71 | 02/01/2023 | Services | SaveSolar Corporation |
| Whiteford, Taylor & Preston LLP | 7 Saint Paul Street | Baltimore | MD | 21202-1636 | US | 175,000.00 | 02/01/2023 | Security Deposit | SaveSolar Corporation |
| Chris Power | 32 Denmark St | KEW | DC | 20002 | US | 2,379.81 | 02/01/2023 | Services | SaveSolar Corporation |
| BRENDOCORP PTY LTD | 3 Cohen Way | Thrumster | 0 | 2444 | AU | 1,730.00 | 02/01/2023 | Services | SaveSolar Corporation |
| Chris Power | 32 Denmark St | KEW | DC | 20002 | US | 1,057.69 | 02/01/2023 | Services | SaveSolar Corporation |
| The Premium Finance Company, LLC | 807 West Highway 50 | O'Fallon | IL | 62269 | US | 1,769.62 | 02/02/2023 | Services | SaveSolar Corporation |

# United States Bankruptcy Court
### District of District of Columbia

In re **SaveSolar Corporation Inc.**        Case No. **23-00045**

Debtor(s)      Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Byrne, William<br>74 Maroondah Terrace<br>Bundoora 3079, VIC<br>Australia | Common | 190 shares | 14.57% ownership interest |
| Clean Edge Partners<br>2312 Log Wood Crt<br>Mississauga ON<br>L5C 3C5 Canada | Common | 26 shares | 1.99% ownership interest |
| Power, Chris<br>32 Denmark Street<br>Kew VIC 3101<br>Australia<br>DC | Common | 112 shares | 8.59% ownership interest |
| Unterlechner, Karl<br>35A Derwent Street<br>Newport 3015<br>Australia<br>DC | Common | 704 shares | 53.99% ownership interest |
| Winn, Alex<br>4318 Gypsy Court<br>Alexandria, VA 22310 | Common | 82 shares | 6.29% ownership interest |
| Yalamanchili, Srinand<br>2312 Log Wood Court<br>Mississauga ON L5C 3C5<br>Canada | Common | 190 shares | 14.57% ownership interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 28, 2023**      Signature **/s/ Karl Unterlechner**

**Karl Unterlechner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.