Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:        (703) 280-9081
E-Mail:             benglander@whitefordlaw.com
                       adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF OPPORTUNITY TO OBJECT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE** that on September 14, 2023, the above-captioned debtors and debtor-in-possession (collectively, the "**Debtors**"), filed the *Debtors' Motion for Entry of an Order Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts* (Docket No. 256) (the "**Motion**").

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "**Initial Debtors**"); and SSC 1110 Kennebec MD, LLC, (9270), Case No. 23-00140-ELG; SSC 3233 Fifteenth DC, LLC (9145), Case No. 23-00141-ELG; SSC 1901 Brooks MD, LLC (0798), Case No. 23-00142; SSC 1323 I DC, LLC (5574), Case No. 23-00143-ELG; SSC 1321 Fifth DC, LLC (4090), Case No. 23-00144-ELG; SSC 1321 Fifth Canopy DC, LLC (3796), Case No. 23-00145-ELG; SSC 116 Irvington DC, LLC (3472), Case No. 23-00146-ELG; SSC 116 Irvington DC Canopy, LLC (6191), Case No. 23-00147-ELG; SSC 2501 N DC, LLC (6769), Case No. 23-00148-ELG; and SSC 3320 Wheeler DC, LLC (9082), Case No. 23-00149-ELG (the "**Affiliate Debtors**"). The Initial Debtors and the Affiliate Debtors are referred to collectively herein as the "**Debtors**").

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the relief sought in the Motion, then:

Within **14 days** of the date hereof, you or your attorney must file and serve a written objection, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Bankruptcy Court for the District of Columbia, 333 Constitution Avenue N.W., Washington, D.C. 20001, Room 1225. You must also mail a copy of such objection and proposed order to:

>   Bradford F. Englander, Esq.
>   WHITEFORD, TAYLOR & PRESTON L.L.P.
>   3190 Fairview Park Drive, Suite 800
>   Falls Church, Virginia 22042

The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

Parties in interest with questions may contact the undersigned. If you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief. The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial of the relief sought.

Dated: September 14, 2023                           WHITEFORD, TAYLOR & PRESTON L.L.P.

>   */s/ Bradford F. Englander*
>   Bradford F. Englander (Bar No. 428617)
>   Alexandra G. DeSimone (admitted *pro hac vice*)
>   **WHITEFORD TAYLOR & PRESTON L.L.P.**
>   3190 Fairview Park Drive, Suite 800
>   Falls Church, Virginia 22042-4510
>   Telephone:    (703) 280-9081
>   E-Mail:       benglander@whitefordlaw.com
>                 adesimone@whitefordlaw.com
>
>   *Counsel to the Debtors and Debtors in Possession*

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 14, 2023, I caused a copy of the foregoing ***Notice of Opportunity to Object to Debtors' Motion for Entry of an Order Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts*** to be served *via* CM/ECF upon all parties receiving notice thereby and by first-class mail or e-mail, where an e-mail address was available, on all persons on the Master Service List established pursuant to Article VI of the Court's Complex Case Procedures, and to the counterparties identified on Schedule 1 to the Motion.

                                                    */s/ Alexandra G. DeSimone*
                                                    Alexandra G. DeSimone