**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | Case No. 23-00146 (ELG) |
|---|---|
| SSC 116 Irvington DC, LLC | Reporting Period: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1**
**Schedule of Cash Receipts and Disbursements**
**For the period 7/1/23 through 7/31/23**

| ACCOUNT NUMBER (LAST 4) | SSC 116 Irvington DC Canopy, LLC Amalgamated Bank xx8078 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|
| **CASH - BEGINNING OF MONTH** | $ -- | $ -- |
| **RECEIPTS** | | |
| CASH SALES | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - |
| LOANS AND ADVANCES | - | - |
| SALE OF ASSETS | - | - |
| OTHER MISC. RECEIPTS | - | - |
| TRANSFERS *(FROM AFFILIATE COMPANY ACCOUNTS)* | - | - |
| TRANSFERS *(FROM OTHER DEBTOR ACCOUNTS)* | - | - |
| **TOTAL RECEIPTS** | $ - | $ - |
| **DISBURSEMENTS** | | |
| NET PAYROLL | - | - |
| PAYROLL TAXES | - | - |
| SALES, USE, & OTHER TAXES | - | - |
| INTERCONNECTION COSTS | - | - |
| SECURED/RENTAL/LEASES | - | - |
| INSURANCE | - | - |
| GENERAL & ADMINISTRATIVE | - | - |
| SELLING | - | - |
| OTHER MISC. EXPENSES | - | - |
| LOANS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - |
| TRANSFERS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - |
| INVESTMENT IN AFFILIATE | - | - |
| TRANSFERS *(TO OTHER DEBTOR ACCOUNTS)* | - | - |
| PROFESSIONAL FEES | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - |
| COURT COSTS | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ - |
| | | |
| **NET CASH FLOW (RECEIPTS - DISBURSEMENTS)** | $ - | $ - |
| | | |
| **CASH - END OF MONTH** | $ - | $ -- |

**THE FOLLOWING SECTION MUST BE COMPLETED**

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS** | $ | - |
| LESS: TRANSFERS TO OTHER DEBTORS OR AFFILIATES | $ | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY THE OWNER | $ | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | $ | - |

**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | **Case No. 23-00146 (ELG)** |
|---|---|
| **SSC 116 Irvington DC, LLC** | Reporting Period: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1a**
**Bank Account Balances**
For the period 7/1/23 through 7/31/23

| Ref No. | Debtor Entity | Account Number | Bank | State / Country | Account Type | Account Description | Balance as of 7/31/2023 |
|---|---|---|---|---|---|---|---|
| 1 | SSC 116 Irvington DC, LLC | XXXXX8078 | Amalgamated Bank | NY / United States of America | Checking | Incoming: Transfers<br>Outgoing: Transfers, ACH, Wires & Checks | -- |

| | Total | $ -- |
|---|---|---|

**Bank Account Reconciliations & Cash Disbursements Journal**
The debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The debtors affirm that bank statements for all open and active bank accounts are retained by the debtors.

**United States Bankruptcy Court**

**District of District of Columbia**

| In re: | Case No. 23-00146 (ELG) |
|---|---|
| **SSC 116 Irvington DC, LLC** | iod: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 2**

**Income Statement**

For the period 7/1/23 through 7/31/23

|  | **SSC 116 Irvington DC Canopy, LLC**<br>**Case No. 23-00146 (ELG)** |
|---|---|
| Sales, net | $ -- |
| Overhead costs | -- |
| **Gross Profit** | **$ --** |
| | |
| Expenses: | |
| General and administrative expenses | -- |
| **Total Expenses** | **-** |
| | |
| **Operating Profit / (Loss)** | **$ --** |
| | |
| Exchange gain or loss | -- |
| Interest Paid | -- |
| Origination Fees - ER | -- |
| Other miscellaneous expense | -- |
| Depreciation of assets | -- |
| Income/(expenses) for previous years | -- |
| Expected credit loss expense | -- |
| **Net Income (Loss)** | **$ --** |

