**United States Bankruptcy Court**

**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00144 (ELG)** |
| **SSC 1321 Fifth DC, LLC** | ·ting Period: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1**
**Schedule of Cash Receipts and Disbursements**
For the period 7/1/23 through 7/31/23

| ACCOUNT NUMBER (LAST 4) | SSC 1321 Fifth DC, LLC Amalgamated Bank x7893 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|
| **CASH - BEGINNING OF MONTH** | $ -- | $ -- |
| **RECEIPTS** | | |
| CASH SALES | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - |
| LOANS AND ADVANCES | - | - |
| SALE OF ASSETS | - | - |
| OTHER MISC. RECEIPTS | - | - |
| TRANSFERS *(FROM AFFILIATE COMPANY ACCOUNTS)* | - | - |
| TRANSFERS *(FROM OTHER DEBTOR ACCOUNTS)* | - | - |
| **TOTAL RECEIPTS** | $ - | $ - |
| **DISBURSEMENTS** | | |
| NET PAYROLL | - | - |
| PAYROLL TAXES | - | - |
| SALES, USE, & OTHER TAXES | - | - |
| INTERCONNECTION COSTS | - | - |
| SECURED/RENTAL/LEASES | - | - |
| INSURANCE | - | - |
| GENERAL & ADMINISTRATIVE | - | - |
| SELLING | - | - |
| OTHER MISC. EXPENSES | - | - |
| LOANS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - |
| TRANSFERS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - |
| INVESTMENT IN AFFILIATE | - | - |
| TRANSFERS *(TO OTHER DEBTOR ACCOUNTS)* | - | - |
| PROFESSIONAL FEES | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - |
| COURT COSTS | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ - |
| | | |
| **NET CASH FLOW (RECEIPTS - DISBURSEMENTS)** | $ - | $ - |
| | | |
| **CASH - END OF MONTH** | $ - | $ -- |

**THE FOLLOWING SECTION MUST BE COMPLETED**

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ - |
| LESS: TRANSFERS TO OTHER DEBTORS OR AFFILIATES | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY THE OWNER | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | $ - |

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00144 (ELG)** |
| **SSC 1321 Fifth DC, LLC** | Reporting Period: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1a**
**Bank Account Balances**
For the period 7/1/23 through 7/31/23

| Ref No. | Debtor Entity | Account Number | Bank | State / Country | Account Type | Account Description | Balance as of 7/31/2023 |
|---|---|---|---|---|---|---|---|
| 1 | SSC 1321 Fifth DC, LLC | XXXXX7893 | Amalgamated Bank | NY / United States of America | Checking | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | -- |
| | | | | | | **Total** | **$ --** |

**Bank Account Reconciliations & Cash Disbursements Journal**
The debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The debtors affirm that bank statements for all open and active bank accounts are retained by the debtors.

**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | | | | | | | | **Case No. 23-00144 (ELG)** |
|---|---|---|---|---|---|---|---|---|
| **SSC 1321 Fifth DC, LLC** | | | | | | | | Reporting Period: July 1, 2023 through July 31, 2023 |
| Debtors | | | | | | | | |

**Supporting Documentation to MOR - 1b**
**Bank Account Transactions**
<u>For the period 7/1/23 through 7/31/23</u>

| Bank account | Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | ---------- *None* ---------- | | | |

United States Bankruptcy Court
District of District of Columbia

| | |
|---|---|
| In re: | **Case No. 23-00144 (ELG)** |
| SSC 1321 Fifth DC, LLC | Reporting Period: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 2**
**Income Statement**
For the period 7/1/23 through 7/31/23

| | SSC 1321 Fifth DC, LLC<br>Case No. 23-00144 (ELG) |
|---|---:|
| Sales, net | $ -- |
| Overhead costs | -- |
| **Gross Profit** | **$ --** |
| | |
| Expenses: | |
| General and administrative expenses | -- |
| **Total Expenses** | **-** |
| | |
| **Operating Profit / (Loss)** | **$ --** |
| | |
| Exchange gain or loss | -- |
| Interest Paid | -- |
| Origination Fees - ER | -- |
| Other miscellaneous expense | -- |
| Depreciation of assets | -- |
| Income/(expenses) for previous years | -- |
| Expected credit loss expense | -- |
| **Net Income (Loss)** | **$ --** |

