The order below is hereby signed.

Signed: October 4 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### ORDER AUTHORIZING SAVESOLAR CORPORATION TO
### REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Upon the motion (the "**Motion**")[2] of the debtors and debtors in possession in the above-

captioned cases (together, the "**Debtors**") for entry of an order (this "**Order**"), pursuant to sections

---

[1]     The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "**Initial Debtors**"); and SSC 1110 Kennebec MD, LLC, (9270), Case No. 23-00140-ELG; SSC 3233 Fifteenth DC, LLC (9145), Case No. 23-00141-ELG; SSC 1901 Brooks MD, LLC (0798), Case No. 23-00142; SSC 1323 I DC, LLC (5574), Case No. 23-00143-ELG; SSC 1321 Fifth DC, LLC (4090), Case No. 23-00144-ELG; SSC 1321 Fifth Canopy DC, LLC (3796), Case No. 23-00145-ELG; SSC 116 Irvington DC, LLC (3472), Case No. 23-00146-ELG; SSC 116 Irvington DC Canopy, LLC (6191), Case No. 23-00147-ELG; SSC 2501 N DC, LLC (6769), Case No. 23-00148-ELG; and SSC 3320 Wheeler DC, LLC (9082), Case No. 23-00149-ELG (the "**Affiliate Debtors**"). The Initial Debtors and the Affiliate Debtors are referred to collectively herein as the "**Debtors**").

[2]     Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

105(a) and 365 of the Bankruptcy Code, Bankruptcy Rule 6006, and Local Rule 6006-1, authorizing the Debtors to reject certain executory contracts and unexpired leases identified on Schedule 1 attached to the Motion (the "**Contracts**"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief granted herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and due and proper notice of the Motion having been given and the requirements of Bankruptcy Rule 6006 having been satisfied by such notice; and no other or further notice of the Motion being required; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** as set forth herein.

2.      Pursuant to section 365 of the Bankruptcy Code, the Contracts identified on Schedule 1 attached hereto are hereby **rejected**, effective as of September 14, 2023.

3.      The Debtors shall serve this Order within five (5) business days following its entry on any counterparty to a Contract.

4.      The Debtors do not waive any claims that they may have against any counterparty to the Contracts, whether or not such claims arise under, are related to the rejection of, or are independent of the Contracts, all such claims being expressly reserved.

5.      Nothing herein shall prejudice any party's rights to assert that any of the Contracts are not unexpired leases within the meaning of section 365 of the Bankruptcy Code.

6.      Claims arising out of the rejection of any of the Contracts, if any, must be filed on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases, if any, and (b) 30 days after entry of this Order.  If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these chapter 11 cases.

7.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts were terminated prior to the Petition Date or the effective date of this Order, or that any claim for damages arising from the rejection of the Contracts is limited to the remedies available under any applicable termination provision of such lease, sublease, or contract, as applicable, or that any such claim is an obligation of a third party, and not that of the Debtors or their estates.

8.      Nothing contained in the Motion or this Order is intended, or should be construed, to create an administrative priority claim.

9.      The Debtors are authorized and empowered to take steps and to perform such acts as may be necessary to implement and effectuate the terms of this Order.

10.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**END OF ORDER**

I ASK FOR THIS:

*/s/ Bradford F. Englander*
Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:    (703) 280-9081
E-Mail:        benglander@whitefordlaw.com
               adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

SEEN AND NO OBJECTION:

*/s/ Sara Kathryn Mayson (with permission via email dated October 3, 2023)*
Sara Kathryn Mayson, Esq.
**OFFICE OF THE UNITED STATES TRUSTEE**
1725 Duke Street
Alexandria, Virginia 22314
Telephone:    (202) 841-8501
E-Mail:        sara.kathryn.mayson@usdoj.gov

*Counsel to the United States Trustee*

**Schedule 1**

Rejected Contracts

| Debtor | Contract Date | Counterparty | Name of Contract |
|---|---|---|---|
| SaveSolar Corporation, Inc. | 8/16/2019 | Enflection LLC | Enflection Subscription Management SOW & MSA |
| SaveSolar Corporation, Inc. | 12/4/2019 | Capital Energy Management LLC (New Columbia Solar) | NCS Subscription Management SOW |
| SaveSolar Corporation, Inc. | 12/1/2019 | Capital Energy Management LLC | Services Agreement |
| SaveSolar Corporation, Inc. | 11/12/2020 | Woodberry Apartments, LP | Project Equipment, Procurement, and Construction Contract, together with all change orders thereto |
| SaveSolar Corporation, Inc. | 5/14/2021 | RER Energy Group LLC | Woodberry Apartments, Installation Subcontract (EPC Agreement) |
| SaveSolar Corporation, Inc. | 7/12/2021 | Alvarez & Marsal Valuation Services, LLC | Master Services Agreement |
| SaveSolar Corporation, Inc. | 12/6/2021 | Industrious WDC 600 H Street NE LLC | Membership Agreement |
| SSC 1110 Kennebec MD, LLC | 10/18/2022 | BP Energy Company | REC Confirmation Agreement |
| SSC 1110 Kennebec MD, LLC | 12/9/2022 | SSC Subscriber Services | Subscriber Acquisition Agreement |
| SSC 116 Irvington DC, LLC | 10/18/2022 | BP Energy Company | REC Confirmation Agreement |
| SSC 1323 I DC, LLC | 6/1/2022 | BP Energy Company | REC Confirmation Agreement |
| SSC 1901 Brooks MD, LLC | 10/18/2022 | BP Energy Company | REC Confirmation Agreement |
| SSC 1901 Brooks MD, LLC | 12/9/2022 | SSC Subscriber Services | Subscriber Acquisition Agreement |
| SSC 2501 N DC, LLC | 8/29/2022 | Grapler Construction | Roofing Contract |
| SSC 3320 Wheeler DC, LLC | 12/9/2022 | SSC Subscriber Services | Subscriber Acquisition Agreement |