The order below is hereby signed.

Signed: October 4 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-00045-ELG |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER APPROVING FIRST AND FINAL APPLICATION
## OF COHNREZNICK CAPITAL MARKETS SECURITIES, LLC FOR
## ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "**Initial Debtors**"); and SSC 1110 Kennebec MD, LLC, (9270), Case No. 23-00140-ELG; SSC 3233 Fifteenth DC, LLC (9145), Case No. 23-00141-ELG; SSC 1901 Brooks MD, LLC (0798), Case No. 23-00142; SSC 1323 I DC, LLC (5574), Case No. 23-00143-ELG; SSC 1321 Fifth DC, LLC (4090), Case No. 23-00144-ELG; SSC 1321 Fifth Canopy DC, LLC (3796), Case No. 23-00145-ELG; SSC 116 Irvington DC, LLC (3472), Case No. 23-00146-ELG; SSC 116 Irvington DC Canopy, LLC (6191), Case No. 23-00147-ELG; SSC 2501 N DC, LLC (6769), Case No. 23-00148-ELG; and SSC 3320 Wheeler DC, LLC (9082), Case No. 23-00149-ELG (the "**Affiliate Debtors**"). The Initial Debtors and the Affiliate Debtors are referred to collectively herein as the "**Debtors**").

1

Upon consideration of the *First and Final Application of CohnReznick Capital Markets Securities, LLC for Allowance of Compensation and Reimbursement of Expenses* (the "**Application**")[2] filed by the Debtors on behalf of CohnReznick Capital Markets Securities, LLC ("**CRC**"), investment banker to the above-captioned debtors and debtors-in-possession and any objections thereto; and parties-in-interest having received adequate notice of the Application; and the Court having considered the Application and having found the amounts requested therein to be reasonable under the circumstances; it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED**, that the DIP Fee is allowed in the amount of $22,500.00 against SaveSolar Corporation, Inc. ("**SaveSolar**"); and it is further

**ORDERED**, that the First Sale Transaction Fee is allowed against SaveSolar in the amount of $33,250.00; and it is further

**ORDERED**, that the First Sale Transaction Fee is allowed against SaveSolar Alpha HoldCo, LLC ("**Alpha HoldCo**") in the amount of $229,250.00; and it is further

**ORDERED**, that subject to receipt of the final $1,000,000 installment of the Purchase Price, the Second Sale Transaction Fee is allowed against Alpha HoldCo in the amount of $35,000.00; and it is further

**ORDERED**, that the Expense Reimbursement is allowed against SaveSolar in the amount of $902.84; and it is further

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

**ORDERED**, that the Expense Reimbursement is allowed against Alpha HoldCo in the amount of $7,175.16; and it is further

**ORDERED**, that SaveSolar and Alpha HoldCo are authorized, but not directed, to pay to CRC the respective amounts set forth herein in their discretion; and it is further

**ORDERED**, that the Court retains exclusive jurisdiction to hear and determine all matters arising from the implementation of this Order.

**END OF ORDER**

I ASK FOR THIS:

*/s/ Bradford F. Englander*
Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:    (703) 280-9081
E-Mail:    benglander@whitefordlaw.com
adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

SEEN AND NO OBJECTION:

*/s/ Sara Kathryn Mayson (with permission via email dated October 3, 2023)*
Sara Kathryn Mayson, Esq.
**OFFICE OF THE UNITED STATES TRUSTEE**
1725 Duke Street
Alexandria, Virginia 22314
Telephone:    (202) 841-8501
E-Mail:    sara.kathryn.mayson@usdoj.gov

*Counsel to the United States Trustee*

cc:    All Parties on Master Service List