The order below is hereby signed.

Signed: October 4 2023



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## ORDER AUTHORIZING SAVESOLAR CORPORATION TO
## ASSUME AND ASSIGN STANDARD GREENLEAF CONTRACT

Upon the motion (the "**Motion**")[2] of the debtors and debtors in possession in the above-

captioned cases (together, the "**Debtor**s") for entry of an order (this "**Order**"), pursuant to sections

---

[1]     The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "**Initial Debtors**"); and SSC 1110 Kennebec MD, LLC, (9270), Case No. 23-00140-ELG; SSC 3233 Fifteenth DC, LLC (9145), Case No. 23-00141-ELG; SSC 1901 Brooks MD, LLC (0798), Case No. 23-00142; SSC 1323 I DC, LLC (5574), Case No. 23-00143-ELG; SSC 1321 Fifth DC, LLC (4090), Case No. 23-00144-ELG; SSC 1321 Fifth Canopy DC, LLC (3796), Case No. 23-00145-ELG; SSC 116 Irvington DC, LLC (3472), Case No. 23-00146-ELG; SSC 116 Irvington DC Canopy, LLC (6191), Case No. 23-00147-ELG; SSC 2501 N DC, LLC (6769), Case No. 23-00148-ELG; and SSC 3320 Wheeler DC, LLC (9082), Case No. 23-00149-ELG (the "**Affiliate Debtors**"). The Initial Debtors and the Affiliate Debtors are referred to collectively herein as the "**Debtors**").

[2]     Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

105(a) and 365 of the Bankruptcy Code, Bankruptcy Rule 6006, (a) authorizing SaveSolar to assume and assign the Contract to Prism Solar LLC ("**Assignee**") without representation or warranty, on an "as is, where is" basis; (b) determining that the Debtors shall not be responsible for any claim in favor of Standard Greenleaf under or in connection with the Contract (including without limitation any cure claim or obligation under section 365 of the Bankruptcy Code); and (c) requiring Assignee to assume all liabilities and responsibilities of SaveSolar under the Contract; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief granted herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and due and proper notice of the Motion having been given and the requirements of Bankruptcy Rule 6006 having been satisfied by such notice; and no other or further notice of the Motion being required; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** as set forth herein.

2.      Debtor, SaveSolar Corporation, Inc. ("**SaveSolar**"), is authorized to assume and assign to Assignee that certain Project Engineering, Procurement & Construction Agreement, dated January 5, 2023 (the "**Contract**") between SaveSolar and Standard Greenleaf Venture LP ("**Standard Greenleaf**").

3.      The Debtors shall not be responsible for any claim in favor of Standard Greenleaf under or in connection with the Contract (including without limitation any cure claim or obligation under section 365 of the Bankruptcy Code).

4.      Effective upon SaveSolar's assignment of the Contract to Assignee, Assignee shall assume and be responsible for all liabilities and responsibilities of SaveSolar under the Contract, including, without limitation, liabilities and responsibilities arising or accruing prior to the date of such assignment.

5.      The Debtors are authorized and empowered to take steps and to perform such acts as may be necessary to implement and effectuate the terms of this Order.

6.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**END OF ORDER**

I ASK FOR THIS:

*/s/ Bradford F. Englander*
Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:     (703) 280-9081
E-Mail:          benglander@whitefordlaw.com
                    adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

SEEN AND NO OBJECTION:

*/s/ Sara Kathryn Mayson (with permission via email dated October 3, 2023)*
Sara Kathryn Mayson, Esq.
**OFFICE OF THE UNITED STATES TRUSTEE**
1725 Duke Street
Alexandria, Virginia 22314
Telephone:     (202) 841-8501
E-Mail:          sara.kathryn.mayson@usdoj.gov

*Counsel to the United States Trustee*

cc:      All Parties on Master Service List

3