The order below is hereby signed.

Signed: October 4 2023



_Elizabeth L. Gunn_
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER AUTHORIZING THE DEBTORS TO (I) CLOSE THEIR EXISTING BANK ACCOUNTS; (II) DEPOSIT REMAINING FUNDS IN ATTORNEY TRUST ACCOUNT; AND (III) AUTHORIZE DISBURSEMENTS FOR THE PAYMENT OF ORDINARY COURSE EXPENSES**

Upon the motion (the "**Motion**")[2] of the debtors and debtors in possession in the above-captioned cases (together, the "**Debtors**") for entry of an order (this "**Order**"), pursuant to sections

---

[1]    The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LC (7389), Case No. 23-00046-ELG (the "**Initial Debtors**"); and SSC 1110 Kennebec MD, LLC, (9270), Case No. 23-00140-ELG; SSC 3233 Fifteenth DC, LLC (9145), Case No. 23-00141-ELG; SSC 1901 Brooks MD, LLC (0798), Case No. 23-00142; SSC 1323 I DC, LLC (5574), Case No. 23-00143-ELG; SSC 1321 Fifth DC, LLC (4090), Case No. 23-00144-ELG; SSC 1321 Fifth Canopy DC, LLC (3796), Case No. 23-00145-ELG; SSC 116 Irvington DC, LLC (3472), Case No. 23-00146-ELG; SSC 116 Irvington DC Canopy, LLC (6191), Case No. 23-00147-ELG; SSC 2501 N DC, LLC (6769), Case No. 23-00148-ELG; and SSC 3320 Wheeler DC, LLC (9082), Case No. 23-00149-ELG (the "**Affiliate Debtors**"). The Initial Debtors and the Affiliate Debtors are referred to collectively herein as the "**Debtors**").

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

105(a), 345, and 363 of the Bankruptcy Code, Bankruptcy Rule 6004, and Local Rule 6004-1, authorizing the Debtors to (a) close their existing prepetition and debtor-in-possession bank accounts; (b) deposit the remaining balances of their operating accounts in IOLTA client trust account maintained by their law firm, Whiteford, Taylor & Preston L.L.P. ("**Whiteford**"); and (c) authorize Whiteford to make disbursements for the payment of the Debtors' ordinary course expenses, including post-petition payroll taxes; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief granted herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and due and proper notice of the Motion having been given and the requirements of Bankruptcy Rule 6004(a) and the Local Rules having been satisfied by such notice; and no other or further notice of the Motion being required; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS, HEREBY, ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Debtors are authorized to close their prepetition and debtor-in-possession bank accounts with Amalgamated Bank, Bank of America and/or Axos Bank.

3. The Debtors are authorized to deposit and maintain their funds in Whiteford's IOLTA client trust account pending further Order of this Court.

4. Whiteford is authorized to make disbursements from such for the payment of the Debtors' ordinary course expenses, and such other payments as the Court has approved, or may hereafter approve.

5.      The Debtors are authorized and empowered to take steps and to perform such acts

as may be necessary to implement and effectuate the terms of this Order.

6.      The Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

**END OF ORDER**

**I ASK FOR THIS:**

/s/ Bradford F. Englander
Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:    (703) 280-9081
E-Mail:        benglander@whitefordlaw.com
               adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

SEEN AND NO OBJECTION:

/s/ Sara Kathryn Mayson (with permission via email dated October 3, 2023)
Sara Kathryn Mayson, Esq.
**OFFICE OF THE UNITED STATES TRUSTEE**
1725 Duke Street
Alexandria, Virginia 22314
Telephone:    (202) 841-8501
E-Mail:        sara.kathryn.mayson@usdoj.gov

*Counsel to the United States Trustee*

cc:      All Parties on Master Service List