The order below is hereby signed.

Signed: October 5 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

<br>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 23-00045-ELG |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER APPROVING APPLICATION TO APPROVE EMPLOYMENT**
**OF MAURICE B. VERSTANDIG, ESQ. AND THE BELMONT FIRM AS**
**CONFLICTS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION**

Upon consideration of the application (the "**Application**")[2] to approve the employment of

Maurice B. VerStandig, Esq. and the Belmont Firm as conflicts counsel to the debtors and debtors

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "**Initial Debtors**"); and SSC 1110 Kennebec MD, LLC, (9270), Case No. 23-00140-ELG; SSC 3233 Fifteenth DC, LLC (9145), Case No. 23-00141-ELG; SSC 1901 Brooks MD, LLC (0798), Case No. 23-00142; SSC 1323 I DC, LLC (5574), Case No. 23-00143-ELG; SSC 1321 Fifth DC, LLC (4090), Case No. 23-00144-ELG; SSC 1321 Fifth Canopy DC, LLC (3796), Case No. 23-00145-ELG; SSC 116 Irvington DC, LLC (3472), Case No. 23-00146-ELG; SSC 116 Irvington DC Canopy, LLC (6191), Case No. 23-00147-ELG; SSC 2501 N DC, LLC (6769), Case No. 23-00148-ELG; and SSC 3320 Wheeler DC, LLC (9082), Case No. 23-00149-ELG (the "**Affiliate Debtors**"). The Initial Debtors and the Affiliate Debtors are referred to collectively herein as the "**Debtors**").

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

1

in possession, any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

**FOUND**, that Maurice VerStandig, Esq. is an attorney duly authorized to practice in the United States Bankruptcy Court for the District of Columbia; and it is further

**FOUND**, that Maurice VerStandig, Esq. and The Belmont Firm do not hold any interest adverse to the Debtors or the estates; and it is further

**FOUND**, that Maurice VerStandig, Esq. and The Belmont Firm are disinterested persons within the meaning set forth in Section 101(14) of Title 11 of the United States Code; and it is further

**ORDERED**, the Debtors be, and are hereby authorized to, employ Maurice B. VerStandig, Esq. and The Belmont Firm as conflicts counsel to the Debtors; and it is further

**ORDERED**, that any compensation paid to Maurice B. VerStandig, Esq. and The Belmont Firm is subject to the review of this Honorable Court, in conformity with governing law.

### END OF ORDER

I ASK FOR THIS:

*/s/ Bradford F. Englander*
Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:    (703) 280-9081
E-Mail:        benglander@whitefordlaw.com
              adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

SEEN AND AGREED:

*/s/ Sara Kathryn Mayson (with permission via email dated October 4, 2023)*
Sara Kathryn Mayson, Esq.
**OFFICE OF THE UNITED STATES TRUSTEE**
1725 Duke Street
Alexandria, Virginia 22314
Telephone:    (202) 841-8501
E-Mail:         sara.kathryn.mayson@usdoj.gov

*Counsel to the United States Trustee*


cc:      All Parties on Master Service List