Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:       (703) 280-9081
E-Mail:           benglander@whitefordlaw.com
                  adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**
**(Rejection Motion and Order)**

I hereby certify that on September 14, 2023, I caused copies of the ***Debtors' Motion for Entry of an Order Authorizing the Rejection of Certain Unexpired Leases and Executory Contacts*** [Docket No. 256] & the ***Notice of Opportunity to Object Motion for Entry of an Order Authorizing the Rejection of Certain Unexpired Leases and Executory Contacts*** [Docket No. 257] to be served *via* first-class mail, postage prepaid, or where an e-mail address was available, *via* e-mail on the parties identified on the Service List attached to the Affidavit of Service. A copy of the Affidavit of Service is attached hereto as **Exhibit A** and is incorporated as if fully set forth herein.

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtors federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the **"Initial Debtors"**); and SSC 1110 Kennebec MD, LLC, (9270), Case No. 23-00140-ELG; SSC 3233 Fifteenth DC, LLC (9145), Case No. 23-00141-ELG; SSC 1901 Brooks MD, LLC (0798), Case No. 23-00142; SSC 1323 I DC, LLC (5574), Case No. 23-00143-ELG; SSC 1321 Fifth DC, LLC (4090), Case No. 23-00144-ELG; SSC 1321 Fifth Canopy DC, LLC (3796), Case No. 23-00145-ELG; SSC 116 Irvington DC, LLC (3472), Case No. 23-00146-ELG; SSC 116 Irvington DC Canopy, LLC (6191), Case No. 23-00147-ELG; SSC 2501 N DC, LLC (6769), Case No. 23-00148-ELG; and SSC 3320 Wheeler DC, LLC (9082), Case No. 23-00149-ELG (the **"Affiliate Debtors"**). The Initial Debtors and the Affiliate Debtors are referred to collectively herein as the **"Debtors"**).

Also, I hereby certify that on October 9, 2023, I caused copies of the ***Order Authorizing SaveSolar Corporation to Reject Executory Contracts and Unexpired Leases*** [Docket No. 271] to be served upon the parties identified on the Service List attached to the Affidavit of Service via first-class or e-mail. A copy of the Affidavit of Service is attached hereto as **Exhibit B** and is incorporated as if fully set forth herein.

Dated October 11, 2023                           WHITEFORD, TAYLOR & PRESTON L.L.P.

*/s/ Alexandra G. DeSimone*

Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:    (703) 280-9081
E-Mail:    benglander@whitefordlaw.com
         adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

**<u>Exhibit A</u>**

**Affidavit of Service**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>SAVESOLAR CORPORATION, INC. et al,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-00045-ELG<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Mark Giobbe, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, noticing agent for a party in the above-captioned case. I am over 18 years of age and not a party to this proceeding.

2. On September 14th 2023, I caused a true and correct copy of the following document(s) to be served upon the parties on the attached service list via First Class Mail, International Mail or, where an email address was available, via email.

**DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS [DI 256]**

**NOTICE OF OPPORTUNITY TO OBJECT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS [DI 257]**

Mark Giobbe _____

SWORN TO AND SUBSCRIBED before me this 18th day of September 2023

NOTARY PUBLIC _____

*[Notary seal: JEFFREY A. LOW, MY COMMISSION EXPIRES JULY 30, 2025, NOTARY PUBLIC]*

| Name | Address 1 | Address 2 | Address 3 | E-mail |
|---|---|---|---|---|
| Alvarez & Marsal Valuation Services | 600 Madison Avenue, 8th Floor | New York, NY 10022-1758 | | lroach@alvarezandmarsal.com |
| Alvarez & Marsal Valuation Services | c/o Corporation Service Company | 80 State Street | Albany, NY 12207-2541 | |
| Amalgamated Bank | Paul A. Werner | 2099 Pennsylvania Ave NW Ste 100 | Washington, DC 20006 | pwerner@sheppardmullin.com |
| Amalgamated Bank | Edward H. Tillinghast, III | 30 Rockefeller Plaza, 38th Fl | New York, NY 10112 | etillinghast@sheppardmullin.com |
| Amalgamated Bank | Colin Davidson | 30 Rockefeller Plaza, 38th Fl | New York, NY 10112 | cdavidson@sheppardmullin.com |
| Bank of America, N.A. | 100 North Tryon Street | Charlotte, NC 28255-0001 | | |
| BP Energy Company | c/o CT Corporation System | 1999 Bryan Street, Suite 900 | Dallas, TX 75201 | |
| BP | c/o Greg Berk, Paul Bakula, Robert Libertini, Rebecca Batchelder | | | greg.berk@bp.com ;paul.bakula@bp.com ; robert.libertini@bp.com ; rebecca.batchelder@bp.com |
| Capital Energy Management LLC (New Columbia Solar) | 401 New York Avenue | Washington, D.C. 20002 | | |
| Captain Power LLC | 148 Saratoga Cta | North East, MD 21901-4603 | | steve@captainpowerllc.com |
| Clean Edge | 2312 Log Wood Crt | Mississauga ON | L5C 3C5  Canada | samy@edgerp.ca |
| Clean Energy Counsel LLP-1 | 1 Sansome Street, Suite 3500 | San Francisco, CA 94104-4436 | | cynthia@cleanenergycounsel.com |
| Cleantech Law Partners | 548 Market Street | Suite 59966 | San Francisco, CA 94104-5401 | jjacobs@cleantechlaw.com |
| CohnReznick LLP | 500 East Pratt Street, 4th Floor | Baltimore, MD 21202-3133 | | nerissa.janack@cohnreznick.com;Kevin.Clancy@CohnReznick.com;Taylor.Sherman@CohnReznick.com |
| Edson Redball Devco LLC | c/o Tristan G. Axelrod | One Financial Center | Boston, Massachusetts 02111 | taxelrod@brownrudnick.com; dhealy@brownrudnick.com |
| EnergySage | 1 Center Plz | Boston, MA 02108-1887 | | |
| Enertis Inc | 230 California St. | San Francisco, CA 94111 | | |
| Enfection LLC | 1975 Connecticut Avenue NW | Washington, DC 20009 | | |
| Grappler Construction | 5328 Sandy Point Lane | Centreville, VA 20120 | | karen.dillinger@wilsonelser.com |
| Grappler Construction | 5328 Sandy Point Lane | Clifton, VA 20124-0942 | | |
| Gunter & King Pty Ltd (PANDR) | 2nd Floor, Embarcadero De Legazpi | Legazpi City | Thailand | accounts@pandroutsourcing.com |
| Halo Development LLC | 311 Reisterstown Road | Baltimore, MD 21208-5313 | | jitke@halo-development.com |
| ICAP Energy LLC | PO Box 30961 | New York, NY 10087-0961 | | kim.schillereff@tpicap.com |
| Industrious WDC 600 H Street NE LLC | 810 7th Street NE | Floors 1-3 | Washington, DC 20002 | tkirschenbauer@industriousoffice.com |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | PO BOX 7346 | PHILADELPHIA PA 19101-7346 | |
| Kristen S. Eustis | Office of the United States Trustee | 1725 Duke Street, Ste 650 | Alexandria, VA 22314 | Kristen.S.Eustis@usdoj.gov |
| Kutler Tax Resolution, Inc. | 4704 North Harlan Street | Denver, CO 80212-7400 | | ron@kutlertaxresolution.com |
