Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:        (703) 280-9081
E-Mail:              benglander@whitefordlaw.com
                         adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF OPPORTUNITY TO OBJECT
## AND NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on October 25, 2023, Whiteford, Taylor & Preston, LLP ("**Whiteford**"), counsel to the above-captioned debtors and debtors in possession (the "**Debtors**"), filed the *First Interim Application of Whiteford, Taylor & Preston, L.L.P. as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from February 2, 2023 through August 31, 2023* (the "**Whiteford Application**"), seeking the interim allowance of fees in the total amount of $1,112,886.00, less a voluntary reduction Whiteford's billing discretion in the amount $20,000.00, and the reimbursement of expenses in the amount of $29,736.67.

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "**Initial Debtors**"); and SSC 1110 Kennebec MD, LLC, (9270), Case No. 23-00140-ELG; SSC 3233 Fifteenth DC, LLC (9145), Case No. 23-00141-ELG; SSC 1901 Brooks MD, LLC (0798), Case No. 23-00142; SSC 1323 I DC, LLC (5574), Case No. 23-00143-ELG; SSC 1321 Fifth DC, LLC (4090), Case No. 23-00144-ELG; SSC 1321 Fifth Canopy DC, LLC (3796), Case No. 23-00145-ELG; SSC 116 Irvington DC, LLC (3472), Case No. 23-00146-ELG; SSC 116 Irvington DC Canopy, LLC (6191), Case No. 23-00147-ELG; SSC 2501 N DC, LLC (6769), Case No. 23-00148-ELG; and SSC 3320 Wheeler DC, LLC (9082), Case No. 23-00149-ELG (the "**Affiliate Debtors**"). The Initial Debtors and the Affiliate Debtors are referred to collectively herein as the "**Debtors**").

**PLEASE TAKE FURTHER NOTICE** that on October 25, 2023, CohnReznick LLP, financial advisors to the Debtors, filed the *First Interim Application of CohnReznick LLP as Financial Advisors for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from February 2, 2023 through August 31, 2023* (together with the Whiteford Application, the "**Applications**"), seeking the interim allowance of fees in the amount of $483,972.50 and the reimbursement of expenses in the amount of $2,295.50.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Applications have been scheduled for a hearing on **November 15, 2023, at 10:00 a.m.** (prevailing Eastern Time) before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, at the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue N.W., Washington, D.C. 20001, and by Zoom, pursuant to protocols to be established by the Court (the "**Hearing**"). Information needed for Zoom access may be obtained from the Courtroom Deputy by e-mail to aimee_mathewes@dcb.uscourts.gov.

If you do not want the Court to grant the relief sought in the Applications, or if you want the Court to consider your views on the relief sought in the Applications, then on or before **November 8, 2023**, you or your attorney must file and serve a written objection, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Bankruptcy Court for the District of Columbia, 333 Constitution Avenue N.W., Washington, D.C. 20001, Room 1225.  You must also mail a copy of such objection and proposed order to:

>Bradford F. Englander, Esq.
>WHITEFORD, TAYLOR & PRESTON L.L.P.
>3190 Fairview Park Drive, Suite 800
>Falls Church, Virginia 22042

The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

Parties in interest with questions may contact the undersigned.  If you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought in the Applications and may enter an order granting relief. The Court may grant the Applications without a hearing if the objection filed states inadequate grounds for denial of the relief sought.

Dated: October 25, 2023              Respectfully submitted,

>*/s/ Bradford F. Englander*
>Bradford F. Englander (Bar No. 428617)
>Alexandra G. DeSimone (admitted *pro hac vice*)
>**WHITEFORD TAYLOR & PRESTON L.L.P.**
>3190 Fairview Park Drive, Suite 800
>Falls Church, Virginia 22042-4510

-2-

        Telephone:   (703) 280-9081
        E-Mail:      benglander@whitefordlaw.com
                         adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2023, I caused a copy of the foregoing ***Notice of Opportunity to Object and Notice of Hearing*** to be served *via* CM/ECF upon all parties receiving notice thereby, and by first class United States Mail, postage prepaid, or e-mail, where an e-mail address was available, on all parties listed in the Master Service List prepared and maintained in accordance with Article VI of the Court's Complex Case Procedures.

                                      */s/ Alexandra G. DeSimone*
                                      Alexandra G. DeSimone