Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:       (703) 280-9081
E-Mail:            benglander@whitefordlaw.com
                      adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE
**(DN 278, 279 & 280)**

      I hereby certify that on October 25, 2023, I caused copies of the ***First Interim Application of Whiteford, Taylor & Preston L.L.P. As Counsel To The Debtors And Debtors In Possession For Allowance of Compensation And Reimbursement Of Expenses For The Period From February 2, 2023 Through August 31, 2023*** [Docket No. 278], ***First Interim Application of CohnReznick LLP As Financial Advisors For The Debtors And Debtors In Possession For Allowance of Compensation And Reimbursement Of Expenses For The Period From February 2, 2023 Through August 31, 2023*** [Docket No. 279] & ***Notice of Opportunity to Object and Notice of Hearing*** [Docket No. 280] to be served *via* first-class mail, postage prepaid, or where an e-mail address was available, *via* e-mail on the parties identified on the Service List attached to the

---

[1]     The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "**Initial Debtors**"); and SSC 1110 Kennebec MD, LLC, (9270), Case No. 23-00140-ELG; SSC 3233 Fifteenth DC, LLC (9145), Case No. 23-00141-ELG; SSC 1901 Brooks MD, LLC (0798), Case No. 23-00142; SSC 1323 I DC, LLC (5574), Case No. 23-00143-ELG; SSC 1321 Fifth DC, LLC (4090), Case No. 23-00144-ELG; SSC 1321 Fifth Canopy DC, LLC (3796), Case No. 23-00145-ELG; SSC 116 Irvington DC, LLC (3472), Case No. 23-00146-ELG; SSC 116 Irvington DC Canopy, LLC (6191), Case No. 23-00147-ELG; SSC 2501 N DC, LLC (6769), Case No. 23-00148-ELG; and SSC 3320 Wheeler DC, LLC (9082), Case No. 23-00149-ELG (the "**Affiliate Debtors**"). The Initial Debtors and the Affiliate Debtors are referred to collectively herein as the "**Debtors**").

Affidavit of Service.  A copy of the Affidavit of Service is attached hereto as **Exhibit A** and is incorporated as if fully set forth herein.

| | |
|---|---|
| Dated October 30, 2023 | WHITEFORD, TAYLOR & PRESTON L.L.P. |
| | |
| | */s/ Bradford F. Englander* |
| | Bradford F. Englander (Bar No. 428617) |
| | Alexandra G. DeSimone (admitted *pro hac vice*) |
| | **WHITEFORD, TAYLOR & PRESTON L.L.P.** |
| | 3190 Fairview Park Drive, Suite 800 |
| | Falls Church, Virginia 22042-4510 |
| | Telephone:    (703) 280-9081 |
| | E-Mail:    benglander@whitefordlaw.com |
| |         adesimone@whitefordlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |

**<u>Exhibit A</u>**

**Affidavit of Service**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>SAVESOLAR CORPORATION, INC., *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-00045-ELG<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Norris Hicks, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, noticing agent for a party in the above-captioned case. I am over 18 years of age and not a party to this proceeding.

2. On October 25, 2023, I caused a true and correct copy of the following document(s) to be served upon the parties on the attached service list via First Class Mail or, where an email address was available, via email.

**FIRST INTERIM APPLICATION OF WHITEFORD, TAYLOR & PRESTON L.L.P. AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 2, 2023 THROUGH AUGUST 31, 2023** *[D.I. 278]*

**FIRST INTERIM APPLICATION OF COHNREZNICK LLP AS FINANCIAL ADVISORS FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 2, 2023 THROUGH AUGUST 31, 2023** *[D.I. 279]*

