# **Exhibit A**

# **Declaration of Kevin P. Clancy**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*,[1] | ) | Case No.: 23-00045-ELG |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF KEVIN P. CLANCY IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF COHNREZNICK LLP AS FINANCIAL ADVISORS FOR THE DEBTORS FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM FEBRUARY 2, 2023 THROUGH AUGUST 31, 2023**

I, Kevin P. Clancy, declare the following under penalty of perjury:

1. I am a Partner of CohnReznick LLP ("CohnReznick") and am duly authorized to make this Declaration (the "Declaration"). The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

2. I have read the *First Interim Fee Application of CohnReznick LLp as Financial Advisors for the Debtors for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period From February 2, 2023 through August 31, 2023* (the "First Interim Fee Application")[2] filed contemporaneously herewith. To the best of my knowledge, information and belief, the statements contained in the Application are true and correct.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SaveSolar Alpha HoldCo, LLC (7389) and SaveSolar Corporation, Inc. (1304).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application and/or the Initial Declaration.

2

3. In addition, I have reviewed the *Local Rules of Bankruptcy Procedure for the District of Columbia* (the "Local Rules"), and believe this First Interim Fee Application complies with Rule 2016-2 of the Local Rules and with the *Guidelines for Reviewing Applications for Compensation Filed Under 11 U.S.C. § 330*, effective May 17, 1996 (the "Guidelines").

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 24, 2023, in Parsippany, New Jersey.

By: */s/ Kevin Clancy*
      Kevin P. Clancy, Partner
      CohnReznick LLP