**EXHIBIT B**

**Customary and Comparable Compensation Disclosures with Fee Applications – First Interim Period**

| Category of Timekeeper (using categories already maintained by CohnReznick) | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed Preceding Year, Excluding Bankruptcy* | Billed This Fee Application |
| Partner | | $995.00 |
| Partner | | $995.00 |
| Partner | | $995.00 |
| Managing Director | | $845.00 |
| Director | | $785.00 |
| Manager | | $690.00 |
| Senior Associate | | $640.00 |
| Senior Associate | | $640.00 |
| Paraprofessional | | $300.00 |
| Paraprofessional | | $300.00 |
| **All Timekeepers Aggregated** | | **$718.50** |

CohnReznick's hourly rates for financial advisory services are comparable to the hourly rates charged in complex Chapter 11 Cases by comparably skilled bankruptcy financial advisors. The "Blended Hourly Rate-Billed Preceding Year, Excluding Bankruptcy ("BHREB") noted above is not applicable because it excludes bankruptcy related work.

| | |
|---|---|
| Case Name: | **SaveSolar Corporation, Inc.,** *et al.* |
| Case Number: | **23-00045-ELG** |
| Applicant's Name: | **CohnReznick LLP** |
| Date of Application: | **October 5, 2023** |
| Interim or Final: | **First Interim Period** |