**EXHIBIT C**

**Summary of Compensation by Timekeeper Included in this Fee Application – First Interim Period**

| Name | Title | Department | Date of 1st Admission | Fees Billed | Hours Billed | Number of Rate Increases | Hourly Rate Billed In This Application |
|---|---|---|---|---|---|---|---|
| Kevin Clancy | Partner | Restructuring and Dispute Resolution Services | - | $66,167.50 | 66.5 | | $995.00 |
| Vinni Toppi | Partner | Restructuring and Dispute Resolution Services | - | $1,492.50 | 1.5 | | $995.00 |
| Stephanie Caragher | Partner | Project Financing & Consulting | - | $6,268.50 | 6.3 | | $995.00 |
| E.J. Edelman | Managing Director | Valuation Advisory Services | - | $845.00 | 1.0 | | $845.00 |
| Taylor Sherman | Director | Restructuring and Dispute Resolution Services | - | $190,127.00 | 242.2 | | $785.00 |
| Ying Zheng | Manager | Restructuring and Dispute Resolution Services | - | $44,160.00 | 64.0 | | $690.00 |
| Jean Almonte | Senior Associate | Restructuring and Dispute Resolution Services | - | $148,032.00 | 231.3 | | $640.00 |
| Teo Casubuan | Senior Associate | Assurance | - | $15,360.00 | 24.0 | | $640.00 |
| Paula Lourenco | Paraprofessional | Restructuring and Dispute Resolution Services | - | $9,930.00 | 33.1 | | $300.00 |
| Maria Valle | Paraprofessional | Restructuring and Dispute Resolution Services | - | $1,590.00 | 5.3 | | $300.00 |

| | |
|---|---|
| Case Name: | **SaveSolar Corporation, Inc., *et al.*** |
| Case Number: | **23-00045-ELG** |
| Applicant's Name: | **CohnReznick LLP** |
| Date of Application: | **October 5, 2023** |
| Interim or Final: | **First Interim Period** |