**EXHIBIT D**

**Summary of Compensation Requested by Project Category – First Interim Period**

| **PROJECT CATEGORY** | **HOURS BILLED** | **FEES SOUGHT** |
|---|---:|---:|
| Assumption/Rejection of Executory Contracts/Lease Issues | 2.9 | $2,204.00 |
| Case Administration (including retention matters) | 30.2 | $13,378.00 |
| Chapter 11 Preparation | 30.8 | $20,988.00 |
| Claims Administration and Objections | 14.0 | $9,635.00 |
| DIP Facility | 87.8 | $63,700.00 |
| Document Request/Response | 5.1 | $3,025.50 |
| Document Review/Index | 4.0 | $1,476.50 |
| Evaluate Sale of Debtors' Assets/Liquidation | 78.4 | $60,427.00 |
| Fist Day Motions | 1.0 | $504.00 |
| Litigation Matters/Attendance at Court | 15.5 | $12,559.50 |
| Meetings / Teleconferences with parties to case | 4.8 | $3,915.50 |
| Operating Reports/Results | 127.1 | $91,361.00 |
| Plan and Disclosure Statement (including Business Plan) | 0.8 | $796.00 |
| Prepare/Review Cash Collateral Budgets | 114.0 | $85,519.00 |
| Prepare/Review Cashflow Projections | 70.5 | $51,853.00 |
| Prepare/Review Flash Reports for Period Ending | 12.5 | $8,231.00 |
| Review/Analyze Budget | 16.2 | $10,715.50 |
| Review/Analyze Historical Information | 35.3 | $25,757.50 |
| Review of Proposed Transactions of Debtors | 11.1 | $6,508.00 |
| Tax Matters | 0.2 | $163.50 |
| Travel time at 50% of Actual | 13.0 | $11,255.00 |
| **Total:** | **675.2** | **$483,972.50** |

| | |
|---|---|
| Case Name | **SaveSolar Corporation, Inc.,** *et al.* |
| Case Number: | **23-00045-ELG** |
| Applicant's Name: | **CohnReznick LLP** |
| Date of Application: | **October 5, 2023** |
| Interim or Final: | **First Interim Period** |