**EXHIBIT F**

**Summary of Expense Reimbursement Requested by Category – First Interim Period**

| Expense Category | Amount |
|---|---:|
| Airfare | $536.46 |
| Hotel | $953.36 |
| Mileage | $44.02 |
| Out-of-Town Meals | $99.96 |
| Pacer | $22.50 |
| Phone Charges | $8.00 |
| Taxi Cabs/Car Service | $175.20 |
| Trains/Metro/Subway | $456.00 |
| **TOTAL EXPENSES** | **$2,295.50** |

| | |
|---|---|
| **Case Name** | **SaveSolar Corporation, Inc.,** *et al.* |
| **Case Number:** | **23-00045-ELG** |
| **Applicant's Name:** | **CohnReznick LLP** |
| **Date of Application:** | **October 5, 2023** |
| **Interim or Final:** | **First Interim Period** |

**EXHIBIT F**

**Detailed Description of Expenses – First Interim Period**

| Date | Name | Code | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 03/19/23 | Sherman, Taylor | 805 | Airfare | 351.04 | Airfare from IAH to DCA for court testimony on behalf of client SaveSolar |
| 03/20/23 | Sherman, Taylor | 805 | Airfare | 185.42 | Airfare to return to Houston after SaveSolar hearing |
| | | | **Airfare Total** | **536.46** | |
| 05/03/23 | Casubuan, Teo | 806 | Mileage | 19.65 | On site visit of construction - home to location to home |
| 06/27/23 | Casubuan, Teo | 806 | Mileage | 24.37 | Save Solar - Site Visit June 20 and June 27.1321 5th St NW, Washington, DC 20002 – Second NorthWest, Co-Op2.1323 I St NE, Washington, DC 20002 – Wylie Courts3.2501 N Street, SE, Washington, DC 20019 – Milestone Apartments4.116 Irvington St SW, Washington, DC 20032 – Eagles Crossing |
| | | | **Mileage Total** | **44.02** | |
| 03/21/23 | Sherman, Taylor | 812 | Taxi Cabs/Car Service | 28.99 | Transportation to WTP offices to prep for SaveSolar hearing |
| 03/21/23 | Sherman, Taylor | 812 | Taxi Cabs/Car Service | 33.77 | Transportation from WTP offices to hotel to attend SaveSolar hearing |
| 03/21/23 | Sherman, Taylor | 812 | Taxi Cabs/Car Service | 30.68 | Transportation to Houston airport to attend SaveSolar hearing |
| 03/22/23 | Sherman, Taylor | 812 | Taxi Cabs/Car Service | 14.99 | Transportation to SaveSolar hearing |
| 03/23/23 | Sherman, Taylor | 812 | Taxi Cabs/Car Service | 47.93 | Transportation to airport after SaveSolar hearing |
| 07/20/23 | Clancy, Kevin | 812 | Taxi Cabs/Car Service | 18.84 | Taxi |
| | | | **Taxi Cabs/Car Service Total** | **175.20** | |
| 07/14/23 | Clancy, Kevin | 814 | Trains/Metro/Subway/Ferry | 228.00 | Amtrak |
| 07/19/23 | Clancy, Kevin | 814 | Trains/Metro/Subway/Ferry | 228.00 | Amtrak |
| | | | **Trains/Metro/Subway/Ferry Total** | **456.00** | |
| 03/21/23 | Sherman, Taylor | 820 | Hotel | 249.00 | Hotel stay in DC to attend SaveSolar hearing |
| 07/18/23 | Clancy, Kevin | 820 | Hotel | 374.79 | AC Hotel |
| 07/19/23 | Clancy, Kevin | 820 | Hotel | 329.57 | Hilton Garden Inn |
| | | | **Hotel Total** | **953.36** | |

| | |
|---|---|
| Case Name | **SaveSolar Corporation, Inc.,** *et al.* |
| Case Number: | **23-00045-ELG** |
| Applicant's Name: | **CohnReznick LLP** |
| Date of Application: | **October 5, 2023** |
| Interim or Final: | **First Interim Period** |

Page 1

| Date | Name | Code | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 03/21/23 | Sherman, Taylor | 855 | Phone Charges | 8.00 | Phone Charges Wifi purchased to participated in conference call for SaveSolar |
|  |  |  | **Phone Charges Total** | **8.00** |  |
| 03/21/23 | Sherman, Taylor | 870 | Meals/Food(excl OT Meals) | 45.00 | Dinner night before SaveSolar hearing |
| 03/21/23 | Sherman, Taylor | 870 | Meals/Food(excl OT Meals) | 26.36 | Breakfast in route to SaveSolar hearing in DC |
| 03/22/23 | Sherman, Taylor | 870 | Meals/Food(excl OT Meals) | 28.60 | Breakfast ahead of SaveSolar hearing |
|  |  |  | **Meals/Food(excl OT Meals) Total** | **99.96** |  |
| 04/18/23 | Clancy, Kevin | 891 | Pacer | 22.50 | Background Investigations, Acct# 2571123 - PACER - 4/4/23 - Invoice#2571123-Q12023 - 1/1/23 thru 3/31/23 |
|  |  |  | **Pacer Total** | **22.50** |  |
|  |  |  | **Grand Total** | **2,295.50** |  |

| | |
|---|---|
| **Case Name** | **SaveSolar Corporation, Inc.,** *et al.* |
| **Case Number:** | **23-00045-ELG** |
| **Applicant's Name:** | **CohnReznick LLP** |
| **Date of Application:** | **October 5, 2023** |
| **Interim or Final:** | **First Interim Period** |