Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD TAYLOR & PRESTON LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone:       (703) 280-9081
e-mail:          benglander@whitefordlaw.com
                 adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*1 | ) | Case no. 23-00045-ELG |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

## <u>NOTICE OF FILING OF MASTER SERVICE LIST</u>

**PLEASE TAKE NOTICE THAT** pursuant to Article VI of the *Procedures for Complex Chapter 11 Cases in the District of Columbia*, the debtors and debtors in possession in the above-captioned cases (together, the "<u>Debtors</u>") hereby file their Master Service List as of November 22, 2023 (the "<u>Master Service List</u>").  A copy of the Master Service List is attached hereto as **<u>Exhibit A</u>**.

---

1       The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LC (7389), Case No. 23-00046-ELG (the "**Initial Debtors**"); and SSC 1110 Kennebec MD, LLC, (9270), Case No. 23-00140-ELG; SSC 3233 Fifteenth DC, LLC (9145), Case No. 23-00141-ELG; SSC 1901 Brooks MD, LLC (0798), Case No. 23-00142; SSC 1323 I DC, LLC (5574), Case No. 23-00143-ELG; SSC 1321 Fifth DC, LLC (4090), Case No. 23-00144-ELG; SSC 1321 Fifth Canopy DC, LLC (3796), Case No. 23-00145-ELG; SSC 116 Irvington DC, LLC (3472), Case No. 23-00146-ELG; SSC 116 Irvington DC Canopy, LLC (6191), Case No. 23-00147-ELG; SSC 2501 N DC, LLC (6769), Case No. 23-00148-ELG; and SSC 3320 Wheeler DC, LLC (9082), Case No. 23-00149-ELG (the "**Affiliate Debtors**"). The Initial Debtors and the Affiliate Debtors are referred to collectively herein as the "**Debtors**").

Dated: November 22, 2023                    WHITEFORD, TAYLOR & PRESTON, LLP

                                            */s/ Bradford F. Englander*
                                            Bradford F. Englander (Bar No. 428617)
                                            Alexandra G. DeSimone (admitted *pro hac vice*)
                                            **WHITEFORD TAYLOR & PRESTON LLP**
                                            3190 Fairview Park Drive, Suite 800
                                            Falls Church, VA 22042-4510
                                            Telephone: (703) 280-9081
                                            e-mail: benglander@whitefordlaw.com
                                            adesimone@whitefordlaw.com

