# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*, | ) | Case No. 23-00045 (ELG) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION
## OF COUNSEL WITHIN THE SAME LAW FIRM

Pursuant to Local Rule 2091-1(e) notice is hereby given that, effective December 29, 2023, Richard E. Hagerty will no longer be employed by the law firm of Troutman Pepper Hamilton Sanders LLP, which is counsel for Woodberry Apartments LP ("Woodberry") in this matter. Elizabeth M. Briones is hereby substituted for Mr. Hagerty as counsel for Woodberry, and all notices, pleadings, calendars, orders and other matters directed to counsel for Woodberry should henceforth be directed to Ms. Briones. Ms. Briones further represents that Woodberry has been informed of and consents to the substitution.

Date: December 8, 2023            Respectfully submitted,

 */s/ Elizabeth M. Briones*
Elizabeth M. Briones (DC Bar No. 888324983)
Troutman Pepper Hamilton Sanders LLP
401 9th Street, N.W., Suite 100
Washington, DC 20004
Telephone: (202) 274-2937
Email: elizabeth.briones@troutman.com

*Counsel for Woodberry Apartments LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of December, 2023, the foregoing **Notice of Withdrawal and Substitution of Counsel Within the Same Law Firm** was served via this court's ECF system on those parties listed to receive such notice, at their respective email addresses registered with the Court.

*/s/ Elizabeth M. Briones*
Elizabeth M. Briones (DC Bar No. 888324983)