



```
                                           Date   8/31/23              Page      1
                                           Primary Account           ▓▓▓▓2354

      SAVESOLAR CORPORATION INC
      Debtor in Possession,
      Case 23-00045-ELG, Payroll
      810 7TH STREET NE
      WASHINGTON DC 20002
```

| Account Title: | SAVESOLAR CORPORATION INC<br>Debtor in Possession,<br>Case 23-00045-ELG, Payroll | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | ▓▓▓▓2354 | Statement Dates  8/01/23 thru  8/31/23 | |
| Previous Balance | .00 | Days in the statement period | 31 |
| 3 Deposits/Credits | 3,007.41 | Avg Daily Ledger | 1,516.40 |
| 1 Checks/Debits | 2,452.82 | Avg Daily Collected | 1,516.40 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 554.59 | | |

**DEPOSITS AND OTHER CREDITS**

| Date | Description | Amount |
|---|---|---|
| 8/03 | From DDA *2362,To DDA *2354 | 1,373.56 |
| 8/09 | From DDA *2362,To DDA *2354 | 899.48 |
| 8/17 | Wire Transfer Credit<br>WHITEFORD TAYLOR & PRESTON LLP<br>IOLTA ATTORNEY TRUST ACCOUNT<br>7 SAINT PAUL ST STE 1500<br>BALTIMORE MD           US 212<br>PARTIAL RETURN OF FUNDS PREVIO<br>TRANSFERRED TO WHITEFORD CLIEN<br>TRUST ACCOUNT TO PERMIT PAYMEN<br>EMPLOYMENT TAXES<br>20230817I1B7032R009986 | 734.37 |



Date 8/31/23
Primary Account ████2354

Page 2

Commercial Checking   ████2354 (Continued)

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| | 20230817MMQFMP9N000150 08171222FT03 | |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 8/22 | PAYMENTS   DC-OTR-WEB-WTH CCD 091000012851631 SAVESOLAR CORPORATION | 2,452.82- |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | .00 | 8/09 | 2,273.04 | 8/22 | 554.59 |
| 8/03 | 1,373.56 | 8/17 | 3,007.41 | | |

*** END OF STATEMENT ***