

```
                                          Date   8/31/23           Page     1
                                          Primary Account                 2362

     SAVESOLAR CORPORATION INC
       Debtor in Possession,
     Case 23-00045-ELG, Checking
     810 7TH STREET NE
     WASHINGTON DC 20002
```

| Account Title: | SAVESOLAR CORPORATION INC Debtor in Possession, Case 23-00045-ELG, Checking | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | 362 | Statement Dates  8/01/23 thru 8/31/23 | |
| Previous Balance | 3,421.69 | Days in the statement period | 31 |
| 3 Deposits/Credits | 6,090.26 | Avg Daily Ledger | 12.77- |
| 13 Checks/Debits | 9,746.95 | Avg Daily Collected | 12.77- |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 235.00- | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 8/01 | Returned NSF Item Credit | 2,452.82 |
| 8/09 | PAYMENT    Matrix Trust Co<br>CCD 021000025770058<br>SaveSolar Corporation | 1,184.62 |
| 8/22 | Returned NSF Item Credit | 2,452.82 |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 8/01 | DBT CRD 2232 08/01/23 27799331<br>LYFT    *RIDE SUN 8PM<br>LYFT.COM       CA C#9674 | 35.99- |





Date 8/31/23  Page 2
Primary Account ████2362

Commercial Checking  ████2362  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 8/01 | DBT CRD 0554 07/31/23 92815379 GRAND HYATT SAN FRANCI SAN FRANCISCO CA C#9674 | 370.74- |
| 8/01 | PADLIUCCON UNEMP COMP EFT CCD 043000095418237 UCEFT3202320230731 TXP*810851304    *UC000*2309 30*T*0000000855\ | 8.55- |
| 8/01 | PAYMENT    Matrix Trust Co CCD 021000023825740 SaveSolar Corporatio | 107.70- |
| 8/01 | PAYMENT    Matrix Trust Co CCD 021000023821617 SaveSolar Corporatio | 1,076.92- |
| 8/01 | PAYMENTS    DC-OTR-WEB-WTH CCD 091000014894003 SAVESOLAR CORPORATION | 2,452.82- |
| 8/02 | DBT CRD 0000 07/31/23 75543914 GRAND HYATT SAN FRANCI 8885884384    CA C#9674 | 44.53- |
| 8/03 | BILLING     BILL.COM LLC CCD 021000023514619 SaveSolar | 403.70- |
| 8/03 | From DDA *2362,To DDA *2354 | 1,373.56- |
| 8/09 | QBooks Onl INTUIT * CCD 021000022570195 SAVESOLAR CORPORATION | 285.14- |
| 8/09 | From DDA *2362,To DDA *2354 | 899.48- |
| 8/15 | Account Analysis Charge | 235.00- |
| 8/22 | PAYMENTS    DC-OTR-WEB-WTH CCD 091000012851623 SAVESOLAR CORPORATION | 2,452.82- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | 1,821.79 | 8/03 | .00 | 8/15 | 235.00- |
| 8/02 | 1,777.26 | 8/09 | .00 | 8/22 | 235.00- |



Date  8/31/23
Primary Account          2362
Page     3

Commercial Checking          2362  (Continued)

*** END OF STATEMENT ***