**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00046 (ELG)** |
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: August 1, 2023 through August 31, 2023 |
| Debtors | |

**MOR Cover Page Notes**
**For the period 8/1/23 through 8/31/23**

**Footnotes**

(a) - Per Sale Order entered in the Court on 7/28/2023 (Docket #0231), substantively all of Debtors' property were approved for sale, free and clear of all liens, claims, interests and encumbrances;  as such, assets and liabilities are reported at zeros as of sale closing date on 8/1/2023, except for cash remained in the Trust Account(s), if applicable, per Post-Closing Cash Management Motion (Docket #0251).

(b) - Per Debtors' motion to authorize post-closing cash management motion entered in the Court (Docket #0251), SaveSolar Corporation, Inc.'s funds are managed by Debtors' counsel under the trust account "104802-00502" for general use.

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00046 (ELG)** |
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: August 1, 2023 through August 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1**
**Schedule of Cash Receipts and Disbursements**
For the period 8/1/23 through 8/31/23

| ACCOUNT NUMBER (LAST 4) | SaveSolar Alpha HoldCo, LLC. Amalgamated Bank x3876 | SaveSolar Alpha HoldCo, LLC. Trust Account x00502 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---:|---:|---:|
| **CASH - BEGINNING OF MONTH** [a] | $ 15 | $ -- | $ 15 |
| **RECEIPTS** [b] | | | |
| CASH SALES | - | | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | | - |
| LOANS AND ADVANCES | - | | - |
| SALE OF ASSETS | - | 6,550,000 | 6,550,000 |
| OTHER MISC. RECEIPTS | - | | - |
| TRANSFERS *(FROM AFFILIATE COMPANY ACCOUNTS)* | - | | - |
| TRANSFERS *(FROM OTHER DEBTOR ACCOUNTS)* | - | | - |
| **TOTAL RECEIPTS** | $  - | $ 6,550,000 | $ 6,550,000 |
| **DISBURSEMENTS** [c] | | | |
| NET PAYROLL | - | | - |
| PAYROLL TAXES | - | | - |
| SALES, USE, & OTHER TAXES | - | | - |
| INVENTORY PURCHASES | - | | - |
| SECURED/RENTAL/LEASES | - | | - |
| INSURANCE | - | | - |
| GENERAL & ADMINISTRATIVE | - | | - |
| SELLING | - | | - |
| OTHER MISC. EXPENSES | (15) | | (15) |
| TRANSFERS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | | - |
| TRANSFERS *(TO OTHER DEBTOR ACCOUNTS)* | - | | - |
| PROFESSIONAL FEES | - | | - |
| U.S. TRUSTEE QUARTERLY FEES | - | | - |
| COURT COSTS | | | - |
| DISTRIBUTIONS OF SALE PROCEEDS PER COURT ORDER [c] | - | (5,616,810) | (5,616,810) |
| **TOTAL DISBURSEMENTS** | $ (15) | $ (5,616,810) | $ (5,616,825) |
| | | | |
| **NET CASH FLOW (RECEIPTS - DISBURSEMENTS)** | $ (15) | $ 933,190 | $ 933,175 |
| | | | |
| **CASH - END OF MONTH** | $  - | $ 933,190 | $ 933,190 |

**Footnotes:**
a. Cash - Beginning of Month is the bank accounts' ending cash balances as of July 31, 2023.
b. Cash Receipts and Disbursements are exclusive of uncleared deposits and payments. The total uncleared cash flow as of August 31, 2023 is $0.00
c. Per Report of Sale of Property of the Estate entered in the Court (Docket #248), Distributions of Sale Proceeds include:
    (1) PER Cure Costs: $598,958
    (2) 120-day Reserve for Lumina: $417,851.97
    (3) Advance to Lumina: $100,000
    (4) Payment to Leyline: $4,500,000

**THE FOLLOWING SECTION MUST BE COMPLETED**
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | $ 5,616,825 |
| LESS: TRANSFERS TO OTHER DEBTORS | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | $ 5,616,825 |

