

Date  9/29/23 Page 1
Primary Account 2354

SAVESOLAR CORPORATION INC
Debtor in Possession,
Case 23-00045-ELG, Payroll
810 7TH STREET NE
WASHINGTON DC 20002

Account Title:   SAVESOLAR CORPORATION INC
                 Debtor in Possession,
                 Case 23-00045-ELG, Payroll

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | 8900001##2354 | Statement Dates   9/01/23 thru 10/01/23 | |
| Previous Balance | 554.59 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Avg Daily Ledger | 554.59 |
| Checks/Debits | .00 | Avg Daily Collected | 554.59 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 554.59 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 9/01 | 554.59 |

*** END OF STATEMENT ***