



```
                                        Date   9/29/23          Page       1
                                        Primary Account              ....2362


    SAVESOLAR CORPORATION INC
     Debtor in Possession,
    Case 23-00045-ELG, Checking
    810 7TH STREET NE
    WASHINGTON DC 20002
```

| Account Title: | SAVESOLAR CORPORATION INC<br>Debtor in Possession,<br>Case 23-00045-ELG, Checking | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | ....2362 | Statement Dates  9/01/23 thru 10/01/23 | |
| Previous Balance | 235.00- | Days in the statement period | 31 |
| 3 Deposits/Credits | 694.30 | Avg Daily Ledger | 248.70- |
| 4 Checks/Debits | 719.30 | Avg Daily Collected | 248.70- |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 260.00- | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 9/06 | Returned NSF Item Credit | 174.90 |
| 9/11 | Returned NSF Item Credit | 259.70 |
| 9/15 | Returned NSF Item Credit | 259.70 |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 9/06 | BILLING     BILL.COM LLC<br>CCD 021000025512706<br>SaveSolar | 174.90- |
| 9/11 | QBooks Onl INTUIT *<br>CCD 021000025453583 | 259.70- |



Date 9/29/23　　Page 2
Primary Account　2362

Commercial Checking　2362　(Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 9/15 | SAVESOLAR CORPORATION<br>Account Analysis Charge | 25.00- |
| 9/15 | QBooks Onl INTUIT *<br>CCD 021000029232248<br>SAVESOLAR CORPORATION | 259.70- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 9/01 | 235.00- | 9/11 | 235.00- |
| 9/06 | 235.00- | 9/15 | 260.00- |

*** END OF STATEMENT ***