**Trust Transactions**

**Trust Account:** W99  **Currency Code:** USD
**Matter:** 104802.00401    SAVESOLAR CORPORATION    **Client:** 104802    SAVESOLAR CORPORATION, INC.
**Intended Use:** General    General
**Intended Use Detail:**

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 62,408.31 | 62,408.31 | | | DEPOSIT FROM SAVESOLAR........ SETTLEMENT PROCEEDS..... RECEIVED 7/31/23 DEPOSIT FROM SAVESOLAR........ SETTLEMENT PROCEEDS..... RECEIVED 7/31/23 | | | 3361 | | Transfer | 7/31/2023 | ☐ |
| 8/1/2023 | | 13.69 | 62,422.00 | | SSC SUBSCRIBER SERVICES --- / --- | DEPOSIT FROM SSC SUBSCRIBER.......... SETTLEMENT PROCEEDS DEPOSIT FROM SSC SUBSCRIBER.......... SETTLEMENT PROCEEDS | 48490 --- | | | | WIRE | 8/1/2023 | ☐ |
| | 8/17/2023 | (734.37) | 61,687.63 | WIRE081723 | --- SAVESOLAR CORPORATION, INC. / --- | PARTIAL RETURN OF FUNDS PREVIOUSLY TRANSFERRED TO WHITEFORD CLIENT TRUST ACCOUNT TO PERMIT PAYMENT OF EMPLOYMENTS TAXES | | 67769 WIRE081723 | | | DISB | 8/17/2023 | ☐ |
| | 11/6/2023 | (750.00) | 60,937.63 | | --- DISTRICT OF COLUMBIA / --- | 2022 Gross Receipts Tax for SaveSolar Corporation, Inc. | | 68928 14163 | | | DISB | 11/6/2023 | ☐ |
| | 11/17/2023 | (1,856.13) | 59,081.50 | BTI111723 | --- WHITEFORD | APPLY TO FEES / DISBURSEMENTS | | 69174 BTI111723 | | | DISB | 11/17/2023 | ☐ |

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (59,081.50) | 0.00 | | TAYLOR AND PRESTON / --- | TRANSFER FUNDS FROM W99 TO 99 | | | 3513 | | Transfer | 12/11/2023 | ☐ |