United States Bankruptcy Court
District of District of Columbia

| | |
|---|---:|
| In re: | **Case No. 23-00046 (ELG)** |
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: September 1, 2023 through September 30, 2023 |
| Debtors | |

## MOR Cover Page Notes
### For the period 9/1/23 through 9/30/23

**Footnotes**

(a) - Per Sale Order entered in the Court on 7/28/2023 (Docket #0231), substantively all of Debtors' property were approved for sale, free and clear of all liens, claims, interests and encumbrances; as such, assets and liabilities are reported at zeros as of sale closing date on 8/1/2023, except for cash remained in the Trust Account(s), if applicable, per Post-Closing Cash Management Motion (Docket #0251).

(b) - Per Debtors' motion to authorize post-closing cash management motion entered in the Court (Docket #0251), SaveSolar Corporation, Inc.'s funds are managed by Debtors' counsel under the trust account "104802-00502" for general use.

(c) - Cumulative total disbursements of $$5,616,810, reported on Part 1.f. of the MOR, include transfer of $417,851.97 to trust account "104802-00503". Disbursements, net of such transfer, totaled $5,198,958.

United States Bankruptcy Court
District of District of Columbia

In re: **Case No. 23-00046 (ELG)**
**SaveSolar Alpha HoldCo, LLC** Reporting Period: September 1, 2023 through September 30, 2023
Debtors

## Supporting Documentation to MOR - 1
## Schedule of Cash Receipts and Disbursements
### For the period 9/1/23 through 9/30/23

| ACCOUNT NUMBER (LAST 4) | SaveSolar Alpha HoldCo, LLC. Amalgamated Bank x3876 | SaveSolar Alpha HoldCo, LLC. Trust Account x00502 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---:|---:|---:|
| **CASH - BEGINNING OF MONTH** [a] | $ 15 | $ 933,190 | $ 933,205 |
| **RECEIPTS** [b] | | | |
| CASH SALES | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - |
| LOANS AND ADVANCES | - | - | - |
| SALE OF ASSETS | - | - | - |
| OTHER MISC. RECEIPTS | - | - | - |
| TRANSFERS *(FROM AFFILIATE COMPANY ACCOUNTS)* | - | - | - |
| TRANSFERS *(FROM OTHER DEBTOR ACCOUNTS)* | - | - | - |
| **TOTAL RECEIPTS** | $ - | $ - | $ - |
| **DISBURSEMENTS** [c] | | | |
| PAYROLL TAXES | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - |
| INVENTORY PURCHASES | - | - | - |
| SECURED/RENTAL/LEASES | - | - | - |
| INSURANCE | - | - | - |
| GENERAL & ADMINISTRATIVE | - | - | - |
| SELLING | - | - | - |
| OTHER MISC. EXPENSES | - | - | - |
| TRANSFERS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - | - |
| COURT COSTS | | - | - |
| DISTRIBUTIONS OF SALE PROCEEDS PER COURT ORDER | - | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ - | $ - |
| **NET CASH FLOW (RECEIPTS - DISBURSEMENTS)** | $ - | $ - | $ - |
| **CASH - END OF MONTH** | $ 15 | $ 933,190 | $ 933,205 |

**Footnotes:**
a. Cash - Beginning of Month is the bank accounts' ending cash balances as of August 31, 2023.
b. Cash Receipts and Disbursements are exclusive of uncleared deposits and payments. The total uncleared cash flow as of September 30, 2023 is $0.00.

**THE FOLLOWING SECTION MUST BE COMPLETED**
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | $ - |
| LESS: TRANSFERS TO OTHER DEBTORS | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | $ - |

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00046 (ELG)** |
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: September 1, 2023 through September 30, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1a**
**Bank Account Balances**
For the period 9/1/23 through 9/30/23

| Ref No. | Debtor Entity | Account Number | Bank | State / Country | Account Type | Account Description | Balance as of 9/30/2023 |
|---|---|---|---|---|---|---|---|
| 1 | SaveSolar Alpha HoldCo, LLC | XXXXX3876 | Amalgamated Bank | NY / United States of America | Checking | Incoming: Transfers<br>Outgoing: Transfers, ACH, Wires & Checks | 15 |
| 2 | SaveSolar Alpha HoldCo, LLC | W99-104802.00502 | N/A | N/A | Trust Account - General | Incoming: Transfers<br>Outgoing: Transfers | 933,190 |
| | | | | | | **Total** | **$ 933,205** |

**Bank Account Reconciliations & Cash Disbursements Journal**
The debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The debtors affirm that bank statements for all open and active bank accounts are retained by the debtors.

United States Bankruptcy Court
District of District of Columbia

| In re: | Case No. 23-00046 (ELG) |
|---|---|
| **SaveSolar Alpha HoldCo, LLC** | g Period: September 1, 2023 through September 30, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 3**
**Balance Sheet**
For the period 9/1/23 through 9/30/23

|  | SaveSolar Alpha HoldCo, LLC.<br>Case No. 23-00046 (ELG) |
|---|---:|
| Current Assets | |
| Cash | $ 933,205 |
| Accounts receivable, net | -- |
| Related party receivable | -- |
| **Total Current Assets** | **$ 933,205** |
| | |
| Non-Current Assets | |
| Property and Equipment, net | -- |
| Investment in subsidiary | -- |
| Prepaid expenses | -- |
| Security deposits | -- |
| **Total Non-Current Assets** | **-** |
| | |
| **Total Assets** | **$ 933,205** |
| | |
| Current Liabilities | |
| Accounts payable and accrued expenses | -- |
| Current maturities of Short-term debt, net | -- |
| Related party payable | -- |
| Loan payable to Stockholders | -- |
| Short-term debt, less current maturities, net | - |
| **Total Current liabilities** | **-** |
| | |
| **Total Non-Current liabilities** | **-** |
| | |
| **Total Liabilities** | **-** |
| | |
| Members' Equity | (Deficit) | |
| Equity | 933,205 |
| **Total Members' Equity | (Deficit)** | **933,205** |
| | |
| **Total Liabilities And Members' Equity | (Deficit)** | **$ 933,205** |

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00046 (ELG)** |
| **SaveSolar Alpha HoldCo, LLC** | orting Period: September 1, 2023 through September 30, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 2**
**Income Statement**
For the period 9/1/23 through 9/30/23

| | **SaveSolar Alpha HoldCo, LLC.**<br>**Case No. 23-00046 (ELG)** |
|---|---:|
| Sales, net | $ -- |
| Overhead costs | -- |
| **Gross Profit** | **$ --** |
| | |
| Expenses: | |
| General and administrative expenses | 15 |
| **Total Expenses** | **15** |
| | |
| **Operating Profit / (Loss)** | **$ 15** |
| | |
| Other Income | -- |
| Exchange gain or loss | -- |
| Interest Paid | -- |
| Other miscellaneous expense | -- |
| Depreciation of assets | -- |
| Income/(expenses) for previous years | -- |
| Expected credit loss expense | -- |
| Gain/(Loss) on Sale of Assets | -- |
| Provision for Income Taxes | - |
| **Net Income (Loss)** | **$ 15** |