**amalgamated bank**
800-662-0860
amalgamatedbank.com

275 Seventh Avenue
New York, NY 10001

**Page 1 of 1**

**Return Service Requested**
527

00025349 MA218R09302 01 000000000

SSC 1901 BROOKS MD LLC
810 7TH ST NE
WASHINGTON DC 20002-3610

### ACCOUNT SUMMARY ▮8898

| | |
|---|---|
| Account number | ▮8898 |
| Statement date | 09/29/23 |
| Checks/Items enclosed | 0 |
| Balance | $0.00 |

### ACCOUNT DETAILS     COMMERCIAL LITE CHECKING     ACCOUNT NUMBER   ▮8898

| | | | |
|---|---|---|---|
| Beginning Balance | 09/01/23 | | -$5.00 |
| Deposits/Misc Credits | 1 | | $5.00 |
| Withdrawals/Misc Debits | 0 | | $0.00 |
| **Ending Balance | 10/01/23 | | $0.00 |
| Service Charge | | | $0.00 |
| Average Balance | | | -$3.00 |
| Enclosures | | | 0 |

### CREDITS       ACCOUNT NUMBER   ▮8898

| DATE | ACTIVITY DESCRIPTION | DEPOSITS | WITHDRAWALS |
|---|---|---|---|
| 09/22 | REFUND ANALYSIS SERVICE CHARGE COURTESY REFUND OF SERVICE FEE | $5.00 | |

### DAILY BALANCE SUMMARY       ACCOUNT NUMBER   ▮8898

| DATE | BALANCE |
|---|---|
| 09/22 | $0.00 |

*THANK YOU FOR BANKING WITH THE AMALGAMATED BANK.*
*WE APPRECIATE YOUR BUSINESS.*



## IMPORTANT INFORMATION ABOUT THIS ACCOUNT STATEMENT AND YOUR RIGHTS

1. **Review** at once. Notify the bank in writing within 30 days and we will correct the statement if we made an error. Please examine your statement of account regularly and report promptly any errors or irregularities in your account statement, or you may lose valuable rights. See the other legal terms and conditions applicable to your account for details about this and other time limitations regarding notice or irregularities. (This paragraph does not apply to electronic funds or wire transfers.)

2. **Electronic Funds Transfers under Regulation E (for Consumer accounts only):** In case of errors or questions about your Electronic Funds Transfers, call our Electronic Banking Group (EBG) at 800-662-0860 or write us **(Electronic Banking Group, Amalgamated Bank, 275 Seventh Avenue, New York, NY 10001)** as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

   We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Tell us:

   - Your name and account number.

   - The error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

   - The dollar amount of the suspected error.

   We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

   **Confirmation of Direct Deposit:** If you have arranged to have your account credited by regularly scheduled (at least once every 60 days) electronic funds transfers (for example, direct deposit of social security, pension or payroll) and need to confirm if the deposit was made, you can contact our call center at 800-662-0860.

3. **Wire Transfers:** In case of errors or if you have questions about particular wire transfer transactions, contact EBG at 800-662-0860.

4. **For all other inquiries:** Please contact our call center at 800-662-0860.

5. **NY State Banking Account Disclosure for Affordable Checking:**

   - There is no limit to the number of withdrawals permitted on this account.

   - Our fee for using non-Amalgamated, non-Allpoint® and international ATMs is $2.50 per transaction, including balance inquiry. Additional fees from other institutions may apply for non-Amalgamated, non-Allpoint® and international ATM transactions.

   - A withdrawal is deemed made when it is recorded on the bank's books, which may not necessarily be the actual date of the transaction.

## IMPORTANT INFORMATION ABOUT MONEY MARKET AND SAVINGS ACCOUNTS

There is no limit to the number of in-person deposits or withdrawals you can make to or from these accounts. Transfer limitations listed below are only applicable to Commercial accounts.

   - Transfers from **Savings Accounts** to another account or to third parties by preauthorized, automatic, telephone, or electronic transfers are limited to a combined total of six (6) per month. Federal regulations require that if you violate the above-described limitations, we may have to close or reclassify your account to a checking account.

   - Transfers from **Money Market Accounts** to another account or to third parties by preauthorized, automatic or telephone transfers are limited to a combined total of six (6) per month; transfers may be made by check, draft, Debit Card or similiar electronic means to third parties. Federal regulations require that if you violate the above-described limitations, we may have to close or reclassify your account to a checking account.

We reserve the right to require no fewer than 7 days' notice in writing before each withdrawal from an interest-bearing account other than a time deposit, or from any other savings account as defined by Regulation D. (The law requires us to reserve this right, but it is not our general policy to use it.)

## NOTIFY THE BANK IMMEDIATELY IN WRITING TO CHANGE OR CORRECT YOUR ADDRESS

**For branch listings, visit amalgamatedbank.com or call 800-662-0860.**

MEMBER FDIC    EQUAL HOUSING LENDER

| List outstanding checks | | |
|---|---|---|
| **Check Number** | **Amount** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | | |

| | | |
|---|---|---|
| | Enter present balance as shown on statement | $ |
| Plus: | Deposits made since statement date | $ |
| | Sub-total | $ |
| Less: | Total amounts of checks outstanding | $ |
| | Total | $ |
| | Balance checkbook as of month end | $ |
| | Less bank service charges | (-) |
| | Plus interest paid during month (if applicable) | (+) |
| | Total checkbook balances | $ |