Matter Trust Balance

**Trust Transactions**

**Trust Account:** 99  **Currency Code:** USD
**Matter:** 104802.00403   1110 KENNEBEC  **Client:** 104802   SAVESOLAR CORPORATION, INC.
**Intended Use:** General   General
**Intended Use Detail:**

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10,501.00 | 10,501.00 | | | FUNDS TRANSFERRED FROM W99 - SEE W99 FOR TRANSACTION DETAILS | | | 3513 | | Transfer | 12/11/2023 | ☐ |
| | 12/21/2023 | (250.00) | 10,251.00 | | --- UNITED STATES TRUSTEE / --- | SSC 1110 KENNEBEC MD LLC UST ACCOUNT NO. 9002300140 Q3 2023 UST FEES | 70691 | 19051 | | | DISB | 12/21/2023 | ☐ |