**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---:|
| In re: | **Case No. 23-00045 (ELG)** |
| **SaveSolar Corporation Inc.,** *et al.* | Reporting Period: October 1, 2023 through October 31, 2023 |
| Debtors | |

## MOR Cover Page Notes
### For the period 10/1/23 through 10/31/23

**Footnotes**

(a) - Per Sale Order entered in the Court on 7/28/2023 (Docket #0231), substantively all of Debtors' property were approved for sale, free and clear of all liens, claims, interests and encumbrances; as such, assets and liabilities are reported at zeros as of sale closing date on 8/1/2023, except for cash remained in the Trust Account(s), if applicable, per Post-Closing Cash Management Motion (Docket #0251).

(b) - Per Debtors' motion to authorize post-closing cash management entered in the Court (Docket #0251), SaveSolar Corporation, Inc.'s funds are managed by Debtors' counsel under the trust accounts "104802-00401" for depositing sale proceeds and "104802-00501" for general use.

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---:|
| In re: | **Case No. 23-00045 (ELG)** |
| **SaveSolar Corporation Inc.**, *et al.* | Reporting Period: October 1, 2023 through October 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1**
**Schedule of Cash Receipts and Disbursements**
For the period 10/1/23 through 10/31/23

| ACCOUNT NUMBER (LAST 4) | SaveSolar Corporation, Inc. Axos Bank x2362 | SaveSolar Corporation, Inc. Bank of America x4262 | SaveSolar Corporation, Inc. Axos Bank x2354 | SaveSolar Corporation, Inc. Trust Account (General) x00401 | SaveSolar Corporation, Inc. Trust Account (Sale Proceeds) x00501 | SaveSolar Corporation, Inc. Trust Account (Lumina Reserve) x00503 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---:|---:|---:|---:|---:|---:|---:|
| **CASH - BEGINNING OF MONTH** | ($ 260) | $ -- | $ 555 | $ 61,688 | $ 28,820 | $ 417,852 | 508,654 |
| **RECEIPTS** | | | | | | | |
| CASH SALES | - | - | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - | - | - |
| OTHER MISC. RECEIPTS | - | - | - | - | - | - | - |
| TRANSFERS *(FROM AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - | - | - | - |
| TRANSFERS *(FROM OTHER DEBTOR ACCOUNTS)* | - | - | - | - | - | - | - |
| **TOTAL RECEIPTS** | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **DISBURSEMENTS** | | | | | | | |
| NET PAYROLL | - | - | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | (554) | - | - | - | (554) |
| INVENTORY PURCHASES | - | - | - | - | - | - | - |
| SECURED/RENTAL/LEASES | - | - | - | - | - | - | - |
| INSURANCE | - | - | - | - | - | - | - |
| GENERAL & ADMINISTRATIVE | - | - | - | - | - | - | - |
| SELLING | - | - | - | - | - | - | - |
| OTHER MISC. EXPENSES | 260 | - | - | - | - | - | 260 |
| LOANS PAYMENT ON BEHALF OF AFFILIATE COMPANY ACCOUNTS | - | - | - | - | - | - | - |
| LOANS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - | - | - | - |
| TRANSFERS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - | - | - | - |
| INVESTMENT IN AFFILIATE | - | - | - | - | - | - | - |
| TRANSFERS *(TO OTHER DEBTOR ACCOUNTS)* | - | - | (1) | - | - | - | (1) |
| PROFESSIONAL FEES | - | - | - | - | (28,778) | - | (28,778) |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ 260 | $ - | $ (555) | $ - | $ (28,778) | $ - | (29,072) |
| | | | | | | | |
| **NET CASH FLOW (RECEIPTS - DISBURSEMENTS)** | $ 260 | $ - | $ (555) | $ - | $ (28,778) | $ - | $ (29,072) |
| | | | | | | | |
| **CASH - END OF MONTH** | $ - | $ - | $ - | $ 61,688 | $ 42 | $ 417,852 | $ 479,582 |

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | $ 29,072 |
| LESS: TRANSFERS TO OTHER DEBTORS OR AFFILIATES | (1) |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | $ 29,071 |

