

Date 10/31/23  Page 1
Primary Account ....2354

SAVESOLAR CORPORATION INC
Debtor in Possession,
Case 23-00045-ELG, Payroll
810 7TH STREET NE
WASHINGTON DC 20002

| Account Title: | SAVESOLAR CORPORATION INC<br>Debtor in Possession,<br>Case 23-00045-ELG, Payroll | |
|---|---|---|
| Commercial Checking | | Number of Enclosures 0 |
| Account Number | ....2354 | Statement Dates 10/02/23 thru 10/31/23 |
| Previous Balance | 554.59 | Days in the statement period 30 |
| 1 Deposits/Credits | 401.07 | Avg Daily Ledger 221.57 |
| 4 Checks/Debits | 955.66 | Avg Daily Collected 221.57 |
| Maintenance Fee | .00 | |
| Interest Paid | .00 | |
| Ending Balance | .00 | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/17 | Returned NSF Item Credit | 401.07 |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 10/06 | OPFL Tax    OPFL<br>CCD 091000013670177<br>OPFL | 152.52- |
| 10/17 | DIR DB RAD COMP OF MARYLAND<br>PPD 091000014984857<br>X | 401.07- |
| 10/17 | DIR DB RAD COMP OF MARYLAND<br>PPD 091000014984861 | 401.07- |



Date 10/31/23  Page 2
Primary Account ████2354

Commercial Checking  ████2354 (Continued)

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 10/23 | X INTERNAL TRANSFER REQUEST | 1.00- |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 10/02 | 554.59 | 10/17 | 1.00 |
| 10/06 | 402.07 | 10/23 | .00 |

*** END OF STATEMENT ***