

```
                                               Date 10/31/23           Page      1
                                               Primary Account            ████2362


     SAVESOLAR CORPORATION INC
      Debtor in Possession,
     Case 23-00045-ELG, Checking
     810 7TH STREET NE
     WASHINGTON DC 20002
```

| Account Title: | SAVESOLAR CORPORATION INC Debtor in Possession, Case 23-00045-ELG, Checking | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | ████2362 | Statement Dates 10/02/23 thru 10/31/23 | |
| Previous Balance | 260.00- | Days in the statement period | 30 |
| 3 Deposits/Credits | 285.00 | Avg Daily Ledger | 142.83- |
| 1 Checks/Debits | 25.00 | Avg Daily Collected | 142.83- |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 10/18 | Refund Account Analysis Charge August 2023 | 25.00 |
| 10/18 | Refund Account Analysis Charge September 2023 | 25.00 |
| 10/18 | Refund Account Analysis Charge July 2023 | 235.00 |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 10/13 | Account Analysis Charge | 25.00- |





Date 10/31/23  Page  2
Primary Account 2362

Commercial Checking         2362   (Continued)

| DAILY BALANCE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 10/02 | 260.00- | 10/13 | 285.00- | 10/18 | .00 |

*** END OF STATEMENT ***