**Trust Transactions**

    **Trust Account:** W99     **Currency Code:** USD

    **Matter:** 104802.00501     SAVESOLAR SALE PROCEEDS     **Client:** 104802     SAVESOLAR CORPORATION, INC.

    **Intended Use:** General     General

    **Intended Use Detail:**

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/7/2023 | | 28,819.76 | 28,819.76 | | BEN EDSON --- / --- | DEPOSIT WIRE FROM BEN EDSON.... .........SETTLEMENT PROCEEDS DEPOSIT WIRE FROM BEN EDSON.... .........SETTLEMENT PROCEEDS | 48501 --- | | | | WIRE | 8/7/2023 | ☐ |
| | 10/9/2023 | (28,777.84) | 41.92 | | --- COHNREZNICK CAPITAL MARKETS SECURITIES, LLC / --- | PARTIAL PAYMENT OF INVESTMENT BANKING FEES PER ORDER AT DOCKET #272 | | 68491 WIRECOHN REZNICK10 0923-2 | | | DISB | 10/9/2023 | ☐ |
| | | (41.92) | 0.00 | | | TRANSFER FUNDS FROM W99 TO 99 | | | 3525 | | Transfer | 12/14/2023 | ☐ |