**Trust Transactions**

**Trust Account:** W99  **Currency Code:** USD

**Matter:** 104802.00503    LUMINA RESERVE    **Client:** 104802    SAVESOLAR CORPORATION, INC.

**Intended Use:** General    General

**Intended Use Detail:**

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 417,851.97 | 417,851.97 | | | PER BRAD ENGLANDER........ PER SALE ORDER TRANSFER FROM MATTER 502 TO MATTER 503....TO FUND A RESERVE PER BRAD ENGLANDER........ PER SALE ORDER TRANSFER FROM MATTER 502 TO MATTER 503....TO FUND A RESERVE | | | 3362 | | Transfer | 8/7/2023 | ☐ |
| | 11/17/2023 | (372,190.14) | 45,661.83 | WIRE111723 | --- COHNREZNICK LLP / --- | COMPENSATION AND REIMBURSEMENT OF EXPENSES | | 69170 WIRE111723 | | | DISB | 11/17/2023 | ☐ |
| | | (45,661.83) | 0.00 | | | TRANSFER FUNDS FROM W99 TO 99 | | | 3513 | | Transfer | 12/11/2023 | ☐ |