**Trust Transactions**

    **Trust Account:** W99      **Currency Code:** USD

    **Matter:** 104802.00502    ALPHA HOLDCO SALE PROCEEDS    **Client:** 104802    SAVESOLAR CORPORATION, INC.

    **Intended Use:** General    General

    **Intended Use Detail:**

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc / Rcpt Doc | Received From / Paid To / Drawn By | Comment / Narrative | Rcpt Index / Rcpt Num | Disb Index / Chk Num | Transfer Index | Adj Index / Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/7/2023 | | 6,550,000.00 | 6,550,000.00 | | WIRE BEN EDSON --- / --- | DEPOSIT WIRE FROM BEN EDSON.... ......SETTLEMENT PROCEEDS DEPOSIT WIRE FROM BEN EDSON.... ......SETTLEMENT PROCEEDS | 48500 --- | | | | WIRE | 8/7/2023 | ☐ |
| | | (167,467.01) | 6,382,532.99 | ACHA080723 | --- --- / --- | DISTRIBUTION OF SALE PROCEEDS PURSUANT TO COURT ORDER | | 67603 --- | | | DISB | 8/7/2023 | ☑ |
| | 8/7/2023 | (4,500,000.00) | 1,882,532.99 | WIRE080723 | --- LEYLINE REWABLE CAPITAL, LLC / --- | DISTRIBUTION OF SALE PROCEEDS PURSUANT TO COURT ORDER | | 67604 WIRE080723 | | | DISB | 8/7/2023 | ☐ |
| | 8/7/2023 | (167,467.01) | 1,715,065.98 | WIREA0807 23 | --- DE LAGE LANDEN FINANCIAL SERVICES, INC. / --- | DISTRIBUTION OF SALE PROCEEDS PURSUANT TO COURT ORDER | | 67605 WIREA0807 23 | | | DISB | 8/7/2023 | ☐ |
| | 8/7/2023 | (15,658.50) | 1,699,407.48 | ACHB080723 | --- SSM GROUP / --- | DISTRIBUTION OF SALE PROCEEDS PURSUANT TO COURT ORDER | | 67606 ACHB080723 | | | DISB | 8/7/2023 | ☐ |
| | 8/7/2023 | (21,457.14) | 1,677,950.34 | WIREB0807 23 | --- PONDECA INDUSTRIES INC / --- | DISTRIBUTION OF SALE PROCEEDS PURSUANT TO COURT ORDER | | 67607 WIREB0807 23 | | | DISB | 8/7/2023 | ☐ |
| | 8/7/2023 | (260,181.04) | 1,417,769.30 | WIREC0807 23 | --- LUMINA SOLAR, | DISTRIBUTION OF SALE PROCEEDS | | 67608 WIREC0807 | | | DISB | 8/7/2023 | ☐ |

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | INC / --- | PURSUANT TO COURT ORDER | | 23 | | | | | ☐ |
| | 8/7/2023 | (170,565.67) | 1,247,203.63 | WIRED080723 | --- RER ENERGY GROUP LLC / --- | DISTRIBUTION OF SALE PROCEEDS PURSUANT TO COURT ORDER | | 67609 WIRED080723 | | | DISB | 8/7/2023 | ☐ |
| | | (417,851.97) | 829,351.66 | | | PER BRAD ENGLANDER........PER SALE ORDER TRANSFER FROM MATTER 502 TO MATTER 503....TO FUND A RESERVE PER BRAD ENGLANDER........PER SALE ORDER TRANSFER FROM MATTER 502 TO MATTER 503....TO FUND A RESERVE | | | 3362 | | Transfer | 8/7/2023 | ☐ |
| | 8/8/2023 | (63,628.64) | 765,723.02 | USELECTGRICAL8823 | --- U.S. ELECTRICAL SERVICES / --- | DISBURSE WIRE TO U.S. ELECTRICAL SERVICES...... DISTRIBUTION OF SALES PROCEEDS PURSUANT TO COURT ORDER | | 67623 USELECTRICAL8823 | | | DISB | 8/8/2023 | ☐ |
| | | 167,467.01 | 933,190.03 | ACHA080723 | --- --- / --- | DISTRIBUTION OF SALE PROCEEDS PURSUANT TO COURT ORDER | | 67624 --- | | | DISB | 8/7/2023 | ☐ |
| | 10/9/2023 | (114,750.00) | 818,440.03 | | --- COHNREZNICK CAPITAL MARKETS SECURITIES, LLC / --- | PARTIAL PAYMENT OF INVESTMENT BANKING FEES PER ORDER AT DOCKET #272 | | 68492 WIRECOHNREZNICK100923-1 | | | DISB | 10/9/2023 | ☐ |
| | 10/10/2023 | (7,175.16) | 811,264.87 | WIRECOHN | --- | PAY COURT | | 68515 | | | DISB | 10/10/2023 | ☐ |

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc / Rcpt Doc | Received From / Paid To / Drawn By | Comment / Narrative | Rcpt Index / Rcpt Num | Disb Index / Chk Num | Transfer Index | Adj Index / Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | REZNICK10 1023-3 | COHNREZNICK CAPITAL MARKETS SECURITIES, LLC / --- | APPROVED COST REIMBURSEMENT | | WIRECOHN REZNICK10 1023 | | | | | |
| ☑ | | (100,000.00) | 711,264.87 | BTF111723 | --- / --- | APPLY TO FEES / DISBURSEMENTS | | 69171 --- | | | DISB | 11/17/2023 | ☑ |
| | 11/17/2023 | (674,777.83) | 36,487.04 | BTG111723 | --- WHITEFORD TAYLOR AND PRESTON / --- | APPLY TO FEES / DISBURSEMENTS | | 69172 BTG111723 | | | DISB | 11/17/2023 | ☐ |
| | | 100,000.00 | 136,487.04 | BTF111723 | --- / --- | APPLY TO FEES / DISBURSEMENTS | | 69218 --- | | | DISB | 11/17/2023 | ☐ |
| | | (136,487.04) | 0.00 | | | TRANSFER FUNDS FROM W99 TO 99 | | | 3513 | | Transfer | 12/11/2023 | ☐ |