Matter Trust Balance

**Trust Transactions**

**Trust Account:** W99  **Currency Code:** USD

**Matter:** 104802.00411    2501 N    **Client:** 104802    SAVESOLAR CORPORATION, INC.

**Intended Use:** General    General

**Intended Use Detail:**

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/2023 | | 5,856.50 | 5,856.50 | | SSC 2501 N DC --- / --- | DEPOSIT FROM SSC 2501 N DC....... SETTLEMENT PROCEEDS DEPOSIT FROM SSC 2501 N DC....... SETTLEMENT PROCEEDS | 48491 --- | | | | WIRE | 8/1/2023 | ☐ |
| | | (5,856.50) | 0.00 | | | TRANSFER FUNDS FROM W99 TO 99 | | | 3536 | | Transfer | 12/14/2023 | ☐ |