**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00144 (ELG)** |
| **SSC 1321 Fifth DC, LLC** | Reporting Period: October 1, 2023 through October 31, 2023 |
| Debtors | |

## MOR Cover Page Notes
### For the period 10/1/23 through 10/31/23

**Footnotes**

(a) - Per Sale Order entered in the Court on 7/28/2023 (Docket #0231), substantively all of Debtors' property were approved for sale, free and clear of all liens, claims, interests and encumbrances; as such, assets and liabilities are reported at zeros as of sale closing date on 8/1/2023, except for cash remained in the Trust Account(s), if applicable, per Post-Closing Cash Management Motion (Docket #0251).

United States Bankruptcy Court
District of District of Columbia

| In re: | Case No. 23-00144 (ELG) |
|---|---|
| SSC 1321 Fifth DC, LLC | Reporting Period: October 1, 2023 through October 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1**
**Schedule of Cash Receipts and Disbursements**
For the period 10/1/23 through 10/31/23

| ACCOUNT NUMBER (LAST 4) | SSC 1321 Fifth DC, LLC Amalgamated Bank x7893 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|
| **CASH - BEGINNING OF MONTH** | $ -- | $ -- |
| **RECEIPTS** | | |
| CASH SALES | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - |
| LOANS AND ADVANCES | - | - |
| SALE OF ASSETS | - | - |
| OTHER MISC. RECEIPTS | - | - |
| TRANSFERS *(FROM AFFILIATE COMPANY ACCOUNTS)* | - | - |
| TRANSFERS *(FROM OTHER DEBTOR ACCOUNTS)* | - | - |
| **TOTAL RECEIPTS** | $ - | $ - |
| **DISBURSEMENTS** | | |
| NET PAYROLL | - | - |
| PAYROLL TAXES | - | - |
| SALES, USE, & OTHER TAXES | - | - |
| INTERCONNECTION COSTS | - | - |
| SECURED/RENTAL/LEASES | - | - |
| INSURANCE | - | - |
| GENERAL & ADMINISTRATIVE | - | - |
| SELLING | - | - |
| OTHER MISC. EXPENSES | - | - |
| LOANS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - |
| TRANSFERS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - |
| INVESTMENT IN AFFILIATE | - | - |
| TRANSFERS *(TO OTHER DEBTOR ACCOUNTS)* | - | - |
| PROFESSIONAL FEES | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - |
| COURT COSTS | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ - |
| | | |
| **NET CASH FLOW (RECEIPTS - DISBURSEMENTS)** | $ - | $ - |
| | | |
| **CASH - END OF MONTH** | $ - | $ -- |

**THE FOLLOWING SECTION MUST BE COMPLETED**

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $ - |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTORS OR AFFILIATES | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY THE OWNER | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | $ - |

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---:|
| In re: | **Case No. 23-00144 (ELG)** |
| **SSC 1321 Fifth DC, LLC** | Reporting Period: October 1, 2023 through October 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1a**
**Bank Account Balances**
For the period 10/1/23 through 10/31/23

| Ref No. | Debtor Entity | Account Number | Bank | State / Country | Account Type | Account Description | Balance as of 10/31/2023 |
|---|---|---|---|---|---|---|---|
| 1 | SSC 1321 Fifth DC, LLC | XXXXX7893 | Amalgamated Bank | NY / United States of America | Checking | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | -- |
| | | | | | | **Total** | **$ --** |

**Bank Account Reconciliations & Cash Disbursements Journal**
The debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The debtors affirm that bank statements for all open and active bank accounts are retained by the debtors.

Case 23-00045-ELG    Doc 325-1    Filed 01/24/24    Entered 01/24/24 18:33:46    Desc
Appendix    Page 4 of 5

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00144 (ELG)** |
| **SSC 1321 Fifth DC, LLC** | Reporting Period: October 1, 2023 through October 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 2**
**Income Statement**
For the period 10/1/23 through 10/31/23

| | **SSC 1321 Fifth DC, LLC** |
|---|---|
| | **Case No. 23-00144 (ELG)** |
| Sales, net | $ -- |
| Overhead costs | -- |
| **Gross Profit** | **$ --** |
| | |
| Expenses: | |
| General and administrative expenses | -- |
| **Total Expenses** | **-** |
| | |
| **Operating Profit / (Loss)** | **$ --** |
| | |
| Exchange gain or loss | -- |
| Interest Paid | -- |
| Origination Fees - ER | -- |
| Other miscellaneous expense | -- |
| Depreciation of assets | -- |
| Income/(expenses) for previous years | -- |
| Expected credit loss expense | -- |
| Gain/(Loss) on Sale of Assets | -- |
| Provision for Income Taxes | - |
| **Net Income (Loss)** | **$ --** |

United States Bankruptcy Court
District of District of Columbia

| | |
|---|---|
| In re: | Case No. 23-00144 (ELG) |
| SSC 1321 Fifth DC, LLC | Reporting Period: October 1, 2023 through October 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 3**
**Balance Sheet**
For the period 10/1/23 through 10/31/23

|  | SSC 1321 Fifth DC, LLC<br>Case No. 23-00144 (ELG) |
|---|---|
| Current Assets | |
| Cash | $ -- |
| Accounts receivable, net | -- |
| Related party receivable | -- |
| **Total Current Assets** | **$ --** |
| | |
| Non-Current Assets | |
| Property and Equipment, net | -- |
| Investment in subsidiary | -- |
| Prepaid expenses | -- |
| Security deposits | -- |
| **Total Non-Current Assets** | **-** |
| | |
| **Total Assets** | **$ --** |
| | |
| Current Liabilities | |
| Accounts payable and accrued expenses | -- |
| Current maturities of Short-term debt, net | -- |
| Related party payable | -- |
| Loan payable to Stockholders | -- |
| Short-term debt, less current maturities, net | - |
| **Total Current liabilities** | **-** |
| | |
| **Total Non-Current liabilities** | **-** |
| | |
| **Total Liabilities** | **-** |
| | |
| Members' Equity | (Deficit) | |
| Equity | -- |
| **Total Members' Equity | (Deficit)** | **-** |
| | |
| **Total Liabilities And Members' Equity | (Deficit)** | **$ --** |