Matter Trust Balance

**Trust Transactions**

**Trust Account:** W99  
**Matter:** 104802.00403    1110 KENNEBEC  
**Intended Use:** General    General  
**Currency Code:** USD  
**Client:** 104802    SAVESOLAR CORPORATION, INC.  

**Intended Use Detail:**

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/2023 | | 10,501.00 | 10,501.00 | | WIRE SSC 1110 KENNEBEC --- / --- | DEPOSIT FROM SSC 1110 KENNEBEC........ SETTLEMENT PROCEEDS DEPOSIT FROM SSC 1110 KENNEBEC........ SETTLEMENT PROCEEDS | 48488 --- | | | | WIRE | 8/1/2023 | ☐ |
| | | (10,501.00) | 0.00 | | | TRANSFER FUNDS FROM W99 TO 99 | | | 3513 | | Transfer | 12/11/2023 | ☐ |