Bradford F. Englander (Bar No. 428617)
**WHITEFORD TAYLOR & PRESTON LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone: (703) 280-9081
e-mail: benglander@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Case no. 23-00045-ELG |
| | ) | |
| SAVESOLAR CORPORATION, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND SUPPLEMENTAL DECLARATION OF
BRADFORD F. ENGLANDER PURSUANT TO BANKRUPTCY RULE 2014
REGARDING WHITEFORD, TAYLOR & PRESTON, LLP AS
COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

I, Bradford F. Englander, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a partner of the firm of Whiteford, Taylor & Preston, LLP ("Whiteford"), which maintains offices for the practice of law at 3190 Fairview Park Drive, Suite 800, Virginia 22042. I am an attorney-at-law, duly admitted and in good standing to practice in District of Columbia, the United States Bankruptcy Court for the District of Columbia, and the United States District Court for the District of Columbia, as well as the bars of the State of California, the State of Maryland, and the Commonwealth of Virginia. I submit this supplemental declaration (the "Supplemental Declaration") in connection with the Whiteford's engagement as counsel for the debtors and debtors in possession in the above-captioned cases (together, the "Debtors") to supplement the disclosures required under section 327 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

2. I am duly authorized to make this Supplemental Declaration on behalf of Whiteford. Unless otherwise stated in this Supplemental Declaration, I have personal knowledge

of the facts hereinafter set forth. To the extent any information disclosed herein requires amendment or modification upon the Whiteford's completion of further analysis or as additional information becomes available, a further supplemental declaration will be submitted to the Court reflecting such amended or modified information.

3. On February 9, 2024, I was contacted by a representative of an entity known as Kaye Stern regarding leases that SaveSolar reportedly entered into with certain of Kaye Stern's affiliates in 2019 or thereabout. The affiliated entities of Kaye Stern are: (a) 4020 S. Capitol LLC; (b) 1850 U, LLC; and (c) 3984 Penn, LLC.

4. Kaye Stern and certain of its affiliates (excluding those listed in paragraph 3) are former clients of Whiteford. The scope of the former engagements are unrelated to SaveSolar, or to the affiliated entities of Kaye Stern mentioned in paragraph 3, above. Whiteford is not currently representing Kaye Stern or any of its affiliates in any matters.

5. I do not consider this a conflict of interest or a circumstance that implicates Whiteford's status as a disinterest professional in the Debtors' bankruptcy cases. I am making this disclosure of a potential connection to the extent disclosure may be required pursuant to Bankruptcy Rule 2014.

Dated: February 26, 2024
Lexington, Virginia

*/s/ Bradford F. Englander*
Bradford F. Englander

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby, and by first class United States Mail, postage prepaid, on all parties listed in the Master Service List prepared and maintained in accordance with Article VI of the Court's Complex Case Procedures.

*/s/ Bradford F. Englander*
Bradford F. Englander