**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---:|
| In re: | Case No. 23-00045 (ELG) |
| **SaveSolar Corporation Inc., *et al.*** | Reporting Period: November 1, 2023 through November 30, 2023 |
| Debtors | |

## MOR Cover Page Notes
### For the period 11/1/23 through 11/30/23

**Footnotes**

(a) - Per Sale Order entered in the Court on 7/28/2023 (Docket #0231), substantively all of Debtors' property were approved for sale, free and clear of all liens, claims, interests and encumbrances; as such, assets and liabilities are reported at zeros as of sale closing date on 8/1/2023, except for cash remained in the Trust Account(s), if applicable, per Post-Closing Cash Management Motion (Docket #0251).

(b) - Per Debtors' motion to authorize post-closing cash management entered in the Court (Docket #0251), SaveSolar Corporation, Inc.'s funds are managed by Debtors' counsel under the trust accounts "104802-00401" for depositing sale proceeds and "104802-00501" for general use.

(c) - The Debtors have endeavored to obtain and submit bank statements for all accounts. Despite the Debtors' efforts, some accounts were closed administratively and the banks have not uniformly provided copies of all bank statements. The Debtors have not used the bank accounts for any transactions, except as reflected in the bank and account statements attached as exhibits to the operating reports. To the best of the Debtors' knowledge, the only activity that would be shown on the missing statements may be bank fees. The Debtors will continue their efforts to obtain and supply all relevant bank statements.

(d) - The Court has allowed and approved payment of professional fees and costs as follows: CRC: Pursuant to order entered October 4, 2023 (clerk's docket no. 272), the Court allowed final compensation and payment to CohnReznick Capital Markets Securities, LLC ("CRC") in the amount of $22,000.00 against SaveSolar Corporation, Inc. ("SaveSolar") for fees in connection with the DIP loan; $33,250 against SaveSolar with respect to the First Sale Transaction; $229,250.00 against SaveSolar Alpha Holdco, LLC ("Alpha Holdco") in connection with the First Sale Transaction; upon receipt of the final installment of the purchase price, another $35,000.00 against Alpha Holdco; an expense reimbursement in the amount $902.84 against SaveSolar; and an expense reimbursement in the amount of $7,175.16 against Alpha Holdco. The final installment of the purchase price was received in December, 2023. In the aggregate, SaveSolar has paid $56,649.84 , and Alpha Holdco has paid $236,425.16, to CRC pursuant to such order. Whiteford: Pursuant to order entered November 17, 2023 (clerk's docket no. 289), the Court allowed interim compensation and payment to Whiteford Taylor & Preston LLP ("Whiteford") in the amount of $997,849.35 against the Debtors jointly and severally for fees; $1,958.40 against SaveSolar for fees; $1,789.65 against Alpha Holdco for fees' $29,511.39 against the Debtors jointly and severally for reimbursement of expenses; and $225.28 against SaveSolar for reimbursement of expenses. In the aggregate, SaveSolar has paid $2,183.68 , Alpha Holdco has paid $829,150.39 and $100,000 was paid from the retainer held by Whiteford pursuant to such order. CohnReznick: Pursuant to order entered November 17, 2023 (clerk's docket no. 290), the Court allowed interim compensation and payment to CohnReznick LLP ("CohnReznick") in the amount of $435,575.25 against the Debtors jointly and severally for fees; and $2,295.50 against the Debtors jointly and severally for expenses. In the aggregate, SaveSolar has paid $372,190.14 and Alpha Holdco has paid $45,680.61 pursuant to such order."

