**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00141 (ELG)** |
| **SSC 3233 Fifteenth DC, LLC** | Reporting Period: November 1, 2023 through November 30, 2023 |
| Debtors | |

**MOR Cover Page Notes**
**For the period 11/1/23 through 11/30/23**

**Footnotes**

 (a) - Per Sale Order entered in the Court on 7/28/2023 (Docket #0231), substantively all of Debtors' property were approved for sale, free and clear of all liens, claims, interests and encumbrances;  as such, assets and liabilities are reported at zeros as of sale closing date on 8/1/2023, except for cash remained in the Trust Account(s), if applicable, per Post-Closing Cash Management Motion (Docket #0251).

(b) -The Debtors have endeavored to obtain and submit bank statements for all accounts.  Despite the Debtors' efforts, some accounts were closed administratively and the banks have not uniformly provided copies of all bank statements.  The Debtors have not used the bank accounts for any transactions, except as reflected in the bank and account statements attached as exhibits to the operating reports.  To the best of the Debtors' knowledge, the only activity that would be shown on the missing statements may be bank fees.  The Debtors will continue their efforts to obtain and supply all relevant bank statements.

(c) - The Court has allowed and approved payment of professional fees and costs as follows: CRC:  Pursuant to order entered October 4, 2023 (clerk's docket no. 272), the Court allowed final compensation and payment to CohnReznick Capital Markets Securities, LLC ("CRC") in the amount of $22,000.00 against SaveSolar Corporation, Inc. ("SaveSolar") for fees in connection with the DIP loan; $33,250 against SaveSolar with respect to the First Sale Transaction; $229,250.00 against SaveSolar Alpha Holdco, LLC ("Alpha Holdco") in connection with the First Sale Transaction; upon receipt of the final installment of the purchase price, another $35,000.00 against Alpha Holdco; an expense reimbursement in the amount $902.84 against SaveSolar; and an expense reimbursement in the amount of $7,175.16 against Alpha Holdco.  The final installment of the purchase price was received in December, 2023.  In the aggregate, SaveSolar has paid $56,649.84 , and Alpha Holdco has paid $236,425.16, to CRC pursuant to such order. Whiteford:  Pursuant to order entered November 17, 2023 (clerk's docket no. 289), the Court allowed interim compensation and payment to Whiteford Taylor & Preston LLP ("Whiteford") in the amount of $997,849.35 against the Debtors jointly and severally for fees; $1,958.40 against SaveSolar for fees; $1,789.65 against Alpha Holdco for fees' $29,511.39 against the Debtors jointly and severally for reimbursement of expenses; and $225.28 against SaveSolar for reimbursement of expenses.  In the aggregate, SaveSolar has paid $2,183.68 , Alpha Holdco has paid $829,150.39 and $100,000 was paid from the retainer held by Whiteford pursuant to such order. CohnReznick:  Pursuant to order entered November 17, 2023 (clerk's docket no. 290), the Court allowed interim compensation and payment to CohnReznick LLP ("CohnReznick") in the amount of $435,575.25 against the Debtors jointly and severally for fees; and $2,295.50 against the Debtors jointly and severally for expenses.  In the aggregate, SaveSolar has paid $372,190.14 and Alpha Holdco has paid $45,680.61 pursuant to such order."

**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | Case No. 23-00141 (ELG) |
|---|---|
| **SSC 3233 Fifteenth DC, LLC** | Reporting Period: November 1, 2023 through November 30, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1**
**Schedule of Cash Receipts and Disbursements**
<u>For the period 11/1/23 through 11/30/23</u>

| ACCOUNT NUMBER (LAST 4) | SSC 3233 Fifteenth DC, LLC. Amalgamated Bank x3920 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|
| **CASH - BEGINNING OF MONTH** | $ -- | $ -- |
| **RECEIPTS** | | |
| CASH SALES | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - |
| LOANS AND ADVANCES | - | - |
| SALE OF ASSETS | - | - |
| OTHER MISC. RECEIPTS | - | - |
| TRANSFERS *(FROM AFFILIATE COMPANY ACCOUNTS)* | - | - |
| TRANSFERS *(FROM OTHER DEBTOR ACCOUNTS)* | - | - |
| **TOTAL RECEIPTS** | $ - | $ - |
| **DISBURSEMENTS** | | |
| NET PAYROLL | - | - |
| PAYROLL TAXES | - | - |
| SALES, USE, & OTHER TAXES | - | - |
| INTERCONNECTION COSTS | - | - |
| SECURED/RENTAL/LEASES | - | - |
| INSURANCE | - | - |
| GENERAL & ADMINISTRATIVE | - | - |
| SELLING | - | - |
| OTHER MISC. EXPENSES | - | - |
| LOANS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - |
| TRANSFERS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - |
| INVESTMENT IN AFFILIATE | - | - |
| TRANSFERS *(TO OTHER DEBTOR ACCOUNTS)* | - | - |
| PROFESSIONAL FEES | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - |
| COURT COSTS | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ - |
| | | |
| **NET CASH FLOW (RECEIPTS - DISBURSEMENTS)** | $ - | $ - |
| | | |
| **CASH - END OF MONTH** | $ - | $ - |

