**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00046 (ELG)** |
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: December 1, 2023 through December 31, 2023 |
| Debtors | |

## MOR Cover Page Notes
### For the period 12/1/23 through 12/31/23

**Footnotes**

(a) - Per Sale Order entered in the Court on 7/28/2023 (Docket #0231), substantively all of Debtors' property were approved for sale, free and clear of all liens, claims, interests and encumbrances; as such, assets and liabilities are reported at zeros as of sale closing date on 8/1/2023, except for cash remained in the Trust Account(s), if applicable, per Post-Closing Cash Management Motion (Docket #0251).

(b) - Per Debtors' motion to authorize post-closing cash management motion entered in the Court (Docket #0251), SaveSolar Corporation, Inc.'s funds are managed by Debtors' counsel under the trust account "104802-00502" for general use.

(c) - Cumulative total disbursements of $6,957,105, reported on Part 1.f. of the MOR, include transfer of $417,852 to trust account "104802-00503". Disbursements, net of such transfer, totaled $6,539,253.

**United States Bankruptcy Court**
**District of District of Columbia**

In re: **Case No. 23-00046 (ELG)**
**SaveSolar Alpha HoldCo, LLC** Reporting Period: December 1, 2023 through December 31, 2023
Debtors

**Supporting Documentation to MOR - 1**
**Schedule of Cash Receipts and Disbursements**
For the period 12/1/23 through 12/31/23

| ACCOUNT NUMBER (LAST 4) | SaveSolar Alpha HoldCo, LLC. Amalgamated Bank x3876 | SaveSolar Alpha HoldCo, LLC. Trust Account x00502 (W99)[d] | SaveSolar Alpha HoldCo, LLC. Trust Account x00502 (99) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|
| **CASH - BEGINNING OF MONTH** [a] | $ 15 | $ 136,487 | $ -- | $ 136,502 |
| **RECEIPTS** [b] | | | | |
| CASH SALES | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - |
| SALE OF ASSETS | - | - | 1,000,000 | 1,000,000 |
| OTHER MISC. RECEIPTS | - | - | - | - |
| TRANSFERS *(FROM AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - |
| TRANSFERS *(FROM OTHER DEBTOR ACCOUNTS)* | - | - | 136,487 | 136,487 |
| **TOTAL RECEIPTS** | $ - | $ - | $ 1,136,487 | $ 1,136,487 |
| **DISBURSEMENTS** [b] | | | | |
| NET PAYROLL | - | - | - | - |
| PAYROLL TAXES | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - |
| SECURED/RENTAL/LEASES | - | - | - | - |
| INSURANCE | - | - | - | - |
| GENERAL & ADMINISTRATIVE | - | - | - | - |
| SELLING | - | - | - | - |
| OTHER MISC. EXPENSES | - | - | - | - |
| TRANSFERS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - |
| TRANSFERS *(TO OTHER DEBTOR ACCOUNTS)* | - | (136,487) | - | (136,487) |
| PROFESSIONAL FEES | - | - | - | - |
| US TRUSTEE QUARTERLY FEES [c] | - | - | (43,592) | (43,592) |
| COURT COSTS | - | - | - | - |
| DISTRIBUTIONS OF SALE PROCEEDS PER COURT ORDER | - | - | (500,000) | (500,000) |
| **TOTAL DISBURSEMENTS** | $ - | $ (136,487) | $ (543,592) | $ (680,079) |
| | | | | |
| **NET CASH FLOW (RECEIPTS - DISBURSEMENTS)** | $ - | $ (136,487) | $ 592,895 | $ 456,408 |
| | | | | |
| **CASH - END OF MONTH** | $ 15 | $ 0 | $ 592,895 | $ 592,910 |

**Footnotes:**
a. Cash - Beginning of Month is the bank accounts' ending cash balances as of November 30, 2023.
b. Cash Receipts and Disbursements are exclusive of uncleared deposits and payments. The total uncleared cash flow as of December 31, 2023 is $0.00.
c. Includes Alpha HoldCo LLC, SSC 3233 FIFTEENTH DC LLC, SSC 1901 BROOKS MD LLC, SSC 1323 I DC LLC, SSC 1321 FIFTH DC LLC, SSC 1321 FIFTH CANOPY DC LLC, SSC 116 IRVINGTON DC LLC, SSC 116 IRVINGTON CANOPY DC LLC, SSC 3320 WHEELER DC LLC

d. Subaccounts beginning with a "W99" were held by Whiteford in its client trust account at Wells Fargo Bank.  Whiteford moved its banking relationship to M&T Bank on or about December 11, 2023 with subaccounts denominated with the prefix "99".

