**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00140 (ELG)** |
| **SSC 1110 Kennebec MD, LLC** | Reporting Period: February 1, 2024 through February 29, 2024 |
| Debtors | |

**MOR Cover Page Notes**

**For the period 2/1/24 through 2/29/24**

**Footnotes**

(a) - Per Sale Order entered in the Court on 7/28/2023 (Docket #0231), substantively all of Debtors' property were approved for sale, free and clear of all liens, claims, interests and encumbrances; as such, assets and liabilities are reported at zeros as of sale closing date on 8/1/2023, except for cash remained in the Trust Account(s), if applicable, per Post-Sale Cash Motion (Docket #0251).

(b) - Per Debtors' motion to authorize post-closing cash management entered in the Court (Docket #0251), SaveSolar Corporation, Inc.'s funds are managed by Debtors' counsel under the trust accounts "104802-00403" for general use.

United States Bankruptcy Court
District of District of Columbia

In re: **SSC 1110 Kennebec MD, LLC**
Debtors

**Case No. 23-00140 (ELG)**
Reporting Period: February 1, 2024 through February 29, 2024

**Supporting Documentation to MOR - 1**
**Schedule of Cash Receipts and Disbursements**
For the period 2/1/24 through 2/29/24

| ACCOUNT NUMBER (LAST 4) | SSC 1110 Kennebec MD, LLC Amalgamated Bank x3887 | SSC 1110 Kennebec MD, LLC Trust Account x00403 (W99)[a] | SSC 1110 Kennebec MD, LLC Trust Account x00403 (99) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|
| **CASH - BEGINNING OF MONTH** | $ -- | $ -- | $ 10,251 | $ 10,251 |
| **RECEIPTS** | | | | |
| CASH SALES | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - |
| SALE OF ASSETS | - | - | - | - |
| OTHER MISC. RECEIPTS | - | - | - | - |
| TRANSFERS *(FROM AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - |
| TRANSFERS *(FROM OTHER DEBTOR ACCOUNTS)* | - | - | - | - |
| **TOTAL RECEIPTS** | $ - | $ - | $ - | $ - |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | - | - | - | - |
| PAYROLL TAXES | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - |
| INTERCONNECTION COSTS | - | - | - | - |
| SECURED/RENTAL/LEASES | - | - | - | - |
| INSURANCE | - | - | - | - |
| GENERAL & ADMINISTRATIVE | - | - | - | - |
| SELLING | - | - | - | - |
| OTHER MISC. EXPENSES | - | - | - | - |
| LOANS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - |
| TRANSFERS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - |
| INVESTMENT IN AFFILIATE | - | - | - | - |
| TRANSFERS *(TO OTHER DEBTOR ACCOUNTS)* | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - |
| COURT COSTS | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ - | $ - | $ - |
| **NET CASH FLOW (RECEIPTS - DISBURSEMENTS)** | $ - | $ - | $ - | $ - |
| **CASH - END OF MONTH** | $ - | $ - | $ 10,251 | $ 10,251 |

**Footnotes:**
a. Subaccounts beginning with a "W99" were held by Whiteford in its client trust account at Wells Fargo Bank. Whiteford moved its banking relationship to M&T Bank on or about December 11, 2023 with subaccounts denominated with the prefix "99".

**THE FOLLOWING SECTION MUST BE COMPLETED**
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| TOTAL DISBURSEMENTS | $ - |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTORS OR AFFILIATES | $ - |
| PLUS: ESTATE DISBURSEMENTS MADE BY THE OWNER | $ - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | $ - |

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00140 (ELG)** |
| **SSC 1110 Kennebec MD, LLC** | Reporting Period: February 1, 2024 through February 29, 2024 |
| Debtors | |

**Supporting Documentation to MOR - 1a**
**Bank Account Balances**
For the period 2/1/24 through 2/29/24

| Ref No. | Debtor Entity | SSC 1110 Kennebec MD, LLC | Bank | State / Country | Account Type | Account Description | Balance as of 2/29/2024 |
|---|---|---|---|---|---|---|---|
| 1 | SSC 1110 Kennebec MD, LLC | XXXXX3887 | Amalgamated Bank | NY / United States of America | Checking | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | -- |
| 2 | SSC 1110 Kennebec MD, LLC | W99-104802.00403 | N/A | N/A | Trust Account - General | N/A | -- |
| 3 | SSC 1110 Kennebec MD, LLC | 99-104802.00403 | N/A | N/A | Trust Account - General | N/A | 10,251 |

| | |
|---|---|
| **Total** | **$ 10,251** |

**Bank Account Reconciliations & Cash Disbursements Journal**
The debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The debtors affirm that bank statements for all open and active bank accounts are retained by the debtors.

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00140 (ELG)** |
| **SSC 1110 Kennebec MD, LLC** | Reporting Period: February 1, 2024 through February 29, 2024 |
| Debtors | |

**Supporting Documentation to MOR - 2**
**Income Statement**
For the period 2/1/24 through 2/29/24

| | |
|---|---|
| | **SSC 1110 Kennebec MD, LLC** |
| | **Case No. 23-00140 (ELG)** |

| | |
|---|---:|
| Sales, net | $ -- |
| Overhead costs | -- |
| **Gross Profit** | **$ --** |
| | |
| Expenses: | |
| General and administrative expenses | -- |
| **Total Expenses** | **-** |
| | |
| **Operating Profit / (Loss)** | **$ --** |
| | |
| Exchange gain or loss | -- |
| Interest Paid | -- |
| Origination Fees - ER | -- |
| Other miscellaneous expense | -- |
| Depreciation of assets | -- |
| UST Fees | -- |
| Income/(expenses) for previous years | -- |
| Expected credit loss expense | -- |
| Gain/(Loss) on Sale of Assets | - |
| Provision for Income Taxes | - |
| **Net Income (Loss)** | **$ --** |

MOR - 2                                                                              Page 4 of 5

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00140 (ELG)** |
| SSC 1110 Kennebec MD, LLC | Reporting Period: February 1, 2024 through February 29, 2024 |
| Debtors | |

**Supporting Documentation to MOR - 3**
**Balance Sheet**
<u>For the period 2/1/24 through 2/29/24</u>

|  | SSC 1110 Kennebec MD, LLC<br>Case No. 23-00140 (ELG) |
|---|---:|
| <u>Current Assets</u> | |
| Cash | $ 10,251 |
| Accounts receivable, net | -- |
| Related party receivable | -- |
| **Total Current Assets** | **$ 10,251** |
| | |
| <u>Non-Current Assets</u> | |
| Property and Equipment, net | -- |
| Investment in subsidiary | -- |
| Prepaid expenses | -- |
| Security deposits | -- |
| **Total Non-Current Assets** | **-** |
| | |
| **Total Assets** | **$ 10,251** |
| | |
| <u>Current Liabilities</u> | |
| Accounts payable and accrued expenses | -- |
| Current maturities of Short-term debt, net | -- |
| Related party payable | -- |
| Loan payable to Stockholders | -- |
| Short-term debt, less current maturities, net | - |
| **Total Current liabilities** | **-** |
| | |
| **Total Non-Current liabilities** | **-** |
| | |
| **a. Subaccounts beginning with a "W99" were held by Whiteford** | **-** |
| | |
| <u>Members' Equity | (Deficit)</u> | |
| Equity | 10,251 |
| **Total Members' Equity | (Deficit)** | **10,251** |
| | |
| **Total Liabilities And Members' Equity | (Deficit)** | **$ 10,251** |