The order below is hereby signed.

Signed: March 28 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**ORDER CLOSING PROJECT SUBSIDIARY**
**CASES PURSUANT TO 11 U.S.C. § 350(A)**

Upon the motion (the "**Motion**")[2] of the debtors and debtors in possession in the above-captioned cases (together, the "**Debtors**") for entry of an order (this "**Order**"), pursuant to sections

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "**Initial Debtors**"); and SSC 1110 Kennebec MD, LLC, (9270), Case No. 23-00140-ELG; SSC 3233 Fifteenth DC, LLC (9145), Case No. 23-00141-ELG; SSC 1901 Brooks MD, LLC (0798), Case No. 23-00142; SSC 1323 I DC, LLC (5574), Case No. 23-00143-ELG; SSC 1321 Fifth DC, LLC (4090), Case No. 23-00144-ELG; SSC 1321 Fifth Canopy DC, LLC (3796), Case No. 23-00145-ELG; SSC 116 Irvington DC, LLC (3472), Case No. 23-00146-ELG; SSC 116 Irvington DC Canopy, LLC (6191), Case No. 23-00147-ELG; SSC 2501 N DC, LLC (6769), Case No. 23-00148-ELG; and SSC 3320 Wheeler DC, LLC (9082), Case No. 23-00149-ELG (the "**Affiliate Debtors**"). The Initial Debtors and the Affiliate Debtors are referred to collectively herein as the "**Debtors**").

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

105(a) and 350 of the Bankruptcy Code and Bankruptcy Rule 3022, closing the chapter 11 cases commenced by the Affiliate Debtors (the "**Project Subsidiary Cases**"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief granted herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and due and proper notice of the Motion having been given; and no other or further notice of the Motion being required; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, **THE COURT FINDS THAT**:

    A.    <u>Findings of Fact and Conclusions of Law</u>. The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law. To the extent that any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such.

    B.    <u>Jurisdiction and Final Order</u>. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district and in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

    C.    <u>Bases for Relief Requested</u>. The bases for the relief requested in the Motion are sections 105(a) and 350 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

    D.    <u>Notice</u>. Notice of the Motion and the hearing on the Motion was sufficient under the circumstances and no other or further notice need be provided. A reasonable opportunity to object and be heard regarding the relief requested in the Motion has been afforded to parties in interest.

  E. <u>Best Interests of the Estate</u>. Closing of the Project Subsidiary Cases is in the best interest of the Debtors, their creditors, their estates, and all other parties in interest. The Debtors have demonstrated both (i) good, sufficient, and sound business purposes and justifications and (ii) compelling circumstances for this Court to close the Project Subsidiary Cases.

  F. <u>SaveSolar and Alpha HoldCo Cases</u>. Notwithstanding anything to the contrary in this Order, the closure of the Project Subsidiary Cases shall not affect the chapter 11 cases commenced by SaveSolar Corporation, Inc. ("**SaveSolar**") and SaveSolar Alpha HoldCo, LLC ("**Alpha HoldCo**"). The SaveSolar and Alpha HoldCo cases shall remain open pending further order of this Court.

  G. <u>Objections</u>. Any objections to this Motion are overruled.

**IT IS HEREBY ORDERED THAT:**

  1. The Motion is **GRANTED** as set forth herein.

  2. All objections to the relief requested in the Motion that have not been withdrawn, waived, or settled as announced to this Court at any hearing on the Motion or by stipulation filed with this Court, are **OVERRULED**.

  3. The Project Subsidiary Cases, which are listed below by the Debtor's name and case number, are hereby **CLOSED** subject only to the terms and conditions as provided herein:

| Debtor | Case Number |
|---|---|
| SSC 1110 Kennebec MD, LLC | Case No. 23-00140-ELG |
| SSC 3233 Fifteenth DC, LLC | Case No. 23-00141-ELG |
| SSC 1901 Brooks MD, LLC | Case No. 23-00142-ELG |
| SSC 1323 I DC, LLC | Case No. 23-00143-ELG |
| SSC 1321 Fifth DC, LLC | Case No. 23-00144-ELG |
| SSC 1321 Fifth Canopy DC, LLC | Case No. 23-00145-ELG |
| SSC 116 Irvington DC, LLC | Case No. 23-00146-ELG |
| SSC 116 Irvington Canopy DC, LLC | Case No. 23-00147-ELG |
| SSC 2501 N DC, LLC | Case No. 23-00148-ELG |
| SSC 3320 Wheeler DC, LLC | Case No. 23-00149-ELG |

4. Funds held by Debtors' counsel on behalf of SSC 1110 Kennebec MD LLC and SSC 2501 N DC LLC hereby are deemed distributed to Alpha HoldCo for use and distribution pursuant to the terms of the Post-Closing Cash Management Order.

5. SaveSolar and Alpha HoldCo shall timely pay the US Trustee fees for the first quarter of 2024 on behalf of the Affiliate Debtors.

6. Entry of this Order is without prejudice to the rights of the Debtors to seek to reopen any of the Project Subsidiary Cases for good cause shown in accordance with section 350(b) of the Bankruptcy Code.

7. The Debtors are authorized and empowered to take steps and to perform such acts as may be necessary to implement and effectuate the terms of this Order.

