Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:      (703) 280-9081
E-Mail:       benglander@whitefordlaw.com
              adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**
**(DN 392 & 393)**

      I hereby certify that on May 16, 2024, I caused copies of the ***Application to Employ Murray Law Firm, P.C. as Special Counsel for SaveSolar Corporation, Inc.*** [Docket No. 392], and the ***Notice of Opportunity to Object*** [Docket No. 393] to be served *via* first-class mail, postage prepaid, or where an e-mail address was available, *via* e-mail on the parties identified on the Service List attached to the Affidavit of Service. A copy of the Affidavit of Service is attached hereto as **Exhibit A** and is incorporated as if fully set forth herein.

*[Remainder of page intentionally left blank.]*

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; and SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "**Debtors**").

Page **1**

Dated May 20, 2024 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Alexandra G. DeSimone*
　　　　　　　　　　　　　　　　　　　Bradford F. Englander (Bar No. 428617)
　　　　　　　　　　　　　　　　　　　Alexandra G. DeSimone (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　**WHITEFORD, TAYLOR & PRESTON L.L.P.**
　　　　　　　　　　　　　　　　　　　3190 Fairview Park Drive, Suite 800
　　　　　　　　　　　　　　　　　　　Falls Church, Virginia 22042-4510
　　　　　　　　　　　　　　　　　　　Telephone:　　(703) 280-9081
　　　　　　　　　　　　　　　　　　　E-Mail:　　　benglander@whitefordlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　adesimone@whitefordlaw.com
　　　　　　　　　　　　　　　　　　　*Counsel to the Debtors and Debtors in Possession*

## Exhibit A

**Affidavit of Service**