Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:        (703) 280-9081
E-Mail:        benglander@whitefordlaw.com
        adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**WITHDRAWAL OF CERTIFICATE OF SERVICE**

       The debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, by and through its undersigned counsel, hereby **WITHDRAWS** the Certificate of Service filed at Docket No. 394 on May 20, 2024, which was inadvertently filed through CM/ECF.

*[Remainder of page intentionally left blank.]*

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; and SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "**Debtors**").

Page **1**

|  |  |
|---|---|
| Dated May 20, 2024 | Respectfully submitted,<br><br>*/s/ Alexandra G. DeSimone*<br>Bradford F. Englander (Bar No. 428617)<br>Alexandra G. DeSimone (admitted *pro hac vice*)<br>**WHITEFORD, TAYLOR & PRESTON L.L.P.**<br>3190 Fairview Park Drive, Suite 800<br>Falls Church, Virginia 22042-4510<br>Telephone:    (703) 280-9081<br>E-Mail:        benglander@whitefordlaw.com<br>                   adesimone@whitefordlaw.com<br>*Counsel to the Debtors and Debtors in Possession* |