The order below is hereby signed.

Signed: June 3 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-00045-ELG |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER APPROVING APPLICATION FOR AUTHORITY TO EMPLOY MURRAY LAW FIRM, P.C. AS SPECIAL COUNSEL FOR SAVESOLAR CORPORATION, INC.

Upon consideration of the application (the "**Application**")[2] to approve the employment of Murray Law Firm, P.C. ("**Murray**") as special counsel to the SaveSolar Corporation, Inc. ("**SaveSolar**" or the "**Debtor**"), effective as of the date of the Application, and upon consideration of the Declaration of Noelle R. Murray (the "**Murray Declaration**") in support of the Application; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and due and proper notice of the Application having been

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; and SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "**Initial Debtors**").

provided to the necessary parties, and the Court having found that no other or further notice is necessary; and the Debtor being authorized under Bankruptcy Code section 327, 328 and 330, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 to retain and employ, with the Court's approval, certain professional persons; and the Court having reviewed the Application and the Murray Declaration and having heard statements in support of the relief requested therein at any hearing held before the Court to consider the Application (the "**Hearing**"); and the Court having found based on the representations made in the Application and at the Hearing that Murray neither holds nor represents an interest adverse to the Debtor or its estate on the matter for which it is to be employed and, further that Murray is a "disinterested person" under section 101(14) of the Bankruptcy Code; and the Court having found that the terms and conditions of the proposed employment as set forth in and as summarized in the Application are reasonable as required by Bankruptcy Code section 328(a); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and it appearing, and the Court having found that the retention and employment of Murray, which has the capability and experience to provide the services described in the Application, is in the best interests of the Debtor's estate, its creditors and other parties in interest; and any objections to the relief requested in the Application having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

    1.    The Application is **GRANTED**.

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2. The Debtor is authorized to employ Murray as its special counsel effective as of the date of the Application, in accordance with the terms and conditions set forth in the Application, except as limited or modified herein.

3. Murray is authorized to provide the Debtor with the professional services as described in the Application.

4. Murray shall be entitled to compensation pursuant to section 328 of the Bankruptcy Code on a contingent fee basis, and to reimbursement of expenses, all in the amounts, and subject to the terms, conditions, and procedures set forth in the Application, except as expressly modified by this Order. All compensation paid to Murray shall be subject to further Order of this Court.

5. To the extent that the Debtor requests Murray to perform any services other than those detailed in the Application, the Debtor shall seek further approval by the Court by an application that shall set forth the additional services to be performed and the additional fees sought to be paid.

6. The Debtor and Murray are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Bankruptcy Rules are satisfied by the contents of the Application.

8. To the extent there is any inconsistency between the terms of the Application and this order, the terms of this Order shall govern.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and any stay as may be applicable under Federal Rule of Bankruptcy Procedure 6004(h) is hereby waived.

10. Notwithstanding anything in the Application to the contrary, during the pendency of these chapter 11 cases, the Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

**END OF ORDER**

I ASK FOR THIS:

*/s/ Bradford F. Englander*
Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:     (703) 280-9081
E-Mail:          benglander@whitefordlaw.com
                     adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

SEEN AND NO OBJECTION:

*/s/ Kristen S. Eustis (with permission via email dated May 31, 2024)*
Kristen S. Eustis, Esq.
**OFFICE OF THE UNITED STATES TRUSTEE**
1725 Duke Street
Alexandria, Virginia 22314
Telephone:     (703) 557-7227
E-Mail:          Kristen.s.eustis@usdoj.gov

*Counsel to the United States Trustee*