**United States Bankruptcy Court**
**District of District of Columbia**

In re:   **Case No. 23-00046 (ELG)**
**SaveSolar Alpha HoldCo, LLC**   Reporting Period: March 1, 2024 through March 31, 2024
Debtors

## MOR Cover Page Notes
### For the period 3/1/24 through 3/31/24

**Footnotes**

(a) - Per Sale Order entered in the Court on 7/28/2023 (Docket #0231), substantively all of Debtors' property were approved for sale, free and clear of all liens, claims, interests and encumbrances; as such, assets and liabilities are reported at zeros as of sale closing date on 8/1/2023, except for cash remained in the Trust Account(s), if applicable, per Post-Closing Cash Management Motion (Docket #0251).

(b) - Per Debtors' motion to authorize post-closing cash management motion entered in the Court (Docket #0251), SaveSolar Corporation, Inc.'s funds are managed by Debtors' counsel under the trust account "104802-00502" for general use.

(c) - Cumulative total disbursements of $7,284,880, reported on Part 1.f. of the MOR, include transfer of $417,852 to trust account "104802-00503". Disbursements, net of such transfer, totaled $6,867,208.

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | Case No. 23-00046 (ELG) |
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: March 1, 2024 through March 31, 2024 |
| Debtors | |

**Supporting Documentation to MOR - 1**
**Schedule of Cash Receipts and Disbursements**
For the period 3/1/24 through 3/31/24

| ACCOUNT NUMBER (LAST 4) | SaveSolar Alpha HoldCo, LLC. Amalgamated Bank x3876 | SaveSolar Alpha HoldCo, LLC. Trust Account x00502 (W99) [c] | SaveSolar Alpha HoldCo, LLC. Trust Account x00502 (99) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---:|---:|---:|---:|
| **CASH - BEGINNING OF MONTH** [a] | $ 15 | $ -- | $ 278,342 | $ 278,357 |
| **RECEIPTS** [b] | | | | |
| CASH SALES | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - |
| SALE OF ASSETS | - | - | - | - |
| OTHER MISC. RECEIPTS | - | - | - | - |
| TRANSFERS *(FROM AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - |
| TRANSFERS *(FROM OTHER DEBTOR ACCOUNTS)* | - | - | - | - |
| **TOTAL RECEIPTS** | $ - | $ - | $ - | $ - |
| **DISBURSEMENTS** [b] | | | | |
| NET PAYROLL | - | - | - | - |
| PAYROLL TAXES | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - |
| SECURED/RENTAL/LEASES | - | - | - | - |
| INSURANCE | - | - | - | - |
| GENERAL & ADMINISTRATIVE | - | - | - | - |
| SELLING | - | - | - | - |
| OTHER MISC. EXPENSES | - | - | - | - |
| TRANSFERS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - |
| TRANSFERS *(TO OTHER DEBTOR ACCOUNTS)* | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - |
| US TRUSTEE QUARTERLY FEES | - | - | (13,222) | (13,222) |
| COURT COSTS | - | - | - | - |
| DISTRIBUTIONS OF SALE PROCEEDS PER COURT ORDER | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ - | $ (13,222) | $ (13,222) |
| **NET CASH FLOW (RECEIPTS - DISBURSEMENTS)** | $ - | $ - | $ (13,222) | $ (13,222) |
| **CASH - END OF MONTH** | $ 15 | $ - | $ 265,120 | $ 265,135 |

**Footnotes:**
1. Note: xxx

a. Cash - Beginning of Month is the bank accounts' ending cash balances as of February 29, 2024.
b. Cash Receipts and Disbursements are exclusive of uncleared deposits and payments. The total uncleared cash flow as of March 31, 2024 is $0.00.
c. Per Report of Sale of Property of the Estate entered in the Court (Docket #248), Distributions of Sale Proceeds include:
    (1) PER Cure Costs: $598,958
    (2) 120-day Reserve for Lumina: $417,851.97
    (3) Advance to Lumina: $100,000
    (4) Payment to Leyline: $4,500,000

c. Subaccounts beginning with a "W99" were held by Whiteford in its client trust account at Wells Fargo Bank. Whiteford moved its banking relationship to M&T Bank on or about December 11, 2023 with subaccounts denominated with the prefix "99".

