# Mendelson & Mendelson

**Exhibit A**

CERTIFIED PUBLIC ACCOUNTANTS    A PROFESSIONAL CORPORATION
12505 Park Potomac Avenue, Suite 250 • Potomac, Maryland 20854-6805
(301) 656-0001   Facsimile  (301) 424-4440
E-mail info@MendelsonCPA.com • www.mendelsoncpa.com

| | |
|---|---|
| SAVESOLAR CORPORATION | **Date:** April 30, 2024 |
| 1140 3RD ST NE | **Due Date:** May 30, 2024 |
| WASHINGTON, DC  20002 | **Client Number:** 9055130 |
| | **Invoice:** 239117 |

*For professional services rendered for the period ending April 30, 2024*

### Accounting services and Tax Preparation services in connection with the Preparation of Federal and State Income Tax Returns for the year ending December 31, 2022:  $15,100.00

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/15/2023 | Ruebelmann, Louis | Review 2019, 2020 and 2021 Federal and DC Income Tax Returns. | 2.35 | 400.00 | 940.00 |
| 09/25/2023 | Ruebelmann, Louis | Review of Markum accounting files for the year ending 12/31/21 for all Save Solar entities. Determine which subsidiaries were excluded in 2021 Save Solar return. Commence reconciliation of Retained Earnings between tax returns and books at 12/31/21. | 5.50 | 400.00 | 2,200.00 |
| 10/09/2023 | Ruebelmann, Louis | Continue work on 12/31/22 accounting books and records, strip out Save Solar 12/31/22 transactions from combined parent/subsidiary accounting worksheet. Continue work on reconciling 12/31/21 Retained earnings per books to prior tax return. | 4.30 | 400.00 | 1,720.00 |
| 10/10/2023 | Ruebelmann, Louis | Continue work on Retained Earnings reconciliation and 12/31/22 accounting transactions for Save Solar. | 3.80 | 400.00 | 1,520.00 |
| 10/11/2023 | Ruebelmann, Louis | Commence preparation of Draft Form 1120 for the year ending December 31, 2022, | 6.65 | 400.00 | 2,660.00 |
| 10/13/2023 | Ruebelmann, Louis | Continue preparation of Draft Form 1120 for the year ending December 31, 2022. | 2.10 | 400.00 | 840.00 |
| 10/14/2023 | Ruebelmann, Louis | Revise accounting work papers for finalization of retained earnings reconciliation to 12/31/21. Extract additional excluded entities from 12/31/22 accounting work papers. | 7.25 | 400.00 | 2,900.00 |
| 10/16/2023 | Ruebelmann, Louis | Commence and finalize revised Form 1120 for Save Solar for the year ending December 31, 2022. File with taxing authorities. | 4.50 | 400.00 | 1,800.00 |
| 10/17/2023 | Ruebelmann, Louis | Prepare paper return for rejected DC Save Solar return for 2022. | 1.30 | 400.00 | 520.00 |

### Preparation of all annual and quarterly payroll returns for the Quarter and Year Ending December 31, 2023:  $1,680.00

**MENDELSON & MENDELSON, CPA'S A P.C.**

Page 2 of 2

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/08/2024 | Ruebelmann, Louis | Preparation of all 12/31/23 quarterly and annual payroll returns. Prepare and file Forms W-2 and Forms 941 and 940. Check past 2023 payroll return filings, reconcile to annual returns. | 3.10 | 400.00 | 1,240.00 |
| 02/21/2024 | Ruebelmann, Louis | Review Quick Books status of all payroll returns required to be filed and paid in 2023. Prepare detailed email to all parties regarding the status of the filing and acceptance by the taxing jurisdiction. | 1.10 | 400.00 | 440.00 |

**Tax Consultation with Brad Englander regarding Save Solar's qualifications under the Employee Retention Credit Program:** **$1,235.00**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/30/2024 | Ruebelmann, Louis | Telephone conference and email correspondence with Brad Englander concerning Employee Retention Credit Eligibility for the in relation to SaveSolar's annual revenues and salaries paid during the period 2019-2022 to determine Company's potential qualifications for the Credit. Research DC law regarding classification of Company as an Essential or Non-essential business under DC Closure orders during the COVID pandemic. | 2.60 | 400.00 | 1,040.00 |
| 01/30/2024 | Crawford, Edward | Review of ERC Qualification information on Save Solar prepared by L. Ruebelmann. | 0.50 | 390.00 | 195.00 |

|  |  |
|---|---|
| Billed Time & Expenses | $18,015.00 |
| **Total** | $18,015.00 |

## Accounts Receivable Statement

| Date | Type | Reference | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 04/01/24 | Beginning Balance | | | | $0.00 |
| 04/30/24 | Invoice #239117 | | 18,015.00 | | 18,015.00 |
| 04/30/24 | Amount Due | | | | $18,015.00 |

## Accounts Receivable Aging

| 04/30/2024 | 03/31/2024 | 02/29/2024 | 01/31/2024 | 12/31/2023+ | Total |
|---|---|---|---|---|---|
| 18,015.00 | 0.00 | 0.00 | 0.00 | 0.00 | $18,015.00 |

---

Please return this portion with payment.

Client Number: 9055130

SAVESOLAR CORPORATION

| | |
|---|---|
| Invoice: | 239117 |
| Date: | 04/30/2024 |
| Due Date: | 05/30/2024 |
| Amount Due: | $18,015.00 |