Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:         (703) 280-9081
E-Mail:               benglander@whitefordlaw.com
                          adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF OPPORTUNITY TO OBJECT AND NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on July 23, 2024, Mendelson & Mendelson P.C. ("Mendelson"), accountants for the above-captioned debtors and debtors in possession, filed the *First Interim Application of Mendelson & Mendelson P.C. as Accountants for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from August 15, 2023 through April 30, 2024* (the "Application"), seeking the interim allowance of fees in the total amount of $18,015.00.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Application has been scheduled for a hearing on **August 21, 2024, at 1:00 p.m.** (prevailing Eastern Time) before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, at the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue N.W., Washington, D.C. 20001, and by Zoom, pursuant to protocols to be established by the Court (the "Hearing"). Information needed for Zoom access may be obtained from the Courtroom Deputy by e-mail to aimee_mathewes@dcb.uscourts.gov.

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "Debtors").

If you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views on the relief sought in the Application, then on or before **August 14, 2024**, you or your attorney must file and serve a written objection, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Bankruptcy Court for the District of Columbia, 333 Constitution Avenue N.W., Washington, D.C. 20001, Room 1225. You must also mail a copy of such objection and proposed order to:

> Bradford F. Englander, Esq.
> WHITEFORD, TAYLOR & PRESTON L.L.P.
> 3190 Fairview Park Drive, Suite 800
> Falls Church, Virginia 22042

The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

Parties in interest with questions may contact the undersigned. If you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought in the Applications and may enter an order granting relief. The Court may approve the Application without a hearing if the objection filed states inadequate grounds for denial of the relief sought.

Dated: July 23, 2024                                          Respectfully submitted,

*/s/ Bradford F. Englander*
Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:     (703) 280-9081
E-Mail:        benglander@whitefordlaw.com
               adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2024, I caused a copy of the foregoing ***Notice of Opportunity to Object and Notice of Hearing*** to be served *via* CM/ECF upon all parties receiving notice thereby, and by first class United States Mail, postage prepaid, or e-mail, where an e-mail address was available, on all parties listed in the Master Service List prepared and maintained in accordance with Article VI of the Court's Complex Case Procedures.

*/s/ Alexandra G. DeSimone*
Alexandra G. DeSimone