The order below is hereby signed.

Signed: August 20 2024



_Elizabeth L. Gunn_
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### ORDER APPROVING THE FIRST INTERIM APPLICATION OF MENDELSON & MENDELSON P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the application (the "Application")[2] of Mendelson & Mendelson P.C. ("Mendelson"), accountants for the debtors and debtors in possession in the above-captioned jointly administered bankruptcy cases, for interim allowance of fees and reimbursement of expenses for the period of August 15, 2023 through April 30, 2024 (the "First Interim Period"), pursuant to 11 U.S.C. §§ 328, 330, and 331 (the "Bankruptcy Code"), Rule 2016 of the Federal

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "Debtors").

[2] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Application.

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Columbia (the "Local Rules"); and the Court having found that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and the Court having found that Mendelson provided adequate and appropriate notice of the Application under the circumstance and that no other further notice is required; and the Court having reviewed the Application and having heard statements in support of the Application at any hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is APPROVED on an interim basis.

2. Mendelson is allowed and awarded compensation on an interim basis in the amount of $18,015.00.

3. SaveSolar is authorized to pay to Mendelson the amount of $18,015.00, representing the total amount of fees approved herein on an interim basis.

4. Nothing herein shall prejudice Mendelson's right to seek allowance and approval of greater amounts with respect to the Application Period and thereafter at the time of any final fee application in this case.

5. Nothing herein shall constitute a finding or determination with respect to the final allowance of fees or expenses, all rights, objections and arguments being reserved pending filing and determination of a final fee application.

6. This Order shall be effective immediately upon entry on the Court's docket, and any applicable stay that would otherwise delay the effectiveness of this Order is WAIVED.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**END OF ORDER**

**I ASK FOR THIS:**

*/s/ Bradford F. Englander*
Bradford F. Englander, VSB # 36221
WHITEFORD, TAYLOR & PRESTON L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone: (703) 280-9081
Facsimile: (703) 280-3370
Email: benglander@whitefordlaw.com

*Counsel for Debtors*

SEEN AND NO OBJECTION:

*/s/ Sara Kathryn Jackson (with permission by email dated 8/19/24)*
Sara Kathryn Jackson
**OFFICE OF THE UNITED STATES TRUSTEE**
1725 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 557-0423
E-Mail: Sara.Kathryn.Jackson@usdoj.gov

*Counsel to the United States Trustee*