The order below is hereby signed.

Signed: August 20 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**ORDER APPROVING THE FIRST INTERIM APPLICATION OF**
**MENDELSON & MENDELSON P.C. FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon the application (the "Application")[2] of Mendelson & Mendelson P.C. ("Mendelson"), accountants for the debtors and debtors in possession in the above-captioned jointly administered bankruptcy cases, for interim allowance of fees and reimbursement of expenses for the period of August 15, 2023 through April 30, 2024 (the "First Interim Period"), pursuant to 11 U.S.C. §§ 328, 330, and 331 (the "Bankruptcy Code"), Rule 2016 of the Federal

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "Debtors").

[2] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Application.

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Columbia (the "Local Rules"); and the Court having found that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and the Court having found that Mendelson provided adequate and appropriate notice of the Application under the circumstance and that no other further notice is required; and the Court having reviewed the Application and having heard statements in support of the Application at any hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is APPROVED on an interim basis.

2. Mendelson is allowed and awarded compensation on an interim basis in the amount of $18,015.00.

3. SaveSolar is authorized to pay to Mendelson the amount of $18,015.00, representing the total amount of fees approved herein on an interim basis.

4. Nothing herein shall prejudice Mendelson's right to seek allowance and approval of greater amounts with respect to the Application Period and thereafter at the time of any final fee application in this case.

5. Nothing herein shall constitute a finding or determination with respect to the final allowance of fees or expenses, all rights, objections and arguments being reserved pending filing and determination of a final fee application.

6. This Order shall be effective immediately upon entry on the Court's docket, and any applicable stay that would otherwise delay the effectiveness of this Order is WAIVED.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**END OF ORDER**

**I ASK FOR THIS:**

*/s/ Bradford F. Englander*
Bradford F. Englander, VSB # 36221
WHITEFORD, TAYLOR & PRESTON L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone: (703) 280-9081
Facsimile: (703) 280-3370
Email: benglander@whitefordlaw.com

*Counsel for Debtors*

SEEN AND NO OBJECTION:

*/s/ Sara Kathryn Jackson (with permission by email dated 8/19/24)*
Sara Kathryn Jackson
**OFFICE OF THE UNITED STATES TRUSTEE**
1725 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 557-0423
E-Mail: Sara.Kathryn.Jackson@usdoj.gov

*Counsel to the United States Trustee*

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 23-00045-ELG |
| SaveSolar Corporation Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 21, 2024 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + SaveSolar Corporation Inc., 810 7th Street NE, Washington, DC 20002-3610 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2024             Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradford F. Englander | on behalf of Plaintiff SSC 3233 FIFTEENTH DC  LLC, benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | on behalf of Financial Advisor CohnReznick Capital Markets Securities  LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | on behalf of Debtor In Possession SSC 1321 Fifth DC  LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | on behalf of Debtor SaveSolar Alpha Holdco LLC benglander@whitefordlaw.com twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | |

Case 23-00045-ELG    Doc 417    Filed 08/22/24    Entered 08/23/24 06:28:44    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor In Possession SSC 116 Irvington DC  LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | |
| | on behalf of Debtor In Possession SSC 1321 Fifth Canopy DC  LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | |
| | on behalf of Debtor In Possession SaveSolar Corporation Inc. benglander@whitefordlaw.com twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | |
| | on behalf of Debtor In Possession SSC 1323 I DC  LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | |
| | on behalf of Plaintiff SaveSolar Corporation Inc. benglander@whitefordlaw.com twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | |
| | on behalf of Debtor In Possession SSC 116 Irvington Canopy DC  LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | |
| | on behalf of Debtor In Possession SSC 2501 N DC  LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | |
| | on behalf of Debtor In Possession SSC 3233 Fifteenth DC  LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | |
| | on behalf of Debtor In Possession SSC 1901 Brooks MD  LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | |
| | on behalf of Debtor In Possession SSC 1110 Kennebec MD  LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | |
| | on behalf of Debtor In Possession SSC 3320 Wheeler DC  LLC benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| C. Kevin Kobbe | |
| | on behalf of Creditor RER Energy Group  LLC kevin.kobbe@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Craig Palik | |
| | on behalf of Interested Party Lumina Solar  Inc. cpalik@mhlawyers.com, cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |
| Daniel J. Healy, I | |
| | on behalf of Creditor Edson Redball Devco LLC dhealy@brownrudnick.com  taxelrod@brownrudnick.com |
| Dylan G. Trache | |
| | on behalf of Creditor LRC SaveSolar Investco LLC dylan.trache@nelsonmullins.com linnea.hann@nelsonmullins.com;alex.reilly@nelsonmullins.com |
| Elizabeth M. Briones | |
| | on behalf of Interested Party Woodberry Apartments LP elizabeth.briones@troutman.com sharron.fay@troutman.com;fslecfintake@troutman.com;noland.butler@troutman.com;carolyn.smith@troutman.com;Kevin.Craig@troutman.com |
| Kristen S. Eustis | |
| | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | |
| | on behalf of Debtor In Possession SaveSolar Corporation Inc. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Nancy L. Alper | |
| | on behalf of Interested Party Office of the Attorney General for the District of Columbia nancy.alper@dc.gov |
| Paul Anthony Werner, III | |
| | on behalf of Creditor Amalgamated Bank 6824062420@filings.docketbird.com |
| Peter Haley | |
| | on behalf of Creditor LRC SaveSolar Investco LLC peter.haley@nelsonmullins.com  marie.moss@nelsonmullins.com |
| Sara Kathryn Jackson | |
| | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.jackson@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Stephen K. Gallagher | |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 21, 2024 | Form ID: pdf001 | Total Noticed: 1 |

on behalf of Creditor Vermont Energy Investment Corporation (VEIC) skgallagher@venable.com sjpatterson@venable.com;lsbouyea@venable.com;nnkresh@venable.com

Tristan G. Axelrod

on behalf of Creditor Edson Redball Devco LLC taxelrod@brownrudnick.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 29