**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**ORDER APPROVING FINAL APPLICATION OF SILVER BIRCH, INC.**
**AND BA SECURITIES, LLC FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

Upon the application (the "Application")[2] of Silver Birch, Inc. and BA Securities, LLC ("SBG"), investment banker for the debtors and debtors in possession in the above-captioned jointly administered bankruptcy cases, for allowance of fees and reimbursement of expenses for services rendered in connection with these chapter 11 cases pursuant to 11 U.S.C. §§ 328 and 330 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG; SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (the "Debtors").

[2] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Application.

"Bankruptcy Rules"), and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Columbia (the "Local Rules"); and the Court having found that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and the Court having found that SBG provided adequate and appropriate notice of the Application under the circumstance and that no other further notice is required; and the Court having reviewed the Application and having heard statements in support of the Application at any hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is APPROVED as set forth herein.

2. SBG is allowed and awarded compensation on a final basis in the amount of $10,000.00 for professional services rendered to the Debtors during the period from January 26, 2024 through October 31, 2024.

3. SBG is allowed and awarded expense reimbursement on a final basis in the amount of $4,947.85 for out-of-pocket expenses incurred by SBG during the period from January 26, 2024 through October 31, 2024.

4. SBG is authorized to apply the retainer held in escrow in the amount of $10,000.00 to the compensation approved herein.

5. The Debtors are authorized to pay SBG up to the amount of $4,947.85, representing the allowed, unpaid expenses approved herein. Whiteford, Taylor & Preston, L.L.P.

is authorized to make such payments from the IOLTA accounts that it maintains for the Debtors and their subsidiaries.

6. This Order shall be effective immediately upon entry on the Court's docket, and any applicable stay that would otherwise delay the effectiveness of this Order is WAIVED.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**END OF ORDER**

**I ASK FOR THIS:**

*/s/ Bradford F. Englander*
Bradford F. Englander, VSB # 36221
WHITEFORD, TAYLOR & PRESTON L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone: (703) 280-9081
Facsimile: (703) 280-3370
Email: benglander@whitefordlaw.com

*Counsel for Debtors*

SEEN AND NO OBJECTION:

_____
Sara Kathryn Jackson
**OFFICE OF THE UNITED STATES TRUSTEE**
1725 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 557-0423
E-Mail: Sara.Kathryn.Jackson@usdoj.gov

*Counsel to the United States Trustee*