# Mendelson & Mendelson
CERTIFIED PUBLIC ACCOUNTANTS   A PROFESSIONAL CORPORATION
12505 Park Potomac Avenue, Suite 250 • Potomac, Maryland 20854-6805
(301) 656-0001  Facsimile  (301) 424-4440
E-mail info@MendelsonCPA.com • www.mendelsoncpa.com


EXHIBIT A

| | |
|---|---|
| SAVESOLAR CORPORATION | **Date:** October 31, 2024 |
| 1140 3RD ST NE | **Due Date:** November 30, 2024 |
| WASHINGTON, DC  20002 | **Client Number:** 9055130 |
| | **Invoice:** 240280 |

*For professional services rendered for the period ending October 31, 2024*

**Year End Accounting Services rendered in connection with adjusting the Company's books and records in ordet to prepare annual 2023 tax filings with the Internal Revenue Service and State Taxing authorities:**   $13,000.00

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/14/2024 | Ruebelmann, Louis | Commence work on general ledger accounting worksheet summarizing all entries.  Prepare elimination entries to exclude non-owned entities: 1141 Rhode Island DC, 1715 Fifteenth DC, 5113 Fitch DC, and 1920 Naylor DC. from accountant's worksheet. | 3.40 | 400.00 | 1,360.00 |
| 08/15/2024 | Ruebelmann, Louis | Finalize accounting entries for non-owned LLC entities and post to work sheet. | 1.40 | 400.00 | 560.00 |
| 08/15/2024 | Ruebelmann, Louis | Commence work on reconciling bank accounts, inter company accounts and Whiteford escrow accounts  for all owned entities: Reconcile Kennebec Md, LLC, 1323 I DC LLC and Brooks Md, LLC.  Prepare adjusting journal entries  to record taxable income and expense activity for each entity. | 3.95 | 400.00 | 1,580.00 |
| 08/16/2024 | Ruebelmann, Louis | Continue work on reconciling bank accounts, inter company accounts and Whiteford escrow accounts  for all owned entities: Reconcile 6323 Luzon DC LLC, 3233 Fifteenth Street DC LLC, and 1321 Fifth DC, LLC.  Prepare adjusting journal entries  to record taxable income and expense activity for each entity. | 5.60 | 400.00 | 2,240.00 |
| 08/17/2024 | Ruebelmann, Louis | Continue work on reconciling bank accounts, inter company accounts and Whiteford escrow accounts  for all owned entities: Reconcile 1321 Fifth Canopy DC LLC, 116 Irvington DC, 116 Irvington canopy DC LLC and 2501 N Street DC.  Prepare adjusting journal entries  to record taxable income and expense activity for each entity. | 7.30 | 400.00 | 2,920.00 |
| 08/18/2024 | Ruebelmann, Louis | Continue work on reconciling bank accounts, inter company accounts and Whiteford escrow | 5.10 | 400.00 | 2,040.00 |

**MENDELSON & MENDELSON, CPA'S A P.C.**

Page 2 of 2

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | accounts for all owned entities: Reconcile 3320 Wheeler DC and SR JV Holdco, LLC. Prepare adjusting journal entries to record taxable income and expense activity for each entity. Review all accounting entries and post to accountant's work sheet. | | | |
| 08/19/2024 | Ruebelmann, Louis | Reconcile Retained Earnings per tax return to books, determine differences and make adjusting entries. Reconcile remaining outstanding debt after all sales transactions, record adjusting entries. | 5.75 | 400.00 | 2,300.00 |

**Preparation of Federal Corporate Form 1120C and State Corporate Tax returns for the year ending December 31, 2023:**  $4,920.00

