Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (Bar No. VA184)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:         (703) 280-9081
E-Mail:              benglander@whitefordlaw.com
                        adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF OPPORTUNITY TO OBJECT**
**AND NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on November 15, 2024, the above-captioned debtors and debtors in possession, by and/or on behalf of their professionals, filed the following motion and applications (collectively, the "**Requests for Relief**"):

- *Debtors' Motion for Entry of an Order Closing Jointly Administered Cases and Granting Related Relief* (Docket No. 424);
- *Final Application of Whiteford, Taylor & Preston, L.L.P. as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from February 2, 2023 through November 8, 2024* (Docket No. 425) (the "**Whiteford Application**");
- *Second and Final Fee Application of CohnReznick LLP as Financial Advisors for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the (I) Interim Period from September 1, 2023 through and including October 31, 2024, and (II) Final Period from February 2, 2023 through October 31, 2024* (Docket No. 426) (the "**CohnReznick Application**");
- *Final Application of Silver Birch, Inc. and BA Securities, LLC for Allowance of Compensation and Reimbursement of Expenses* (Docket No. 427) (the "**SBG Application**");

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG and SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (collectively, the "**Debtors**").

- *Final Fee Application of Mendelson & Mendelson P.C. as Accountants for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2024 through November 1, 2024* (Docket No. 428) (the "**Mendelson Application**").

**PLEASE TAKE FURTHER NOTICE** that the Whiteford Application seeks the final allowance of fees in the total amount of $1,441,296.00 and the reimbursement of expenses in the amount of $34,677.92, reflecting voluntary reductions taken in the exercise of Whiteford's billing discretion in the amount $85,441.72. The CohnReznick Application seeks the final allowance of fees in the amount of $629,799.50, which includes $145,827.00 for the interim period from September 1, 2023 through October 31, 2024, and the reimbursement of expenses in the amount of $2,386.10, which includes $90.60 for the interim period from September 1, 2023 through October 31, 2024. The Silver Birch Application seeks the final allowance of fees in the amount of $10,000.00 and the reimbursement of expenses in the amount of $4947.85. The Mendelson Application seeks the final allowance of fees in the amount of $25,920 for the period from May 1, 2024 through November 1, 2024, which includes $8,000 in estimated fees relating to the preparation and filing of the Debtors' federal and state tax returns for the year ending December 31, 2024.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Requests for Relief have been scheduled for a hearing on **December 11, 2024, at 10:00 a.m.** (prevailing Eastern Time) before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, at the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue N.W., Washington, D.C. 20001, and by Zoom, pursuant to protocols to be established by the Court (the "**Hearing**"). Information needed for Zoom access may be obtained from the Courtroom Deputy by e-mail to aimee_mathewes@dcb.uscourts.gov.

If you do not want the Court to grant the relief sought in the Requests for Relief, or if you want the Court to consider your views on the relief sought in the Requests for Relief, then on or before **December 4, 2024**, you or your attorney must file and serve a written objection, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Bankruptcy Court for the District of Columbia, 333 Constitution Avenue N.W., Washington, D.C. 20001, Room 1225. You must also mail a copy of such objection and proposed order to:

> Bradford F. Englander, Esq.
> WHITEFORD, TAYLOR & PRESTON L.L.P.
> 3190 Fairview Park Drive, Suite 800
> Falls Church, Virginia 22042

The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

Parties in interest with questions may contact the undersigned. If you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought in the Requests for Relief and may enter an order granting relief. The Court may grant the Requests for Relief without a hearing if the objection filed states inadequate grounds for denial of the relief sought.

Dated: November 15, 2024                   Respectfully submitted,

*/s/ Bradford F. Englander*
Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (Bar No. VA184*)*
**WHITEFORD TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:   (703) 280-9081
E-Mail:   benglander@whitefordlaw.com
         adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, I caused a copy of the foregoing ***Notice of Opportunity to Object and Notice of Hearing*** to be served *via* CM/ECF upon all parties receiving notice thereby, and by first class United States Mail, postage prepaid, or e-mail, where an e-mail address was available, on all parties listed in the Master Service List prepared and maintained in accordance with Article VI of the Court's Complex Case Procedures.

*/s/ Alexandra G. DeSimone*
Alexandra G. DeSimone