Bradford F. Englander (Bar No. 428617)
Alexandra G. DeSimone (Bar No. VA184)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone:     (703) 280-9081
E-Mail:     benglander@whitefordlaw.com
     adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SAVESOLAR CORPORATION, INC., *et al.*[1] | ) | Case No. 23-00045-ELG |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## LINE FILING EXHIBIT TO FINAL APPLICATION
## OF SILVER BIRCH, INC. AND BA SECURITIES, LLC
## FOR ALLOWANCE OF COMPENSATION AND
## <u>REIMBURSEMENT OF EXPENSES</u>

Silver Birch, Inc. and BA Securities, LLC, investment banker to SaveSolar Corporation, hereby file the attached time entries as Exhibit A to the *Final Application of Silver Birch, Inc. and BA Securities, LLC for Allowance of Compensation and Reimbursement of Expenses* (Docket No. 427) filed on November 15, 2024.

Dated: December 4, 2024                    Respectfully submitted,

                          */s/ Bradford F. Englander*
                          Bradford F. Englander (Bar No. 428617)
                          Alexandra G. DeSimone (Bar No. VA184*)*
                          **WHITEFORD TAYLOR & PRESTON L.L.P.**
                          3190 Fairview Park Drive, Suite 800

---

[1] The Debtors in these jointly administered Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, and its chapter 11 case number, are: SaveSolar Corporation, Inc. (1304), Case No. 23-00045-ELG and SaveSolar Alpha HoldCo, LLC (7389), Case No. 23-00046-ELG (collectively, the "<u>Debtors</u>").

-2-

        Falls Church, Virginia 22042-4510
        Telephone:   (703) 280-9081
        E-Mail:       benglander@whitefordlaw.com
                         adesimone@whitefordlaw.com

*Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

     I hereby certify that on December 4, 2024, I caused a copy of the foregoing ***Line*** to be served *via* CM/ECF upon all parties receiving notice thereby.

                         */s/ Alexandra G. DeSimone*
                         Alexandra G. DeSimone



| Approximate Estimated Hours | 113.20 |
|---|---|

| Silver Birch Group, Inc SaveSolar Hours ||| 
|---|---|---|
| Date | Subject | Hours |
| 1/2/2024 | Discussions to Monetize Class B | 1.00 |
| 1/9/2024 | Discussions to Monetize Class B | 0.50 |
| 1/10/2024 | Adminstration FINRA Review | 1.00 |
| 1/17/2024 | Negotiating Eng Ltrs | 1.00 |
| 1/22/2024 | Preparing Eng Ltrs with Whiteford | 3.00 |
| 1/29/2024 | Downloading Previous Data Room | 2.00 |
| 2/1/2024 | Class B Status Update Whiteford | 0.75 |
| 2/1/2024 | Asking cousel for outline on Class B | 2.00 |
| 2/1/2024 | Evaluating Class B Valuation work with CohnReznick | 2.00 |
| 2/5/2024 | SaveSolar Document/Legal Review | 3.00 |
| 2/7/2024 | Admin Processing Retainer | 0.25 |
| 2/8/2024 | SmartRoom Demo | 1.00 |
| 2/12/2024 | Create SaveSolar Update | 2.50 |

| | | |
|---|---|---|
| 2/12/2024 | Internal review of working group protocols | 0.50 |
| 2/12/2024 | SmartRoom Protocol & Payments | 0.50 |
| 2/13/2024 | Smart2240024-2024 SaveSolar Class B Silver Birch - Kickoff / Walkthrough | 0.50 |
| 2/13/2024 | Building Online Data Room | 3.00 |
| 2/13/2024 | Call w Skyler Webster at Amalgamated & Report back to team | 0.50 |
| 2/14/2024 | Review of Economic Rights w S. Luttrell and data base build | 1.50 |
| 2/14/2024 | Review of Updated Projections with CohnReznick | 1.50 |
| 2/14/2024 | Distributing Log Ins | 0.50 |
| 2/16/2024 | Status Update with Solridge | 1.00 |
| 2/20/2024 | SaveSolar Preparation of Executive Summary for Zoom Call at 5p | 1.75 |
| 2/20/2024 | SaveSolar Pro Update with Whiteford & CohnReznick Zoom | 0.50 |
| 2/21/2024 | SaveSolar call with counsel Brad Englander | 0.50 |
| 2/21/2024 | SaveSolar Review with S. Luttrell of Whiteford | 0.50 |
| 2/21/2024 | SaveSolar Objection to Retention Date | 0.15 |
| 2/23/2024 | SaveSolar Data Room | 0.15 |
| 2/26/2024 | Prepare SaveSolar 2nd Status Report | 0.50 |
| 2/26/2024 | Review of Amagamated Payoff | 0.50 |

