**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00045 (ELG)** |
| **SaveSolar Corporation Inc., *et al.*** | Reporting Period: August 1, 2024 through August 31, 2024 |
| Debtors | |

## MOR Cover Page Notes
### For the period 8/1/24 through 8/31/24

**Footnotes**

(a) - Per Sale Order entered in the Court on 7/28/2023 (Docket #0231), substantively all of Debtors' property were approved for sale, free and clear of all liens, claims, interests and encumbrances;  as such, assets and liabilities are reported at zeros as of sale closing date on 8/1/2023, except for cash remained in the Trust Account(s), if applicable, per Post-Closing Cash Management Motion (Docket #0251).

(b) - Per Debtors' motion to authorize post-closing cash management entered in the Court (Docket #0251), SaveSolar Corporation, Inc.'s funds are managed by Debtors' counsel under the trust accounts "104802-00401" for depositing sale proceeds and "104802-00501" for general use.

**United States Bankruptcy Court**
**District of District of Columbia**

In re:  Case No. 23-00045 (ELG)
**SaveSolar Corporation Inc.**, *et al.*  Reporting Period: August 1, 2024 through August 31, 2024
Debtors

**Supporting Documentation to MOR - 1**
**Schedule of Cash Receipts and Disbursements**
For the period 8/1/24 through 8/31/24

| ACCOUNT NUMBER (LAST 4) | SaveSolar Corporation, Inc. Axos Bank x2362 | SaveSolar Corporation, Inc. Bank of America x4262 | SaveSolar Corporation, Inc. Axos Bank x2354 | SaveSolar Corporation, Inc. Trust Account (General) x00401 (W99) [b] | SaveSolar Corporation, Inc. Trust Account (General) x00401 (99) | SaveSolar Corporation, Inc. Trust Account (Sale Proceeds) x00501 (W99) [b] | SaveSolar Corporation, Inc. Trust Account (Sale Proceeds) x00501 (99) | SaveSolar Corporation, Inc. Trust Account (Lumina Reserve) x00503 (W99) [b] | SaveSolar Corporation, Inc. Trust Account (Lumina Reserve) x00503 (99) | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|---|---|---|---|---|
| **CASH - BEGINNING OF MONTH** | $ - | $ - | $ - | $ - | $ 30,625 | $ - | $ 42 | $ - | $ 45,662 | $ 76,329 |
| **RECEIPTS** | | | | | | | | | | |
| CASH SALES | - | - | - | - | - | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | - | - | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | - | - | - | - | - | - | - |
| SALE OF ASSETS | - | - | - | - | - | - | - | - | - | - |
| OTHER MISC. RECEIPTS | - | - | - | - | - | - | - | - | - | - |
| TRANSFERS *(FROM AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - | - | - | - | - | - | - |
| TRANSFERS *(FROM OTHER DEBTOR ACCOUNTS)* | - | - | - | - | - | - | - | - | - | - |
| **TOTAL RECEIPTS** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **DISBURSEMENTS** | | | | | | | | | | |
| NET PAYROLL | - | - | - | - | - | - | - | - | - | - |
| PAYROLL TAXES | - | - | - | - | - | - | - | - | - | - |
| SALES, USE, & OTHER TAXES | - | - | - | - | - | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - | - | - | - | - | - |
| SECURED/RENTAL/LEASES | - | - | - | - | - | - | - | - | - | - |
| INSURANCE | - | - | - | - | - | - | - | - | - | - |
| GENERAL & ADMINISTRATIVE | - | - | - | - | - | - | - | - | - | - |
| SELLING | - | - | - | - | - | - | - | - | - | - |
| OTHER MISC. EXPENSES | - | - | - | - | - | - | - | - | - | - |
| LOANS PAYMENT ON BEHALF OF AFFILIATE COMPANY ACCOUNTS | - | - | - | - | - | - | - | - | - | - |
| LOANS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - | - | - | - | - | - | - |
| TRANSFERS *(TO AFFILIATE COMPANY ACCOUNTS)* | - | - | - | - | - | - | - | - | - | - |
| INVESTMENT IN AFFILIATE | - | - | - | - | - | - | - | - | - | - |
| TRANSFERS *(TO OTHER DEBTOR ACCOUNTS)* | - | - | - | - | - | - | - | - | - | - |
| PROFESSIONAL FEES [A] | - | - | - | - | - | - | - | - | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **NET CASH FLOW (RECEIPTS - DISBURSEMENTS)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **CASH - END OF MONTH** | $ - | $ - | $ - | $ - | $ 30,625 | $ - | $ 42 | $ - | $ 45,662 | $ 76,329 |

a. Per Whiteford, Taylor & Preston LLP, they are processing the payment of the retainer for Silver Birch, in the amount of $10,000.00. Assuming that payment is processed 2/29/24, there will be a change with respect to subaccount 99-104802.00401
b. Subaccounts beginning with a "W99" were held by Whiteford in its client trust account at Wells Fargo Bank. Whiteford moved its banking relationship to M&T Bank on or about December 11, 2023 with subaccounts denominated with the prefix "99".

