# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0090–1 | User: admin | Date Created: 12/12/2024 |
| Case: 23–00045–ELG | Form ID: pdf001 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust    U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
aty    Bradford F. Englander    benglander@whitefordlaw.com
aty    Sara Kathryn Jackson    sara.kathryn.jackson@usdoj.gov

TOTAL: 3