**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | Case No. 23-00146 (ELG) |
|---|---|
| **SSC 116 Irvington DC, LLC** | iod: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 3**
**Balance Sheet**
For the period 7/1/23 through 7/31/23

|  | SSC 116 Irvington DC, LLC Case No. 23-00146 (ELG) |
|---|---|
| Current Assets | |
| Cash | $ -- |
| Accounts receivable, net | -- |
| Related party receivable | -- |
| **Total Current Assets** | **$ --** |
| | |
| Non-Current Assets | |
| Property and Equipment, net | 1,857,154 |
| Investment in subsidiary | -- |
| Prepaid expenses | -- |
| Security deposits | -- |
| **Total Non-Current Assets** | **1,857,154** |
| | |
| **Total Assets** | **$ 1,857,154** |
| | |
| Current Liabilities | |
| Accounts payable and accrued expenses | 209,995 |
| Current maturities of Short-term debt, net | -- |
| Related party payable | 11,336 |
| Loan payable to Stockholders | -- |
| Short-term debt, less current maturities, net | - |
| **Total Current liabilities** | **221,331** |
| | |
| **Total Non-Current liabilities** | **-** |
| | |
| **Total Liabilities** | **221,331** |
| | |
| Members' Equity \| (Deficit) | |
| Equity | 2,242,466 |
| **Total Members' Equity \| (Deficit)** | **2,242,466** |
| | |
| **Total Liabilities And Members' Equity \| (Deficit)** | **$ 2,463,797** |

**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | Case No. 23-00146 (ELG) |
|---|---|
| **SSC 116 Irvington DC, LLC** | Reporting Period: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 4**
**Schedule of Capital Assets**
<u>For the period 7/1/23 through 7/31/23</u>

| | Fixed Assets In Construction | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| | **Cost Value** | |
| | 160010 Construction In Progress | |
| 11/11/2022 | 160012 EPC Contractor Cost | 1,195,064.10 |
| 02/09/2022 | 160013 Engineering and Permitting | 3,810.00 |
| 11/29/2022 | 160014 Interconnection Costs | 97,794.47 |
| 12/20/2022 | 160015 Construction Management Cost | 136,514.00 |
| 09/15/2022 | 160017 Staff Commission Cost | 23,890.27 |
| 05/31/2023 | 160021 Adjustment Cost in Basis | 991.79 |
| 04/01/2023 | 160023 Legal & Professional Costs | 9,096.22 |
| 12/19/2022 | 160031 Independing Engeniering | 5,600.00 |
| 07/01/2022 | 160032 REC Commission Cost | 7,995.00 |
| 08/21/2022 | 160033 Project Insurance Cost | 1,315.70 |
| 12/31/2022 | 160034 Roofing Cost | 375,082.50 |
| | **Total Cost Value** | **$       1,857,154.05** |
| | **Accumulated Depreciation** | |
| 12/31/2021 | Depreciation not applicable. Asset in Construction | 0.00 |
| | **Total Accumulated Depreciation** | **$       0.00** |
| | **Net Book value** | **$       1,857,154.05** |

| | |
|---|---|
| **General Total Cost Value** | **$       1,857,154.05** |
| **General Total Accumulated Depreciation** | **$       0.00** |
| **General Net Book value** | **$       1,857,154.05** |

SaveSolar

**102000 SSC 116 IRVINGTON DC, LLC, Period Ending 07/31/2023**

**RECONCILIATION REPORT**

Reconciled on: 08/03/2023

Reconciled by: Cristian Ahumedo

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 0.00 |
| | |
| Register balance as of 07/31/2023 | 0.00 |

**amalgamated bank**

800-662-0860
amalgamatedbank.com

275 Seventh Avenue
New York, NY 10001

**Page 1 of 1**

**Return Service Requested**                                                508

00000076  MA218R04272  01  000000000

SSC 116 IRVINGTON DC, LLC
1140 3RD ST NE STE 2120
WASHINGTON DC 20002-6274

| ACCOUNT SUMMARY | 8078 |
|---|---|
| Account number | 8078 |
| Statement date | 04/26/23 |
| Checks/Items enclosed | 0 |
| Balance | $0.00 |

| ACCOUNT DETAILS | COMMERCIAL LITE CHECKING | ACCOUNT NUMBER | 8078 |
|---|---|---|---|
| Beginning Balance | 04/01/23 | | $0.00 |
| Deposits/Misc Credits | 0 | | $0.00 |
| Withdrawals/Misc Debits | 0 | | $0.00 |
| **Ending Balance | 04/26/23 | | $0.00 |
| Service Charge | | | $0.00 |
| Average Balance | | | $0.00 |
| Enclosures | | | 0 |

*THANK YOU FOR BANKING WITH THE AMALGAMATED BANK.*
*WE APPRECIATE YOUR BUSINESS.*

## UPDATED ACCOUNT DISCLOSURES

Account Disclosures have been updated as of 12/23/2022. Changes are
related to ACH preauthorized payments represented and how fees may be
imposed. For Consumer and Small Business customers, please visit
www.amalgamatedbank.com to view Account Disclosures. For Commercial
customers, please visit https://www.amalgamatedbank.com/commercial-aod.