United States Bankruptcy Court
District of District of Columbia

| In re: | **Case No. 23-00144 (ELG)** |
|---|---|
| **SSC 1321 Fifth DC, LLC** | Reporting Period: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 3**
**Balance Sheet**
For the period 7/1/23 through 7/31/23

| | **SSC 1321 Fifth DC, LLC** <br> **Case No. 23-00144 (ELG)** |
|---|---:|
| Current Assets | |
| Cash | $ -- |
| Accounts receivable, net | -- |
| Related party receivable | -- |
| **Total Current Assets** | **$ --** |
| | |
| Non-Current Assets | |
| Property and Equipment, net | 500,191 |
| Investment in subsidiary | -- |
| Prepaid expenses | -- |
| Security deposits | -- |
| **Total Non-Current Assets** | **500,191** |
| | |
| **Total Assets** | **$ 500,191** |
| | |
| Current Liabilities | |
| Accounts payable and accrued expenses | 62,245 |
| Current maturities of Short-term debt, net | -- |
| Related party payable | 9,607 |
| Loan payable to Stockholders | -- |
| Short-term debt, less current maturities, net | - |
| **Total Current liabilities** | **71,852** |
| | |
| **Total Non-Current liabilities** | **-** |
| | |
| **Total Liabilities** | **71,852** |
| | |
| Members' Equity | (Deficit) | |
| Equity | 428,339 |
| **Total Members' Equity | (Deficit)** | **428,339** |
| | |
| **Total Liabilities And Members' Equity | (Deficit)** | **$ 500,191** |

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00144 (ELG)** |
| **SSC 1321 Fifth DC, LLC** | Reporting Period: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 6**
**Schedule of Capital Assets**
**For the period 7/1/23 through 7/31/23**

| Fixed Assets in Construction | | | |
|---|---|---|---|
| Date | Description | | Amount |
| **Cost Value** | | | |
| | 160010 Construction In Progress | | |
| 01/16/2023 | 160012 EPC Contractor Cost | | 406,576.15 |
| 12/20/2022 | 160013 Engineering and Permitting | | 24,960.00 |
| 06/16/2023 | 160014 Interconnection Costs | | 36,459.00 |
| 12/20/2022 | 160015 Construction Management Cost | | 3,200.00 |
| 12/20/2022 | 160016 Subscriber Commission Cost | | 0.00 |
| 03/18/2022 | 160017 Staff Commission Cost | | 7,644.00 |
| 12/31/2022 | 160021 Adjustment Cost in Basis | | 191.83 |
| 04/01/2023 | 160023 Legal & Professional Costs | | 14,160.51 |
| 01/17/2023 | 160031 Independing Engeniering | | 7,000.00 |
| **Total Cost Value** | | **$** | **500,191.49** |
| **Accumulated Depreciation** | | | |
| 12/31/2021 | Depreciation not applicable. Asset in Construction | | 0.00 |
| **Total Accumulated Depreciation** | | **$** | **0.00** |
| **Net Book value** | | **$** | **500,191.49** |

| | | |
|---|---|---|
| **General Total Cost Value** | **$** | **500,191.49** |
| **General Total Accumulated Depreciation** | **$** | **0.00** |
| **General Net Book value** | **$** | **500,191.49** |

United States Bankruptcy Court
District of District of Columbia

| In re: | Case No. 23-00144 (ELG) |
|---|---|
| SSC 1321 Fifth DC, LLC | ·ting Period: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1**
**Schedule of Cash Receipts and Disbursements**
For the period 7/1/23 through 7/31/23

| ACCOUNT NUMBER (LAST 4) | SSC 1321 Fifth DC, LLC Amalgamated Bank x7893 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|
| **CASH - BEGINNING OF MONTH** | $ -- | $ -- |
| **RECEIPTS** | | |
| CASH SALES | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - |
| LOANS AND ADVANCES | - | - |
| SALE OF ASSETS | - | - |
| OTHER MISC. RECEIPTS | - | - |
| TRANSFERS *(FROM AFFILIATE COMPANY ACCOUNTS)* | - | - |
| TRANSFERS *(FROM OTHER DEBTOR ACCOUNTS)* | - | - |
| **TOTAL RECEIPTS** | $ - | $ - |
| **DISBURSEMENTS** | | |
| NET PAYROLL | - | - |
| PAYROLL TAXES | - | - |
| SALES, USE, & OTHER TAXES | - | - |
| INTERCONNECTION COSTS | - | - |
| SECURED/RENTAL/LEASES | - | - |
| INSURANCE | - | - |
| GENERAL & ADMINISTRATIVE | - | - |
| SELLING | - | - |
| OTHER MISC. EXPENSES | - | - |
| LOANS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - |
| TRANSFERS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - |
| INVESTMENT IN AFFILIATE | - | - |
| TRANSFERS *(TO OTHER DEBTOR ACCOUNTS)* | - | - |
| PROFESSIONAL FEES | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - |
| COURT COSTS | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ - |
| | | |
| **NET CASH FLOW (RECEIPTS - DISBURSEMENTS)** | $ - | $ - |
| | | |
| **CASH - END OF MONTH** | $ - | $ -- |

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| **TOTAL DISBURSEMENTS** | $ - |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTORS OR AFFILIATES | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY THE OWNER | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | $ - |

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00144 (ELG)** |
| **SSC 1321 Fifth DC, LLC** | Reporting Period: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1a**
**Bank Account Balances**
For the period 7/1/23 through 7/31/23

| Ref No. | Debtor Entity | Account Number | Bank | State / Country | Account Type | Account Description | Balance as of 7/31/2023 |
|---|---|---|---|---|---|---|---|
| 1 | SSC 1321 Fifth DC, LLC | XXXXX7893 | Amalgamated Bank | NY / United States of America | Checking | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | -- |
| | | | | | | **Total** | **$ --** |

**Bank Account Reconciliations & Cash Disbursements Journal**
The debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The debtors affirm that bank statements for all open and active bank accounts are retained by the debtors.