| LRC SaveSolar Investco LLC | Dylan G. Trache, Esq. | 101 Constitution Ave NW, Ste 900 | Washington, DC 20001 | dylan.trache@nelsonmullins.com |
| LRC SaveSolar Investco LLC | Peter J. Haley | One Financial Center, Ste 3500 | Boston, Massachusetts 02111 | peter.haley@nelsonmullins.com |
| Lumina Solar | 3600 Commerce Drive, Suite 601 | Halethorpe, MD 21227-1646 | | spoude@luminasolar.com; sphatley@bowmanjarashow.com |
| Maurice B. VerStandig, Esq. | The Belmont Firm | 1050 Connecticut Avenue, NW, Suite 500 | Washington, DC 20036 | mac@dcbankruptcy.com |
| Marcum LLP | c/o The Partnership | 10 Melville Park Road | Melville, NY 11747-3146 | david.st.yves@marcumllp.com; nicholas.gallicano@marcumllp.com |
| Office of the Attorney General for the District of Columbia | Nancy L. Alper, Sr Assistant AG | 400 6th Street NW, 9th Fl | Washington, DC 20001 | nancy.alper@dc.gov |
| Paperti, Inc. | 3401 Carlins Park Drive | Baltimore, MD 21215-7854 | | mollie.l@papertl.com |
| Partner Helper LLC | 1221 Brickell Avenue | Suite 900 | Miami, FL 33131-3800 | |
| PEPCO | Remittance Processing EP 1804 | 701 9th Street NW | Washington, DC 20001-4572 | djamouneau@pepcoholdings.com; jequita.fowler@exeloncorp.com |
| PEPCO | c/o Lynn Zack | | | lynn.zack@exeloncorp.com |
| Pondeca Industries Incorporated | 100 South Main Street | Kalispell, MT 59901-4452 | | lloyd@pondecaindustries.com |
| Prime Partners Engineering | 1201 Connecticut Avenue NW | Suite 900 | Washington, DC 20036-2615 | adavis@primepartnersengineering.com |
| Prime Partners Engineering LLC | 4038 Grant Street NE | Washington, DC 20019-3544 | | |
| ProTitle USA | 9550 Regency Square Blvd Suite 906 | Jacksonville, FL 32225 | | accounting@protitleusa.com |
| RB Hinkle Construction Inc. | 21595 Cedar Lane | Sterling, VA 20166 | | nmachado@prim.com |
| RER Energy Group LLC | 90 Water Street | Reading, PA 19605 | | |
| RER Energy Group LLC | 4700 Pottsville Pike | Reading, PA 19605-9708 | | swetzel@rerenergygroup.com;mbarnes@rerenergygroup.com;hunton@rerenergygroup.com; karstenlaw@gmail.com |
| RER Energy Group LLC | C. Kevin Kobbe, Esq. | 6225 Smith Ave - The Marbury Bldg | Baltimore, MD 21209 | kevin.kobbe@us.dlapiper.com |
| Sara Kathryn Mayson | Office of the United States Trustee | 1725 Duke Street, Ste 650 | Alexandria, VA 22314 | sara.kathryn.mayson@usdoj.gov |
| SaveSolar Alpha Holdco, LLC | 810 7th Street NE | Washington, DC 20002-3610 | | |
| SaveSolar Corporation Inc. | 810 7th Street NE | Washington, DC 20002 | | karl@savesolarcorporation.com |
| Sheppard Mullin Richter & Hampton LLP | 333 South Hope Street 43rd Floor | Los Angeles, CA 90071-1422 | | armbe@sheppardmullin.com |
| Solar Energy Services, Inc. | 1514 Jabez Run | Millersville, MD 21108-2002 | | |
| SSC Subscriber Services | 810 7th Street NE | Washington, DC 20002 | | karl@savesolarcorporation.com |
| Thin Edge Media | Level 2/696 Bourke St | Melbourne, VIC, 3000 | Australia | dc@thinedgemedia.com |
| U. S. Trustee for Region Four | 1725 Duke Street, Ste 650 | Alexandria, VA 22314 | | |
| Vermont Energy Investment Corp | Stephen K. Gallagher, Esq. | 1850 Towers Crescent Plaza, Ste 400 | Tysons, VA 22182 | skgallagher@venable.com |
| Woodberry Apartments LP | 86 Route 59 | East Spring Valley, NY 10977 | | moshee@thecapitalrealty.com |
| Woodberry Apartments LP | 2224 Savannah Terrace SE | Washington, DC 20020 | | henry.jaffe@troutman.com; evelyn.meltzer@troutman.com |
| Woodberry Apartments LP | Troutman Pepper Hamilton Sanders | Hercules Plaza, Ste 5100, 1313 N Market St | Wilmington, DE 19899 | ken.listwak@troutman.com |