**NOTICE OF OPPORTUNITY TO OBJECT AND NOTICE OF HEARING** *[D.I. 280]*

Norris Hicks _____

SWORN TO AND SUBSCRIBED before me this 27th day of October 2023

NOTARY PUBLIC _____

*[Notary Seal: CHAD ANTHONY TOSCANO, MY COMMISSION EXPIRES DEC. 26, 2025, NOTARY PUBLIC, STATE OF DELAWARE]*

| Name | Address 1 | Address 2 | Address 3 | E-mail |
|---|---|---|---|---|
| Alvarez & Marsal Valuation Services | 600 Madison Avenue, 8th Floor | New York, NY 10022-1758 | | lroach@alvarezandmarsal.com |
| Alvarez & Marsal Valuation Services | c/o Corporation Service Company | 80 State Street | Albany, NY 12207-2541 | |
| Amalgamated Bank | Paul A. Werner | 2099 Pennsylvania Ave NW Ste 100 | Washington, DC 20006 | pwerner@sheppardmullin.com |
| Amalgamated Bank | Edward H. Tillinghast, III | 30 Rockefeller Plaza, 38th Fl | New York, NY 10112 | etillinghast@sheppardmullin.com |
| Amalgamated Bank | Colin Davidsoon | 30 Rockefeller Plaza, 38th Fl | New York, NY 10112 | cdavidson@sheppardmullin.com |
| Bank of America, N.A. | 100 North Tryon Street | Charlotte, NC 28255-0001 | | |
| BP | c/o Greg Berk<br>Paul Bakula,<br>Robert Libertini,<br>Rebecca Batchelder | | | greg.berk@bp.com ;paul.bakula@bp.com ; robert.libertini@bp.com ; rebecca.batchelder@bp.com |
| Captain Power LLC | 148 Saratoga Cta | North East, MD 21901-4603 | | steve@captainpowerllc.com |
| Clean Edge | 2312 Log Wood Crt | Mississauga ON | L5C 3C5  Canada | samy@edgerp.ca |
| Clean Energy Counsel LLP-1 | 1 Sansome Street, Suite 3500 | San Francisco, CA 94104-4436 | | cynthia@cleanenergycounsel.com |
| Cleantech Law Partners | 548 Market Street | Suite 59966 | San Francisco, CA 94104-5401 | jjacobs@cleantechlaw.com |
| CohnReznick LLP | 500 East Pratt Street, 4th Floor | Baltimore, MD 21202-3133 | | nerissa.janack@cohnreznick.comKevin.Clancy@CohnReznick.comTaylor.Sherman@CohnReznick.com |
| Edson Redball Devco LLC | c/o Tristan G. Axelrod | One Financial Center | Boston, Massachusetts 02111 | taxelrod@brownrudnick.com; dhealy@brownrudnick.com |
| EnergySage | 1 Center Plz | Boston, MA 02108-1887 | | |
| Enertis Inc | 230 California St. | San Francisco, CA, 94111 | | |
| Grapler Construction | 5328 Sandy Point Lane | Centreville, VA 20120 | | karen.dillinger@wilsonelser.com |
| Grapler Construction | 5328 Sandy Point Lane | Clifton, VA 20124-0942 | | |
| Gunter & King Pty Ltd (PANDR) | 2nd Floor, Embarcadero De Legazpi | Legazpi City | Thailand | accounts@pandroutsourcing.com |
| Halo Development LLC | 311 Reisterstown Road | Baltimore, MD 21208-5313 | | jlitke@halo-development.com |
| ICAP Energy LLC | PO Box 30961 | New York, NY 10087-0961 | | kim.schillereff@tpicap.com |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | PO BOX 7346 | PHILADELPHIA PA 19101-7346 | |
| Kristen S. Eustis | Office of the United States Trustee | 1725 Duke Street, Ste 650 | Alexandria, VA 22314 | Kristen.S.Eustis@usdoj.gov |
| Kutler Tax Resolution, Inc. | 4704 North Harlan Street | Denver, CO 80212-7400 | | ron@kutlertaxresolution.com |
| LRC SaveSolar Investco LLC | Dylan G. Trache, Esq. | 101 Constitution Ave NW, Ste 900 | Washington, DC 20001 | dylan.trache@nelsonmullins.com |
| LRC SaveSolar Investco LLC | Peter J. Haley | One Financial Center, Ste 3500 | Boston, Massachusetts 02111 | peter.haley@nelsonmullins.com |