                                            *Counsel to the Debtors and Debtors in Possession*

## EXHIBIT A

**Master Service List as of November 22, 2023**

| Name | Address 1 | Address 2 | Address 3 | E-mail |
|---|---|---|---|---|
| Alvarez & Marsal Valuation Services | 600 Madison Avenue, 8th Floor | New York, NY 10022-1758 | | lroach@alvarezandmarsal.com |
| Alvarez & Marsal Valuation Services | c/o Corporation Service Company | 80 State Street | Albany, NY 12207-2541 | |
| Amalgamated Bank | Paul A. Werner | 2099 Pennsylvania Ave NW Ste 100 | Washington, DC 20006 | pwerner@sheppardmullin.com |
| Amalgamated Bank | Edward H. Tillinghast, III | 30 Rockefeller Plaza, 38th Fl | New York, NY 10112 | etillinghast@sheppardmullin.com |
| Amalgamated Bank | Colin Davidsoon | 30 Rockefeller Plaza, 38th Fl | New York, NY 10112 | cdavidson@sheppardmullin.com |
| Bank of America, N.A. | 100 North Tryon Street | Charlotte, NC 28255-0001 | | |
| BP | c/o Greg Berk<br>Paul Bakula,<br>Robert Libertini,<br>Rebecca Batchelder | | | greg.berk@bp.com ;<br>paul.bakula@bp.com ;<br>robert.libertini@bp.com ;<br>rebecca.batchelder@bp.com |
| Captain Power LLC | 148 Saratoga Cta | North East, MD 21901-4603 | | steve@captainpowerllc.com |
| Clean Edge | 2312 Log Wood Crt | Mississauga ON | L5C 3C5  Canada | samy@edgerp.ca |
| Clean Energy Counsel LLP-1 | 1 Sansome Street, Suite 3500 | San Francisco, CA 94104-4436 | | cynthia@cleanenergycounsel.com |
| Cleantech Law Partners | 548 Market Street | Suite 59966 | San Francisco, CA 94104-5401 | jjacobs@cleantechlaw.com |
| CohnReznick LLP | 500 East Pratt Street, 4th Floor | Baltimore, MD 21202-3133 | | nerissa.janack@cohnreznick.com<br>Kevin.Clancy@CohnReznick.com<br>Taylor.Sherman@CohnReznick.com |
| Edson Redball Devco LLC | c/o Tristan G. Axelrod | One Financial Center | Boston, Massachusetts 02111 | taxelrod@brownrudnick.com;<br>dhealy@brownrudnick.com |
| EnergySage | 1 Center Plz | Boston, MA 02108-1887 | | |
| Enertis Inc | 230 California St. | San Francisco, CA, 94111 | | |
| Grapler Construction | 5328 Sandy Point Lane | Centreville, VA 20120 | | karen.dillinger@wilsonelser.com |
| Grapler Construction | 5328 Sandy Point Lane | Clifton, VA 20124-0942 | | |
| Gunter & King Pty Ltd (PANDR) | 2nd Floor, Embarcadero De Legazpi | Legazpi City | Thailand | accounts@pandroutsourcing.com |
| Halo Development LLC | 311 Reisterstown Road | Baltimore, MD 21208-5313 | | jlitke@halo-development.com |
| ICAP Energy LLC | PO Box 30961 | New York, NY 10087-0961 | | kim.schillereff@tpicap.com |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | PO BOX 7346 | PHILADELPHIA PA 19101-7346 | |
| Kristen S. Eustis | Office of the United States Trustee | 1725 Duke Street, Ste 650 | Alexandria, VA 22314 | Kristen.S.Eustis@usdoj.gov |
| Kutler Tax Resolution, Inc. | 4704 North Harlan Street | Denver, CO 80212-7400 | | ron@kutlertaxresolution.com |
| LRC SaveSolar Investco LLC | Dylan G. Trache, Esq. | 101 Constitution Ave NW, Ste 900 | Washington, DC 20001 | dylan.trache@nelsonmullins.com |
| LRC SaveSolar Investco LLC | Peter J. Haley | One Financial Center, Ste 3500 | Boston, Massachusetts 02111 | peter.haley@nelsonmullins.com |
| Lumina Solar | 3600 Commerce Drive, Suite 601 | Halethorpe, MD 21227-1646 | | spoudel@luminasolar.com;<br>sphatley@bowmanjarashow.com |
| Maurice B. VerStandig, Esq. | The Belmont Firm | 1050 Connecticut Avenue, NW, Suite 500 | Washington, DC 20036 | mac@dcbankruptcy.com |
| Marcum LLP | c/o The Partnership | 10 Melville Park Road | Melville, NY 11747-3146 | david.st.yves@marcumllp.com;<br>nicholas.gallicano@marcumllp.com |
| Miguel Santana Hernandez | 3210 GREENWOOD AVE | WEST PALM BEACH, FL 33407-5014 | | mi_santa@hotmail.com |
| Office of the Attorney General for the District of Columbia | Nancy L. Alper, Sr Assistant AG | 400 6th Street NW, 9th FL | Washington, DC 20001 | nancy.alper@dc.gov |
| Papertrl, Inc. | 3401 Carlins Park Drive | Baltimore, MD 21215-7854 | | mollie.l@papertrl.com |
| Partner Helper LLC | 1221 Brickell Avenue | Suite 900 | Miami, FL 33131-3800 | |
| PEPCO | Remittance Processing EP 1804 | 701 9th Street NW | Washington, DC 20001-4572 | djamouneau@pepcoholdings.com;<br>jequita.fowler@exeloncorp.com |
| PEPCO | c/o Lynn Zack | | | lynn.zack@exeloncorp.com |
| Pondeca Industries Incorporated | 100 South Main Street | Kalispell, MT 59901-4452 | | lloyd@pondecaindustries.com |
| Prime Partners Engineering | 1201 Connecticut Avenue NW | Suite 500C | Washington, DC 20036-2615 | adavis@primepartnersengineering.com |
| Prime Partners Engineering LLC | 4038 Grant Street NE | Washington, DC 20019-3544 | | |
| ProTitle USA | 9550 Regency Square Blvd Suite 906 | Jacksonville, FL 32225 | | accounting@protitleusa.com |
| RB Hinkle Construction Inc. | 21595 Cedar Lane | Sterling, VA 20166 | | nmachado@prim.com |
| RER Energy Group LLC | 4700 Pottsville Pike | Reading, PA 19605-9708 | | swetzel@rerenergygroup.com;<br>thunton@rerenergygroup.com |
| RER Energy Group LLC | C. Kevin Kobbe, Esq. | 6225 Smith Ave - The Marbury Bldg | Baltimore, MD 21209 | kevin.kobbe@us.dlapiper.com |

| | | | | |
|---|---|---|---|---|
| Sara Kathryn Mayson | Office of the United States Trustee | 1725 Duke Street, Ste 650 | Alexandria, VA 22314 | sara.kathryn.mayson@usdoj.gov |
| SaveSolar Alpha Holdco, LLC | 810 7th Street NE | Washington, DC 20002-3610 | | |
| SaveSolar Corporation Inc. | 810 7th Street NE | Washington, DC 20002 | | karl@savesolarcorporation.com |
| Sheppard Mullin Richter & Hampton LLP | 333 South Hope Street 43rd Floor | Los Angeles, CA 90071-1422 | | armbx@sheppardmullin.com |
| Solar Energy Services, Inc. | 1514 Jabez Run | Millersville, MD 21108-2002 | | |
| Thin Edge Media | 9 Emma Ct. | Sunbury, Victoria3429 | Australia | dc@thinedgemedia.com |
| U. S. Trustee for Region Four | 1725 Duke Street, Ste 650 | Alexandria, VA 22314 | | |
| Vermont Energy Investment Corp | Stephen K. Gallagher, Esq. | 1850 Towers Crescent Plaza, Ste 400 | Tysons, VA 22182 | skgallagher@venable.com |
| Woodberry Apartments LP | Troutman Pepper Hamilton Sanders | Hercules Plaza, Ste 5100, 1313 N Market St | Wilmington, DE 19899 | henry.jaffe@troutman.com evelyn.meltzer@troutman.com ken.listwak@troutman.com |
| Woodberry Apartments LP | Troutman Pepper Hamilton Sanders | 401  9th St NW, Suite 1000 | Washington, DC 20004 | richard.hagerty@troutman.com |
| ZOOMINFO | DEPT LA 24789 | Pasadena, CA 91185-0001 | | elle.rodriguez@zoominfo.com |
| Zooz Technology Corporation | 9800 Wilshire Boulevard | Beverly Hills, CA 90212-1804 | | justin@zooz.com.au |