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00046 (ELG)** |
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: August 1, 2023 through August 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1a**
**Bank Account Balances**
For the period 8/1/23 through 8/31/23

| Ref No. | Debtor Entity | Account Number | Bank | State / Country | Account Type | Account Description | Balance as of 8/31/2023 |
|---|---|---|---|---|---|---|---|
| 1 | SaveSolar Alpha HoldCo, LLC | XXXXX3876 | Amalgamated Bank | NY / United States of America | Checking | Incoming: Transfers<br>Outgoing: Transfers, ACH, Wires & Checks | -- |
| 2 | SaveSolar Alpha HoldCo, LLC | W99-104802.00502 | N/A | N/A | Trust Account - General | Incoming: Transfers<br>Outgoing: Transfers | 933,190 |
| | | | | | | **Total** | **$ 933,190** |

**Bank Account Reconciliations & Cash Disbursements Journal**
The debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The debtors affirm that bank statements for all open and active bank accounts are retained by the debtors.

United States Bankruptcy Court
District of District of Columbia

| | |
|---|---|
| In re: | **Case No. 23-00046 (ELG)** |
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: August 1, 2023 through August 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 3**
**Balance Sheet**
For the period 8/1/23 through 8/31/23

| | SaveSolar Alpha HoldCo, LLC. Case No. 23-00046 (ELG) |
|---|---:|
| <u>Current Assets</u> | |
| Cash | $ 933,190 |
| Accounts receivable, net | -- |
| Related party receivable | -- |
| **Total Current Assets** | **$ 933,190** |
| | |
| <u>Non-Current Assets</u> | |
| Property and Equipment, net | -- |
| Investment in subsidiary | -- |
| Prepaid expenses | -- |
| Security deposits | -- |
| **Total Non-Current Assets** | **-** |
| | |
| **Total Assets** | **$ 933,190** |
| | |
| <u>Current Liabilities</u> | |
| Accounts payable and accrued expenses | -- |
| Current maturities of Short-term debt, net | -- |
| Related party payable | -- |
| Loan payable to Stockholders | -- |
| Short-term debt, less current maturities, net | - |
| **Total Current liabilities** | **-** |
| | |
| **Total Non-Current liabilities** | **-** |
| | |
| **Total Liabilities** | **-** |
| | |
| <u>Members' Equity | (Deficit)</u> | |
| Equity | 933,190 |
| **Total Members' Equity | (Deficit)** | **933,190** |
| | |
| **Total Liabilities And Members' Equity | (Deficit)** | **$ 933,190** |

United States Bankruptcy Court
District of District of Columbia

| | |
|---|---|
| In re: | **Case No. 23-00046 (ELG)** |
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: August 1, 2023 through August 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 2**
**Income Statement**
For the period 8/1/23 through 8/31/23

| | **SaveSolar Alpha HoldCo, LLC.**<br>**Case No. 23-00046 (ELG)** |
|---|---:|
| Sales, net | $ -- |
| Overhead costs | -- |
| **Gross Profit** | **$ --** |
| | |
| Expenses: | |
| General and administrative expenses | (15) |
| **Total Expenses** | **(15)** |
| | |
| **Operating Profit / (Loss)** | **($ 15)** |
| | |
| Other Income | -- |
| Exchange gain or loss | -- |
| Interest Paid | -- |
| Other miscellaneous expense | -- |
| Depreciation of assets | -- |
| Income/(expenses) for previous years | -- |
| Expected credit loss expense | -- |
| Gain/(Loss) on Sale of Assets | 6,550,330 |
| Provision for Income Taxes | - |
| **Net Income (Loss)** | **$ 6,550,315** |

**Trust Transactions**

**Trust Account:** W99  
**Matter:** 104802.00502    ALPHA HOLDCO SALE PROCEEDS  
**Intended Use:** General     General  
**Intended Use Detail:**