**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | Case No. 23-00045 (ELG) |
|---|---|
| **SaveSolar Corporation Inc.,** *et al.* | Reporting Period: October 1, 2023 through October 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1a**
**Bank Account Balances**
<u>For the period 10/1/23 through 10/31/23</u>

| Ref No. | Debtor Entity | Account Number | Bank | State / Country | Account Type | Account Description | Balance as of 10/31/2023 |
|---|---|---|---|---|---|---|---|
| 1 | SaveSolar Corporation, Inc. | XXXXX2362 | Axos Bank | CA / United States of America | DIP Account | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | $ - |
| 2 | SaveSolar Corporation, Inc. | XXXXX4262 | Bank of America | DE / United States of America | Checking | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | -- |
| 3 | SaveSolar Corporation, Inc. | XXXXX2354 | Axos Bank | CA / United States of America | DIP Account | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | -- |
| 4 | SaveSolar Corporation, Inc. | W99-104802.00401 | N/A | N/A | Trust Account - General | N/A | 61,688 |
| 5 | SaveSolar Corporation, Inc. | W99-104802.00501 | N/A | N/A | Trust Account - Sale Proceeds | N/A | 42 |
| 6 | SaveSolar Corporation, Inc. | W99-104802.00503 | N/A | N/A | Trust Account - Lumina Reserve | N/A | 417,852 |
| | | | | | | **Total** | **$ 479,582** |

**Bank Account Reconciliations & Cash Disbursements Journal**
The debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The debtors affirm that bank statements for all open and active bank accounts are retained by the debtors.

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00045 (ELG)** |
| **SaveSolar Corporation Inc.**, *et al.* | Reporting Period: October 1, 2023 through October 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 2**
**Income Statement**
For the period 10/1/23 through 10/31/23

|  | SaveSolar Corporation, Inc.<br>Case No. 23-00045 (ELG) |
|---|---:|
| Sales, net | $ -- |
| Overhead costs | -- |
| **Gross Profit** | **$ --** |
| | |
| <u>Expenses:</u> | |
| General and administrative expenses | (295) |
| **Total Expenses** | **(295)** |
| | |
| **Operating Profit / (Loss)** | **($ 295)** |
| | |
| Exchange gain or loss | -- |
| Interest Paid | -- |
| Origination Fees - ER | -- |
| Other miscellaneous expense | -- |
| Depreciation of assets | -- |
| Income/(expenses) for previous years | -- |
| Expected credit loss expense | -- |
| Restructuring Professional Fees | (28,778) |
| Gain/(Loss) on Sale of Assets | - |
| Provision for Income Taxes | - |
| **Net Income (Loss)** | **($ 29,072)** |

United States Bankruptcy Court
District of District of Columbia

| | |
|---|---|
| In re: | **Case No. 23-00045 (ELG)** |
| **SaveSolar Corporation Inc., *et al.*** | Reporting Period: October 1, 2023 through October 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 3**
**Balance Sheet**
For the period 10/1/23 through 10/31/23

| | SaveSolar Corporation, Inc. Case No. 23-00045 (ELG) |
|---|---:|
| Current Assets | |
| Cash | $ 450,509 |
| Accounts receivable, net | -- |
| Related party receivable | -- |
| **Total Current Assets** | **$ 450,509** |
| | |
| Non-Current Assets | |
| Property and Equipment, net | -- |
| Investment in subsidiary | -- |
| Prepaid expenses | -- |
| Security deposits | -- |
| **Total Non-Current Assets** | **-** |
| | |
| **Total Assets** | **450,509** |
| | |
| Current Liabilities | |
| Accounts payable and accrued expenses | -- |
| Current maturities of Short-term debt, net | -- |
| Related party payable | -- |
| Loan payable to Stockholders | -- |
| Short-term debt, less current maturities, net | - |
| **Total Current liabilities** | **-** |
| | |
| **Total Non-Current liabilities** | **-** |
| | |
| **Total Liabilities** | **-** |
| | |
| Members' Equity | (Deficit) | |
| Equity | 450,509 |
| **Total Members' Equity | (Deficit)** | **450,509** |
| | |
| **Total Liabilities And Members' Equity | (Deficit)** | **$ 450,509** |