**United States Bankruptcy Court**
**District of District of Columbia**

In re:                                                                                                             Case No. 23-00045 (ELG)
SaveSolar Corporation Inc., *et al.*                          Reporting Period: November 1, 2023 through November 30, 2023
Debtors

**Supporting Documentation to MOR - 1**
**Schedule of Cash Receipts and Disbursements**
**For the period 11/1/23 through 11/30/23**

| ACCOUNT NUMBER (LAST 4) | SaveSolar Corporation, Inc. Axos Bank x2362 | SaveSolar Corporation, Inc. Bank of America x4262 | SaveSolar Corporation, Inc. Axos Bank x2354 | SaveSolar Corporation, Inc. Trust Account (General) x00401 | SaveSolar Corporation, Inc. Trust Account (Sale Proceeds) x00501 | SaveSolar Corporation, Inc. Trust Account (Lumina Reserve) x00503 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|---|---|
| **CASH - BEGINNING OF MONTH** | $ - | $ - | $ - | $ 61,688 | $ 42 | $ 417,852 | $ 479,582 |
| **RECEIPTS** | | | | | | | - |
| CASH SALES | - | - | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - | - | - |
| OTHER MISC. RECEIPTS | - | - | - | - | - | - | - |
| TRANSFERS *(FROM AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - | - | - | - |
| TRANSFERS *(FROM OTHER DEBTOR ACCOUNTS)* | - | - | - | - | - | - | - |
| **TOTAL RECEIPTS** | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **DISBURSEMENTS** | | | | | | | - |
| NET PAYROLL | - | - | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | (750) | - | - | (750) |
| INVENTORY PURCHASES | - | - | - | - | - | - | - |
| SECURED/RENTAL/LEASES | - | - | - | - | - | - | - |
| INSURANCE | - | - | - | - | - | - | - |
| GENERAL & ADMINISTRATIVE | - | - | - | - | - | - | - |
| SELLING | - | - | - | - | - | - | - |
| OTHER MISC. EXPENSES | - | - | - | - | - | - | - |
| LOANS PAYMENT ON BEHALF OF AFFILIATE COMPANY ACCOUNTS | - | - | - | - | - | - | - |
| LOANS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - | - | - | - |
| TRANSFERS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - | - | - | - |
| INVESTMENT IN AFFILIATE | - | - | - | - | - | - | - |
| TRANSFERS *(TO OTHER DEBTOR ACCOUNTS)* | - | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | (1,856) | - | (372,190) | (374,046) |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ - | $ - | $ (2,606) | $ - | $ (372,190) | $ (374,796) |
| | | | | | | | |
| **NET CASH FLOW (RECEIPTS - DISBURSEMENTS)** | $ - | $ - | $ - | $ (2,606) | $ - | $ (372,190) | $ (374,796) |
| | | | | | | | |
| **CASH - END OF MONTH** | $ - | $ - | $ - | $ 59,082 | $ 42 | $ 45,662 | $ 104,785 |

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ 374,796 |
| LESS: TRANSFERS TO OTHER DEBTORS OR AFFILIATES | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | $ 374,796 |

**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | Case No. 23-00045 (ELG) |
|---|---|
| **SaveSolar Corporation Inc.,** *et al.* | Reporting Period: November 1, 2023 through November 30, 2023 |
| Debtors | |

## Supporting Documentation to MOR - 1a
## Bank Account Balances
### For the period 11/1/23 through 11/30/23

| Ref No. | Debtor Entity | Account Number | Bank | State / Country | Account Type | Account Description | Balance as of 11/30/2023 |
|---|---|---|---|---|---|---|---|
| 1 | SaveSolar Corporation, Inc. | XXXXX2362 | Axos Bank | CA / United States of America | DIP Account | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | $ - |
| 2 | SaveSolar Corporation, Inc. | XXXXX4262 | Bank of America | DE / United States of America | Checking | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | -- |
| 3 | SaveSolar Corporation, Inc. | XXXXX2354 | Axos Bank | CA / United States of America | DIP Account | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | -- |
| 4 | SaveSolar Corporation, Inc. | W99-104802.00401 | N/A | N/A | Trust Account - General | N/A | 59,082 |
| 5 | SaveSolar Corporation, Inc. | W99-104802.00501 | N/A | N/A | Trust Account - Sale Proceeds | N/A | 42 |
| 6 | SaveSolar Corporation, Inc. | W99-104802.00503 | N/A | N/A | Trust Account - Lumina Reserve | N/A | 45,662 |
| | | | | | | **Total** | **$ 104,785** |

**Bank Account Reconciliations & Cash Disbursements Journal**
The debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The debtors affirm that bank statements for all open and active bank accounts are retained by the debtors.