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ - |
| LESS: TRANSFERS TO OTHER DEBTORS OR AFFILIATES | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY THE OWNER | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | $ - |

**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | **Case No. 23-00141 (ELG)** |
|---|---|
| **SSC 3233 Fifteenth DC, LLC** | Reporting Period: November 1, 2023 through November 30, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1a**
**Bank Account Balances**
For the period 11/1/23 through 11/30/23

| Ref No. | Debtor Entity | Account Number | Bank | State / Country | Account Type | Account Description | Balance as of 11/30/2023 |
|---|---|---|---|---|---|---|---|
| 1 | SSC 3233 Fifteenth DC, LLC | XXXXX3920 | Amalgamated Bank | NY / United States of America | Checking | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | -- |

| | Total | $ -- |
|---|---|---|

**Bank Account Reconciliations & Cash Disbursements Journal**
The debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The debtors affirm that bank statements for all open and active bank accounts are retained by the debtors.

**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | Case No. 23-00141 (ELG) |
|---|---|
| **SSC 3233 Fifteenth DC, LLC** | Reporting Period: November 1, 2023 through November 30, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 2**
**Income Statement**
<u>For the period 11/1/23 through 11/30/23</u>

| | SSC 3233 Fifteenth DC, LLC<br>Case No. 23-00141 (ELG) |
|---|---|
| Sales, net | $ -- |
| Overhead costs | -- |
| **Gross Profit** | **$ --** |
| | |
| <u>Expenses:</u> | |
| General and administrative expenses | -- |
| **Total Expenses** | **-** |
| | |
| **Operating Profit / (Loss)** | **$ --** |
| | |
| Exchange gain or loss | -- |
| Interest Paid | -- |
| Origination Fees - ER | -- |
| Other miscellaneous expense | -- |
| Depreciation of assets | -- |
| Income/(expenses) for previous years | -- |
| Expected credit loss expense | -- |
| Gain/(Loss) on Sale of Assets | - |
| Provision for Income Taxes | - |
| **Net Income (Loss)** | **$ --** |

**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | **Case No. 23-00141 (ELG)** |
|---|---|
| **SSC 3233 Fifteenth DC, LLC** | Reporting Period: November 1, 2023 through November 30, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 3**
**Balance Sheet**
For the period 11/1/23 through 11/30/23

| | **SSC 3233 Fifteenth DC, LLC**<br>**Case No. 23-00141 (ELG)** |
|---|---|
| Current Assets | |
| Cash | $ -- |
| Accounts receivable, net | -- |
| Related party receivable | -- |
| **Total Current Assets** | **$ --** |
| | |
| Non-Current Assets | |
| Property and Equipment, net | -- |
| Investment in subsidiary | -- |
| Prepaid expenses | -- |
| Security deposits | -- |
| **Total Non-Current Assets** | **-** |
| | |
| **Total Assets** | **$ --** |
| | |
| Current Liabilities | |
| Accounts payable and accrued expenses | -- |
| Current maturities of Short-term debt, net | -- |
| Related party payable | -- |
| Loan payable to Stockholders | -- |
| Short-term debt, less current maturities, net | - |
| **Total Current liabilities** | **-** |
| | |
| **Total Non-Current liabilities** | **-** |
| | |
| **Total Liabilities** | **-** |
| | |
| Members' Equity | (Deficit) | |
| Equity | -- |
| **Total Members' Equity | (Deficit)** | **-** |
| | |
| **Total Liabilities And Members' Equity | (Deficit)** | **$ --** |