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $ 680,079 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTORS | (136,487) |
| PLUS: ESTATE DISBURSEMENTS MADE BY KARL UNTERLECHNER | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | $ 543,592 |

**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | Case No. 23-00046 (ELG) |
|---|---|
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: December 1, 2023 through December 31, 2023 |
| Debtors | |

Supporting Documentation to MOR - 1a
Bank Account Balances
For the period 12/1/23 through 12/31/23

| Ref No. | Debtor Entity | Account Number | Bank | State / Country | Account Type | Account Description | Balance as of 12/31/2023 |
|---|---|---|---|---|---|---|---|
| 1 | SaveSolar Alpha HoldCo, LLC | XXXXX3876 | Amalgamated Bank | NY / United States of America | Checking | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | 15 |
| 2 | SaveSolar Alpha HoldCo, LLC | W99-104802.00502 | N/A | N/A | Trust Account - General | Incoming: Transfers Outgoing: Transfers | -- |
| 3 | SaveSolar Alpha HoldCo, LLC | 99-104802.00502 | N/A | N/A | Trust Account - General | Incoming: Transfers Outgoing: Transfers | 592,895 |

| | |
|---|---|
| **Total** | **$ 592,910** |

**Bank Account Reconciliations & Cash Disbursements Journal**
The debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The debtors affirm that bank statements for all open and active bank accounts are retained by the debtors.

United States Bankruptcy Court
District of District of Columbia

| | |
|---|---|
| In re: | **Case No. 23-00046 (ELG)** |
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: December 1, 2023 through December 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 2**
**Income Statement**
For the period 12/1/23 through 12/31/23

| | SaveSolar Alpha HoldCo, LLC.<br>Case No. 23-00046 (ELG) |
|---|---:|
| Sales, net | $ -- |
| Overhead costs | -- |
| **Gross Profit** | **$ --** |
| | |
| Expenses: | |
| General and administrative expenses | -- |
| **Total Expenses** | **-** |
| | |
| **Operating Profit / (Loss)** | **$ --** |
| | |
| Other Income | -- |
| Exchange gain or loss | -- |
| Interest Paid | -- |
| Other miscellaneous expense | -- |
| Depreciation of assets | -- |
| UST Fees | (43,592) |
| Income/(expenses) for previous years | -- |
| Expected credit loss expense | -- |
| Restructuring Professional Fees | -- |
| Gain/(Loss) on Sale of Assets | 1,000,000 |
| Provision for Income Taxes | - |
| **Net Income (Loss)** | **$ 956,408** |

United States Bankruptcy Court
District of District of Columbia

| In re: | Case No. 23-00046 (ELG) |
|---|---|
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: December 1, 2023 through December 31, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 3**
**Balance Sheet**
For the period 12/1/23 through 12/31/23

|  | SaveSolar Alpha HoldCo, LLC. Case No. 23-00046 (ELG) |
|---|---:|
| **Current Assets** | |
| Cash | $ 592,910 |
| Accounts receivable, net | -- |
| Related party receivable | -- |
| **Total Current Assets** | **$ 592,910** |
| | |
| **Non-Current Assets** | |
| Property and Equipment, net | -- |
| Investment in subsidiary | -- |
| Prepaid expenses | -- |
| Security deposits | -- |
| **Total Non-Current Assets** | **-** |
| | |
| **Total Assets** | **$ 592,910** |
| | |
| **Current Liabilities** | |
| Accounts payable and accrued expenses | -- |
| Current maturities of Short-term debt, net | -- |
| Related party payable | -- |
| Loan payable to Stockholders | -- |
| Short-term debt, less current maturities, net | - |
| **Total Current liabilities** | **-** |
| | |
| **Total Non-Current liabilities** | **-** |
| | |
| **Total Liabilities** | **-** |
| | |
| **Members' Equity | (Deficit)** | |
| Equity | 592,910 |
| **Total Members' Equity | (Deficit)** | **592,910** |
| | |
| **Total Liabilities And Members' Equity | (Deficit)** | **$ 592,910** |