8. This Order shall be effective immediately upon entry, and any stay as may be applicable under Federal Rule of Bankruptcy Procedure 6004(h) is deemed waived.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**END OF ORDER**

I ASK FOR THIS:

*/s/ Bradford F. Englander*
Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:    (703) 280-9081
E-Mail:    benglander@whitefordlaw.com
            adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

SEEN AND NO OBJECTION:

*/s/ Kristen S. Eustis*
Kristen S. Eustis
Trial Attorney, MD Bar # MD28984
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
Telephone: (703) 557-7227 (direct dial)
Email:  kristen.s.eustis@usdoj.gov

*Counsel to Gerard R. Vetter*
*United States Trustee for Region 4*

Copies to: Master Service List

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00045-ELG

SaveSolar Corporation Inc.  Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1  User: admin  Page 1 of 7
Date Rcvd: Mar 28, 2024  Form ID: pdf001  Total Noticed: 224

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 765794 | + | 1441 Rhode Island Condominium Assoc., EJF Real Estate Services, 1630 Military Cutoff Road, Wilmington, NC 28403-5719 |
| 765795 | ++ | ADOBE INC, ATTN CREDIT DEPARTMENT, 345 PARK AVENUE, SAN JOSE CA 95110-2704 address filed with court:, Adobe, 345 Park Avenue, San Jose, CA 95110-2704 |
| 767408 | + | AGold Services, Inc. D/B/A ProTitleUSA, 95 James Way, Suite 120, Southampton, PA 18966-3847 |
| 765812 | | AWS Services, 410 Terry Avenue North, Seattle, WA 98109-5210 |
| 765796 | | Adobe Acrobat Pro, 345 Park Avenue, San Jose, CA 95110-2704 |
| 765797 | | Adobe Creative Cloud, 345 Park Avenue, San Jose, CA 95110-2704 |
| 765798 | | Ahumedo Gonzalez, Cristian Andres, Calle 46 # 43 135 Apto 1711, Medellin Antioquia 050015, Colombia |
| 765799 | + | Airbnb, 888 Brannan Street, 4th Floor, San Francisco, CA 94103-5070 |
| 765800 | + | Aircall, 381 Park Avenue South, 16th Floor, New York, NY 10016-8806 |
| 765801 | + | Alejandro Toro Perdomo, 58 Aberdeen Street, Stamford, CT 06902-5521 |
| 765802 | + | Alvarez & Marsal Valuation Services, 600 Madison Avenue, 8th Floor, New York, NY 10022-1758 |
| 765803 | + | Alvarez & Marsal Valuation Services, c/o Corporation Service Company, 80 State Street, Albany, NY 12207-2541 |
| 765806 | + | Amalgamated Bank, Atn Skyler Webster, First Vice President, 255 California Street, Suite 600, San Francisco, CA 94111-4904 |
| 765805 | + | Amalgamated Bank, c/o Paul A. Werner, Esq., 2099 Pennsylvania Ave., NW, Ste 100, Washington, DC 20006-6801 |
| 765804 | + | Amalgamated Bank, 275 7th Avenue, New York, NY 10001-6708 |
| 769004 | + | Amazon Web Services, PO Box 84023, Seattle, WA 98124-8423 |
| 769003 | + | Amazon WebServices, Inc., c/o K&L Gates, LLP/Brian Peterson, 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-1158 |
| 765809 | + | Associated Industries Insurance Company, c/o Bethune & Associates, 14435 North 7th Street, Suite 201, Phoenix, AZ 85022-4327 |
| 765810 | | Atlassian, Level 6, 341 George Street, Sydney, NSW 2000, Australia |
| 765811 | | Australian Post Corporaiton, 111 Bourke Street, Melbourne VIC 3000, Australia |
| 765822 | + | BP Energy Company, 201 Helios Way, Houston, TX 77079-2678 |
| 765823 | | BRENDOCORP PTY LTD, 3 Cohen Way, Thrumster NSW 2444 |
| 765814 | + | Bast, Bronson, 3060 16th St., NW, Apt. 301, Washington, DC 20009-4238 |
| 765816 | + | Benning Park Neighborhood Corporation, 5113 Fitch Street SE, Washington, DC 20019-5918 |
| 765817 | + | Berkeley Point Capital LLC dba Newmark, 8 Springhouse Innovation Park, Suite 200, Ambler, PA 19002-1220 |
| 765819 | + | Bishop's Gate Condominium, c/o EJF Real Estate, 1428 U Street, NW 2nd Floor, Washington, DC 20009-8020 |
| 765820 | + | Bishop's Gate Condominium Assoc., c/o Robert Woolf, EJF Real Estate Services, 1428 U Street, NW, Washington, DC 20009-8010 |
| 765821 | + | Blue Cross, 225 North Michigan Ave, Chicago, IL 60601-7757 |
| 768183 | | Brandon Rutledge, 14555 Primoris Way, Houston, TX 77049 |
| 765824 | + | Brooks Oak Hill Properties, 3320 Wheeler RD SE, Washington, DC 20032-4165 |
| 765825 | + | Business Central, One Microsoft Way, Redmond, WA 98052-8300 |
| 765829 | | CATHEDRAL WEST CONDOMINIUM, Attn: General Manager, 4100 Cathedral Avenue, NW, Washington, DC 20016-3513 |
| 765826 | + | Captain Power LLC, 148 Saratoga Cta, North East, MD 21901-4603 |
| 765827 | | Cardenas, Omar, Carrera 48 #76D Sur-34, Sabaneta Antioquia 55450, Colombia |
| 765828 | + | CareFirst, 840 First Street NE, Washington, DC 20065-0002 |
| 765831 | | Cervelli, Dave, 9 Emma Court, Sunbury, VIC 3429, Australia |
| 765832 | + | Chessa, PO Box 181, Washington, DC 20044-0181 |
| 765833 | + | Citrix, 851 W Cypress Creek Rd, Fort Lauderdale, FL 33309-2040 |
| 765834 | | Clean Edge, 2312 Log Wood Crt, Mississauga ON, L5C 3C5 Canada |