**THE FOLLOWING SECTION MUST BE COMPLETED**
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | $ 13,222 |
| LESS: TRANSFERS TO OTHER DEBTORS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY KARL UNTERLECHNER | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | $ 13,222 |

**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | Case No. 23-00046 (ELG) |
|---|---|
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: March 1, 2024 through March 31, 2024 |
| Debtors | |

**Supporting Documentation to MOR - 1a**
**Bank Account Balances**
For the period 3/1/24 through 3/31/24

| Ref No. | Debtor Entity | Account Number | Bank | State / Country | Account Type | Account Description | Balance as of 3/31/2024 |
|---|---|---|---|---|---|---|---|
| 1 | SaveSolar Alpha HoldCo, LLC | XXXXX3876 | Amalgamated Bank | NY / United States of America | Checking | Incoming: Transfers<br>Outgoing: Transfers, ACH, Wires & Checks | 15 |
| 2 | SaveSolar Alpha HoldCo, LLC | W99-104802.00502 | N/A | N/A | Trust Account - General | Incoming: Transfers<br>Outgoing: Transfers | -- |
| 3 | SaveSolar Alpha HoldCo, LLC | 99-104802.00502 | N/A | N/A | Trust Account - General | Incoming: Transfers<br>Outgoing: Transfers | 265,120 |

| | |
|---|---|
| **Total** | **$ 265,135** |

**Bank Account Reconciliations & Cash Disbursements Journal**
The debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The debtors affirm that bank statements for all open and active bank accounts are retained by the debtors.

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00046 (ELG)** |
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: March 1, 2024 through March 31, 2024 |
| Debtors | |

**Supporting Documentation to MOR - 2**
**Income Statement**
<u>For the period 3/1/24 through 3/31/24</u>

| | |
|---|---|
| | **SaveSolar Alpha HoldCo, LLC.** <br> **Case No. 23-00046 (ELG)** |
| Sales, net | $ -- |
| Overhead costs | -- |
| **Gross Profit** | **$ --** |
| | |
| <u>Expenses:</u> | |
| General and administrative expenses | -- |
| **Total Expenses** | **-** |
| | |
| **Operating Profit / (Loss)** | **$ --** |
| | |
| Other Income | -- |
| Exchange gain or loss | -- |
| Interest Paid | -- |
| Other miscellaneous expense | -- |
| Depreciation of assets | -- |
| UST Fees | (13,222) |
| Income/(expenses) for previous years | -- |
| Expected credit loss expense | -- |
| Restructuring Professional Fees | -- |
| Gain/(Loss) on Sale of Assets | -- |
| Provision for Income Taxes | - |
| **Net Income (Loss)** | **($ 13,222)** |

United States Bankruptcy Court
District of District of Columbia

| In re: | Case No. 23-00046 (ELG) |
|---|---|
| **SaveSolar Alpha HoldCo, LLC** | Reporting Period: March 1, 2024 through March 31, 2024 |
| Debtors | |

**Supporting Documentation to MOR - 3**
**Balance Sheet**
For the period 3/1/24 through 3/31/24

|  | **SaveSolar Alpha HoldCo, LLC.**<br>**Case No. 23-00046 (ELG)** |
|---|---:|
| <u>Current Assets</u> | |
| Cash | $ 265,135 |
| Accounts receivable, net | -- |
| Related party receivable | -- |
| **Total Current Assets** | **$ 265,135** |
| | |
| <u>Non-Current Assets</u> | |
| Property and Equipment, net | -- |
| Investment in subsidiary | -- |
| Prepaid expenses | -- |
| Security deposits | -- |
| **Total Non-Current Assets** | **-** |
| | |
| **Total Assets** | **$ 265,135** |
| | |
| <u>Current Liabilities</u> | |
| Accounts payable and accrued expenses | -- |
| Current maturities of Short-term debt, net | -- |
| Related party payable | -- |
| Loan payable to Stockholders | -- |
| Short-term debt, less current maturities, net | - |
| **Total Current liabilities** | **-** |
| | |
| **Total Non-Current liabilities** | **-** |
| | |
| **Total Liabilities** | **-** |
| | |
| <u>Members' Equity | (Deficit)</u> | |
| Equity | 265,135 |
| **Total Members' Equity | (Deficit)** | **265,135** |
| | |
| **Total Liabilities And Members' Equity | (Deficit)** | **$ 265,135** |