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/2024 | Ruebelmann, Louis | Proforma 2023 Form 1120. | 0.15 | 400.00 | 60.00 |
| 03/09/2024 | Ruebelmann, Louis | Prepare extension to file 2023 Federal and State Corporate Income Tax returns. | 0.15 | 400.00 | 60.00 |
| 08/23/2024 | Ruebelmann, Louis | Commence preparation of Form 1120 C, Corporate Income Tax Return, for the year ending December 31, 2023. | 2.65 | 400.00 | 1,060.00 |
| 09/03/2024 | Ruebelmann, Louis | Continue preparation of Form 1120, Corporate and State Income Tax Returns for the year ending December 31, 2023. | 3.75 | 400.00 | 1,500.00 |
| 09/04/2024 | Ruebelmann, Louis | Continue preparation and finalize 2023 Form 1120 and State returns. Send to client for signature | 5.50 | 400.00 | 2,200.00 |
| 09/17/2024 | Ruebelmann, Louis | Check acceptance by taxing authority of all 12/31/23 returns. | 0.10 | 400.00 | 40.00 |

|  |  |
|---|---|
| Billed Time & Expenses | $17,920.00 |
| **Total** | $17,920.00 |

### Accounts Receivable Statement

| Date | Type | Reference | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 10/01/24 | Beginning Balance | | | | $18,015.00 |
| 10/01/24 | Electronic Funds | | | 18,015.00 | 0.00 |
| 10/31/24 | Invoice #240280 | | 17,920.00 | | 17,920.00 |
| 10/31/24 | Amount Due | | | | $17,920.00 |

### Accounts Receivable Aging

| 10/31/2024 | 09/30/2024 | 08/31/2024 | 07/31/2024 | 06/30/2024+ | Total |
|---|---|---|---|---|---|
| 17,920.00 | 0.00 | 0.00 | 0.00 | 0.00 | $17,920.00 |

---

Please return this portion with payment.

Client Number: 9055130

SAVESOLAR CORPORATION

Invoice: 240280
Date: 10/31/2024
Due Date: 11/30/2024

Amount Due: $17,920.00



# Mendelson & Mendelson
### CERTIFIED PUBLIC ACCOUNTANTS    A PROFESSIONAL CORPORATION

12505 Park Potomac Avenue, Suite 250 • Potomac, MD 20854-6805
(301) 656-0001   Facsimile (301) 424-4440
E-mail info@mendelsoncpa.com • www.mendelsoncpa.com

ERWIN L. MENDELSON, CPA (1936-2023)
JEFFREY L. MENDELSON, CPA (1942-2019)
MICHAEL J. PEARLSTEIN, CPA
BRAD L. MENDELSON, CPA, MST
LOUIS B. RUEBELMANN, CPA

EDWARD C. CRAWFORD, CPA
MARIA MARROCCHI, CPA
SANTOSH JAIN, CPA
THEODORE M. DEMAREST, CPA

November 1, 2024



Bradford Englander
Alexandra DeSimone
Whiteford, Taylor & Preston LLP
1021 E. Cary Street, Suite 2001
Richmond, Virginia 23219

Re: SaveSolar Corporation, Inc., et al., Case No.: 23-00045 ELG

Dear Brad and Alex:

Mendelson and Mendelson CPA's, a P.C. ("Mendelson") has rendered a bill on the above captioned case on October 31, 2024, for $17,920.00 for all time expended through October 31, 2024, on the matter.

You have requested a firm fixed fee quote from the Firm for the preparation of SaveSolar's 2024 Federal and State tax returns to close the case.

We will prepare the 2024 Federal and State returns for SaveSolar Corporation, Inc. for a price not to exceed $8,000. Due to the complexity of SaveSolar's returns, we estimate that it will take Mr. Ruebelmann, the CPA in charge of the account, 20.00 hours of effort at $400 per hour, a total of $8,000, to produce the required filings. Mendelson agrees not to seek further compensation for the preparation of the 2024 Federal and State returns other than $8,000, despite any extra time that could be incurred in their preparation. Taken with the current bill outstanding of $17,920.00, the total to complete our part of the case would be a total of $25,920.00.

Sincerely,

*Louis B Ruebelmann*

Mendelson & Mendelson CPA's, a P.C.
By: Louis B Ruebelmann CPA