| Date | Description | Hours |
|---|---|---|
| 2/27/2024 | Brad Englander Call | 0.15 |
| 2/28/2024 | SaveSolar Court Date Hon. Eliz Gunn | 0.50 |
| 2/28/2024 | Messrs. Luttrell & Manning SaveSolar Master electrician Steve Stahl…. Lumina's project management. | 0.50 |
| 2/29/2024 | Lunch w Kevin Clancy & Kevin Hroblack of IceMiller discussing SSC | 1.00 |
| 3/4/2024 | SaveSolar TE JV Review  Messrs. Luttrell & Manning | 0.75 |
| 3/6/2024 | SaveSolar discussion with B Englander/Report on Karl U Update | 0.50 |
| 3/7/2024 | SmartFile Contract Execution | 0.25 |
| 3/8/2024 | SmartRoom Training - Smart2240024 - 2024 SaveSolar Class B Silver Birch | 0.50 |
| 3/8/2024 | SaveSolar Loading the Data Room | 1.00 |
| 3/12/2024 | SSC Preparing Investor Universe | 2.00 |
| 3/25/2024 | SaveSolar Professional Update Call | 0.50 |
| 3/26/2024 | Finish SaveSolar Process Ltr | 1.50 |
| 4/4/2024 | SaveSolar Prep Workfile for Projects | 1.50 |
| 4/7/2024 | Re: FW: Invoice 04132024 from DMV LEASING ssc 5113 Fitch DC LLC | 0.75 |
| 4/10/2024 | Pay SaveSolar SmartCloud Invoice $1,385.00 | 0.25 |
| 4/12/2024 | Ms. Mathew & Mr. Manning Coffee on SSC | 1.00 |

| Date | Description | Hours |
|---|---|---|
| 4/18/2024 | SaveSolar Class B Member Sale Update w S. Luttrell | 0.50 |
| 4/22/2024 | SSC Professional Prep & Call | 2.00 |
| 4/23/2024 | Resolving Valuation Assignment | 0.50 |
| 4/24/2024 | SaveSolar -- resolving Valuation Issues & Drafting Revised NDA | 1.50 |
| 4/25/2024 | Resolving NDA issues | 0.50 |
| 5/9/2024 | Load D&B Information | 0.25 |
| 5/27/2024 | Review of Valuation Class B | 2.00 |
| 6/6/2024 | Starting Distribution to 80+ investors, including emails & calls | 25.00 |
| 6/18/2024 | Calls with Sunlight General | 2.50 |
| 6/19/2024 | Calls with K. Stadler | 1.50 |
| 7/9/2024 | Calls with Sunlight General | 1.50 |
| 7/11/2024 | Review of Indications of Interest with Professionals | 2.00 |
| 7/17/2024 | Calls with Sunlight General | 2.50 |
| 7/25/2024 | Prep & Call for Amalgamated & SaveSolar Defaults get resolved<br>Improved since origination | 2.00 |
| 9/3/2024 | SunLight General Status | 0.50 |
| 9/3/2024 | Shutting Down Online Data Room & Preserving Documents | 10.00 |

| | | |
|---|---|---|
| 10/1/2024 | Introducing SunLight to Amalgamated Bank re: SaveSolar Class B | 2.00 |
| 10/5/2024 | Status Update with Whiteford | 0.50 |
| 10/29/2024 | Amalgamated Review of Alternatives | 2.50 |
| 11/6/2024 | Amalgamated Rejects Compromise | 1.00 |
| 11/11/2024 | Administration Preparing Application | 2.50 |
| 11/15/2024 | Reviewing Final Application filing | 0.25 |
| 12/3/2024 | Administration Preparing Hours | 3.00 |