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ - |
| LESS: TRANSFERS TO OTHER DEBTORS OR AFFILIATES | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE** | $ - |

**United States Bankruptcy Court**
**District of District of Columbia**

| In re: | Case No. 23-00045 (ELG) |
|---|---|
| **SaveSolar Corporation Inc.,** *et al.* | Reporting Period: August 1, 2024 through August 31, 2024 |
| Debtors | |

Supporting Documentation to MOR - 1a
Bank Account Balances
For the period 8/1/24 through 8/31/24

| Ref No. | Debtor Entity | Account Number | Bank | State / Country | Account Type | Account Description | Balance as of 8/31/2024 |
|---|---|---|---|---|---|---|---|
| 1 | SaveSolar Corporation, Inc. | XXXXX2362 | Axos Bank | CA / United States of America | DIP Account | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | $ - |
| 2 | SaveSolar Corporation, Inc. | XXXXX4262 | Bank of America | DE / United States of America | Checking | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | -- |
| 3 | SaveSolar Corporation, Inc. | XXXXX2354 | Axos Bank | CA / United States of America | DIP Account | Incoming: Transfers Outgoing: Transfers, ACH, Wires & Checks | -- |
| 4 | SaveSolar Corporation, Inc. | W99-104802.00401 | N/A | N/A | Trust Account - General | N/A | -- |
| 5 | SaveSolar Corporation, Inc. | W99-104802.00501 | N/A | N/A | Trust Account - Sale Proceeds | N/A | -- |
| 6 | SaveSolar Corporation, Inc. | W99-104802.00503 | N/A | N/A | Trust Account - Lumina Reserve | N/A | -- |
| 7 | SaveSolar Corporation, Inc. | 99-104802.00401 | N/A | N/A | Trust Account - General | N/A | 30,625 |
| 8 | SaveSolar Corporation, Inc. | 99-104802.00501 | N/A | N/A | Trust Account - Sale Proceeds | N/A | 42 |
| 9 | SaveSolar Corporation, Inc. | 99-104802.00503 | N/A | N/A | Trust Account - Lumina Reserve | N/A | 45,662 |

| | Total | $ 76,329 |
|---|---|---|

**Bank Account Reconciliations & Cash Disbursements Journal**
The debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The debtors affirm that bank statements for all open and active bank accounts are retained by the debtors.

United States Bankruptcy Court
District of District of Columbia

| | |
|---|---|
| In re: | **Case No. 23-00045 (ELG)** |
| **SaveSolar Corporation Inc.,** *et al.* | Reporting Period: August 1, 2024 through August 31, 2024 |
| Debtors | |

**Supporting Documentation to MOR - 2**
**Income Statement**
<u>For the period 8/1/24 through 8/31/24</u>

| | **SaveSolar Corporation, Inc.**<br>**Case No. 23-00045 (ELG)** |
|---|---:|
| Sales, net | $ -- |
| Overhead costs | -- |
| **Gross Profit** | **$ --** |
| | |
| <u>Expenses:</u> | |
| General and administrative expenses | -- |
| **Total Expenses** | **-** |
| | |
| **Operating Profit / (Loss)** | **$ --** |
| | |
| Other Income | -- |
| Exchange gain or loss | -- |
| Interest Paid | -- |
| Origination Fees - ER | -- |
| Other miscellaneous expense | -- |
| Depreciation of assets | -- |
| UST Fees | -- |
| Income/(expenses) for previous years | -- |
| Expected credit loss expense | -- |
| Restructuring Professional Fees | -- |
| Gain/(Loss) on Sale of Assets | - |
| Provision for Income Taxes | - |
| **Net Income (Loss)** | **$ --** |

**United States Bankruptcy Court**
**District of District of Columbia**

| | |
|---|---|
| In re: | **Case No. 23-00045 (ELG)** |
| **SaveSolar Corporation Inc., *et al.*** | Reporting Period: August 1, 2024 through August 31, 2024 |
| Debtors | |

**Supporting Documentation to MOR - 3**
**Balance Sheet**
<u>For the period 8/1/24 through 8/31/24</u>

| | **SaveSolar Corporation, Inc.**<br>**Case No. 23-00045 (ELG)** |
|---|---:|
| <u>Current Assets</u> | |
| Cash | $ 76,329 |
| Accounts receivable, net | -- |
| Related party receivable | -- |
| **Total Current Assets** | **$ 76,329** |
| | |
| <u>Non-Current Assets</u> | |
| Property and Equipment, net | -- |
| Investment in subsidiary | -- |
| Prepaid expenses | -- |
| Security deposits | -- |
| **Total Non-Current Assets** | **-** |
| | |
| **Total Assets** | **76,329** |
| | |
| <u>Current Liabilities</u> | |
| Accounts payable and accrued expenses | -- |
| Current maturities of Short-term debt, net | -- |
| Related party payable | -- |
| Loan payable to Stockholders | -- |
| Short-term debt, less current maturities, net | - |
| **Total Current liabilities** | **-** |
| | |
| **Total Non-Current liabilities** | **-** |
| | |
| **Total Liabilities** | **-** |
| | |
| <u>Members' Equity | (Deficit)</u> | |
| Equity | 76,329 |
| **Total Members' Equity | (Deficit)** | **76,329** |
| | |
| **Total Liabilities And Members' Equity | (Deficit)** | **$ 76,329** |