# IMPORTANT INFORMATION ABOUT THIS ACCOUNT STATEMENT AND YOUR RIGHTS

1. **Review** at once: Notify the Bank in writing within 60 days after we mailed to you the statement available to you of any irregularities in your account statement, or you may lose valuable rights. See the deposit agreement applicable to your account for details about this and other time limitations regarding notice or irregularities.  (This paragraph does not apply to electronic funds or wire transfers.)

2. **Electronic Funds Transfers under Regulation E (for Consumer accounts only):**  In case of errors or questions about your Electronic Funds Transfers, call our Electronic Banking Group (EBG) at 800-662-0860 or write us **(Electronic Banking Group, Amalgamated Bank, 275 Seventh Avenue, New York, NY 10001)** as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

   We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Tell us:

   - Your name and account number.
   - The error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   - The dollar amount of the suspected error.

   We will investigate your complaint and correct any error promptly.  If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

   **Confirmation of Direct Deposit:**  If you have arranged to have your account credited by regularly scheduled (at least once every 60 days) electronic funds transfers (for example, direct deposit of social security, pension or payroll) and need to confirm if the deposit was made, you can contact our call center at 800-662-0860.

3. **Wire Transfers:**  In case of errors or if you have questions about particular wire transfer transactions, contact EBG at 800-662-0860.

4. **For all other inquiries:**  Please contact our call center at 800-662-0860.

5. **NY State Banking Account Disclosure for Affordable Checking:**

   - There is no limit to the number of withdrawals permitted on this account.
   - Our fee for using non-Amalgamated, non-Allpoint® and international ATMs is $2.50 per transaction, including balance inquiry.  Additional fees from other institutions may apply for non-Amalgamated, non-Allpoint® and international ATM transactions.
   - A withdrawal is deemed made when it is recorded on the bank's books, which may not necessarily be the actual date of the transaction.

## IMPORTANT INFORMATION ABOUT MONEY MARKET AND SAVINGS ACCOUNTS

There is no limit to the number of in-person deposits or withdrawals you can make to or from these accounts.Transfer limitations listed below are only applicable to Commercial accounts.

- Transfers from **Savings Accounts** to another account or to third parties by preauthorized, automatic, telephone, or electronic transfers are limited to a combined total of six (6) per month.  Federal regulations require that if you violate the above-described limitations, we may have to close or reclassify your account to a checking account.
- Transfers from **Money Market Accounts** to another account or to third parties by preauthorized, automatic or telephone transfers are limited to a combined total of six (6) per month; transfers may be made by check, draft, Debit Card or similiar electronic means to third parties.  Federal regulations require that if you violate the above-described limitations, we may have to close or reclassify your account to a checking account.

We reserve the right to require no fewer than 7 days' notice in writing before each withdrawal from an interest-bearing account other than a time deposit, or from any other savings account as defined by Regulation D. (The law requires us to reserve this right, but it is not our general policy to use it.)

## NOTIFY THE BANK IMMEDIATELY IN WRITING TO CHANGE OR CORRECT YOUR ADDRESS

**For branch listings, visit amalgamatedbank.com or call 800-662-0860.**

MEMBER FDIC / EQUAL HOUSING LENDER

| List outstanding checks | | |
|---|---|---|
| Check Number | Amount | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

|  | | |
|---|---|---|
| | Enter present balance as shown on statement | $ |
| Plus: | Deposits made since statement date | $ |
| | Sub-total | $ |
| Less: | Total amounts of checks outstanding | $ |
| | Total | $ |
| | Balance checkbook as of month end | $ |
| | Less bank service charges | (-) |
| | Plus interest paid during month (if applicable) | (+) |
| | Total checkbook balances | $ |