**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | | | | | | | | **Case No. 23-00144 (ELG)** |
|---|---|---|---|---|---|---|---|---|
| **SSC 1321 Fifth DC, LLC** | | | | | | | | Reporting Period: July 1, 2023 through July 31, 2023 |
| Debtors | | | | | | | | |

**Supporting Documentation to MOR - 1b**
**Bank Account Transactions**
<u>For the period 7/1/23 through 7/31/23</u>

| Bank account | Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | ---------- *None* ---------- | | | |

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00144 (ELG)** |
| SSC 1321 Fifth DC, LLC | Reporting Period: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 2**
**Income Statement**
<u>For the period 7/1/23 through 7/31/23</u>

| | **SSC 1321 Fifth DC, LLC** <br> **Case No. 23-00144 (ELG)** |
|---|---:|
| Sales, net | $ -- |
| Overhead costs | -- |
| **Gross Profit** | **$ --** |
| | |
| <u>Expenses:</u> | |
| General and administrative expenses | -- |
| **Total Expenses** | **-** |
| | |
| **Operating Profit / (Loss)** | **$ --** |
| | |
| Exchange gain or loss | -- |
| Interest Paid | -- |
| Origination Fees - ER | -- |
| Other miscellaneous expense | -- |
| Depreciation of assets | -- |
| Income/(expenses) for previous years | -- |
| Expected credit loss expense | -- |
| **Net Income (Loss)** | **$ --** |

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00144 (ELG)** |
| **SSC 1321 Fifth DC, LLC** | Reporting Period: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 3**
**Balance Sheet**
For the period 7/1/23 through 7/31/23

| | **SSC 1321 Fifth DC, LLC** <br> **Case No. 23-00144 (ELG)** |
|---|---:|
| <u>Current Assets</u> | |
| Cash | $ -- |
| Accounts receivable, net | -- |
| Related party receivable | -- |
| **Total Current Assets** | **$ --** |
| | |
| <u>Non-Current Assets</u> | |
| Property and Equipment, net | 500,191 |
| Investment in subsidiary | -- |
| Prepaid expenses | -- |
| Security deposits | -- |
| **Total Non-Current Assets** | **500,191** |
| | |
| **Total Assets** | **$ 500,191** |
| | |
| <u>Current Liabilities</u> | |
| Accounts payable and accrued expenses | 62,245 |
| Current maturities of Short-term debt, net | -- |
| Related party payable | 9,607 |
| Loan payable to Stockholders | -- |
| Short-term debt, less current maturities, net | - |
| **Total Current liabilities** | **71,852** |
| | |
| **Total Non-Current liabilities** | **-** |
| | |
| **Total Liabilities** | **71,852** |
| | |
| <u>Members' Equity | (Deficit)</u> | |
| Equity | 428,339 |
| **Total Members' Equity | (Deficit)** | **428,339** |
| | |
| **Total Liabilities And Members' Equity | (Deficit)** | **$ 500,191** |

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00144 (ELG)** |
| **SSC 1321 Fifth DC, LLC** | Reporting Period: July 1, 2023 through July 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 6**
**Schedule of Capital Assets**
For the period 7/1/23 through 7/31/23

| Fixed Assets in Construction | | |
|---|---|---:|
| **Date** | **Description** | **Amount** |
| | **Cost Value** | |
| | 160010 Construction In Progress | |
| 01/16/2023 | 160012 EPC Contractor Cost | 406,576.15 |
| 12/20/2022 | 160013 Engineering and Permitting | 24,960.00 |
| 06/16/2023 | 160014 Interconnection Costs | 36,459.00 |
| 12/20/2022 | 160015 Construction Management Cost | 3,200.00 |
| 12/20/2022 | 160016 Subscriber Commission Cost | 0.00 |
| 03/18/2022 | 160017 Staff Commission Cost | 7,644.00 |
| 12/31/2022 | 160021 Adjustment Cost in Basis | 191.83 |
| 04/01/2023 | 160023 Legal & Professional Costs | 14,160.51 |
| 01/17/2023 | 160031 Independing Engeniering | 7,000.00 |
| | **Total Cost Value** | **$ 500,191.49** |
| | **Accumulated Depreciation** | |
| 12/31/2021 | Depreciation not applicable. Asset in Construction | 0.00 |
| | **Total Accumulated Depreciation** | **$ 0.00** |
| | **Net Book value** | **$ 500,191.49** |

| | |
|---|---:|
| **General Total Cost Value** | **$ 500,191.49** |
| **General Total Accumulated Depreciation** | **$ 0.00** |
| **General Net Book value** | **$ 500,191.49** |