| | | | | |
|---|---|---|---|---|
| Woodberry Apartments LP | Troutman Pepper Hamilton Sanders | 401 9th St NW, Suite 1000 | Washington, DC 20004 | richard.hagerty@troutman.com |
| ZOOMINFO | DEPT LA 24789 | Pasadena, CA 91185-0001 | | elle.rodriguez@zoominfo.com |
| Zooz Technology Corporation | 9800 Wilshire Boulevard | Beverly Hills, CA 902112-1804 | | justin@zooz.com.au |

**<u>Exhibit B</u>**

**Affidavit of Service**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| In re:  SaveSolar Corporation Inc., et al, <br><br> Debtors. | Case No. 23-00045 (ELG) <br><br> Chapter 11 <br> Jointly Administered |
|---|---|

### AFFIDAVIT OF SERVICE

I, Lateaya Woodard, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, the noticing agent for a party in the above-captioned case, and I am not less than 18 years of age or a party to the above-captioned case; and

2. On October 9th, 2023, I caused a true and correct copy of the following document(s) to be served upon the parties on the attached service list via First Class Mail or E-Mail:

ORDER AUTHORIZING SAVESOLAR CORPORATION TO
REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES *(D.I. 271)*

Lateaya Woodard  _/s/ LWoodard_

SWORN TO AND SUBSCRIBED before me this 9th day of October 2023

NOTARY PUBLIC _/s/_

[Notary seal: JEFFREY A. LOW, MY COMMISSION EXPIRES JULY 30, 2025, NOTARY PUBLIC, STATE OF DELAWARE]

**E-mail List**

lroach@alvarezandmarsal.com
pwerner@sheppardmullin.com
etillinghast@sheppardmullin.com
cdavidson@sheppardmullin.com
greg.berk@bp.com
paul.bakula@bp.com
robert.libertini@bp.com
rebecca.batchelder@bp.com
steve@captainpowerllc.com
samy@edgerp.ca
cynthia@cleanenergycounsel.com
jjacobs@cleantechlaw.com
nerissa.janack@cohnreznick.com
Kevin.Clancy@CohnReznick.com
Taylor.Sherman@CohnReznick.com
taxelrod@brownrudnick.com
dhealy@brownrudnick.com
karen.dillinger@wilsonelser.com
accounts@pandroutsourcing.com
jlitke@halo-development.com
kim.schillereff@tpicap.com
hkirschenbauer@industriousoffice.com
Kristen.S.Eustis@usdoj.gov
ron@kutlertaxresolution.com
dylan.trache@nelsonmullins.com
peter.haley@nelsonmullins.com
spoudel@luminasolar.com
sphatley@bowmanjarashow.com
mac@dcbankruptcy.com

david.st.yves@marcumllp.com
nicholas.gallicano@marcumllp.com
nancy.alper@dc.gov
mollie.l@papertrl.com
djamouneau@pepcoholdings.com
jequita.fowler@exeloncorp.com
lynn.zack@exeloncorp.com
lloyd@pondecaindustries.com
adavis@primepartnersengineering.com
accounting@protitleusa.com
nmachado@prim.com
swetzel@rerenergygroup.com
mbarnes@rerenergygroup.com
thunton@rerenergygroup.com
karstenlaw@gmail.com
kevin.kobbe@us.dlapiper.com
sara.kathryn.mayson@usdoj.gov
karl@savesolarcorporation.com
armbx@sheppardmullin.com
karl@savesolarcorporation.com
dc@thinedgemedia.com
skgallagher@venable.com
moshe@thecapitalrealty.com
henry.jaffe@troutman.com
evelyn.meltzer@troutman.com
ken.listwak@troutman.com
richard.hagerty@troutman.com
elle.rodriguez@zoominfo.com
justin@zooz.com.au

## Mailing List

Alvarez & Marsal Valuation Services
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2541

Bank of America, N.A.
100 North Tryon Street
Charlotte, NC 28255-0001

BP Energy Company
c/o CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201

Capital Energy Management LLC
(New Columbia Solar)
401 New York Avenue
Washington, D.C. 20002

EnergySage
1 Center Plz
Boston, MA 02108-1887

Enertis Inc
230 California St.
San Francisco, CA, 94111

Enflection LLC
1975 Connecticut Avenue NW
Washington, DC 20009

Grappler Construction
5328 Sandy Point Lane
Clifton, VA 20124-0942

Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia Pa 19101-7346

Partner Helper LLC
1221 Brickell Avenue
Suite 900
Miami, FL 33131-3800

Prime Partners Engineering LLC
4038 Grant Street NE
Washington, DC 20019-3544

RER Energy Group LLC
90 Water Street
Reading, PA 19605

SaveSolar Alpha Holdco, LLC
810 7th Street NE
Washington, DC 20002-3610

Solar Energy Services, Inc.
1514 Jabez Run
Millersville, MD 21108-2002

U. S. Trustee for Region Four
1725 Duke Street, Ste 650
Alexandria, VA 22314

Woodberry Apartments LP
2224 Savannah Terrace SE
Washington, DC 20020