| Lumina Solar | 3600 Commerce Drive, Suite 601 | Halethorpe, MD 21227-1646 | | spoudel@luminasolar.com; sphatley@bowmanjarashow.com |
| Maurice B. VerStandig, Esq. | The Belmont Firm | 1050 Connecticut Avenue, NW, Suite 500 | Washington, DC 20036 | mac@dcbankruptcy.com |
| Marcum LLP | c/o The Partnership | 10 Melville Park Road | Melville, NY 11747-3146 | david.st.yves@marcumllp.com; nicholas.gallicano@marcumllp.com |
| Office of the Attorney General for the District of Columbia | Nancy L. Alper, Sr Assistant AG | 400 6th Street NW, 9th FL | Washington, DC 20001 | nancy.alper@dc.gov |
| Papertrl, Inc. | 3401 Carlins Park Drive | Baltimore, MD 21215-7854 | | mollie.l@papertrl.com |
| Partner Helper LLC | 1221 Brickell Avenue | Suite 900 | Miami, FL 33131-3800 | |
| PEPCO | Remittance Processing EP 1804 | 701 9th Street NW | Washington, DC 20001-4572 | djamouneau@pepcoholdings.com; jequita.fowler@exeloncorp.com |
| PEPCO | c/o Lynn Zack | | | lynn.zack@exeloncorp.com |
| Pondeca Industries Incorporated | 100 South Main Street | Kalispell, MT 59901-4452 | | lloyd@pondecaindustries.com |
| Prime Partners Engineering | 1201 Connecticut Avenue NW | Suite 500C | Washington, DC 20036-2615 | adavis@primepartnersengineering.com |
| Prime Partners Engineering LLC | 4038 Grant Street NE | Washington, DC 20019-3544 | | |
| ProTitle USA | 9550 Regency Square Blvd Suite 906 | Jacksonville, FL 32225 | | accounting@protitleusa.com |
| RB Hinkle Construction Inc. | 21595 Cedar Lane | Sterling, VA 20166 | | nmachado@prim.com |
| RER Energy Group LLC | 4700 Pottsville Pike | Reading, PA 19605-9708 | | swetzel@rerenergygroup.com; thunton@rerenergygroup.com |
| RER Energy Group LLC | C. Kevin Kobbe, Esq. | 6225 Smith Ave - The Marbury Bldg | Baltimore, MD 21209 | kevin.kobbe@us.dlapiper.com |
| Sara Kathryn Mayson | Office of the United States Trustee | 1725 Duke Street, Ste 650 | Alexandria, VA 22314 | sara.kathryn.mayson@usdoj.gov |
| SaveSolar Alpha Holdco, LLC | 810 7th Street NE | Washington, DC 20002-3610 | | |
| SaveSolar Corporation Inc. | 810 7th Street NE | Washington, DC 20002 | | karl@savesolarcorporation.com |
| Sheppard Mullin Richter & Hampton LLP | 333 South Hope Street 43rd Floor | Los Angeles, CA 90071-1422 | | armbx@sheppardmullin.com |
| Solar Energy Services, Inc. | 1514 Jabez Run | Millersville, MD 21108-2002 | | |
| Thin Edge Media | 9 Emma Ct. | Sunbury, Victoria3429 | Australia | dc@thinedgemedia.com |
| U. S. Trustee for Region Four | 1725 Duke Street, Ste 650 | Alexandria, VA 22314 | | |
| Vermont Energy Investment Corp | Stephen K. Gallagher, Esq. | 1850 Towers Crescent Plaza, Ste 400 | Tysons, VA 22182 | skgallagher@venable.com |
| Woodberry Apartments LP | Troutman Pepper Hamilton Sanders | Hercules Plaza, Ste 5100, 1313 N Market St | Wilmington, DE 19899 | henry.jaffe@troutman.com<br>evelyn.meltzer@troutman.com<br>ken.listwak@troutman.com |
| Woodberry Apartments LP | Troutman Pepper Hamilton Sanders | 401  9th St NW, Suite 1000 | Washington, DC 20004 | richard.hagerty@troutman.com |
| ZOOMINFO | DEPT LA 24789 | Pasadena, CA 91185-0001 | | elle.rodriguez@zoominfo.com |
| Zooz Technology Corporation | 9800 Wilshire Boulevard | Beverly Hills, CA 90212-1804 | | justin@zooz.com.au |