**Currency Code:** USD  
**Client:** 104802    SAVESOLAR CORPORATION, INC.

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/7/2023 | | 6,550,000.00 | 6,550,000.00 | | WIRE BEN EDSON --- / --- | DEPOSIT WIRE FROM BEN EDSON.... ......SETTLEMENT PROCEEDS DEPOSIT WIRE FROM BEN EDSON.... ......SETTLEMENT PROCEEDS | 48500 --- | | | | WIRE | 8/7/2023 | ☐ |
| ☑ | | -167,467.01 | 6,382,532.99 | ACHA080723 | --- --- / --- | DISTRIBUTION OF SALE PROCEEDS PURSUANT TO COURT ORDER | | 67603 --- | | | DISB | 8/7/2023 | ☑ |
| | 8/7/2023 | -4,500,000.00 | 1,882,532.99 | WIRE080723 | --- LEYLINE REWABLE CAPITAL, LLC / --- | DISTRIBUTION OF SALE PROCEEDS PURSUANT TO COURT ORDER | | 67604 WIRE080723 | | | DISB | 8/7/2023 | ☐ |
| | 8/7/2023 | -167,467.01 | 1,715,065.98 | WIREA080723 | --- DE LAGE LANDEN FINANCIAL SERVICES, INC. / --- | DISTRIBUTION OF SALE PROCEEDS PURSUANT TO COURT ORDER | | 67605 WIREA080723 | | | DISB | 8/7/2023 | ☐ |
| | 8/7/2023 | -15,658.50 | 1,699,407.48 | ACHB080723 | --- SSM GROUP / --- | DISTRIBUTION OF SALE PROCEEDS PURSUANT TO COURT ORDER | | 67606 ACHB080723 | | | DISB | 8/7/2023 | ☐ |
| | 8/7/2023 | -21,457.14 | 1,677,950.34 | WIREB080723 | --- PONDECA INDUSTRIES INC / --- | DISTRIBUTION OF SALE PROCEEDS PURSUANT TO COURT ORDER | | 67607 WIREB080723 | | | DISB | 8/7/2023 | ☐ |
| | 8/7/2023 | -260,181.04 | 1,417,769.30 | WIREC080723 | --- LUMINA SOLAR, | DISTRIBUTION OF SALE PROCEEDS | | 67608 WIREC0807 | | | DISB | 8/7/2023 | ☐ |

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | INC / --- | PURSUANT TO COURT ORDER | | 23 | | | | | ☐ |
| | 8/7/2023 | -170,565.67 | 1,247,203.63 | WIRED080723 | --- RER ENERGY GROUP LLC / --- | DISTRIBUTION OF SALE PROCEEDS PURSUANT TO COURT ORDER | | 67609 WIRED080723 | | | DISB | 8/7/2023 | ☐ |
| | | -417,851.97 | 829,351.66 | | | PER BRAD ENGLANDER........ PER SALE ORDER TRANSFER FROM MATTER 502 TO MATTER 503....TO FUND A RESERVE PER BRAD ENGLANDER........ PER SALE ORDER TRANSFER FROM MATTER 502 TO MATTER 503....TO FUND A RESERVE | | | 3362 | | Transfer | 8/7/2023 | ☐ |
| | 8/8/2023 | -63,628.64 | 765,723.02 | USELECTGRICAL8823 | --- U.S. ELECTRICAL SERVICES / --- | DISBURSE WIRE TO U.S. ELECTRICAL SERVICES...... DISTRIBUTION OF SALES PROCEEDS PURSUANT TO COURT ORDER | | 67623 USELECTRICAL8823 | | | DISB | 8/8/2023 | ☐ |
| | | 167,467.01 | 933,190.03 | ACHA080723 | --- --- / --- | DISTRIBUTION OF SALE PROCEEDS PURSUANT TO COURT ORDER | | 67624 --- | | | DISB | 8/7/2023 | ☐ |

**Trust Transactions**

**Trust Account:** W99  **Currency Code:** USD

**Matter:** 104802.00503    LUMINA RESERVE    **Client:** 104802    SAVESOLAR CORPORATION, INC.

**Intended Use:** General    General

**Intended Use Detail:**

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 417,851.97 | 417,851.97 | | | PER BRAD ENGLANDER........ PER SALE ORDER TRANSFER FROM MATTER 502 TO MATTER 503....TO FUND A RESERVE PER BRAD ENGLANDER........ PER SALE ORDER TRANSFER FROM MATTER 502 TO MATTER 503....TO FUND A RESERVE | | | 3362 | | Transfer | 8/7/2023 | ☐ |

9/5/2023 3:18 PM                                                                 1 of 1