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00045 (ELG)** |
| **SaveSolar Corporation Inc., *et al.*** | Reporting Period: November 1, 2023 through November 30, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 2**
**Income Statement**
For the period 11/1/23 through 11/30/23

| | SaveSolar Corporation, Inc. Case No. 23-00045 (ELG) |
|---|---:|
| Sales, net | $ -- |
| Overhead costs | -- |
| **Gross Profit** | **$ --** |
| | |
| Expenses: | |
| General and administrative expenses | (750) |
| **Total Expenses** | **(750)** |
| | |
| **Operating Profit / (Loss)** | **($ 750)** |
| | |
| Exchange gain or loss | -- |
| Interest Paid | -- |
| Origination Fees - ER | -- |
| Other miscellaneous expense | -- |
| Depreciation of assets | -- |
| Income/(expenses) for previous years | -- |
| Expected credit loss expense | -- |
| Restructuring Professional Fees | (374,046) |
| Gain/(Loss) on Sale of Assets | - |
| Provision for Income Taxes | - |
| **Net Income (Loss)** | **($ 374,796)** |

United States Bankruptcy Court
District of District of Columbia

| | |
|---|---|
| In re: | **Case No. 23-00045 (ELG)** |
| **SaveSolar Corporation Inc., *et al.*** | Reporting Period: November 1, 2023 through November 30, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 3**
**Balance Sheet**
For the period 11/1/23 through 11/30/23

| | **SaveSolar Corporation, Inc.**<br>**Case No. 23-00045 (ELG)** |
|---|---:|
| <u>Current Assets</u> | |
| Cash | $ 104,785 |
| Accounts receivable, net | -- |
| Related party receivable | -- |
| **Total Current Assets** | **$ 104,785** |
| | |
| <u>Non-Current Assets</u> | |
| Property and Equipment, net | -- |
| Investment in subsidiary | -- |
| Prepaid expenses | -- |
| Security deposits | -- |
| **Total Non-Current Assets** | **-** |
| | |
| **Total Assets** | **104,785** |
| | |
| <u>Current Liabilities</u> | |
| Accounts payable and accrued expenses | -- |
| Current maturities of Short-term debt, net | -- |
| Related party payable | -- |
| Loan payable to Stockholders | -- |
| Short-term debt, less current maturities, net | - |
| **Total Current liabilities** | **-** |
| | |
| **Total Non-Current liabilities** | **-** |
| | |
| **Total Liabilities** | **-** |
| | |
| <u>Members' Equity | (Deficit)</u> | |
| Equity | 104,785 |
| **Total Members' Equity | (Deficit)** | **104,785** |
| | |
| **Total Liabilities And Members' Equity | (Deficit)** | **$ 104,785** |

**Trust Transactions**

**Trust Account:** W99  
**Currency Code:** USD  
**Matter:** 104802.00401    SAVESOLAR CORPORATION    **Client:** 104802    SAVESOLAR CORPORATION, INC.  
**Intended Use:** General    General  
**Intended Use Detail:**