**amalgamated**
**bank**

800-662-0860
amalgamatedbank.com

275 Seventh Avenue
New York, NY 10001

**Page 1 of 1**

**Return Service Requested**

527



00023919 MA218R12012 01 000000000

SSC 3233 FIFTEENTH DC, LLC
810 7TH ST NE
WASHINGTON DC 20002-3610

### ACCOUNT SUMMARY

|  |  |
|---|---|
|  | ███3920 |
| Account number | ███3920 |
| Statement date | 11/30/23 |
| Checks/Items enclosed | 0 |
| Balance | $0.00 |

| ACCOUNT DETAILS | COMMERCIAL LITE CHECKING | ACCOUNT NUMBER | ███3920 |
|---|---|---|---|
| Beginning Balance | 11/01/23 |  | $0.00 |
| Deposits/Misc Credits | 0 |  | $0.00 |
| Withdrawals/Misc Debits | 0 |  | $0.00 |
| **Ending Balance | 11/30/23 |  | $0.00 |
| Service Charge |  |  | $0.00 |
| Average Balance |  |  | $0.00 |
| Enclosures |  |  | 0 |

*THANK YOU FOR BANKING WITH THE AMALGAMATED BANK.*
*WE APPRECIATE YOUR BUSINESS.*



# IMPORTANT INFORMATION ABOUT THIS ACCOUNT STATEMENT AND YOUR RIGHTS

1. **Review at Once:** Notify the Bank in writing within 30 days after we mail or make this statement available to you of any irregularities in your account statement, or you may lose valuable rights. See the terms of any Agreement(s) applicable to your account for details about this and other time limitations regarding notice or irregularities.   (This paragraph does not apply to electronic funds or wire transfers.)

2. **Electronic Funds Transfers under Regulation E (for Consumer accounts only):** In case of errors or questions about your Electronic Funds Transfers, call our Electronic Banking Group (EBG) at 800-662-0860 or write us **(Electronic Banking Group, Amalgamated Bank, 275 Seventh Avenue, New York, NY 10001)** as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

   We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Tell us:

   - Your name and account number.

   - The error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

   - The dollar amount of the suspected error.

   We will investigate your complaint and correct any error promptly.  If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

   **Confirmation of Direct Deposit:**  If you have arranged to have your account credited by regularly scheduled (at least once every 60 days) electronic funds transfers (for example, direct deposit of social security, pension or payroll) and need to confirm if the deposit was made, you can contact our call center at 800-662-0860.

3. **Wire Transfers:**  In case of errors or if you have questions about particular wire transfer transactions, contact EBG at 800-662-0860.

4. **For all other inquiries:**  Please contact our call center at 800-662-0860.

5. **NY State Banking Account Disclosure for Affordable Checking:**

   - There is no limit to the number of withdrawals permitted on this account.

   - Our fee for using non-Amalgamated, non-Allpoint® and international ATMs is $2.50 per transaction, including balance inquiry.  Additional fees from other institutions may apply for non-Amalgamated, non-Allpoint® and international ATM transactions.

   - A withdrawal is deemed made when it is recorded on the bank's books, which may not necessarily be the actual date of the transaction.

## IMPORTANT INFORMATION ABOUT MONEY MARKET AND SAVINGS ACCOUNTS

There is no limit to the number of in-person deposits or withdrawals you can make to or from these accounts.Transfer limitations listed below are only applicable to Commercial accounts.

- Transfers from **Savings Accounts** to another account or to third parties by preauthorized, automatic, telephone, or electronic transfers are limited to a combined total of six (6) per month.  Federal regulations require that if you violate the above-described limitations, we may have to close or reclassify your account to a checking account.

- Transfers from **Money Market Accounts** to another account or to third parties by preauthorized, automatic or telephone transfers are limited to a combined total of six (6) per month; transfers may be made by check, draft, Debit Card or similiar electronic means to third parties.  Federal regulations require that if you violate the above-described limitations, we may have to close or reclassify your account to a checking account.

We reserve the right to require no fewer than 7 days' notice in writing before each withdrawal from an interest-bearing account other than a time deposit, or from any other savings account as defined by Regulation D. (The law requires us to reserve this right, but it is not our general policy to use it.)

## NOTIFY THE BANK IMMEDIATELY IN WRITING TO CHANGE OR CORRECT YOUR ADDRESS

**For branch listings, visit amalgamatedbank.com or call 800-662-0860.**

MEMBER FDIC    EQUAL HOUSING LENDER

| List outstanding checks | | |
|---|---|---|
| **Check Number** | **Amount** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | | |

|  | | |
|---|---|---|
| | Enter present balance as shown on statement | $ _____ |
| **Plus:** | Deposits made since statement date | $ _____ |
| | Sub-total | $ _____ |
| **Less:** | Total amounts of checks outstanding | $ _____ |
| | Total | $ _____ |
| | Balance checkbook as of month end | $ _____ |
| | Less bank service charges | (-) _____ |
| | Plus interest paid during month (if applicable) | (+) _____ |
| | Total checkbook balances | $ _____ |