Case 23-00045-ELG   Doc 391   Filed 03/30/24   Entered 03/31/24 00:04:06   Desc
Imaged Certificate of Notice   Page 7 of 12

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 7 |
| Date Rcvd: Mar 28, 2024 | Form ID: pdf001 | Total Noticed: 224 |

| | | |
|---|---|---|
| 765835 | + | Clean Energy Counsel LLP-1, 1 Sansome Street, Suite 3500, San Francisco, CA 94104-4436 |
| 765836 | + | Cleantech Law Partners, 548 Market Street, Suite 59966, San Francisco, CA 94104-5401 |
| 766442 | + | Cleantech Law Partners, PC, Jack Jacobs, 548 Market Street, Suite 59966, San Francisco, CA 94104-5401 |
| 765837 | + | CohnReznick LLP, 500 East Pratt Street, 4th Floor, Baltimore, MD 21202-3133 |
| 765838 | + | Comfort Inn, 1201 13th Street, NW, Washington, DC 20005-5110 |
| 765839 | | Community Renewable Energy Facility, Pepco, PO Box 97274, Washington, DC 20090-7274 |
| 765840 | + | Consolidated Insurance Center, INC, 11403 Cronridge Drive, Suite 270, Owings Mills, MD 21117-2298 |
| 765841 | + | Convera Edge (WUBS), 7979 E. Tufts Avenue, Suite 400, Denver, CO 80237-3382 |
| 765842 | + | Cox, Thomas J., 6358 Jackson Street, Philadelphia, PA 19135-3225 |
| 765844 | + | DC Government, 441 4th Street NW, Washington, DC 20001-2714 |
| 765845 | + | DC Health Link, PO Box 97022, Washington, DC 20090-7022 |
| 765846 | + | DC-OTR-WEB-WTH, 1101 4th St SW #270, Washington, DC 20024-4457 |
| 765843 | | David Angarita Garc a, Cra 48 # 26-85, Medellin Antioquia 50030, Colombia |
| 765847 | + | Delta Airlines, 1030 Delta Blvd., Dept. 982, Atlanta, GA 30354-1989 |
| 765848 | + | Demuren, Tumi, 514 Tennessee Avenue NE, Washington, DC 20002-5410 |
| 765850 | + | District of Columbia Sustainable Energy, 1 M St., SE 3rd Floor, Washington, DC 20003-5125 |
| 765851 | + | Dropbox, 1800 Owens Street, San Francisco, CA 94158-2533 |
| 765852 | + | E & G DC Co-Op Owner LLC, 1651 Old Meadow Rd, Mc Lean, VA 22102-4311 |
| 765853 | + | Elesa Vetgrad Cemetery, 1805 Middlebridge Dr, Silver Spring, MD 20906-5817 |
| 765854 | #+ | EnergySage, 1 Center Plz, Boston, MA 02108-1812 |
| 765855 | + | Enertis Inc, 230 California St., San Francisco, CA 94111-4327 |
| 765856 | + | Fannie Mae, One Light Street, 12th Floor, Baltimore, MD 21202-1540 |
| 765857 | + | Formstack, 11671 Lantern Rd #300 HQ, Fishers, IN 46038-2952 |
| 765858 | + | Fox Hills North Ltd Partnership, 8630 Fenton St, Silver Spring, MD 20910-3806 |
| 765859 | + | Goldstein, Samuel F., 5604 Broad Branch Road NW, Washington, DC 20015-2540 |
| 765860 | | Gomez, Catalina, Carrera 15 #16A Sur -, 06 Los Balsos, El Poblado, Medell n, Antioquia, 050022, Colombia |
| 765861 | | Google G-Suite, 1600 Amphitheatre Parkway Mountain View, Mountain View, CA 94043 |
| 765862 | + | Grady Management, 8630 Fenton Street #625, Silver spring, MD 20910-3876 |
| 765863 | + | Grady Properties IV FC Limited Partnersh, 8630 Fenton St, Silver Spring, MD 20910-3806 |
| 765864 | + | Grappler Construction, 5328 Sandy Point Lane, Clifton, VA 20124-0942 |
| 765866 | + | Green Power Connection, 701 9th St NW, Washington, DC 20001-4572 |
| 765867 | | Gunter & King Pty Ltd (PANDR), 2nd Floor, Embarcadero de Legazpi, Legazpi City, Thailand |
| 765868 | + | Halo Development LLC, 311 Reisterstown Road, Baltimore, MD 21208-5313 |
| 765869 | + | Hanson, Bennett, 1975 NW Everett Street, 507, Portland, OR 97209-4902 |
| 765870 | + | Hegbe, Elie, 6735 New Hampshire Ave. #813, Takoma Park, MD 20912-2831 |
| 765871 | + | Helioscope, 2009 Sunburst Drive, Vail, CO 81657-5154 |
| 765872 | + | Hotels.com, 5400 LBJ Freeway, Suite 500, Dallas, TX 75240-1019 |
| 765873 | + | Houghton, Kyle, 1311 Gruene Glen Street, New Braunfels, TX 78132-0128 |
| 765875 | | Huepa Bolivar, Carlos Eduardo, Carrera 84 # 37B-123, Apt 701, Medellin Antioquia 50023, Colombia |
| 765876 | | ICAP Energy LLC, PO Box 30961, New York, NY 10087-0961 |
| 765877 | + | Industrious, PO Box 780441, Philadelphia, PA 19178-0441 |
| 765878 | | Intact Services USA LLC, PO Box 371871, Pittsburgh, PA 15250-7871 |
| 765879 | | Jacobs, Brendon, 3 Cohen Way, Thrumster, NSW 2444, Australia |
| 765880 | | Julian Celis Hoyos, CI 46 # 43-135, Medellin, Antioquia 050015, Colombia |
| 765881 | + | Kaye Stern, 76 Forrester St., Washington, DC 20032-2142 |
| 765882 | + | Kutler Tax Resolution, Inc., 4704 North Harlan Street, Denver, CO 80212-7400 |
| 765884 | + | LCR SaveSolar Investco LLC, c/o Peter J. Haley, Esq., One Financial Center, Ste 3500, Boston, MA 02111-2641 |
| 765885 | + | Leyline Renewable Capital, LLC, c/o Dylan G. Trache, Esq., 101 Constitution Ave., NW, Suite 900, Washington, DC 20001-2133 |
| 765886 | | Logistics Plus, Inc, 1406 Peach Tree Street, #3, Erie, PA 16501 |
| 765887 | | Londo o Sosa, Erika Carolina, Calle 55N #22-80, Torre C Apto 407, Popayan Cauca 190001, Colombia |
| 765888 | + | Lucid Chart, 10355 S Jordan Gtwy Suite 300, South Jordan, UT 84095-3914 |
| 765889 | + | Lumina Solar, 3600 Commerce Drive, Suite 601, Halethorpe, MD 21227-1646 |
| 769167 | + | Lumina Solar, Inc., 3600 Commerce Drive, Baltimore, MD 21227-1646 |
| 769188 | + | Lumina Solar, Inc., Steven L. Goldberg, McNamee Hosea, PA, 6404 Ivy Lane, Suite 820, Greenbelt, MD 20770-1416 |
| 765891 | + | Lyft, 185 Berry Street, Suite 5000, San Francisco, CA 94107-2503 |
| 765896 | + | MG Trust, 717 17th St., Ste 1300, Denver, CO 80202-3304 |
| 765893 | + | Marcum LLP, c/o The Partnership, 10 Melville Park Road, Melville, NY 11747-3146 |
| 765892 | #+ | Marcum LLP, 155 South Main Street, Suite 100, Providence, RO 02903-2963 |
| 771592 | + | Maurice VerStandig, Esq., The Belmont Firm, 1050 Connecticut Avenue, NW, Suite 500, Washington, DC 20036-5304 |
| 765894 | + | Metropolitan Exteriors, 10580 McConnell Place, White Plains, MD 20695-3106 |
| 765897 | + | Microsoft, One Microsoft Way, Redmond, WA 98052-8300 |
| 765901 | + | NJ Division of Consumer Affairs, 124 Halsey St., Newark, NJ 07102-3017 |
| 765898 | + | Nearmap, 1850 Ashton Blvd., Ste 500, Lehi, UT 84043-6438 |