**Trust Transactions**

**Trust Account:** 99

**Matter:** 104802.00502   ALPHA HOLDCO SALE PROCEEDS

**Intended Use:** General    General

**Intended Use Detail:**

**Currency Code:** USD

**Client:** 104802   SAVESOLAR CORPORATION, INC.

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc / Rcpt Doc | Received From / Paid To / Drawn By | Comment / Narrative | Rcpt Index / Rcpt Num | Disb Index / Chk Num | Transfer Index | Adj Index / Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16/2023 | | 100,000.00 | 100,000.00 | | LUMINA --- / --- | DEPOSIT WIRE FROM LUMINA............ SETTLEMENT PROCEEDS DEPOSIT WIRE FROM LUMINA............ SETTLEMENT PROCEEDS | 49628 --- | | | | WIRE | 11/16/2023 | ☐ |
| | 11/27/2023 | (100,000.00) | 0.00 | BT112723 | --- WHITEFORD TAYLOR AND PRESTON / --- | DISBURSE TO WTP TO PAY LEGAL FEES | | 69285 BOOKTRF1 12723 | | | DISB | 11/27/2023 | ☐ |
| | | 136,487.04 | 136,487.04 | | | FUNDS TRANSFERRED FROM W99 - SEE W99 FOR TRANSACTION DETAILS | | | 3513 | | Transfer | 12/11/2023 | ☐ |
| | 12/21/2023 | (41,592.00) | 94,895.04 | | --- UNITED STATES TRUSTEE / --- | ALPHA HOLDCO LLC UST ACCOUNT NO. 9002300046 Q3 2023 UST FEES | | 70690 19052 | | | DISB | 12/21/2023 | ☐ |
| | 12/21/2023 | (250.00) | 94,645.04 | | --- UNITED STATES TRUSTEE / --- | SSC 3233 FIFTEENTH DC LLC UST ACCOUNT NO. 9002300141 Q3 2023 UST FEES | | 70692 19050 | | | DISB | 12/21/2023 | ☐ |
| | 12/21/2023 | (250.00) | 94,395.04 | | --- UNITED STATES TRUSTEE / --- | SSC 1901 BROOKS UST ACCOUNT NO. 9002300142 Q3 2023 | | 70693 19049 | | | DISB | 12/21/2023 | ☐ |

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | UST FEES | | | | | | | |
| | 12/21/2023 | (250.00) | 94,145.04 | | --- UNITED STATES TRUSTEE / --- | SSC 1323 I DC LLC UST ACCOUNT NO. 9002300143 QS 2023 UST FEES | | 70694 19048 | | | DISB | 12/21/2023 | ☐ |
| | 12/21/2023 | (250.00) | 93,895.04 | | --- UNITED STATES TRUSTEE / --- | SSC 1321 FIFTH DC LLC UST ACCOUNT NO. 9002300144 Q3 2023 UST FEES | | 70695 19047 | | | DISB | 12/21/2023 | ☐ |
| | 12/21/2023 | (250.00) | 93,645.04 | | --- UNITED STATES TRUSTEE / --- | SSC 1321 FIFTH CANOPY DC LLC UST ACCOUNT NO. 9002300145 Q3 2023 UST FEES | | 70696 19046 | | | DISB | 12/21/2023 | ☐ |
| | 12/21/2023 | (250.00) | 93,395.04 | | --- UNITED STATES TRUSTEE / --- | SSC 116 IRVINGTON DC LLC UST ACCOUNT NO. 9002300146 Q3 2023 UST FEES | | 70697 19045 | | | DISB | 12/21/2023 | ☐ |
| | 12/21/2023 | (250.00) | 93,145.04 | | --- UNITED STATES TRUSTEE / --- | SSC 116 IRVINGTON CANOPY DC LLC UST ACCOUNT NO. 9002300147 Q3 2023 UST FEES | | 70698 19044 | | | DISB | 12/21/2023 | ☐ |
| | 12/21/2023 | (250.00) | 92,895.04 | | --- UNITED STATES TRUSTEE / --- | SSC 3320 WHEELER DC LLC UST ACCOUNT NO. 9002300149 Q3 2023 UST FEES | | 70699 19043 | | | DISB | 12/21/2023 | ☐ |
| 12/28/2023 | | 1,000,000.00 | 1,092,895.04 | | WIRE SAVE SOLAR --- / --- | DEPOSIT FROM SAVESOLAR............. SETTLEMENT PROCEEDS DEPOSIT FROM SAVESOLAR............. SETTLEMENT PROCEEDS | 50052 --- | | | | WIRE | 12/28/2023 | ☐ |