**Trust Transactions**

    **Trust Account:** 99      **Currency Code:** USD

    **Matter:** 104802.00401  SAVESOLAR CORPORATION  **Client:** 104802  SAVESOLAR CORPORATION, INC.

    **Intended Use:** General  General

    **Intended Use Detail:**

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc / Rcpt Doc | Received From / Paid To / Drawn By | Comment / Narrative | Rcpt Index / Rcpt Num | Disb Index / Chk Num | Transfer Index | Adj Index / Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 59,081.50 | 59,081.50 | | | FUNDS TRANSFERRED FROM W99 - SEE W99 FOR TRANSACTION DETAILS | | | 3513 | | Transfer | 12/11/2023 | ☐ |
| | 12/21/2023 | (8,967.00) | 50,114.50 | | --- UNITED STATES TRUSTEE / --- | SAVESOLAR CORPORATION, INC, UST ACCOUNT NO 9002300045 Q3 2023 UST FEES | | 70689 19053 | | | DISB | 12/21/2023 | ☐ |
| 12/28/2023 | | 20,000.00 | 70,114.50 | | SAVE SOLAR --- / --- | DEPOSIT FROM SAVESOLAR............ SETTLEMENT PROCEEDS DEPOSIT FROM SAVESOLAR............ SETTLEMENT PROCEEDS | 50053 --- | | | | WIRE | 12/28/2023 | ☐ |
| | 1/26/2024 | (327.55) | 69,786.95 | BTC012624 | --- WHITEFORD TAYLOR AND PRESTON / --- | PAYMENT OF COURT APPROVED FEES | | 71217 BTC012624 | | | DISB | 1/26/2024 | ☐ |
| | 1/26/2024 | (27,872.00) | 41,914.95 | WIREB012624 | --- CARBON REDUCTION CAPITAL LLC, FKA COHNREZNICK CAPITAL / --- | PAYMENT OF BALANCE INVESTMENT BANKING FEES APPROVED BY COURT ORDER | | 71219 WIREB012624 | | | DISB | 1/26/2024 | ☐ |
| | 2/29/2024 | (10,000.00) | 31,914.95 | ACHB02292 | --- | RETAINER FOR | | 72750 | | | DISB | 2/29/2024 | ☐ |

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 4 | BA SECURITIES, LLC / --- | SERVICES FROM SILBER BIRCH, INC. AND BA SECURITIES LLC | | ACHB022924 | | | | | |
| | 3/25/2024 | (1,651.00) | 30,263.95 | | --- UNITED STATES TRUSTEE / --- | US TRUSTEE FEES FOR Q4 2023 - SAVESOLAR CORPORATION, INC. - UST ACCOUNT NO. 9002300045 | | 73080 19185 | | | DISB | 3/25/2024 | ☐ |
| 7/18/2024 | | 361.25 | 30,625.20 | | RCM&D --- / --- | CHECK# 72109..... INSURANCE REFUND.....RIGGS, COUNSELMAN, MICHAELS & DOWNES (RCM&D) | 53919 --- | | | | REC10 | 8/1/2024 | ☐ |
| | 9/30/2024 | (18,015.00) | 12,610.20 | ACH093024 | --- MENDELSON & MEDELSON / --- | PAY CLIENT'S TAX ACCOUNTANT FOR SERVICES IN CONNECTION WITH THE PREP OF FEDERAL AND STATE INCOME TAAX RETURNS FOR THE YEAR ENDING DEC 31, 2022 / INVOICE #239117 | | 75877 ACH093024 | | | DISB | 9/30/2024 | ☐ |

**Trust Transactions**

**Trust Account:** 99  **Currency Code:** USD
**Matter:** 104802.00501  SAVESOLAR SALE PROCEEDS  **Client:** 104802  SAVESOLAR CORPORATION, INC.
**Intended Use:** General  General
**Intended Use Detail:**

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 41.92 | 41.92 |  |  | FUNDS TRANSFERRED FROM W99 - SEE W99 FOR TRANSACTION DETAILS |  |  | 3525 |  | Transfer | 12/14/2023 | ☐ |

Matter Trust Balance

**Trust Transactions**

**Trust Account:** 99  
**Currency Code:** USD  
**Matter:** 104802.00503    LUMINA RESERVE  
**Client:** 104802    SAVESOLAR CORPORATION, INC.  
**Intended Use:** General    General  
**Intended Use Detail:**

| Rcpt Date | Disb Date | Amount | Balance | Disb Doc Rcpt Doc | Received From Paid To / Drawn By | Comment / Narrative | Rcpt Index Rcpt Num | Disb Index Chk Num | Transfer Index | Adj Index Adj Num | Transaction Type | Clear Date | Reversed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 45,661.83 | 45,661.83 | | | FUNDS TRANSFERRED FROM W99 - SEE W99 FOR TRANSACTION DETAILS | | | 3513 | | Transfer | 12/11/2023 | ☐ |