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 62,408.31 | 62,408.31 | | | DEPOSIT FROM SAVESOLAR........ SETTLEMENT PROCEEDS..... RECEIVED 7/31/23 DEPOSIT FROM SAVESOLAR........ SETTLEMENT PROCEEDS..... RECEIVED 7/31/23 | | | 3361 | | Transfer | 7/31/2023 | ☐ |
| 8/1/2023 | | 13.69 | 62,422.00 | | SSC SUBSCRIBER SERVICES --- / --- | DEPOSIT FROM SSC SUBSCRIBER.......... SETTLEMENT PROCEEDS DEPOSIT FROM SSC SUBSCRIBER.......... SETTLEMENT PROCEEDS | 48490 --- | | | | WIRE | 8/1/2023 | ☐ |
| | 8/17/2023 | (734.37) | 61,687.63 | WIRE081723 | --- SAVESOLAR CORPORATION, INC. / --- | PARTIAL RETURN OF FUNDS PREVIOUSLY TRANSFERRED TO WHITEFORD CLIENT TRUST ACCOUNT TO PERMIT PAYMENT OF EMPLOYMENTS TAXES | | 67769 WIRE081723 | | | DISB | 8/17/2023 | ☐ |
| | 11/6/2023 | (750.00) | 60,937.63 | | --- DISTRICT OF COLUMBIA / --- | 2022 Gross Receipts Tax for SaveSolar Corporation, Inc. | | 68928 14163 | | | DISB | 11/6/2023 | ☐ |
| | 11/17/2023 | (1,856.13) | 59,081.50 | BTI111723 | --- WHITEFORD | APPLY TO FEES / DISBURSEMENTS | | 69174 BTI111723 | | | DISB | 11/17/2023 | ☐ |

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc / Rcpt Doc | Received From / Paid To / Drawn By | Comment / Narrative | Rcpt Index / Rcpt Num | Disb Index / Chk Num | Transfer Index | Adj Index / Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (59,081.50) | 0.00 | | TAYLOR AND PRESTON / --- | TRANSFER FUNDS FROM W99 TO 99 | | | 3513 | | Transfer | 12/11/2023 | ☐ |

**Trust Transactions**

**Trust Account:** W99  
**Currency Code:** USD  
**Matter:** 104802.00501    SAVESOLAR SALE PROCEEDS    **Client:** 104802    SAVESOLAR CORPORATION, INC.  
**Intended Use:** General    General  
**Intended Use Detail:**

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/7/2023 | | 28,819.76 | 28,819.76 | | BEN EDSON --- / --- | DEPOSIT WIRE FROM BEN EDSON.............SETTLEMENT PROCEEDS DEPOSIT WIRE FROM BEN EDSON.............SETTLEMENT PROCEEDS | 48501 --- | | | | WIRE | 8/7/2023 | ☐ |
| | 10/9/2023 | (28,777.84) | 41.92 | | --- COHNREZNICK CAPITAL MARKETS SECURITIES, LLC / --- | PARTIAL PAYMENT OF INVESTMENT BANKING FEES PER ORDER AT DOCKET #272 | | 68491 WIRECOHNREZNICK100923-2 | | | DISB | 10/9/2023 | ☐ |
| | | (41.92) | 0.00 | | | TRANSFER FUNDS FROM W99 TO 99 | | | 3525 | | Transfer | 12/14/2023 | ☐ |

12/14/2023 4:24 PM

1 of 1

**Trust Transactions**

**Trust Account:** W99    **Currency Code:** USD

**Matter:** 104802.00503    LUMINA RESERVE    **Client:** 104802    SAVESOLAR CORPORATION, INC.

**Intended Use:** General    General

**Intended Use Detail:**

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 417,851.97 | 417,851.97 | | | PER BRAD ENGLANDER........ PER SALE ORDER TRANSFER FROM MATTER 502 TO MATTER 503....TO FUND A RESERVE PER BRAD ENGLANDER........ PER SALE ORDER TRANSFER FROM MATTER 502 TO MATTER 503....TO FUND A RESERVE | | | 3362 | | Transfer | 8/7/2023 | ☐ |
| | 11/17/2023 | (372,190.14) | 45,661.83 | WIRE111723 | --- COHNREZNICK LLP / --- | COMPENSATION AND REIMBURSEMENT OF EXPENSES | | 69170 WIRE111723 | | | DISB | 11/17/2023 | ☐ |
| | | (45,661.83) | 0.00 | | | TRANSFER FUNDS FROM W99 TO 99 | | | 3513 | | Transfer | 12/11/2023 | ☐ |