Case 23-00045-ELG   Doc 391   Filed 03/30/24   Entered 03/31/24 00:04:06   Desc
Imaged Certificate of Notice   Page 8 of 12

| District/off: 0090-1 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: pdf001 | Total Noticed: 224 |

| | | |
|---|---|---|
| 765900 | | Nierre, Ro, 2nd Floor, Embarcadero de Legazpi, Legazpi City, Thailand |
| 765902 | + | Notarize.com, c/o Corporation Service Company, 84 State Street, Boston, MA 02109-2202 |
| 765903 | + | Oak Park Phase II Limited Partnership, c/o E & G Property, 1651 Old Meadow Road, Suite 305, McLean, VA 22102-4308 |
| 765904 | | Ocbina, Jessamine, Embarcadero de Legazpi, Building 3, Legazpi Blvd., Legazpi Port District, Legazpi City, 4500 Albay, Philippines |
| 765905 | + | Office 365, One Microsoft Way, Redmond, WA 98052-8300 |
| 765913 | + | PJM EIS, 2750 Monroe Blvd, Norristown, PA 19403-2429 |
| 765906 | + | Pannell House Condominium Assoc. Inc., 2-A Industrial Park Drive, Waldorf, MD 20602-2729 |
| 765908 | + | Papertrl, Inc., 3401 Carlins Park Drive, Baltimore, MD 21215-7854 |
| 765909 | | Pardo Dur n, Elkin Andr s, Calle 12B #7 1D-31 Torre 6 Apto 1003, Antioquia, Colombia |
| 765910 | + | Partner Helper LLC, 1221 Brickell Avenue, Suite 900, Miami, FL 33131-3800 |
| 767556 | | Pennsylvania Department of Revenue, Bankruptcy Division, P O Box 280946, Harrisburg, PA 17128-0946 |
| 768231 | + | Peter J. Haley, Nelson Mullins, One Financial Center, STE 3500, Boston, MA 02111-2641 |
| 765914 | | Pondeca Industries Incorporated, 1001 South Main Street, Kalispell, MT, 59901, Germany |
| 765915 | | Power, Chris, 32 Denmark Street, Kew VIC 3101, Australia |
| 765916 | + | Prime Partners Engineering, 4038 Grant Street, NE, Washington, DC 20019-3544 |
| 767034 | + | Prime Partners Engineering LLC, c/o Robert P. Franke, Clark Hill PLC, 901 Main Street, Suite 6000, Dallas, Texas 75202-3748 |
| 768184 | + | Primoris Services Corporation, Accounting Dept., 1760 S. Stemmons Fwy., Suite 300, Lewisville, TX 75067-6413 |
| 765918 | + | Project Alpha TE JV, 1140 3rd St NE Ste 2120, Washington, DC 20002-6274 |
| 765920 | + | Quickbooks, 2632 Marine Way, Mountain View, CA 94043-1126 |
| 765921 | | Quiobel, Nigel, 2nd Floor, Embarcadero de Legazpi, Legazpi City, Thailand |
| 765922 | + | RB Hinkle Construction Inc., PO Box 1153, 4700 Pottsville Pike, Reading, PA 19605-9708 |
| 765925 | + | RER Energy Group LLC, 4700 Pottsville Pike, Reading, PA 19605-9708 |
| 768189 | + | RER Energy Group, LLC, c/o DLA Piper LLP (US), Attn.: C. Kevin Kobbe, 650 South Exeter Street, Suite 1100, Baltimore, MD 21202-4576 |
| 765923 | + | Realtimeboard, Inc. dba Miro, 201 Spear Street, Suite 1100, San Francisco, CA 94105-6164 |
| 765924 | | Reforsado, Nick Karl, Embarcadero de Legazpi, Building 3, Legazpi Blvd., Legazpi Port District, Legazpi City, 4500 Albay, Philippines |
| 768840 | + | Renaissance Geotechnical Engineering PLL, 2320 Nott St E Box 9401, Schenectady, NY 12309-7216 |
| 765926 | + | Resident Agents Inc., 30 N Gould Street, Suite R, Sheridan, WY 82801-6317 |
| 765927 | + | Rinc n Zuluaga, Maria Antonia, 19 West 24th Street, New York, NY 10010-3203 |