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/29/2023 | (500,000.00) | 592,895.04 | WIREB122923 | --- LEYLINE REWABLE CAPITAL, LLC / --- | PAYMENT OF SALE PROCEEDS PURSUANT TO ORDER OF BANKRUPTCY COURT | 70828 | WIREB122923 | | | DISB | 12/29/2023 | ☐ |
| | 1/26/2024 | (45,680.61) | 547,214.43 | WIRE012624 | --- COHNREZNICK LLP / --- | PAMENT OF BALANCE OF COURT APPROVED FEES | 71214 | WIRE012624 | | | DISB | 1/26/2024 | ☐ |
| | 1/26/2024 | (154,372.56) | 392,841.87 | BTB012624 | --- WHITEFORD TAYLOR AND PRESTON / --- | PAYMENT OF COURT APPROVED FEES | 71216 | BTB012624 | | | DISB | 1/26/2024 | ☐ |
| | 1/26/2024 | (114,500.00) | 278,341.87 | WIREA012624 | --- CARBON REDUCTION CAPITAL LLC, FKA COHNREZNICK CAPITAL / --- | PAYMENT OF BALANCE INVESTMENT BANKING FEES APPROVED BY COURT ORDER | 71218 | WIREA012624 | | | DISB | 1/26/2024 | ☐ |
| | 3/25/2024 | (250.00) | 278,091.87 | | --- UNITED STATES TRUSTEE / --- | US TRUSTT FEES FOR Q4 2023 / SSC 3320 WHEELER DC, LLC - UST ACCOUNT NO. 9002300149 | 73078 | 19183 | | | DISB | 3/25/2024 | ☐ |
| | 3/25/2024 | (250.00) | 277,841.87 | | --- UNITED STATES TRUSTEE / --- | US TRUSTEE FEES FOR Q4 2023 - SSC 2501 WHEELER DC, LLC - UST ACCOUNT NO. 9002300148 | 73079 | 19184 | | | DISB | 3/25/2024 | ☐ |
| | 3/25/2024 | (10,722.00) | 267,119.87 | | --- UNITED STATES TRUSTEE / --- | US TRUSTEE FEES FOR Q4 2023 - SAVESOLAR ALPHA HOLDCO LLC - UST ACCOUNT NO. 9002300046 | 73081 | 19186 | | | DISB | 3/25/2024 | ☐ |
| | 3/25/2024 | (250.00) | 266,869.87 | | --- UNITED STATES | US TRUSTEE FEES FOR Q4 2023 - SSC | 73082 | 19187 | | | DISB | 3/25/2024 | ☐ |

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc / Rcpt Doc | Received From / Paid To / Drawn By | Comment / Narrative | Rcpt Index / Rcpt Num | Disb Index / Chk Num | Transfer Index | Adj Index / Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TRUSTEE / --- | 1110 KENNEBEE MD, LLC - UST ACCOUNT NO. 9002300140 | | | | | | | |
| | 3/25/2024 | (250.00) | 266,619.87 | | --- UNITED STATES TRUSTEE / --- | US TRUSTEE FEES FOR Q4 2023 - SSC 3233 FIFTEENTH DC, LLC - UST ACCOUNT NO. 9002300141 | | 73083 19188 | | | DISB | 3/25/2024 | ☐ |
| | 3/25/2024 | (250.00) | 266,369.87 | | --- UNITED STATES TRUSTEE / --- | US TRUSTEE FEES FOR Q4 2023 - SSC 1901 BROOKS MD, LLC - UST ACCOUNT NO. 9002300142 | | 73084 19189 | | | DISB | 3/25/2024 | ☐ |
| | 3/25/2024 | (250.00) | 266,119.87 | | --- UNITED STATES TRUSTEE / --- | US TRUSTEE FEES FOR Q4 2023 - SSC 1323 I DC, LLC - UST ACCOUNT NO. 9002300143 | | 73085 19190 | | | DISB | 3/25/2024 | ☐ |
| | 3/25/2024 | (250.00) | 265,869.87 | | --- UNITED STATES TRUSTEE / --- | US TRUSTEE FEES FOR Q4 2023 - SSC 1321 FIFTH DC, LLC - UST ACCOUNT NO. 9002300144 | | 73086 19191 | | | DISB | 3/25/2024 | ☐ |
| | 3/25/2024 | (250.00) | 265,619.87 | | --- UNITED STATES TRUSTEE / --- | US TRUSTEE FEES FOR Q4 2023 - SSC 1321 FIFTH CANOPY DC, LLC - UST ACCOUNT NO. 9002300145 | | 73087 19192 | | | DISB | 3/25/2024 | ☐ |
| | 3/25/2024 | (250.00) | 265,369.87 | | --- UNITED STATES TRUSTEE / --- | US TRUSTEE FEES FOR Q4 2023 - SSC 116 IRVINGTON DC, LLC - UST ACCOUNT NO. 9002300146 | | 73088 19193 | | | DISB | 3/25/2024 | ☐ |
| | 3/25/2024 | (250.00) | 265,119.87 | | --- UNITED STATES TRUSTEE / --- | US TRUSTEE FEES FOR Q4 2023 - SSC 116 IRVINGTON | | 73089 19194 | | | DISB | 3/25/2024 | ☐ |

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CANOPY DC, LLC - UST ACCOUNT NO. 9002300147 | | | | | | | |