| 765928 | | Rodriguez, Julian David, Carrera 52 a #134 a-79, Bogota 111111213, Colombia |
| 765929 | | Rojas Barragan, Juan Pablo, Calle 64 No 5-35, Bogota, Bogota D.C. 110231, Colombia |
| 765930 | + | SA TEC, LLC, 400 Continental Blvd #160, El Segundo, CA 90245-5058 |
| 765949 | + | SSC 1110 KENNEBEC MD, LL, 810 7th St NE, Washington, DC 20002-3610 |
| 765950 | + | SSC 116 IRVINGTON CANOPY DC LLC, 810 7th St NE, Washington, DC 20002-3610 |
| 765951 | + | SSC 116 IRVINGTON DC LLC, 1140 3rd St NE Ste 2120, Washington, DC 20002-6274 |
| 765952 | + | SSC 1309 Fifth DC, LLC, 1140 3rd Street, NE, Suite 2120, Washington, DC 20002-6274 |
| 765953 | + | SSC 1321 FIFTH CANOPY DC LLC, 810 7th St NE, Washington, DC 20002-3610 |
| 765954 | + | SSC 1321 FIFTH DC LLC, 810 7th St NE, Washington, DC 20002-3610 |
| 765955 | + | SSC 1323 I DC LLC, 810 7th St NE, Washington, DC 20002-3610 |
| 765956 | + | SSC 1350 E DC, LLC, 1140 3rd Street, NE, Suite 2120, Washington, DC 20002-6274 |
| 765957 | + | SSC 1402 TWENTY SECOND DC LLC, 1140 3rd Street, NE Suite 2120, Washington, DC 20002-6274 |
| 765958 | + | SSC 1420 R DC, LLC, 810 7th St NE, Washington, DC 20002-3610 |
| 765959 | + | SSC 1430 Belmont DC, LLC, 1140 3rd Street, NE Suite 2120, Washington, DC 20002-6274 |
| 765960 | + | SSC 1441 RHODE ISLAND DC, 810 7th St NE, Washington, DC 20002-3610 |
| 765961 | + | SSC 1601 Gainseville DC, LLC, 1140 3rd Street, NE Suite 2120, Washington, DC 20002-6274 |
| 765962 | + | SSC 1715 FIFTEENTH DC LLC, 810 7th St NE, Washington, DC 20002-3610 |
| 765963 | + | SSC 1800 4th St DC, LLC, 1140 3rd Street, NE, Suite 2120, Washington, DC 20002-6274 |
| 765964 | + | SSC 1811 Cabin Branch MD, LLC, 1140 3rd Street, NE, Suite 2120, Washington, DC 20002-6274 |
| 765965 | + | SSC 1901 BROOKS MD LLC, 810 7th St NE, Washington, DC 20002-3610 |
| 765966 | + | SSC 1920 NAYLOR DC, 810 7th St NE, Washington, DC 20002-3610 |
| 765967 | + | SSC 220 Hamilton DC, LLC, 1140 3rd Street, NE, Suite 2120, Washington, DC 20002-6274 |
| 765968 | + | SSC 2501 N DC LLC, 1140 3rd St NE Ste 2120, Washington, DC 20002-6274 |
| 765969 | + | SSC 2801 Stanton DC, LLC, 1140 3rd Street, NE Suite 2120, Washington, DC 20002-6274 |
| 765970 | + | SSC 2850 New York DC, LLC, 1140 3rd Street, NE, Suite 2120, Washington, DC 20002-6274 |
| 765971 | + | SSC 3040 STANTON DC, LLC, 1140 3rd Street, NE, Suite 2120, Washington, DC 20002-6274 |
| 765972 | + | SSC 3200 Curtis DC, LLC, 1140 3rd Street, NE, Suite 2120, Washington, DC 20002-6274 |
| 765973 | + | SSC 3233 FIFTEENTH DC, LLC, 810 7th St NE, Washington, DC 20002-3610 |
| 765974 | + | SSC 3320 WHEELER DC, 810 7th St NE, Washington, DC 20002-3610 |
| 765975 | + | SSC 3553 EAST CAPITOL, LLC, 1140 3rd Street, NE, Suite 2120, Washington, DC 20002-6274 |
| 765977 | + | SSC 4100 SUITLAND RD CANOPY, LLC, 1140 3rd Street, NE, Suite 2120, Washington, DC 20002-6274 |
| 765976 | + | SSC 4100 Suitland MD, LLC, 1140 3rd Street, NE, Suite 2120, Washington, DC 20002-6274 |
| 765978 | + | SSC 4101 Kaywood PL MD, LLC, 1140 3rd Street, NE, Suite 2120, Washington, DC 20002-6274 |
| 765979 | + | SSC 4601 N Park DC, LLC, 1140 3rd Street, NE, Suite 2120, Washington, DC 20002-6274 |

Case 23-00045-ELG   Doc 391   Filed 03/30/24   Entered 03/31/24 00:04:06   Desc
Imaged Certificate of Notice   Page 9 of 12

| District/off: 0090-1 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: pdf001 | Total Noticed: 224 |

| | | |
|---|---|---|
| 765980 | + | SSC 4717 1st ST DC, LLC, 1140 3rd Street, NE Suite 2120, Washington, DC 20002-6274 |
| 765981 | + | SSC 5113 FITCH DC, 810 7th St NE, Washington, DC 20002-3610 |
| 765982 | + | SSC 600 Kenilworth DC, LLC, 1140 3rd Street, NE Suite 2120, Washington, DC 20002-6274 |
| 765983 | + | SSC 6304 Sherriff MD, LLC, 1140 3rd Street, NE, Suite 2120, Washington, DC 20002-6274 |
| 765984 | + | SSC 6323 LUZON DC, LLC, 810 7th St NE, Washington, DC 20002-3610 |
| 765985 | + | SSC SR JV Holdco, 1140 3rd St NE Ste 2120, Washington, DC 20002-6274 |
| 765931 | + | Sales Rabbit, 2000 Ashton Blvd 450, Lehi, UT 84043-8013 |
| 765932 | | Samy, Bahaa, 2312 Log Wood Crt, Mississauga ON L5C 3C5, Canada |
| 765934 | + | Santana Hernandez, Miguel Angel, 525 Federal Street, Bluefield, WV 24701-3009 |
| 765935 | | Sarkar, Sayan, Avenida Pablo Casals 487, Departamento 401, Guadalajara Jalisco 44670, Mexico |
| 765936 | + | SaveSolar Alpha Holdco LLC, 810 7th St NE, Washington, DC 20002-3610 |
| 765938 | + | SaveSolar Subscriber Services LLC, 1140 3rd St NE Ste 2120, Washington, DC 20002-6274 |
| 765939 | + | Second NW Cooperative HME, 1321 5th St NW, Ste 103, Washington, DC 20001-4818 |
| 765941 | + | Slack, 500 Howard Street, San Francisco, CA 94105-3000 |
| 765942 | + | Smartsheet, 500 108th Avenue NE, #200 HQ, Bellevue, WA 98004-5555 |
| 765943 | + | Solar Energy Services, 4151 W Church Street, Springfield, MO 65802-1078 |
| 765944 | + | Solar Energy Services, Inc., 1514 Jabez Run, Millersville, MD 21108-2002 |
| 765945 | + | SolarGaines LLC, 9 Schilling Rd, Ste 202, Hunt Valley, MD 21031-8602 |
| 765946 | | Solarview IO Renewable Energy Ltd, 4285000, Beerotayim, MO, 4285000, Israel |
| 765986 | + | Standard RH Venture LP, aka Standard Property Company, 1901 Avenue of the Stars. Suite 395, Los Angeles, CA 90067-6058 |
| 765987 | + | Steven Shparber, Clark Hill, 1001 Pennsylvania Avenue NW, Suite 1300 South, Washington, DC 20004-2505 |
| 765988 | | The Commons South Yarra, 11 Wilson Street, South Yarra VIC 3141, Australia |
| 765989 | + | The Premium Finance Company, LLC, 807 West Highway 50, O Fallon, IL 62269-1856 |
| 765990 | | Thin Edge Media, Level 2/696 Bourke St, Melbourne, VIC, 3000, Australia |
| 769478 | | Thin Edge Media (TEM), Attn: David Cervelli, 9 Emma Ct, Sunbury, 3429, Victoria, Australia |
| 765883 | + | Todd Tilzer - Leyline Capital, 807 E. Main St., Suite 2-210, Durham, NC 27701-4079 |
| 765991 | | Toro, Alejandro, Calle 18 N3A - 41,, Casa 2 Chinchina, Caldas Colombia |
| 765992 | | Travelers Casualty and Surety Company, PO Box 660317, Dallas, TX 75266-0317 |
| 765993 | + | Uber, 1455 Market Street, San Francisco, CA 94103-1331 |
| 765994 | + | United Airlines, 233 S. Wacker Drive, Chicago, IL 60606-6462 |
| 765995 | + | Universal Renewables LLC, 3516 Massachusetts Ave NW, Washington, DC 20007-1447 |
| 765996 | | Unterlechner, Karl, 35A Derwent Street, Newport 3015, Australia |
| 765997 | + | Unterlechner, Karl, 514 Tennessee Avenue NE, Washington, DC 20002-5410 |
| 765999 | + | Valor Development - Firehouse 27, 401 New York Avenue, Washington, DC 20002-7028 |
| 766000 | | Vermont Energy Investment Corporation, 200 Winooski Falls Way, 5th Fl, Winooski, VT 05404 |
| 766001 | + | Vermont Energy Investment Corporation, 20 Winooski Falls Way, 5th Fl, Winooski, VT 05404-2239 |
| 766002 | | Vinay Jain, 198 Craigieburn Road, Craigieburn 3064, Australia |
| 766003 | | Vrieselaar, Thijs, Level 2, 696 Bourke Street, Melbourne, Victoria 3000 Australia |
| 766004 | + | We Solar Inc., 1200 South Conkling Street, Apt 240, Baltimore, MD 21224-5298 |
| 766005 | + | Whiteford, Taylor & Preston, LLP, 7 St. Paul Street, Suite 1500, Baltimore, MD 21202-1588 |
| 766006 | + | Wilson, William, 51 Silverway Drive, Herndon, VA 20170-5353 |
| 766007 | + | Winn, Alex, 4318 Gypsy Court, Alexandria, VA 22310-1450 |
| 773568 | + | Woodberry Apartments LP, c/o Richard Hagerty, Esq., Troutman Pepper Hamilton Sanders LLP, 401 9th Street, N.W., Washington, DC 20004-2146 |
| 766008 | + | Woodberry Apartments LP, Moshe Eichler, 86 Route 59, East Spring Valley, NY 10977-5214 |
| 766009 | + | Wylie Court Condo, 1323 I Street NE, Washington, DC 20002-7121 |
| 766010 | + | Yalamanchilli, Srinand, 1604 Q St NW Apt 502, Washington, DC 20009-6308 |
| 766011 | + | Yoffee, Elicia, 1445 Ogden Street NW, Apt 327, Washington, DC 20010-1958 |
| 766013 | + | ZOOMINFO, DEPT LA 24789, Pasadena, CA 91185-0001 |
| 766012 | | Zapier, 548 Market Street, #62411, San Francisco, CA 94104-5401 |
| 766014 | + | Zooz Technology Corporation, 9800 Wilshire Boulevard, Beverly Hills, CA 90212-1804 |

TOTAL: 214

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 765807 | Email/Text: bankruptcynotices@amazon.com | Mar 28 2024 22:01:00 | Amazon Web Services, 410 Terry Ave North, Seattle, WA 98109-5210 |
| 765808 + | Email/Text: LEGAL.NOTICES@AA.COM | Mar 28 2024 22:01:00 | American Airlines, 4333 Amon Carter Blvd, Fort Worth, TX 76155-2664 |
| 765818 | Email/Text: BankruptcyTeam@hq.bill.com | | |

Case 23-00045-ELG   Doc 391   Filed 03/30/24   Entered 03/31/24 00:04:06   Desc
Imaged Certificate of Notice   Page 10 of 12

| District/off: 0090-1 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: pdf001 | Total Noticed: 224 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 28 2024 22:01:00 | BILL, 6220 America Center Drive, Suite 100, San Jose, CA 95002 |
| 765813 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 28 2024 22:01:00 | Bank of America, N.A., 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 765830 | + | Email/Text: legalteam@cbtnuggets.com | Mar 28 2024 22:01:00 | CBT Nuggets, 2850 Crescent Avenue, Eugene, OR 97408-7397 |
| 766337 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 28 2024 22:01:00 | Department of Treasury, Internal Revenue Service, 15 New Sudbury St. M/S 20800, Boston, MA 02203-0208 |
| 765874 | + | Email/Text: bankruptcy@hubspot.com | Mar 28 2024 22:01:00 | Hubspot, 25 First Street, 2nd Floor, Cambridge, MA 02141-1802 |
| 768233 | ^ | MEBN | Mar 28 2024 22:00:29 | LRC SaveSolar Investco LLC, 807 E. Main Street., Suite 2-210, Durham, NC 27701-4079 |
| 765911 | | Email/Text: Bankruptcy_General@pepco.com | Mar 28 2024 22:01:00 | PEPCO, Remittance Processing EP 1804, 701 9th Street NW, Washington, DC 20001-4572 |
| 765940 | | Email/Text: tcohen@sheppardmullin.com | Mar 28 2024 22:01:00 | Sheppard Mullin Richter & Hampton LLP, 333 South Hope Street 43rd Floor, Los Angeles, CA 90071-1422 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 768235 | | Edson Redball Devco LLC |
| 770561 | *+ | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 765865 | *+ | Grappler Construction, 5328 Sandy Point Lane, Clifton, VA 20124-0942 |
| 765849 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Service, Cincinnati, OH 45999 |
| 766816 | *+ | Internal Revenue Service, 15 New Sudbury St., M/S 20800, Boston, MA 02203-0208 |
| 765890 | *+ | Lumina Solar Inc, 3600 Commerce Drive, Suite 601, Halethorpe, MD 21227-1646 |
| 765895 | *+ | Metropolitan Exteriors Inc., 10580 McConnell Place, White Plains, MD 20695-3106 |
| 765907 | *+ | Pannell House Condominium Assoc. Inc., 2-A Industrial Park Drive, Waldorf, MD 20602-2729 |
| 765917 | *+ | Prime Partners Engineering LLC, 4038 Grant Street NE, Washington, DC 20019-3544 |
| 765937 | *+ | SaveSolar Alpha Holdco, LLC, 810 7th Street NE, Washington, DC 20002-3610 |
| 768230 | *+ | Todd Tilzer - Leyline Capital, 807 E. Main St., Suite 2-210, Durham, NC 27701-4079 |
| 765815 | ##+ | Bennett Hanson, 609 Elliott St., NE, Washington, DC 20002-5417 |
| 765899 | ##+ | New Columbia Solar, 401 New York Avenue, Washington, DC 20002-7028 |
| 765912 | ##+ | Pierce Gulley, 623 13th Street NE, Washington, DC 20002-6371 |
| 765919 | ##+ | ProTitle USA, 9550 Regency Sq., Blvd. Suite 906, Jacksonville, FL 32225-8173 |
| 765933 | ##+ | Santa Bella Investments, 400 Continental Blvd #160, El Segundo, CA 90245-5058 |
| 765947 | ##+ | SolRidge RE, LLC, 400 Continental Blvd #160, El Segundo, CA 90245-5058 |
| 765948 | ##+ | SolRidge, LLC, 400 Continental Blvd #160, El Segundo, CA 90245-5058 |
| 765998 | ##+ | UXPin, 1134 W El Camino Real, Mountain View, CA 94040-2518 |

TOTAL: 1 Undeliverable, 10 Duplicate, 8 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0090-1 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: pdf001 | Total Noticed: 224 |

Date: Mar 30, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:**

**Name**     **Email Address**

Bradford F. Englander
on behalf of Debtor In Possession SSC 3320 Wheeler DC LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com

Bradford F. Englander
on behalf of Plaintiff SSC 3233 FIFTEENTH DC LLC, benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com

Bradford F. Englander
on behalf of Financial Advisor CohnReznick Capital Markets Securities LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com

Bradford F. Englander
on behalf of Debtor In Possession SSC 1321 Fifth DC LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com

Bradford F. Englander
on behalf of Debtor SaveSolar Alpha Holdco LLC benglander@whitefordlaw.com twhitt@wtplaw.com;dchaney@whitefordlaw.com

Bradford F. Englander
on behalf of Debtor In Possession SSC 116 Irvington DC LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com

Bradford F. Englander
on behalf of Debtor In Possession SSC 1321 Fifth Canopy DC LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com

Bradford F. Englander
on behalf of Debtor In Possession SaveSolar Corporation Inc. benglander@whitefordlaw.com twhitt@wtplaw.com;dchaney@whitefordlaw.com

Bradford F. Englander
on behalf of Debtor In Possession SSC 1323 I DC LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com

Bradford F. Englander
on behalf of Plaintiff SaveSolar Corporation Inc. benglander@whitefordlaw.com twhitt@wtplaw.com;dchaney@whitefordlaw.com

Bradford F. Englander
on behalf of Debtor In Possession SSC 116 Irvington Canopy DC LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com

Bradford F. Englander
on behalf of Debtor In Possession SSC 2501 N DC LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com

Bradford F. Englander
on behalf of Debtor In Possession SSC 3233 Fifteenth DC LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com

Bradford F. Englander
on behalf of Debtor In Possession SSC 1901 Brooks MD LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com

Bradford F. Englander
on behalf of Debtor In Possession SSC 1110 Kennebec MD LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com

C. Kevin Kobbe
on behalf of Creditor RER Energy Group LLC kevin.kobbe@us.dlapiper.com, DLAPiper@ecfxmail.com

Craig Palik
on behalf of Interested Party Lumina Solar Inc. cpalik@mhlawyers.com, cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;hleaphart@mhlawyers.com;palik.craigr92003@notify.bestcase.com

Daniel J. Healy, I
on behalf of Creditor Edson Redball Devco LLC dhealy@brownrudnick.com taxelrod@brownrudnick.com

Case 23-00045-ELG    Doc 391    Filed 03/30/24    Entered 03/31/24 00:04:06    Desc
Imaged Certificate of Notice    Page 12 of 12

| District/off: 0090-1 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: pdf001 | Total Noticed: 224 |

Dylan G. Trache
on behalf of Creditor LRC SaveSolar Investco LLC dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com;alex.reilly@nelsonmullins.com

Elizabeth M. Briones
on behalf of Interested Party Woodberry Apartments LP elizabeth.briones@troutman.com sharron.fay@troutman.com;fslecfintake@troutman.com;noland.butler@troutman.com;carolyn.smith@troutman.com;Kevin.Craig@troutman.com

Kristen S. Eustis
on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
on behalf of Debtor In Possession SaveSolar Corporation Inc. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Nancy L. Alper
on behalf of Interested Party Office of the Attorney General for the District of Columbia nancy.alper@dc.gov

Paul Anthony Werner, III
on behalf of Creditor Amalgamated Bank 6824062420@filings.docketbird.com

Peter Haley
on behalf of Creditor LRC SaveSolar Investco LLC peter.haley@nelsonmullins.com marie.moss@nelsonmullins.com

Sara Kathryn Mayson
on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov Robert.W.Ours@usdoj.gov

Stephen K. Gallagher
on behalf of Creditor Vermont Energy Investment Corporation (VEIC) skgallagher@venable.com sjpatterson@venable.com;lsbouyea@venable.com;nnkresh@venable.com

Tristan G. Axelrod
on behalf of Creditor Edson Redball Devco LLC taxelrod@brownrudnick.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 29